UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DR. SARI EDELMAN,
                        Plaintiff,

                 21 Civ. 502 (LGS)

-against-

                 ORDER

NYU LANGONE HOSPITALS, et al.,
                        Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for March 18, 2021, and no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

    **ORDERED** that the March 18, 2021, initial pretrial conference is **CANCELLED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The CMP will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

    **ORDERED** if and when the parties are ready to proceed with a settlement conference, they shall file a _joint_ letter on ECF requesting a referral.

Dated: March 15, 2021
       New York, New York

                                                   LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE