```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
SARI EDELMAN,                                 :
                            Plaintiff,        :
                                              :        21 Civ. 502 (LGS)
              -against-                       :
                                              :            ORDER
NYU LANGONE HEALTH SYSTEM, et al.,            :
                            Defendants.       :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 19, 2021, Plaintiff filed a letter motion for discovery (Dkt. No. 21);

WHEREAS, on May 20, 2021, Plaintiff's letter motion was denied without prejudice for failure to comply with Individual Rule III(C)(3) (Dkt. No. 22). Plaintiff was directed to file a letter motion for a pre-motion discovery conference after conferring with Defendants.

WHEREAS, on May 24, 2021, Plaintiff filed a letter motion for a Local Rule 37.2 conference (Dkt. No. 23).

WHEREAS, on May 28, 2021, Defendants filed a response to Plaintiff's letter motion (Dkt. No. 25).

WHEREAS, Plaintiff and Defendants did not meet and confer regarding the discovery dispute. It is hereby

**ORDERED** that Plaintiff and Defendants shall meet and confer telephonically or in person for no less than one hour and make a good faith effort to resolve the pending discovery dispute. The parties shall confer for less than one hour only if all of their differences are resolved. Plaintiff shall attempt to identify what additional discovery is needed with specificity. To the extent Defendants think Plaintiff's request is overbroad, the parties shall negotiate in good faith to narrow the request. The parties should be able to resolve this dispute without the Court's intervention. It is further

**ORDERED** that the parties shall submit a joint letter by **June 11, 2021**, reporting on their progress. If there are any remaining differences, the parties should outline in detail the remaining dispute. The Court will hold a conference on **June 17, 2021, at 10:50 a.m.,** which the Court hopes will be cancelled as unnecessary.

Dated: June 1, 2021
       New York, New York

                                      **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**