# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
————

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

June 11, 2021

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Lorna G. Schofield, U.S.D.J.
40 Foley Square, Courtroom 1106
New York, NY 10007-1312

*The parties' request to cancel the June 17, 2021, conference as unnecessary is GRANTED.  The conference is canceled.*

*The Clerk of Court is respectfully directed to terminate the motion at Dkt. No. 23.*

*Dated: June 14, 2021*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

*Re:*    **Edelman v. NYU Langone Health System,** *et al.*
**Case No.: 1:21-cv-502 (LGS) (GWG)**
**MLLG File No.: 209-2020_____**

Dear Judge Schofield:

This firm represents the Plaintiff Dr. Sari Edelman (hereinafter "Plaintiff" or "Dr. Edelman") in the above-referenced case.  The parties write jointly pursuant to this Court's Order dated June 1, 2021 to report on the parties' progress concerning Plaintiff's letter motion for a conference pursuant to Local Civil Rule 37.2.

The parties are pleased to report that, following a virtual meet-and-confer on Monday, June 7, 2021, after approximately forty-five (45) minutes, the parties were able to resolve their differences concerning the discovery disputes and entered into a stipulation concerning same.  The parties have therefore resolved this dispute without the Court's intervention and request that the June 17, 2021 conference scheduled with the Court be cancelled as unnecessary.

The parties thank this honorable Court for its time and attention to this case.

Dated:  Lake Success, New York
          June 11, 2021

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

_____/s_____
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

cc: Defendants (via ECF).