**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DR. SARI EDELMAN,<br><br>              Plaintiff,<br><br>    – against –<br><br>NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,<br><br>              Defendants. | Case No. 1:21-cv-502 (LGS)(GWG)<br><br>**APPEARANCE OF COUNSEL** |

**PLEASE TAKE NOTICE** that the firm of Tarter Krinsky & Drogin LLP hereby appears as attorneys for Defendants NYU Langone Health System, NYU Langone Hospitals, and NYU Grossman School of Medicine, a Division of New York University f/k/a "NYU Hospitals Center" s/h/a "NYU Langone Medical Center," "NYU Langone Nassau Rheumatology," "NYU School of Medicine," "NYU Grossman School of Medicine," and "NYU Hospitals Center," Andrew T. Rubin, David Kaplan, Joseph Antonik, and Joshua Swirnow, and respectfully request that copies of all papers be served upon the undersigned at the address set forth below.

Date:   New York, New York
          August 10, 2021

                                             **TARTER KRINSKY & DROGIN LLP**
                                             *Attorneys for Plaintiffs*

                                             By:    /s/ *Ingrid J. Cardona*
                                                    Ingrid Julieth Cardona
                                                    1350 Broadway, 11th Floor
                                                    New York, New York 10018
                                                    Tel (212) 216-8032
                                                    Fax (212) 216-8001
                                                    icardona@tarterkrinsky.com