# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

September 3, 2021

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Lorna G. Schofield, U.S.D.J.
40 Foley Square, Courtroom 1106
New York, NY 10007-1312

> Application GRANTED. The parties' deadline to submit the letter is extended from September 3, 2021, to **September 8, 2021**, nunc pro tunc. No further extensions will be granted absent extraordinary circumstances.
>
> Dated: September 7, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

*Re:* **Edelman v. NYU Langone Health System,** *et al.*
Case No.: 1:21-cv-502 (LGS) (GWG)
<u>MLLG File No.: 209-2020_____</u>

Dear Judge Schofield:

This firm represents the Plaintiff Dr. Sari Edelman (hereinafter "Plaintiff" or "Dr. Edelman") in the above-referenced case. Plaintiff writes to respectfully seek an extension of time of the parties' deadline to submit a joint letter specifying the names and roles of any witnesses to be deposed and the dates for the depositions of those witnesses as set forth in this Court's August 25, 2021 Order.

Pursuant to ¶ I(B)(2) of this Court's Individual Rules and Civil Procedures, Plaintiff submits that: (i) the original due date is today; (ii)-(iii) there have been no previous requests for an extension of time to comply with this Order; and (iv) Defendants consent. The reason for the request is that, on Tuesday, August 31, 2021, Defendants produced approximately 200 pages of additional discovery and Plaintiff needs additional time to review same prior to deciding who she intends to depose.

Plaintiff respectfully submits that there is therefore good cause for granting the requested extension. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

Dated: Lake Success, New York
September 3, 2021

Respectfully submitted,
**MILMAN LABUDA LAW GROUP PLLC**
_____/s_____
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

cc: Defendants (via ECF).