September 22, 2021

The parties shall complete each deposition by the deadline listed below.  So Ordered.

**VIA ECF**
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
Attn: Hon. Lorna G. Schofield, U.S.D.J.
500 Pearl Street
New York, NY 10007

Dated: September 23, 2021
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

    Re:    *Edelman v. NYU Langone Health System, et al.*
            Case No. 1:21-cv-00502 (LGS) (GWG)

Dear Judge Schofield:

    Counsel for the parties write jointly pursuant to the Court's Order (Doc. No. 53) to provide the following proposed deadlines for each outstanding deposition.

<u>Confirmed Depositions</u>
1. Kathleen Pacina – September 24, 2021
2. Andrew Rubin – September 27, 2021

<u>Deadlines for Depositions</u>
1. David Kaplan – October 13, 2021
2. Joseph Antonik – October 13, 2021
3. Andrew Porges – October 27, 2021
4. Kavini Mehta – October 29, 2021
5. Joshua Swirnow – November 15, 2021

    Additionally, while the first day of Plaintiff's deposition occurred on September 20, 2021 from 10:34 AM to 6:30 PM, Defendants may seek additional time to continue Plaintiff's deposition pursuant to Rule 30(d)(1) of the Federal Rules of Civil Procedure.  The parties have agreed to meet and confer on this issue prior to any motion practice.

    Further, Plaintiff is in the process of preparing subpoenas to former NYU employees Joseph Taverni and Miriam Ruiz.

    The parties thank this Court for its time and attention to this case.

Dated: Lake Success, New York
     September 22, 2021

**MILMAN LABUDA LAW GROUP PLLC**

By:   */s/ Emanuel Kataev*
    Joseph M. Labuda
    Emanuel Kataev
    3000 Marcus Avenue, Suite 3W8
    Lake Success, NY 11042-1073
    (516) 328-8899
    joe@mllaborlaw.com
    emanuel@mllaborlaw.com
    *Attorneys for Plaintiff*

Dated: New York, New York
     September 22, 2021

**TARTER KRINSKY & DROGIN LLP**

By:   */s/ Richard L. Steer*
    Richard L. Steer
    Tara T. Carolan
    1350 Broadway, 11th Floor
    New York, NY 10018
    (212) 216-8000
    rsteer@tarterkrinsky.com
    tcarolan@tarterkrinsky.com
    *Attorneys for Defendants*