**VIA ECF**                                                       November 2, 2021

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

            Re:     *Edelman v. NYU Langone Health System, et al.*
                        Case No. 1:21-cv-00502 (LGS) (GWG)

Dear Judge Schofield:

The parties write jointly pursuant to the Third Amended Civil Case Management Plan and Scheduling Order (Doc. 64) ("CMP") to provide the below proposed amended expert discovery schedule.

1. 11/24/21 – Deadline to make expert witness disclosures described in FRCP 26(a)(2), if any, to be offered on issues as to which such party has the burden of proof or otherwise in support of the party's case.
2. 12/23/21 – Deadline to make rebuttal disclosures.
3. 01/14/22 – Deadline to complete expert discovery (set in the CMP).

| **MILMAN LABUDA LAW GROUP PLLC** | **TARTER KRINSKY & DROGIN LLP** |
|---|---|
| By: */s/ Emanuel Kataev* | By: */s/ Richard L. Steer* |
| Joseph M. Labuda | Richard L. Steer |
| Emanuel Kataev | Tara T. Carolan |
| 3000 Marcus Avenue, Suite 3W8 | 1350 Broadway, 11th Floor |
| Lake Success, NY 11042-1073 | New York, NY 10018 |
| (516) 328-8899 | (212) 216-8000 |
| joe@mllaborlaw.com | rsteer@tarterkrinsky.com |
| emanuel@mllaborlaw.com | tcarolan@tarterkrinsky.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

The parties shall make expert disclosures by the dates listed in this Letter. By **November 17, 2021**, the parties shall file a proposed schedule for expert depositions, if any. So Ordered.

Dated: November 3, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**