# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 22, 2021

**VIA ECF**
United States District Court
Southern District of New York
Attn: Hon. Lorna G. Schofield, U.S.D.J.
40 Foley Square, Courtroom 1106
New York, NY 10007-1312

*The parties shall complete each deposition by the individual dates listed below.  For the two unscheduled depositions, the parties are reminded that fact discovery closes on November 30, 2021, and no further discovery extensions will be granted.  So Ordered.*

*Dated: November 23, 2021*
*New York, New York*

*Re:*   **Edelman v. NYU Langone Health System,** *et al.*
        **Case No.: 1:21-cv-502 (LGS) (GWG)**
        **MLLG File No.: 209-2020_____**

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

This firm represents the Plaintiff Dr. Sari Edelman (hereinafter "Plaintiff" or "Dr. Edelman") in the above-referenced case.  The parties write jointly pursuant to the Court's Order (ECF Docket Entry 68) requesting that the parties file a letter proposing a date for the deposition of Dr. Andrew Porges (hereinafter "Dr Porges"). The parties have confirmed the deposition of Dr. Porges for December 10, 2021.

The parties respectfully submit the following remaining deposition schedule in addition to that of Dr. Porges:

|                    |                                                      |
|--------------------|------------------------------------------------------|
| November 22, 2021  | Dr. Kavini Mehta, which is currently underway        |
| November 29, 2021  | Miriam Ruiz                                           |
| To be determined   | Dr. Avram Goldberg (hereinafter "Dr. Goldberg")[1]   |
| To be determined   | Dr. Joseph Taverni                                   |

Plaintiff respectfully submits that the deposition of Dr. Goldberg is necessary based on conflicting testimony provided by witnesses and Defendants previously deposed.  Further, Plaintiff has had trouble serving Dr. Joseph Taverni with a subpoena but expects that service will be completed before the end of next week.

The parties thank this honorable Court for its time and attention to this case, and look forward to completing discovery expeditiously.

_____

[1] Dr. Goldberg is to be deposed at Plaintiff's request. Defendants must confirm Dr. Goldberg's availability between now and the close of discovery.  The parties will work together to secure a mutually agreeable date for same.

Hon. Lorna G. Schofield, U.S.D.J.
November 22, 2021
P a g e | **2**


Respectfully submitted,


**MILMAN LABUDA LAW GROUP PLLC**       **TARTER KRINSKY & DROGIN LLP**

By: _/s/ Emanuel Kataev, Esq._            By: _/s/ Richard L. Steer_
 Joseph M. Labuda                   Richard L. Steer
 Emanuel Kataev                     Tara T. Carolan
 3000 Marcus Avenue, Suite 3W8      1350 Broadway, 11th Floor
 Lake Success, NY 11042-1073        New York, NY 10018
 (516) 328-8899                     (212) 216-8000
 joe@mllaborlaw.com                 rsteer@tarterkrinsky.com
 emanuel@mllaborlaw.com             tcarolan@tarterkrinsky.com
 *Attorneys for Plaintiff*          *Attorneys for Defendants*