UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DR. SARI EDELMAN,
                                Plaintiff,

                                21 Civ. 502 (LGS)

                -against-

                                ORDER

NYU LANGONE HEALTH SYSTEM, et al.,
                              Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order at Dkt. No. 70 granted the parties an extension of the deadline to file a proposed schedule for expert depositions to December 1, 2021;

      WHEREAS, the parties did not file a proposed schedule.  It is hereby

      **ORDERED** that by **December 3, 2021**, the parties shall file the proposed schedule.  The parties are advised that failure to comply with Court-ordered deadlines may result in sanctions.

Dated: December 2, 2021
       New York, New York

                                                                   LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE