# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

December 3, 2021

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Lorna G. Schofield, U.S.D.J.
40 Foley Square, Courtroom 1106
New York, NY 10007-1312

      *Re*:    **Edelman v. NYU Langone Health System,** *et al.*
              **Case No.: 1:21-cv-502 (LGS) (GWG)**
              <u>**MLLG File No.: 209-2020**_____</u>

Dear Judge Schofield:

      This firm represents the Plaintiff Dr. Sari Edelman (hereinafter "Plaintiff" or "Dr. Edelman") in the above-referenced case. The parties write jointly in response to this Court's Order dated December 1, 2021 requiring the parties to propose a date for the continued deposition of Joseph Antonik as related to the late disclosed documents. <u>See</u> ECF Docket Entry 75.

      The parties respectfully submit the following remaining deposition schedule:

           December 10, 2021    Dr. Andrew Porges
           December 21, 2021    Joseph Antonik

      The parties thank this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
       December 3, 2021                        Respectfully submitted,

                                         **MILMAN LABUDA LAW GROUP PLLC**

                                         _____/s_____
                                         Emanuel Kataev, Esq.
                                         3000 Marcus Avenue, Suite 3W8
                                         Lake Success, NY 11042-1073
                                         (516) 328-8899 (office)
                                         (516) 303-1395 (direct dial)
                                         (516) 328-0082 (facsimile)
                                         emanuel@mllaborlaw.com

                                         *Attorneys for Plaintiff*

cc: Defendants (via ECF).