# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

December 3, 2021

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Lorna G. Schofield, U.S.D.J.
40 Foley Square, Courtroom 1106
New York, NY 10007-1312

> The parties shall complete each deposition by the relevant date listed below.  So Ordered.
>
> Dated: December 6, 2021
> New York, New York
>
> _/s/ Lorna G. Schofield_
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

*Re:*   **Edelman v. NYU Langone Health System,** *et al.*
         **Case No.: 1:21-cv-502 (LGS) (GWG)**
         <u>MLLG File No.: 209-2020</u>_____

Dear Judge Schofield:

This firm represents the Plaintiff Dr. Sari Edelman (hereinafter "Plaintiff" or "Dr. Edelman") in the above-referenced case.  The parties write jointly in response to this Court's Order dated December 1, 2021 requiring the parties to propose a date for the continued deposition of Joseph Antonik as related to the late disclosed documents.  <u>See</u> ECF Docket Entry 75.

The parties respectfully submit the following remaining deposition schedule:

|  |  |
|---|---|
| December 10, 2021 | Dr. Andrew Porges |
| December 21, 2021 | Joseph Antonik |

The parties thank this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
       December 3, 2021

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

_____/s_____
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Plaintiff*

cc: Defendants (via ECF).