**EXHIBIT C**

| | |
|---|---|
| **From:** | Swirnow, Joshua <Joshua.Swirnow@nyulangone.org> |
| **Sent:** | Wednesday, November 18, 2020 11:43 AM |
| **To:** | Kaplan, David (FGP-Ambulatory Operations) |
| **Subject:** | RE: Dr Sari Edelman |

Give me call, will fill you in

**From:** Kaplan, David (FGP-Ambulatory Operations)
**Sent:** Wednesday, November 18, 2020 11:04 AM
**To:** Swirnow, Joshua
**Subject:** RE: Dr Sari Edelman

How did the call go with Dr. Porges?

**From:** Swirnow, Joshua <Joshua.Swirnow@nyulangone.org>
**Sent:** Wednesday, November 18, 2020 9:18 AM
**To:** Kaplan, David (FGP-Ambulatory Operations) <David.Kaplan2@nyulangone.org>
**Subject:** RE: Dr Sari Edelman

thanks

**From:** Kaplan, David (FGP-Ambulatory Operations) <David.Kaplan2@nyulangone.org>
**Sent:** Wednesday, November 18, 2020 9:09 AM
**To:** Swirnow, Joshua <Joshua.Swirnow@nyulangone.org>
**Subject:** Fwd: Dr Sari Edelman

Here you go.

Sent from my iPhone

Begin forwarded message:

> **From:** "Porges, Andrew" <Andrew.Porges@nyulangone.org>
> **Date:** November 6, 2020 at 4:31:20 PM EST
> **Subject: Dr Sari Edelman**
>
> Dear David,
>
> As we discussed, I feel it is important to update you regarding the performance of Dr Sari Edelman. [redacted]



Please note the following issues and examples:

- 
- 
- Dr. Edelman does not read
- her Outlook emails in a timely manner
- 
- 
- 
- Dr. Edelman does not close
- her encounters in a timely manner
- 

Dr. Edelman did not report to the office for several months during Covid, from March 23 through June 10, and returned intermittently until July 7. She is still maintaining a shorter schedule to minimize her time in the office.

11.13.19 Dr. Edelman lashed out at Miriam after Miriam asked her basic questions about her schedule.

[REDACTED]

9.9.20 Dr. Edelman was 90 minutes late to the office, did not inform the manager in a timely manner – 6 patients were waiting, this is a frequent compliant from her patients that Dr. Edelman runs late.

9.15.20 Dr. Edelman complained that the MA did not review patient's medications, the MA did on the patient in question. D.r Edelman frequently accuses staff of not doing work that was in fact done, creating unnecessary efforts and tension.

[REDACTED]

10.6.20 Dr. Edelman demands that her MA takes verbal orders, and does not follow up with placing the order in EPIC

10.19.20 Dr. Edelman complained to Miriam that during the Rheum Educational Conference, the physicians were discussing politics making her uncomfortable. Witnesses to the conversation stated that there was nothing inappropriate being discussed, and this is an example of Dr. Edelman making an unfounded complaint against her colleagues.

[REDACTED]

10.28.20 Dr. Edelman complained to Miriam that a visco order was never processed, when in fact she never placed the order when she said she did.

10.28.20 During a Webex conference, Miriam asked Dr. Edelman to mute her phone, Dr. Edelman lashed out at Miriam telling her to "don't touch me, don't come near me" this was heard by all attendees and staff on the floor.

# Confidential

Below is an extended email interaction with one patient:

October 10, 2020
REDACTED
to Edelman, Sari Dawn, DO

6:07 PM



October 12, 2020







Last read by REDACTED at 11:05 AM on 10/14/2020.

October 14, 2020
REDACTED
to Edelman, Sari Dawn, DO







> From: Ruiz, Miriam <Miriam.Ruiz@nyulangone.org>
> Sent: Wednesday, November 13, 2019 11:33 AM
> To: Antonik, Joseph <Joseph.Antonik@nyulangone.org>; Lucca, Nicole <Nicole.Lucca@nyulangone.org>
> Cc: Magen, Gloria <Gloria.Magen@nyulangone.org>
> Subject: Conversation with Dr. Edelman
>
> Hi Joe and Nicole
>
> I just had a conversation with Dr. Edelman about her schedule here at Marcus Avenue.
>
> 1. I asked her what time would she would like to start here at Marcus she replied just move the patients over.
> 2. I can't get here early but I will honor the patients appointments.
> 3. I asked her if she had a preference of what time she would like to start?
> 4. She replied I am not giving you set hours I don't want patients to be put in by call center, this is just for Huntington patients.
> 5. I asked again, if a patient is unable to get here for 8:30 what do you want me to do.
> 6. She replied in a very loud, demeaning tone: YOU are NOT understanding me. I want the patients to just be moved over.
> 7. In January, I will TELL you what my hours will be.
> 8. I simply said ok, and she stormed out.
>
> I find this to be very unprofessional, inappropriate and demeaning, I am here to fully support Dr. Edelman but not under these circumstances.
>
> I appreciate your time.
>
> Thank you
>
> Miriam Ruiz

Please let me know how I can be of further assistance to you and administration in resolving this

Regards

Andy

**From:** Porges, Andrew
**Sent:** Friday, November 6, 2020 4:31 PM
**To:** Kaplan, David (FGP-Ambulatory Operations)
**Subject:** Dr Sari Edelman

Dear David,

As we discussed, I feel it is important to update you regarding the performance of Dr Sari Edelman. 

Please note the following issues and examples:

- 
- Dr.
- Edelman does not read her Outlook emails in a timely manner
- 
- 
- Dr.
- Edelman does not close her encounters in a timely manner


Dr. Edelman did not report to the office for several months during Covid, from March 23 through June 10, and returned intermittently until July 7. She is still maintaining a shorter schedule to minimize her time in the office.

11.13.19 Dr. Edelman lashed out at Miriam after Miriam asked her basic questions about her schedule.



9.9.20 Dr. Edelman was 90 minutes late to the office, did not inform the manager in a timely manner – 6 patients were waiting, this is a frequent compliant from her patients that Dr. Edelman runs late.

9.15.20 Dr. Edelman complained that the MA did not review patient's medications, the MA did on the patient in question. D.r Edelman frequently accuses staff of not doing work that was in fact done, creating unnecessary efforts and tension.



10.6.20  Dr. Edelman demands that her MA takes verbal orders, and does not follow up with placing the order in EPIC

10.19.20 Dr. Edelman complained to Miriam that during the Rheum Educational Conference, the physicians were discussing politics making her uncomfortable.  Witnesses to the conversation stated that there was nothing inappropriate being discussed, and this is an example of Dr. Edelman making an unfounded complaint against her colleagues.

█████████████████████████████████████████████████████████████ **D001093**

10.28.20 Dr. Edelman complained to Miriam that a visco order was never processed, when in fact she never placed the order when she said she did.

10.28.20 During a Webex conference, Miriam asked Dr. Edelman to mute her phone, Dr. Edelman lashed out at Miriam telling her to "don't touch me, don't come near me" this was heard by all attendees and staff on the floor.

Below is an extended email interaction with one patient: