| From: | Ruiz, Miriam |
|---|---|
| To: | Antonik, Joseph; Lucca, Nicole |
| Subject: | Edelman/Tiffany |
| Date: | Wednesday, March 11, 2020 7:29:36 PM |

Hi Joe and Nicole,

I wanted to memorialize an incident that took place today.

- At approximately 1:10pm Tiffany walked into my office very upset, shaking and with tears in her eyes.
- Tiffany states that she was in the room with Dr. Edelman and Dr. Edelman asked where the wipes were
- Tiffany replies in the cabinet, we want to keep them from patients and need to keep the tops closed (apparently Dr. Edelman likes to leave the tops open)
- Dr. Edelman, according to Tiffany stated to her "I need my wipes, I don't know where you have been or who you have touched"
- Tiffany did not reply to the statement and stormed out of the room, into my office.
- Tiffany left the suite to take a breather and about 15 min later she was back in my office still shaken up
- Tiffany states that she was very much offended by Dr. Edelman statements and her overall rudeness that she encounters everyday
- I asked Tiffany if she needed more time she said yes and she left my office
- About 20 min later she came back and stated that she had spoken to Claudia Rose
- I asked her if she was ok in finishing the day she asked if she could go home.
- I sent Tiffany home for the day.
- I had gotten Jessica to cover Dr. Edelman and informed Dr. Edelman that Tiffany had to leave, she said ok
- Later Dr. Edelman came to my office to inquiry why Tiffany left. She asked if she was sick and I replied no, it was personal, she was bothered by this answer
- I also informed Dr. Edelman that I had gotten coverage for her from 4-8, but the MA might not be familiar with all the special testing she normally orders
- Dr. Edelman was ok with sending patients out for labs if need be

Thank you,

**Miriam Ruiz**
**FGP Manager**
**Ambulatory Care Long Island**
**Department of Hematology/Oncology/Rheumatology/Dermatology/Podiatry**

**NYU Langone Health**
**1999 Marcus Avenue**
**Suite 306**
**Lake Success, NY 11042**
**516-467-8620**

**D000066**

Miriam.Ruiz@nyumc.org
nyulangone.org

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

**D000067**