# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 12, 2022

**<u>VIA ECF</u>**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Lorna G. Schofield, U.S.D.J.
40 Foley Square, Courtroom 1106
New York, NY 10007-1312

>   *Re:*   **Edelman v. NYU Langone Health System,** *et al.*
>   **Case No.: 1:21-cv-502 (LGS) (GWG)**
>   <u>**MLLG File No.: 209-2020**_____</u>

Dear Judge Schofield:

This firm represents Plaintiff Dr. Sari Edelman ("Plaintiff") in the above-referenced case. Plaintiff writes jointly with Defendants to respectfully request an additional extension of time to the briefing schedule for Defendants' motion for summary judgment. Specifically, we respectfully request that Plaintiff's opposition to the summary judgment motion be due on April 1, 2022, and Defendants' reply papers be due on May 6, 2022.

The parties are mindful of this Court's most recent Order (Docket Entry 124) and appreciative of the additional time that the Court granted in part. Unfortunately, however, meeting the amended deadline of March 11, 2018 for Plaintiff's opposition to the summary judgment motion will be all but impossible. The reason for this is that Plaintiff's counsel – in addition to having had oral argument before the Second Circuit and a full-day mediation this week which concluded at 8:00 PM yesterday evening – has a mediation on March 17, 2022, expected to take the full day, as well as an appellate brief in another matter before the First Department next week. Because Defendants had consented to Plaintiff's original request for an extension of time, your undersigned did not find it necessary to submit these additional commitments.  However, given that the request was granted in part, and due to your undersigned's schedule this week and next, your undersigned respectfully submits that additional time is necessary to brief Plaintiff's opposition the summary judgment motion in this case.

Defendants consent to this request and respectfully add the following to this application: Given Plaintiff's renewed request for an April 1, 2022, deadline for Plaintiff to oppose Defendants' summary judgment motion, and to the extent the request is granted, Defendants are constrained to renew their request for an extension to and including May 6, 2022, to submit their reply papers. As noted in Plaintiff's previous letter motion, Defendants' requested May 6 deadline contemplates and seeks to avoid conflicts with three (3) hearings that have been scheduled between April 1, 2022, and April 15, 2022, new litigation deadlines, and as well as the religious holidays in mid-April.

Hon. Lorna G. Schofield, U.S.D.J.
March 12, 2022
P a g e | 2

Pursuant to ¶ I(B)(2) of this Court's Individual Rules and Civil Procedures, Plaintiff submits that: (i) the current due date for Plaintiff to submit opposition papers is Friday, March 18, 2022; (ii)-(iii) there has been one (1) previous request for an extension of time to comply with this Order; and (iv) to the extent the request is granted, Defendants are constrained to renew their request for an extension to and including May 6, 2022, to submit reply papers in further support of their motion, to which Plaintiff consents.

The parties therefore respectfully submit that there is therefore good cause for granting the requested extension.  See Fed. R. Civ. P. 6(b)(1)(A).

Dated: Lake Success, New York
      March 12, 2022                  Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

_____/s_____
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

cc: Defendants (via ECF).

2