# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Application DENIED. Plaintiff shall comply with the page limit at Individual Rule III.B.1.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 127.

Dated: April 1, 2022
New York, New York

> *Re:* **Edelman v. NYU Langone Health System,** *et al.*
> **Case No.: 1:21-cv-502 (LGS) (GWG)**
> **MLLG File No.: 209-2020_____**

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield:

This firm represents the Plaintiff Dr. Sari Edelman (hereinafter "Plaintiff" or "Dr. Edelman") in the above-referenced case. Plaintiff writes to respectfully request leave to file five (5) pages in excess of the page limit set forth in ¶ III(B)(1) of this Court's Individual Rules and Procedures for Civil Cases ("Procedures") for her memorandum of law in opposition to Defendants' summary judgment motion. While Defendants disagree with the characterization below, they make no objection to this request.

In support of this request, Plaintiff submits that the additional pages requested are necessary to address the multitude of genuine disputes as to material facts at issue, and that the same will aid the Court in making a determination on Defendants' motion. Indeed, there are claims under the Equal Pay Act and Title VII of the Civil Rights Act of 1964 (together with their state and local analogues), each of which require review of many facts, and those facts and related arguments are cited in Plaintiff's memorandum of law in opposition to provide the Court with the totality of the circumstances.

Accordingly, Plaintiff respectfully submits that good cause exists for this Court to grant the requested relief for leave to file a memorandum of law in opposition of up to thirty (30) pages in opposition to Defendants' motion for summary judgment.

Plaintiff thanks this honorable Court for its time and attention to this case.

Hon. Lorna G. Schofield, U.S.D.J.
April 1, 2022
P a g e | **2**


Dated: Lake Success, New York
      April 1, 2022                 Respectfully submitted,

                                        **MILMAN LABUDA LAW GROUP PLLC**

                                     _____/s_____
                                        Emanuel Kataev, Esq.
                                        3000 Marcus Avenue, Suite 3W8
                                        Lake Success, NY 11042-1073
                                        (516) 328-8899 (office)
                                        (516) 303-1395 (direct dial)
                                        (516) 328-0082 (facsimile)
                                        emanuel@mllaborlaw.com

cc: Defendants (via ECF).