**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants*
Richard L. Steer
Tara Toevs Carolan
Ingrid J. Cardona
1350 Broadway, 11th Floor
New York, New York 10018
(2112) 216-8000
rsteer@tarterkrinsky.com
tcarolan@tarterkrinsky.com
icardona@tarterkrinsky.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DR. SARI EDELMAN,<br><br>    *Plaintiff*,<br><br>-against-<br><br>NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,<br><br>    *Defendants*. | Case No. 1:21-cv-502 (LGS) (GWG)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon the attached Declaration of Richard L. Steer, dated May 6, 2022, and upon the accompanying Memorandum of Law, defendants NYU Langone Health System, NYU Langone Hospitals, and NYU Grossman School of Medicine, a Division of New York University f/k/a "NYU Hospitals Center" s/h/a "NYU Langone Medical Center," "NYU Langone Nassau Rheumatology," "NYU School of Medicine," "NYU Grossman School of Medicine," and "NYU Hospitals Center" (collectively, "NYU"), as well as individually named defendants Andrew T. Rubin, David Kaplan, Joseph Antonik, and Joshua Swirnow (collectively

with NYU, "Defendants") will move this Court before the Honorable Lorna G. Schofield, United States District Judge, at the Courthouse located at 40 Foley Square, New York, New York 10007, Courtroom 1106, at a date and time to be determined by the Court, for an Order permitting Defendants to file two exhibits under seal and redact selected portions of four other documents submitted to the Court in connection with Defendants' reply filings as part of its motion for summary judgment.

Dated:   New York, New York
         May 6, 2022

                                                        **TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants*

By /s/ Richard L. Steer
    Richard L. Steer
    Tara Toevs Carolan
    Ingrid J. Cardona
    1350 Broadway, 11th Floor
    New York, New York 10018
    (212) 216-8000
    rsteer@tarterkrinsky.com
    tcarolan@tarterkrinsky.com
    icardona@tarterkrinsky.com