UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  :
DR. SARI EDELMAN, :
                         Plaintiff, :
  : 21 Civ. 502 (LGS)
           -against- :
  : ORDER
NYU LANGONE HEALTH SYSTEM, et al., :
                         Defendant. :
  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendants filed a memorandum of law in further support of their motion for summary judgment on the public docket (Dkt. No. 149), which contains information that the parties have sought to file under seal. It is hereby

    **ORDERED** that, pending adjudication of Defendants' motion and the parties' requests to seal, the Clerk of Court is respectfully directed to place Dkt. No. 149 under seal, with access restricted to the parties to this case and court users. It is further

    **ORDERED** that, by **July 29, 2022**, Defendants shall file a redacted version of Dkt. No. 149 on the public docket, with redactions only as necessary to maintain the confidentiality of sensitive information sought to be filed under seal. It is further

    **ORDERED** that, if Defendants seek to maintain under seal any portion of Plaintiff's letter motion at Dkt. No. 147 that is not already redacted in the version at Dkt. No. 146, Defendants shall file a letter so requesting and providing pertinent authority by **July 29, 2022**, attaching a version of the letter motion with Defendants' requested redactions applied.

Dated: July 25, 2022
       New York, New York

                                                          _____
                                                          LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE