

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard L. Steer
Partner
(212) 216-8070
rsteer@tarterkrinsky.com

October 28, 2022

**VIA ECF**
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Edelman v. NYU Langone Health System, et al.*
               Case No. 1:21-cv-00502 (LGS) (GWG)

Dear Judge Schofield:

      We write on behalf of Defendants in accordance with the Court's October 24, 2022 Order (Doc. No. 163; the "Order"). As directed in the Order, Defendants have attached as exhibits to this letter redacted versions of the documents for which Defendants proposed narrower redactions that the Court approved in the Order.

      As Defendants' letter motion to seal (Doc. No. 160) proposed keeping the entirety of Doc. No. 135-6 under seal, no separate exhibit for Doc. No. 135-6 is attached hereto.

                                          Respectfully submitted,
                                          **TARTER KRINSKY & DROGIN LLP**
                                          *Attorneys for Defendants*

                                          By:   */s/ Richard L. Steer*
                                                    Richard L. Steer