# **EXHIBIT G**

CONFIDENTIAL

220

1                    Kathleen Pacina
2          Q.   And so because she initially spoke to
3     you about the space issue, it doesn't matter
4     what she says thereafter, you can ignore it?
5               MR. STEER:  Objection as to form.
6          A.   No.  Again, that's not how I
7     interpreted it, which is what I said.
8          Q.   Well, how did you interpret it now
9     when you received this on November 1st, 2019?
10              MR. STEER:  Objection as to form.
11         A.   I don't know if this -- to me I
12    interpret this as a different issue.
13         Q.   And what did you do about this
14    different issue now that it was brought to your
15    attention?
16         A.   Based on the above email, I shared it
17    with the ELR that supports the FGP department.
18         Q.   Who was that?
19         A.   That was Rashidat.
20         Q.   And why did you do that?
21         A.   Because I don't -- I did not support
22    FGP.
23         Q.   Well, what did you do?
24         A.   What do you mean?
25              MR. STEER:  Objection as to form.

```
                                                              221
 1                        Kathleen Pacina
 2         Q.   If you didn't support FGP, what were
 3    you doing all this time?
 4              MR. STEER:  Objection as to form.
 5         A.   What do you mean?  I think at this
 6    time I changed assignments, and she supported
 7    FGP at that time.
 8         Q.   And prior to the time you changed
 9    assignments, you supported FGP; correct?
10         A.   I think, because of the default, we
11    were short-staffed, so some of the staff felt
12    comfortable coming to me.
13         Q.   Are you saying that you weren't
14    trained to handle the FGP group because you were
15    short staff?
16              MR. STEER:  Objection as to the
17         form.
18         A.   Not trained on things --
19         I don't think I had the official assignment
20    of the FGP department.
21         Q.   And you're saying that throughout your
22    tenure at NYU.
23              MR. STEER:  Objection as to form.
24         A.   What do you mean?
25              MR. KATAEV:  Can you read back the
```

CONFIDENTIAL

**Salesforce Notes/Comment (original date not available) System admin date 3-13-2020**

employee wants to make a complaint against Joe Antanik. at the end of patient hours yesterday, she had a conversation with Joe around 3:30-3:35 on 9/16 on in her office. she was on the office on the phone with her daughter, he came into her office and said that the directive above was that they wanted to move the rhum into 1 space and that he had a specific request - that another doctor would be using her personal consult office during Thursday and Friday. laying down the foundation - he insinuated who was moving where and he didnt dictate who made the decision. she said that she uses the office on Friday to do clinical work and he said "how often are you really here". He was sitting and he was pointing at things in her office and was intimidating. He said you really think this (office) is yours - throwing his arms and pointing at things. she stated that contractually the office is designated for her and he replied that he will bring this up to the powers that be. then he left, walked out. her heart was racing. was supposed to be calling patients back and she was very uncomfortable after this conversation. 2 new doctors are starting - they dont have a place for them but her response was is that she uses the office and so the others cannot use it. there was a schedule change request that was made last week wednesday - to move wednesday cancellations from last week to be moved to Friday of this week. miriam ruiz - regular mgr. she was working on it but she was out today. Enid pappas is covering her and asked her to double check. wanted an update/ she went into schedule and it looked like it didnt look like anything has been changed yet. she said that she was thinking about opening friday schedule for patient hours (she usually does clinical work). she received an email from enid with a reference to joe - stating that she cant approve any of the requests because it has to be approved by Joe. physicians that want to change their hours have to be approved by leadership. they cant just change day to day practice. there are contractual and financial implications thats why they needed to discuss. finance needs to weigh in and they need to verify if they have the staff in place to do that. joe told managers that whenver physicians change their schedules to notify Joe. miriam gave Joe the email about this friday's schedule today 9/18 - this can be approved but MA that is normally assigned to Dr. Edelman has another asssignment on fridays so they need to verify that they have the staff. Her take is that he shut down her requests as a result of yesterday's conversation. call with Joe - he didnt raise his arms. she doesnt come in fridays. maybe 1 friday a month for 2 hours. explained that there was a need to use the office. she defensive and snide. she said i have a contract and you can have them call my lawyers. she said that she was promised the office per her contract and he said thta he wasnt aware and that we would bring it up to the powers that to be address. if the friday are no good then what about thursday. she was unwilling and not flexible to let others use this office. it wasnt personal to her or targeted to her because this happens often. advised that i would reach out to David Kaplan and that he should meet to Dr. Edelman.

**Resolution Notes**

**System closed case date: 10-8-2019**

spoke to Tisa and David Kaplan. Dr. Edelman met with Josh Swirnow and he explained the rationale behind using her office while she wasnt at Marcus Avenue, he clarified that she wasnt the only one who's office was needed. Sent f/u email to Dr. Edelman to see if wanted to further discuss.

