# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 14, 2023

**VIA ECF**
United States District Court
Southern District of New York
Attn: Hon. Lorna G. Schofield, U.S.D.J.
40 Foley Square, Courtroom 1106
New York, NY 10007-1312

> Application GRANTED. The parties shall file their initial joint pretrial order by **March 15, 2023**.
>
> Dated: March 14, 2023
> New York, New York
>
> _/s/ Lorna G. Schofield_
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:   **Edelman v. NYU Langone Health System,** *et al.*
      Case No.: 1:21-cv-502 (LGS) (GWG)
      MLLG File No.: 209-2020_____

Dear Judge Schofield:

This firm represents the Plaintiff, Dr. Sari Edelman (hereinafter "Plaintiff" or "Dr. Edelman"), in the above-referenced case. Plaintiff writes, with the consent of Defendants, to respectfully seek one (1) day extension of the parties' deadline to submit an initial joint pretrial Order ("JPTO").

Pursuant to this Court's February 22, 2023, Order (the "Order"), see Docket Entry 176, the parties' deadline to submit initial JPTO is today, March 14, 2023. Pursuant to ¶ I(B)(2) of this Court's Individual Rules and Civil Procedures, there have been no previous requests for an extension of any deadline in the Order. The reason for the request is that, among other deadlines and appearances, Plaintiff's counsel was in a mediation for most of the day and needs additional time to complete certain portions of the JPTO.

Plaintiff therefore respectfully submits that there is good cause for granting the requested one (1) day extension. See Fed. R. Civ. P. 6(b)(1)(A). Accordingly, Plaintiff's consent letter motion for an extension of time to submit the JPTO should be granted.

Dated: Lake Success, New York
       March 14, 2023

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**
_____/s_____
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

cc: Defendants (via ECF).