UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                              :

DR. SARI EDELMAN,                 :

                  Plaintiff,   :

                              :                21 Civ. 502 (LGS)

          -against-           :

                              :                  ORDER

NYU LANGONE HEALTH SYSTEM, et al.,   :

                Defendants. :

                              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties filed a joint initial pretrial order on March 15, 2023;

      WHEREAS, the parties are due to file motions *in limine* by March 22, 2023, and to file

responses to motions *in limine* and a joint final pretrial order by April 3, 2023.  It is hereby

      **ORDERED** that, in the exhibit lists within the parties' joint final pretrial order, where the

parties note any objections to each other's exhibits, the parties shall also note which objections

are then before the Court for resolution in the form of a motion *in limine*.

Dated: March 16, 2023
       New York, New York

                                      LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE