# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 27, 2023

<u>**VIA ECF**</u>
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Lorna G. Schofield, U.S.D.J.
40 Foley Square, Courtroom 1106
New York, NY 10007-1312

> Application GRANTED nunc pro tunc. The parties shall file the materials below by **March 29, 2023**.
>
> Dated: March 28, 2023
> New York, New York
>
> _____
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re: **Edelman v. NYU Langone Health System,** *et al.*
 **Case No.: 1:21-cv-502 (LGS) (GWG)**
 <u>**MLLG File No.: 209-2020**_____</u>

Dear Judge Schofield:

This firm represents the Plaintiff, Dr. Sari Edelman (hereinafter "Plaintiff" or "Dr. Edelman"), in the above-referenced case. Plaintiff writes, with the consent of Defendants, to respectfully seek a two (2) day extension, until Wednesday, March 29, 2023, of the parties' deadline to submit the parties' joint requests to charge, *voir dire*, verdict form, and any memorandum of law.

Pursuant to this Court's September 20, 2022 Order (the "Order"), <u>see</u> Docket Entry 156, the parties' deadline to submit the aforementioned documents is today, March 27, 2023.

Pursuant to ¶ I(B)(2) of this Court's Individual Rules and Civil Procedures, there has been no previous request for an extension of this specific deadline. The reason for the request is that, among other deadlines and appearances, Plaintiff's counsel was before the Hon. Pamela K. Chen, U.S.D.J. on a hearing for a preliminary injunction which your undersigned spent significant time preparing for over the last week. As a result, the parties could not coordinate submissions for today.

It is respectfully submitted that the requested extension should not affect any of the Court's other deadlines, although the parties respectfully reserve the right to seek an appropriate extension of time should the need arise.

Plaintiff therefore respectfully submits that there is good cause for granting the requested two (2) day extension. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, Plaintiff's consent letter motion for an extension of time to submit the aforementioned trial documents should be granted. Plaintiff thanks this Court for its time and attention to this case.

Hon. Lorna G. Schofield, U.S.D.J.
March 27, 2023
P a g e | **2**

Dated: Lake Success, New York
       March 27, 2023

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

_____/s_____
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

cc: Defendants (via ECF).