UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. SARI EDELMAN,<br><br>                    Plaintiff,<br><br>– against –<br><br>NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,<br><br>                    Defendants. | Case No. 1:21-cv-502 (LGS) (GWG) |

**PLAINTIFF'S PROPOSED INTRODUCTORY DESCRIPTION OF THE CASE**

Plaintiff is a female rheumatologist who was employed at NYU under an employment agreement for over six years, during which she met or exceeded all productivity targets and once renewed her three (3) year contract for another three (3) year term. She is suing NYU and several individuals employed at NYU for employment discrimination and retaliation. She alleges that NYU and certain individuals at NYU paid her less in compensation than male doctors because she is a woman, that certain individuals at NYU discriminated against her based on sexist remarks, and that NYU and certain individuals at NYU retaliated against her by not renewing her employment contract after she complained to NYU about the alleged discrimination.

NYU, in turn, alleges that it paid Plaintiff less because the male doctors had better credentials, that these male doctors came to NYU after having earned more and held higher and more prestigious positions than Plaintiff, and that the male doctors had higher productivity. NYU also alleges that no discriminatory remarks were made, and that her employment contract was not

renewed because NYU found that her medical practices did not meet the medical standards of NYU.

### **DEFENDANTS' PROPOSED INTRODUCTORY DESCRIPTION OF THE CASE[1]**

Plaintiff was a physician employed at NYU Langone Health System. She is suing NYU and several individuals employed at NYU for employment discrimination. She alleges that NYU paid her less than male doctors because she is a woman, that certain individuals at NYU made discriminatory remarks, and that NYU retaliated against her by not renewing her employment contract after she complained to NYU about the alleged discrimination.

NYU, in turn, alleges that NYU paid Plaintiff less because the male doctors had better credentials, that these male doctors came to NYU after having earned more and held higher and more prestigious positions than Plaintiff, and that the male doctors had higher productivity. NYU also alleges that no discriminatory remarks were made, and that her employment contract was not renewed because NYU found that her medical practices did not meet the medical standards of NYU.

Dated: April 3, 2023
   New York, New York

APPROVED AS TO FORM AND SUBSTANCE

| **MILMAN LABUDA LAW GROUP PLLC** | **TARTER KRINSKY & DROGIN LLP** |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| By: */s/ Emanuel Kataev* | By: */s/ Richard L. Steer* |
| Joseph M. Labuda | Richard L. Steer |
| Emanuel Kataev | Justin Chu |
| 3000 Marcus Avenue, Suite 3W8 | Ingrid J. Cardona |

---

[1] We do not agree with Plaintiff's proposal because the description of her case is in effect an opening statement that her counsel wishes to make at trial. We do not believe it is appropriate for either party to request the court to read the parties' opening statements.

| | |
|---|---|
| Lake Success, NY 11042-1073 | 1350 Broadway, 11th Floor |
| (516) 328-8899 | New York, NY 10018 |
| joe@mllaborlaw.com | (212) 216-8000 |
| emanuel@mllaborlaw.com | rsteer@tarterkrinsky.com |
| | jchu@tarterkrinsky.com |
| | icardona@tarterkrinsky.com |

　　　　　　　　　　　　　　　　　　　　　**LORNA G. SCHOFIELD**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**