UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DR. SARI EDELMAN,
                               Plaintiff,

                          21 Civ. 502 (LGS)
         -against-

                          ORDER
NYU LANGONE HEALTH SYSTEM, et al.,
                            Defendants,
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the jury trial in this action is scheduled to begin on May 8, 2023. It is hereby

**ORDERED** that the jury trial scheduled for May 8, 2023, is **adjourned** to second place on the Court's May 15, 2023, trial-ready calendar. The jury trial will begin on Monday, **May 15, 2023**, at 9:45 a.m. or an available date thereafter. It is further

**ORDERED** that the parties shall be ready to proceed on 24 hours' notice on or after May 15, 2023. It is further

**ORDERED** that, by **April 24, 2023**, the parties shall file a joint letter apprising the Court of their mediation schedule. At the conclusion thereof, the parties shall file another joint letter with the status of their discussion.

Dated: April 18, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                                **UNITED STATES DISTRICT JUDGE**