UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DR. SARI EDELMAN,                                           :
                                Plaintiff,      :
                                                            :     21 Civ. 502 (LGS)
                -against-                                :
                                                            :     ORDER
                                                            :
NYU LANGONE HEALTH SYSTEM, et al.,                          :
                             Defendants,    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the jury trial in this action is scheduled to begin on May 15, 2023;

       WHEREAS, a conference was held on May 1, 2023, at 10:30 A.M. to discuss scheduling. It is hereby

       **ORDERED** that, as discussed at the conference, the jury trial scheduled for May 15, 2023, is **adjourned** to the Court's June 5, 2023, trial-ready calendar. The jury trial will begin on Monday, **June 5, 2023**, at 9:45 a.m. or an available date thereafter. It is further

       **ORDERED** that the parties shall be ready to proceed on 24 hours' notice on or after June 5, 2023. It is further

       **ORDERED** that the final pretrial conference will be held on **May 26, 2023, at 4:00 P.M.** on the following conference line: 888-363-4749, access code: 558-3333. The parties are advised to follow the Court's Individual Trial Rules and Procedures, available on the Court's website at https://www.nysd.uscourts.gov/hon-lorna-g-schofield. It is further

       **ORDERED** that, by **May 15, 2023**, the parties shall file a joint letter apprising the Court of the status of their settlement discussion.

       The Clerk of Court is respectfully directed to close the motion at Dkt. No. 208.

Dated: May 1, 2023
       New York, New York

                                                                        LORNA G. SCHOFIELD
                                                                 UNITED STATES DISTRICT JUDGE