```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
DR. SARI EDELMAN,                                               :
                                                                :
                            Plaintiff,                          :
                                                                :         21-cv-502 (LJL)
            -v-                                                 :
                                                                :            ORDER
NYU LANGONE HEALTH SYSTEM, NYU                                  :
LANGONE HOSPITALS, NYU LANGONE MEDICAL                          :
CENTER, NYU LANGONE NASSAU                                      :
RHEUMATOLOGY, NYU SCHOOL OF MEDICINE,                           :
NYU GROSSMAN SCHOOL OF MEDICINE, NYU                            :
HOSPITALS CENTER, ANDREW T. RUBIN, DAVID                        :
KAPLAN, JOSEPH ANTONIK, and JOSHUA                              :
SWIRNOW,                                                        :
                                                                :
                            Defendants.                         :
                                                                :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    The final pretrial conference is scheduled for tomorrow, July 6, 2023. Today, in advance of that conference, the Court has emailed draft versions of the jury instructions and voir dire it intends to deliver to the counsel of record for all parties.

    At the final pretrial conference, among other subjects, the parties should be prepared to discuss: (1) whether the elements of the claims are identical for certain of the violations, such that the jury need be instructed only once; (2) whether Plaintiff is willing to drop certain of the Defendants from certain of the claims; and (3) the instructions on damages, including the damages being sought with respect to the New York City Human Rights Law claim for discrimination.

    The Court will provide the parties a copy of the verdict form it intends to give the jury for its deliberations only after the final pretrial conference.

    SO ORDERED.

Dated: July 5, 2023
       New York, New York

                                                  LEWIS J. LIMAN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/2023