UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/6/2023__
```

-----------------------------------------------------------------X
:
DR. SARI EDELMAN,                                      :
:
Plaintiff,              :
:                    21-cv-502 (LJL)
-v-                      :
:                    ORDER
NYU LANGONE HEALTH SYSTEM, ET AL.,          :
:
Defendants.            :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This order memorializes the deadlines set at today's final pretrial conference:

- Plaintiff shall submit a letter with the Court by the end of the day tomorrow, July 7, 2023, indicating: (1) whether there is a dispute between the parties over the admissibility of defense exhibits RRR through WWW; and (2) which of the NYU entities shall remain as defendants for each claim;
- The parties shall email any demonstrative exhibits to the Court and each other for Monday, July 10, 2023, by 5:00 p.m. on Sunday, July 9, 2023.  Thereafter, any party seeking to use a demonstrative exhibit shall email such exhibit to the Court and opposing counsel no later than 5:00 p.m. on the day preceding the day on which the exhibit is intended to be used.
- The parties shall submit an electronic portfolio of all of their exhibits by the end of the day on Sunday, July 9, 2023, to the Court.
- The parties shall bring a hard copy and email to the Court a combined exhibit list with columns that allow the Court mark which exhibits have been offered and received.  At the end of each trial day, the parties shall prepare between themselves an Excel list of the exhibits that have been received which shall be shared with the Court.  Any document that is listed on Plaintiff's exhibit list and Defendants' exhibit list shall be received into evidence only once and shall bear the exhibit number affixed to it when first offered into evidence.

SO ORDERED.


Dated: July 6, 2023                          _____
New York, New York                              LEWIS J. LIMAN
United States District Judge