**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DR. SARI EDELMAN,

                Plaintiff,                              21 **CIVIL** 502 (LJL)

      -against-                                  **JUDGMENT**

NYU LANGONE HEALTH SYSTEM, NYU
LANGONE HOSPITALS, NYU LANGONE
MEDICAL CENTER, NYU LANGONE NASSAU
RHEUMATOLOGY, NYU SCHOOL OF
MEDICINE, NYU GROSSMAN SCHOOL OF
MEDICINE, NYU HOSPITALS CENTER,
ANDREW T. RUBIN, DAVID KAPLAN,
JOSEPH ANTONIK, and JOSHUA SWIRNOW,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Lewis J. Liman, United States District Judge, Plaintiff Dr. Sari Edelman has judgment for damages in the sum of $700,000.00 for front pay as against the defendants.

**DATED:**  New York, New York
               July 26, 2023

                                                                   **RUBY J. KRAJICK**
                                                                   **Clerk of Court**

**So Ordered:**                                          **BY:**   K. Mango

     _____                                                         _____
       **U.S.D.J.**                                                               **Deputy Clerk**