**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

August 14, 2023

**VIA ECF**
United States District Court
Southern District of New York
Attn: Hon. Lewis J. Liman, U.S.D.J.
500 Pearl Street, Courtroom 15C
New York, NY 10007-1312

*The parties should file their motions on the date that they believe such motions are due under the Federal Rules of Civil Procedure, or before such date, without regard to the Court's statement on the date that the jury was discharged.*

SO ORDERED.

LEWIS J. LIMAN
United States District Judge
8/14/2023

Re: **Edelman v. NYU Langone Health System,** *et al.*
Case No.: 1:21-cv-502 (LJL) (GWG)
MLLG File No.: 209-2020_____

Dear Judge Liman:

This firm represents the Plaintiff Dr. Sari Edelman (hereinafter "Plaintiff" or "Dr. Edelman") in the above-referenced case. Plaintiff writes to clarify the appropriate deadline for her anticipated motion under Rules 50 and 59 of the Federal Rules of Civil Procedure (hereinafter "Rules" or "Rule") concerning the jury's verdict as to her Equal Pay Act claims.

In this case, the jury was discharged on July 19, 2023 and judgment was entered on July 26, 2023. See ECF Docket Entries 258 and 260. Rule 59 provides that a motion thereunder is due "no later than 28 days after the entry of judgment." See Fed. R. Civ. P. 59(b). Rule 50 provides that "[n]o later than 28 days after the entry of judgment--or if the motion addresses a jury issue not decided by a verdict, no later than 28 days after the jury was discharged--the movant may file a renewed motion for judgment as a matter of law and may include an alternative or joint request for a new trial under Rule 59." See Fed. R. Civ. P. 50(b).

Because Plaintiff's anticipated motion addresses a jury issue that *was* decided by a verdict, it is respectfully submitted that her motion is due on Wednesday, August 23, 2023, which is 28 days after the entry of judgment. Clarity is also sought because on July 19, 2023, this Court stated that "[u]nder Rule 59, the defendants have no later than 28 days after *today's* entry of judgment to make a request for a new trial and to make their renewed motion for judgment … I said those are the deadlines for the defendants, but I should also make it clear those are the deadlines for the plaintiff as well." See Trial Tr. July 19, 2023 at 1506:24-1507:13.

Accordingly, Plaintiff respectfully requests that this Court confirm the deadline for Plaintiff to move under Rules 50 and 59 falls on August 23, 2023, which is 28 days after the entry of judgment on July 26, 2023.

Plaintiff thanks this Court for its time and attention to this case.

Dated: Lake Success, New York
       August 14, 2023　　　　　　　　　　Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

_____/s_____
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Plaintiff*
*Dr. Sari Edelman*

**VIA ECF**
Tarter Krinsky & Drogin LLP
Richard C. Schoenstein, Esq.
Richard L. Steer, Esq.
Ingrid J. Cardona, Esq.
1350 Broadway, 11th Floor
New York, NY 10018
rschoenstein@tarterkrinsky.com
rsteer@tarterkrinsky.com
icardona@tarterkrinsky.com

*Attorneys for Defendants*