**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DR. SARI EDELMAN,<br><br>Plaintiff,<br><br>– against –<br><br>NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,<br><br>Defendants. | Case No. 1:21-cv-502 (LJL)<br><br>**DECLARATION OF RICHARD L. STEER IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW AND TO ALTER OR AMEND THE JUDGMENT** |

**RICHARD L. STEER**, under penalties of perjury, hereby declares pursuant to 28 U.S.C. § 1746:

1. I am a Partner at the law firm of Tarter Krinsky & Drogin LLP, attorneys for Defendants NYU Langone Health System, NYU Langone Hospitals, and NYU Grossman School of Medicine, a Division of New York University, f/k/a "NYU Hospitals Center" s/h/a "NYU Langone Medical Center," "NYU Langone Nassau Rheumatology," "NYU School of Medicine," "NYU Grossman School of Medicine," and "NYU Hospitals Center", and Andrew T. Rubin, David Kaplan, Joseph Antonik, and Joshua Swirnow.

2. A true and correct copy of the July 18, 2023, Court Transcript is annexed at Exhibit A.

3. A true and correct copy of Plaintiff's Trial Exhibit 21 is annexed at Exhibit B.

4. A true and correct copy of the July 12, 2023, Court Transcript is annexed at Exhibit C.

5. A true and correct copy of the July 13, 2023, Court Transcript is annexed at Exhibit D.

6. A true and correct copy of the July 17, 2023, Court Transcript is annexed at Exhibit E.

7. A true and correct copy of the July 14, 2023, Court Transcript is annexed at Exhibit F.

8. A true and correct copy of the July 19, 2023, Court Transcript is annexed at Exhibit G.

9. A true and correct copy of the signed Jury Verdict Form is annexed at Exhibit H.

10. A true and correct copy of the Plaintiff's Trial Exhibit 8 is annexed at Exhibit I.

11. A true and correct copy of the Plaintiff's Trial Exhibit 7 is annexed at Exhibit J.

12. A true and correct copy of the Plaintiff's Trial Exhibit 9 is annexed at Exhibit K.

13. A true and correct copy of the July 11, 2023, Court Transcript is annexed at Exhibit L.

14. A true and correct copy of the Plaintiff's Trial Exhibit 88 is annexed at Exhibit M.

15. A true and correct copy of ECF Docket No. 202-1 is annexed at Exhibit N.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2023.

                                                                             */s/ Richard L. Steer*
                                                                               Richard L. Steer