**EXHIBIT D**

```
    N7DCede1
```

 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------x

 3  DR. SARI EDELMAN,

 4             Plaintiff,

 5        v.                              21 Civ. 502 (LJL)

 6  NYU LANGONE HEALTH SYSTEM, *et
    al.*,
 7
               Defendants.
 8                                        Trial
    ------------------------------x
 9                                        New York, N.Y.
                                          July 13, 2023
10                                        8:55 a.m.

11  Before:

12                      HON. LEWIS J. LIMAN,

13                                        District Judge
                                          -and a Jury-
14

15                          APPEARANCES

16  MILMAN LABUDA LAW GROUP PLLC
         Attorneys for Plaintiff
17  BY:  JOSEPH M. LABUDA
         EMANUEL S. KATAEV
18
    TARTER KRINSKY & DROGIN LLP
19       Attorneys for Defendants
    BY:  RICHARD C. SCHOENSTEIN
20       RICHARD L. STEER
         INGRID J. CARDONA
21

22

23

24

25

1  Q.  And then would you read the seventh bullet point.
2  A.  "I asked -- Tiffany states that she was very much offended
3  by Dr. Edelman's statements and her overall rudeness that she
4  encounters every day."
5  Q.  What did you do, if anything, when you received this email?
6  A.  I recall discussing this with Miriam.
7  Q.  Do you recall doing anything else, if at all?
8  A.  No, I don't.
9           MR. STEER:  Your Honor, I'd like to publish to the
10  jury Defendants' Exhibit 86 in evidence.
11           THE COURT:  You may do so.
12           MR. STEER:  Oh, Plaintiff's 86 in evidence.  Sorry.
13  Q.  Mr. Kaplan, showing you Plaintiff's 86 in evidence, did you
14  write -- withdrawn.
15      Showing you Plaintiff's 86 in evidence, do you believe that
16  any of the statements in this exhibit are untrue?
17  A.  No.
18  Q.  Did you believe they were true at the time you sent this
19  forward?
20  A.  Yes.
21  Q.  Were you asked to gather information to put forward about
22  things that had happened in the practice?
23  A.  Yes.
24  Q.  Did you prepare this in an effort to get Dr. Edelman fired?
25  A.  No.

1           MR. KATAEV:  That's fine, your Honor.
2    "Q.  Did David Kaplan ever express to you any discontent or
3    unhappiness with respect to Dr. Edelman?
4    "A.  He expressed challenges about the issues that were present
5    in the office."
6    Q.  Do you recall making that testimony?
7    A.  I don't recall, but that's what it says, so I'm sure that's
8    what I said.
9    Q.  So it's fair to say Mr. Kaplan complained to you about the
10   challenges he faced with the directive; right?
11   A.  That's not what it says.
12   Q.  You also spoke about this issue about Dr. Edelman with
13   Mr. Antonik; correct?
14   A.  No, never.
15           MR. KATAEV:  Your Honor, lines 23 to 25 on page 109
16   for impeachment.
17           MR. SCHOENSTEIN:  Objection.
18           THE COURT:  Sustained.
19           Ask the questions and then you can try to use the
20   transcript.
21   Q.  What conversations, if any, did you have with Mr. Antonik
22   about Dr. Edelman?
23   A.  I don't recall having any conversations directly with
24   Dr. Antonik -- I mean Mr. Antonik.  I'm sorry.
25   Q.  It's possible that you had conversations with him; correct?