**EXHIBIT B**

**Salesforce Notes/Comment (original date not available) System admin date 3-13-2020**

employee wants to make a complaint against Joe Antanik. at the end of patient hours yesterday, she had a conversation with Joe around 3:30-3:35 on 9/16 on in her office. she was on the office on the phone with her daughter, he came into her office and said that the directive above was that they wanted to move the rhum into 1 space and that he had a specific request - that another doctor would be using her personal consult office during Thursday and Friday. laying down the foundation - he insinuated who was moving where and he didnt dictate who made the decision. she said that she uses the office on Friday to do clinical work and he said "how often are you really here". He was sitting and he was pointing at things in her office and was intimidating. He said you really think this (office) is yours - throwing his arms and pointing at things. she stated that contractually the office is designated for her and he replied that he will bring this up to the powers that be. then he left, walked out. her heart was racing. was supposed to be calling patients back and she was very uncomfortable after this conversation. 2 new doctors are starting - they dont have a place for them but her response was is that she uses the office and so the others cannot use it. there was a schedule change request that was made last week wednesday - to move wednesday cancellations from last week to be moved to Friday of this week. miriam ruiz - regular mgr. she was working on it but she was out today. Enid pappas is covering her and asked her to double check. wanted an update/ she went into schedule and it looked like it didnt look like anything has been changed yet. she said that she was thinking about opening friday schedule for patient hours (she usually does clinical work). she received an email from enid with a reference to joe - stating that she cant approve any of the requests because it has to be approved by Joe. physicians that want to change their hours have to be approved by leadership. they cant just change day to day practice. there are contractual and financial implications thats why they needed to discuss. finance needs to weigh in and they need to verify if they have the staff in place to do that. joe told managers that whenver physicians change their schedules to notify Joe. miriam gave Joe the email about this friday's schedule today 9/18 - this can be approved but MA that is normally assigned to Dr. Edelman has another asssignment on fridays so they need to verify that they have the staff. Her take is that he shut down her requests as a result of yesterday's conversation. call with Joe - he didnt raise his arms. she doesnt come in fridays. maybe 1 friday a month for 2 hours. explained that there was a need to use the office. she defensive and snide. she said i have a contract and you can have them call my lawyers. she said that she was promised the office per her contract and he said thta he wasnt aware and that we would bring it up to the powers that to be address. if the friday are no good then what about thursday. she was unwilling and not flexible to let others use this office. it wasnt personal to her or targeted to her because this happens often. advised that i would reach out to David Kaplan and that he should meet to Dr. Edelman.

**Resolution Notes**

**System closed case date: 10-8-2019**

spoke to Tisa and David Kaplan. Dr. Edelman met with Josh Swirnow and he explained the rationale behind using her office while she wasnt at Marcus Avenue, he clarified that she wasnt the only one who's office was needed. Sent f/u email to Dr. Edelman to see if wanted to further discuss.

D000556