# EXHIBIT E

N7HCede1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

DR. SARI EDELMAN,

        Plaintiff,

          v.                              21 Civ. 502 (LJL)

NYU LANGONE HEALTH SYSTEM, *et al.*,

        Defendants.
                                       Trial
------------------------------x
                                       New York, N.Y.
                                       July 17, 2023
                                       9:00 a.m.

Before:

                   HON. LEWIS J. LIMAN,

                                       District Judge
                                       -and a Jury-

                      APPEARANCES

MILMAN LABUDA LAW GROUP PLLC
    Attorneys for Plaintiff
BY: JOSEPH M. LABUDA
    EMANUEL S. KATAEV

TARTER KRINSKY & DROGIN LLP
    Attorneys for Defendants
BY: RICHARD C. SCHOENSTEIN
    RICHARD L. STEER
    INGRID J. CARDONA

1  deciding my opinion on whether there's a dispute or not.
2  Q.  But you effectively took one person's word over Dr. Edelman
3  when you nonrenewed her without speaking to her; correct?
4  A.  That is absolutely not true.
5  Q.  But you didn't speak to Dr. Edelman about these issues, did
6  you?
7  A.  I did not speak to Dr. Edelman, but as I testified, I spoke
8  to others.
9  Q.  As you sit here today, you do not know whether Mr. Antonik
10  told Dr. Porges about these alleged clinical issues; correct?
11  A.  I don't interact with Joe Antonik, Mr. Antonik, so I don't
12  know anything he and Dr. Porges spoke about.
13  Q.  You negotiated with Dr. Goldberg concerning his
14  compensation when he first came in 2013; correct?
15  A.  Yeah, I don't remember the specifics of that at all, but
16  I'm sure I would have been the guy who did it.
17  Q.  And when Dr. Goldberg asked for $290,000, he received
18  $290,000; correct?
19  A.  I think I said this last week, I don't recall the terms of
20  our negotiation.
21          MR. KATAEV:  I'd like to present a document to refresh
22  the witness's recollection, your Honor.
23          THE COURT:  What is it?
24          MR. KATAEV:  It's a declaration from Mr. Goldberg.
25  I'd like to place it on the screen just for him.