# EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. SARI EDELMAN,

Plaintiff,

-v-

NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,

Defendants.

21-cv-502 (LJL)

**VERDICT FORM**

**PLEASE FOLLOW ALL INSTRUTIONS, CHECK (√) YOUR ANSWERS, AND FILL IN THE BLANKS**

***All Answers Must Be Unanimous***

## I. Federal Equal Pay Act Claim

1. Has Dr. Edelman proved by a preponderance of the evidence that NYU employed her and the following individuals in a job requiring substantially equal skill, effort, and responsibility?

Dr. Goldberg: YES: ______ NO: ✓
Dr. Porges: YES: ______ NO: ✓
Dr. Modi: YES: ______ NO: ✓

2. Has Dr. Edelman proved by a preponderance of the evidence that her job and that of the following individuals were performed under similar working conditions?

Dr. Goldberg: YES: ✓ NO: ______
Dr. Porges: YES: ✓ NO: ______
Dr. Modi: YES: ✓ NO: ______

3. Has Dr. Edelman proved by a preponderance of the evidence that she was paid lower compensation than the following individuals for doing substantially equal work?

| | | |
|---|---|---|
| Dr. Goldberg: | YES: ______ | NO: ✓ |
| Dr. Porges: | YES: ______ | NO: ✓ |
| Dr. Modi: | YES: ______ | NO: ✓ |

4. Have Defendants proved by a preponderance of the evidence that the differences in pay between Dr. Edelman and the following individuals were based on factors other than sex?

| | | |
|---|---|---|
| Dr. Goldberg: | YES: ✓ | NO:______ |
| Dr. Porges: | YES: ✓ | NO:______ |
| Dr. Modi: | YES: ✓ | NO:______ |

5. Has Dr. Edelman proved by a preponderance of the evidence that any of the following Defendants violated the federal Equal Pay Act?

[Answer only if you have answered YES to Questions 1 through 3 for a comparator and also answered NO for that same comparator in Question 4.]

| | | |
|---|---|---|
| NYU Langone Health System: | YES: ______ | NO:______ |
| NYU Langone Hospitals | YES: ______ | NO:______ |
| NYU Langone Medical Center | YES: ______ | NO:______ |
| NYU Langone Nassau Rheumatology | YES: ______ | NO:______ |
| NYU School of Medicine | YES: ______ | NO:______ |
| NYU Grossman School of Medicine | YES: ______ | NO:______ |
| NYU Hospitals Center | YES: ______ | NO:______ |
| Rubin: | YES: ______ | NO:______ |
| Swirnow: | YES: ______ | NO:______ |

## II. New York Labor Law Section 194

6. Have Defendants proved by a preponderance of the evidence that the differences in pay between Dr. Edelman and the following individuals were based on factors other than sex?

| | | |
|---|---|---|
| Dr. Goldberg: | YES: ✓ | NO:______ |
| Dr. Porges: | YES: ✓ | NO:______ |
| Dr. Modi: | YES: ✓ | NO:______ |

7. Has Dr. Edelman proved by a preponderance of the evidence that any of the following Defendants violated New York Labor Law Section 194?

[Answer only if you have answered YES to Questions 1 through 3 for a comparator and also answered NO for that same comparator in Question 6.]

| | | |
|---|---|---|
| NYU Langone Health System: | YES: ______ | NO: ______ |
| NYU Langone Hospitals | YES: ______ | NO: ______ |
| NYU Langone Medical Center | YES: ______ | NO: ______ |
| NYU Langone Nassau Rheumatology | YES: ______ | NO: ______ |
| NYU School of Medicine | YES: ______ | NO: ______ |
| NYU Grossman School of Medicine | YES: ______ | NO: ______ |
| NYU Hospitals Center | YES: ______ | NO: ______ |
| Rubin: | YES: ______ | NO: ______ |
| Swirnow: | YES: ______ | NO: ______ |

## III. Title VII Retaliation Claim Against NYU Defendants

8. Has Dr. Edelman proved by a preponderance of the evidence that she engaged in protected activity under Title VII?

YES: ✓ NO: ______

9. Has Dr. Edelman proved by a preponderance of the evidence that any of the following Defendants committed an adverse act against her because of her protected conduct under Title VII?

| | | |
|---|---|---|
| NYU Langone Health System: | YES: ✓ | NO: ______ |
| NYU Langone Hospitals: | YES: ✓ | NO: ______ |
| NYU Langone Medical Center: | YES: ✓ | NO: ______ |
| NYU Langone Nassau Rheumatology: | YES: ✓ | NO: ______ |
| NYU School of Medicine: | YES: ✓ | NO: ______ |
| NYU Grossman School of Medicine: | YES: ✓ | NO: ______ |
| NYU Hospitals Center: | YES: ✓ | NO: ______ |

Case 1:21-cv-05502-LJL Document 238 Filed 07/20/23 Page 4 of 7

## IV. New York State Human Rights Law Retaliation Claim Against All Defendants

10. Has Dr. Edelman proved by a preponderance of the evidence that any of the following Defendants committed an adverse act against her because of her protected conduct under New York State Human Rights Law?

| Defendant | YES | NO |
|---|---|---|
| NYU Langone Health System: | ✓ | |
| NYU Langone Hospitals: | ✓ | |
| NYU Langone Medical Center: | ✓ | |
| NYU Langone Nassau Rheumatology: | ✓ | |
| NYU School of Medicine: | ✓ | |
| NYU Grossman School of Medicine: | ✓ | |
| NYU Hospitals Center: | ✓ | |

11. Has Dr. Edelman proved by a preponderance of the evidence that any of the Individual Defendants aided or abetted an adverse act against her because of her protected conduct under New York State Human Rights Law?

