UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DR. SARI EDELMAN,

                        Plaintiff,

-against-

NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,

                        Defendants.
------------------------------------------------------------------X

Case No.: 1:21-cv-502 (LJL) (GWG)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE,** that pursuant to Rules 50 and 59 of the Federal Rules of Civil Procedure, the Declaration of Emanuel Kataev, Esq. with accompanying exhibits, and the Memorandum of Law submitted herewith, Plaintiff Dr. Sari Edelman will move this Court before the Hon. Lewis J. Liman, U.S.D.J. at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 15C, New York, NY 10007-1312, on Wednesday, September 13, 2023 at 9:30 AM, or such date and time the Court sets, for judgment as a matter of law, or alternatively, for a new trial, and for such other and further relief this honorable Court deems just, equitable, and proper.

Dated:   Lake Success, New York
           August 23, 2023

                                           Respectfully submitted,
                                           **MILMAN LABUDA LAW GROUP, PLLC**
                                           By:  */s/   Joseph M. Labuda, Esq.*
                                           Joseph M. Labuda, Esq.
                                           Emanuel Kataev, Esq.
                                           3000 Marcus Avenue, Suite 3W8
                                           Lake Success, NY 11042-1073
                                           (516) 328-8899 (office)
                                           (516) 328-0082 (facsimile)
                                           joe@mllaborlaw.com
                                           emanuel@mllaborlaw.com

                                           *Attorneys for Plaintiff*
                                           *Dr. Sari Edelman*