UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DR. SARI EDELMAN,

                              Plaintiff,

      -against-

NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,

                              Defendants.
------------------------------------------------------------------X

Case No.: 1:21-cv-502 (LJL) (GWG)

**DECLARATION OF EMANUEL KATAEV, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR, ALTERNATIVELY, FOR A NEW TRIAL**

      Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.      I am admitted to practice before this Court and an am associate of Milman Labuda Law Group PLLC, attorneys for Plaintiff Dr. Sari Edelman in the above-referenced case.

      2.      As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office, and submit this declaration to provide exhibits relevant to Plaintiff's motion for judgment as a matter of law or, alternatively, for a new trial.

      3.      Annexed hereto as Exhibit A is a true and correct copy of the trial transcripts from July 10, 2023 through July 19, 2023.

      4.      Annexed hereto as Exhibit B is Plaintiff's Exhibit 5.

      5.      Annexed hereto as Exhibit C is Plaintiff's Exhibit 8.

      6.      Annexed hereto as Exhibit D is Plaintiff's Exhibit 9.

7. Annexed hereto as Exhibit E is Plaintiff's Exhibit 12.

8. Annexed hereto as Exhibit F is Plaintiff's Exhibit 35.

9. Annexed hereto as Exhibit G is Plaintiff's Exhibit 36.

10. Annexed hereto as Exhibit H is Plaintiff's Exhibit 37.

11. Annexed hereto as Exhibit I is Plaintiff's Exhibit 46.

12. Annexed hereto as Exhibit J is Plaintiff's Exhibit 108.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 23, 2023.

_____/s/_____
EMANUEL KATAEV, ESQ.