# SARI D. EDELMAN, D.O.

## EXPERIENCE

**RHEUMATOLOGIST, NYU LANGONE RHEUMATOLOGY; LAKE SUCCESS, NEW YORK – 2014-PRESENT**

Full time attending rheumatologist for NYU Langone Faculty Group Practice. Provide outpatient ambulatory care services and hospital consultations. Oversee patient care for on site infusion services. Attend and present at monthly educational seminars with rheumatology team at Lake Success. Attend seminars and conferences at NYU Langone Hospital, Manhattan.

**RHEUMATOLOGIST, RHEUMATOLOGY ASSOCIATES OF NEW YORK; LAKE SUCCESS, NEW YORK – 2008-2014**

Established and operated private rheumatology practice providing outpatient and inpatient hospital consultations. Additional services included on site infusion suite, bone densitometry, sonography. As owner/director attended to all business aspects of rheumatology practice including employee hiring, training, billing, regulatory practices and ancillary patient services (educational seminars).

## EDUCATION

**WINTHROP UNIVERSITY HOSPITAL, MINEOLA, NEW YORK**
**JULY, 2006- JUNE, 2008**

- Rheumatology Fellowship
- Board Certified Rheumatology, 2008
- Board Recertification Rheumatology, 2018

**WINTHROP UNIVERSITY HOSPITAL, MINEOLA, NEW YORK**
**JULY, 2003- JUNE, 2006**

- Internal Medicine Residency
- Board Certified Internal Medicine, 2006
- Board Recertification Internal Medicine, 2016

**NEW YORK COLLEGE OF OSTEOPATHIC MEDICINE, OLD WESTBURY, NEW YORK**
**AUGUST, 1999- JUNE, 2003**

- Doctor of Osteopathic Medicine
- Honors, Dean's List