D000556

| | |
|---|---|
| **From:** | Kaplan, David (FGP-Ambulatory Operations) <David.Kaplan2@nyulangone.org> |
| **Sent:** | Friday, September 27, 2019 12:54 PM |
| **To:** | Pacina, Kathleen |
| **Subject:** | RE: Dr. Sari Edelman Contracts |

When you have a moment, would like to connect.

Thank you,
David

David Kaplan, MPA
Senior Director, FGP Ambulatory Operations
NYU Langone Health, Faculty Group Practice
One Park Avenue, 10th Floor, New York, NY 10016
Tel: (646) 754-4940 | Cell: (516) 382-6694 | david.kaplan2@nyumc.org



**From:** Pacina, Kathleen
**Sent:** Wednesday, September 18, 2019 2:40 PM
**To:** Kaplan, David (FGP-Ambulatory Operations)
**Subject:** FW: Dr. Sari Edelman Contracts

fyi

**From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Sent:** Wednesday, September 18, 2019 10:48 AM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** Dr. Sari Edelman Contracts

Attached are Dr. Edelman's original and renewed contracts. The only mention of space is in the original and reads as follows:

1

**Dr. Sari Edelman Contracts**

Rose, Claudia <Claudia.Rose@nyulangone.org>
To: Pacina, Kathleen

↩ Reply   ↩ Reply All   → Forward
Wed 9/18/2...

📎 Edelman, Sari eff 19141201 OL.pdf  1 MB
📎 Edelman, Sari eff 19180101 RWL.pdf  1 MB

Attached are Dr. Edelman's original and renewed contracts. The only mention of space is in the original and reads as follows:

**Space:** Space provided to you for your NYU Langone Medical Center responsibilities is for performing services for the NYU Langone Medical Center only. You may not use such space for purposes of any other organization, unless approved in writing by the Dean of the School of Medicine.

From: Pacina, Kathleen
Sent: Wednesday, September 18, 2019 10:02 AM
To: Rose, Claudia
Subject: RE: Dr. Sari Edelman

Thank you!

D001005

**From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Sent:** Thursday, September 26, 2019 3:39 PM
**To:** Pacina, Kathleen
**Subject:** RE: CASE 00282382

Yes, I'm at ext. 5x2116.

**From:** Pacina, Kathleen
**Sent:** Thursday, September 26, 2019 3:38 PM
**To:** Rose, Claudia
**Subject:** RE: CASE 00282382

Are you available for a call?

**From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Sent:** Thursday, September 26, 2019 3:10 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** RE: CASE 00282382

Hi Kathleen,

Thank you. Let me know if you'd like me to review the response too.

Claudia

**From:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Sent:** Thursday, September 26, 2019 3:00 PM
**To:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Subject:** FW: CASE 00282382

Hi Claudia,

Sending this to you for review. Let me know if we should discuss.

Thanks,
Kathleen

**From:** Edelman, Sari <Sari.Edelman@nyulangone.org>
**Sent:** Wednesday, September 25, 2019 9:01 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** CASE 00282382

Good evening,

1

D001008

I am following up on our discussion from last week. Tonight our office manager David Kaplan requested to speak with me, and he apologized for Joe Antonik's behavior stating it was not appropriate request, and wanted to clear the air on any miscommunication.

This was matter of inappropriate conduct in the workplace in mannerism with which I was treated, and I am not sure this discussion now with Joe's senior manager was even appropriate as the issue was raised with HR, and has not been addressed as HR matter.

In addition, he again raised request I was not in agreement with, and when stated such he said he would bring it to senior management of Joshua Smirnow, which again was done in manner to threaten any opinion I may have on the matter. There was no discussion as to my concerns of the request, it was presented as matter of fact with no regard for my professional opinion or contractual concerns. I consider this form of bullying in the workplace. I offered alternate solution to terminate my hours in Huntington since the shared space they are demanding is based on my "part time" status in New Hyde Park. I stated that any request in agreement to acknowledge part-time employment when I was indeed full time I consider an agreement of breech of my entire contract and am unwilling to risk my professional career and growth with NYU.

On completing my discussion with Joe he took on similar mannerisms of condescending tone, raising his voice to child like manner to placate my disagreement with his request. When I stated such, he proceeded to refer to me as "Doctor" in an attempt to correct himself, which was further demeaning. I terminated the meeting at this time and returned to patient care hours which I had been requested to halt for this unscheduled meeting. Again, an attempt to corner me in conversation to pressure me without allowing for more appropriate time frame and team to discuss a matter which demands higher level solutions. On returning to seeing my patients I was distracted and remained upset about the conversation, and had difficulty concentrating on patient care. It took me some time to refocus in the examination room to ensure I was providing appropriate opinions and decision making. This is my utmost concern, I need to be able to work in a non-hostile environment.