[You may only answer YES for any of the following Defendants if you answer YES to one of the Defendants in the previous question.]

| Defendant | YES | NO |
|---|---|---|
| Rubin: | | ✓ |
| Antonik: | ✓ | |
| Swirnow: | | ✓ |

## V. New York City Human Rights Law Retaliation Claim Against All Defendants

12. Has Dr. Edelman proved by a preponderance of the evidence that any of the following Defendants' conduct was motivated, at least in part, by Plaintiff's protected activity?

| Defendant | YES | NO |
|---|---|---|
| NYU Langone Health System: | ✓ | |
| NYU Langone Hospitals: | ✓ | |
| NYU Langone Medical Center: | ✓ | |
| NYU Langone Nassau Rheumatology: | ✓ | |
| NYU School of Medicine: | ✓ | |
| NYU Grossman School of Medicine: | ✓ | |
| NYU Hospitals Center: | ✓ | |
| Rubin: | | ✓ |
| Antonik: | ✓ | |
| Swirnow: | | ✓ |

13. Has Dr. Edelman proved by a preponderance of the evidence that any of the Defendants engaged in conduct reasonably likely to deter a person from engaging in the alleged protected activity?

| | | |
|---|---|---|
| NYU Langone Health System: | YES: ✓ | NO: |
| NYU Langone Hospitals: | YES: ✓ | NO: |
| NYU Langone Medical Center: | YES: ✓ | NO: |
| NYU Langone Nassau Rheumatology: | YES: ✓ | NO: |
| NYU School of Medicine: | YES: ✓ | NO: |
| NYU Grossman School of Medicine: | YES: ✓ | NO: |
| NYU Hospitals Center: | YES: ✓ | NO: |
| Rubin: | YES: | NO: ✓ |
| Antonik: | YES: ✓ | NO: |
| Swirnow: | YES: | NO: ✓ |

14. Has Dr. Edelman proved by a preponderance of the evidence that any of the Individual Defendants aided or abetted conduct that was reasonably likely to deter a person from engaging in the alleged protected activity?

[You may only answer YES for any of the following Defendants if you answered YES to the same Defendant in Question 12 and answered YES to at least one other Defendant in Question 13.]

| | | |
|---|---|---|
| Rubin: | YES: | NO: ✓ |
| Antonik: | YES: ✓ | NO: |
| Swirnow: | YES: | NO: ✓ |

## VI. New York City Human Rights Law Discrimination Claim Against All Defendants

15. Has Dr. Edelman proved by a preponderance of the evidence that any of the following Defendants intentionally discriminated against her because of her gender by making sexist remarks?

| | YES | NO |
|---|---|---|
| NYU Langone Health System: | | ✓ |
| NYU Langone Hospitals: | | ✓ |
| NYU Langone Medical Center | | ✓ |
| NYU Langone Nassau Rheumatology: | | ✓ |
| NYU School of Medicine: | | ✓ |
| NYU Grossman School of Medicine: | | ✓ |
| NYU Hospitals Center: | | ✓ |
| Antonik: | | ✓ |

## VII. Damages

A. Unequal Pay under the Equal Pay Act and New York Labor Law Section 194

16. If your answers to Questions 1 through 3 were all YES for any of the following proposed comparators, and also NO for Question 4 or Question 6, then how much less was Dr. Edelman paid for the relevant time period?

Dr. Goldberg: $____________

Dr. Porges: $____________

Dr. Modi: $____________

B. Retaliation Claims under Title VII, New York State Human Rights Law ("NYSHRL"), and New York City Human Rights Law ("NYCHRL")

If you found that any Defendant committed retaliation under Title VII, the New York State Human Rights Law, or the New York City Human Rights Law, continue to Question 17. If you did not find retaliation under any statute, continue to Question 20.

17. Has Dr. Edelman proved by a preponderance of the evidence that she suffered monetary damages because of retaliation for complaining to Human Resources about alleged discrimination?

| | YES | NO |
|---|---|---|
| Title VII: | ✓ | |
| NYSHRL: | ✓ | |
| NYCHRL: | ✓ | |

18. If your answer to the preceding question is YES to either NYSHRL or NYCHRL, then what amount of damages for front-pay should Dr. Edelman be awarded?

Front-pay: $ 700,000

19. If you answered YES to any of the statutes in Question 17, then what amount of compensatory damages should Dr. Edelman be awarded?

Compensatory Damages: $ 0

C. Gender Discrimination under New York City Human Rights Law

20. Has Dr. Edelman proved by a preponderance of the evidence that she suffered monetary damages because allegedly sexist remarks were made to her?

YES: ______ NO: ✓

21. If the preceding question is answered YES, then what amount of compensatory damages should Dr. Edelman be awarded?

$__________________

After completing the form, each juror who agrees with this verdict must sign below:

Foreperson

Dated: 7-19-23