As of female physician in the organization, I am disappointed that is 2019, approaching 2020 in a major hospital organization in New York, and I still have to contend with male chauvinism. While both Joe and David have agreed to "allow" me to see patients on Fridays, David again stated that space in which I would be able to do so would likely not be in my present office space. It remains unclear to my why I am being discriminated against to accommodate another physician, particularly a male physician who will be joining the practice, which is the stated reason I will be "pushed" out to another space. I have been here for five years and was one of first physicians to help build FGP to this incredible place it is today. I have worked with amazing men and women over the years, whom all have supported the my growth and practice. This is the first time in all these years where I feel my growth as a physician is being deliberately infringed on by senior male managers.

I appreciate a prompt response.

Dr. Edelman

| | |
|---|---|
| **From:** | Hall, Tisa (HR) <Tisa.Hall@nyulangone.org> |
| **Sent:** | Thursday, October 3, 2019 12:16 PM |
| **To:** | Pacina, Kathleen; Rose, Claudia |
| **Subject:** | RE: CASE 00282382 |

Kathleen I spoke to Josh Swirnow, AVP this morning and he indicated he spoke to Dr. Edelman on Friday (David was not there) and explained the rationale of using her office one day a week(for another provider) when she was not at the practice – she goes to HMG on this day. According to Josh the communication she received was not clear and the practice leadership team should have spoken to all the physicians on the changes first then went to each one that was affected. She is not the only physician affected (she thought she was). In addition she thought HMG would be changing her schedule and she would not have an office when she returned to the practice at Marcus and Josh assured her this was not the case and she was not singled out and this affects others. Dr. Edelman told him she understands now but the communication was not clear and she contacted ELR about the matter. Josh apologize for the miscommunication she received.

Can you round back with her to see if she still wants to pursue her complaint since she has been told the rationale for using her office one day a week when she is not at Marcus Avenue.

Tisa

**From:** Pacina, Kathleen
**Sent:** Thursday, September 26, 2019 3:47 PM
**To:** Hall, Tisa (HR) ; Rose, Claudia
**Subject:** FW: CASE 00282382

Hi Tisa,

Claudia sent you Dr. Edelman's previous email (attached). Wanted to advise you of the below as well. She is requesting that HR be part of this conversation.

I will respond to let her know that I am reviewing her email internally. Let me know your thoughts.

Thanks,
Kathleen

**From:** Edelman, Sari <Sari.Edelman@nyulangone.org>
**Sent:** Thursday, September 26, 2019 2:55 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** CASE 00282382

Hi

I wanted to follow up on email sent yesterday evening. Josh Smirnow and David Kaplan have requested phone conference call tomorrow at 1 pm. I would appreciate if you or an HR representative can be involved in this conversation.

Thank you,

1

D001002

**CONFIDENTIAL**

Sari Edelman

2

D001003

**To:** Pacina, Kathleen
**Subject:** Re: CASE 00282382

Hi

I wanted to follow up on CASE 00282382, complaint requesting investigation for workplace harassment. I have not heard any response from HR since October 8.
If I am sending these inquiries to incorrect person please let me know. I believe you are the HR contact person for this case.

Thank you,
Dr. Edelman

---

**From:** Pacina, Kathleen
**Sent:** Tuesday, October 8, 2019 10:55:43 AM
**To:** Edelman, Sari
**Subject:** RE: CASE 00282382

Hi Dr. Edelman,

I wanted to follow up with you regarding our last conversation. I understand that you met with Mr. Swirnow and he explained the rationale for office use one day week when you are not at Marcus Avenue. Please let me know if you would like to discuss further.

Thanks,
Kathleen

---

**From:** Edelman, Sari <Sari.Edelman@nyulangone.org>
**Sent:** Thursday, September 26, 2019 2:55 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** CASE 00282382

Hi

I wanted to follow up on email sent yesterday evening. Josh Smirnow and David Kaplan have requested phone conference call tomorrow at 1 pm. I would appreciate if you or an HR representative can be involved in this conversation.

Thank you,

Sari Edelman

2

| | |
|---|---|
| **From:** | Edelman, Sari <Sari.Edelman@nyulangone.org> |
| **Sent:** | Tuesday, November 12, 2019 4:53 PM |
| **To:** | Pacina, Kathleen |
| **Subject:** | Re: CASE 00282382 |

I did not receive the 10/8 email reply some reason, not sure why, and only saw it when went into old reply chain. Please let me know. I was notified today that in two weeks my office will be given to another doctor. Initially I was told transition would be in January, and I planned to start moving patients over from one office to other as of January. I informed Huntington now that given 11/21 as date, so need move all these patients in less than two weeks time. I feel this is retaliatory to my complaint. Such short notice is going impact patient follow up and care.

---

**From:** Pacina, Kathleen
**Sent:** Tuesday, November 5, 2019 6:47:41 PM
**To:** Edelman, Sari
**Subject:** RE: CASE 00282382

Hi Dr. Edelman,

I am confirming receipt of the below as I was out of office and returned today. I previously did not receive a response from email dated 10/8 (see attached) so my understanding was that the matter was closed. I will shared this with the ELR manager that now supports that FGP group and will get back to you regarding next steps.

Thanks,
Kathleen

**From:** Edelman, Sari
**Sent:** Friday, November 01, 2019 9:58 AM
**To:** Pacina, Kathleen
**Subject:** Re: CASE 00282382

Hi,

The harassment complaint was extensive detailed letter about treatment by manager using abusive and bullying behavior. While I spoke with Joshua Smirnow about the office space, I also was clear that the complaint was separate issue about treatment of females within workplace at NYU which is unacceptable moving into 2020. There was clearly implicit bias in how I was "managed" and spoken to in a manner clearly not appropriate by Joe Antonik and David Kaplan. Joshua Smirnow apologized for how they handled the situation to me directly in the phone conversation, as he was clearly aware situation was not managed properly. I am an educated female and I will not tolerate this treatment in my place of work. I do expect this to be addressed. Presently I continue to feel uncomfortable in my place of work. I need to know moving forward issues will be addressed in a professional environment without bias in order to continue practicing. Please let me know when and how this will be addressed.

As for the issue of space, this is not HR issue. Karen Oberlander and Miriam Ruiz are working with me to establish plan moving forward.

Dr. Edelman

1

D000997

CONFIDENTIAL

| | |
|---|---|
| **From:** | Ogbara, Rashidat <Rashidat.Ogbara@nyulangone.org> |
| **Sent:** | Monday, November 18, 2019 6:14 PM |
| **To:** | Edelman, Sari |
| **Subject:** | HR Matter |

Good Evening,

My colleague, Kathleen Pacina, informed me that you raised some concerns regarding your treatment in the workplace. I am the new ELR manager that supports FGP and will investigate your concerns.

Are you available to speak sometime Thursday or Wednesday?

Best,
**Rashidat Ogbara**
Manager, Employee & Labor Relations
Human Resources

NYU Langone Health
One Park Avenue, 4th Fl.
New York, NY 10016

T 212-404-3834
F 646-754-9541
Rashidat.Ogbara@nyulangone.org
nyulangone.org

1

On Feb 22, 2016, at 5:37 PM, Harley, Jessica <Jessica.Harley@nyumc.org> wrote:

Good Afternoon Dr. Buyon,

The Patient Experience received a call from patient, MRN REDACTED regarding her experience at the Rheumatology office located at 1999 Marcus Ave. Long Island, NY. Patient acknowledges that the doctor was on vacation however, feels there is a lack of communication and follow through. I am aware that this is an FGP however, uncertain if you would be the appropriate leadership to forward this complaint for assistance.



Kindly provide your feedback regarding the investigation, action plan and follow up with the patient for this complaint ▮▮▮▮▮▮▮▮▮▮ as per CMS guidelines.

Thank you.

**Jessica Harley, M.Ed. - Patient Relations Specialist**
*Patient Experience Office*
**NYU Hospital for Joint Diseases**
**HJDPatientRelations@NYUMC.org**
**Jessica.Harley@nyumc.org**



April 2021

Dear Patient,

I am writing to inform you that Sari Edelman, MD, will be leaving NYU Langone Health.  Dr. Edelman's last day of seeing patients at **NYU Langone Ambulatory Care Lake Success** will be Friday May 28, 2021.

Continuity of care is very important to us. Listed below are some of our Rheumatology providers who will be able to accommodate your medical needs going forward without interruption.

**NYU Langone Ambulatory Care Lake Success**
1999 Marcus Avenue Lake
Success, NY 11042

- Lenore Brancato, MD
- William Given, MD
- Avram Goldberg, MD
- Margaret Li, MD
- Kavini Mehta, MD
- Andrew Porges, MD

To schedule an appointment with our doctors, please visit nyulangone.org to schedule online, or call (516) 467-8600.

If you choose to receive care from a physician outside of NYU Langone Health, please sign an "Authorization for Release of Medical Information" form and we will provide copies of your medical record. This authorization form can be obtained by calling us at (516) 467-8700 or visiting nyulangone. org/patient-forms found under the heading "Authorization for the Use and Disclosure of PHI". You can mail the completed form to the practice address below or fax the completed form to (646) 754-9821.

NYU Langone Health would like to thank you for allowing us to participate in your medical care and we hope to continue to serve you.

Sincerely,

*Joseph Antonik*

Joseph Antonik, MBA
Site Director, NYU Langone Ambulatory Care Lake Success