Confidential

| | |
|---|---|
| **From:** | Edelman, Sari <Sari.Edelman@nyulangone.org> |
| **Sent:** | Tuesday, November 14, 2017 5:04 PM |
| **To:** | Swirnow, Joshua |
| **Subject:** | Re: |

Josh

This looks fine lets get contracts put together with the above terms

thanks

Sari

---

**From:** Swirnow, Joshua
**Sent:** Monday, November 13, 2017 7:57:54 PM
**To:** Edelman, Sari
**Subject:** Re:

Adding in the 3k for 278k is fine. The RVUs don't work though - the lower target was before we rolled your expected incentive into the base. This would effectively pay you twice for it and I can't do that. We can either keep the lower target and lower the base salary or keep it at 278k but with the higher RVU target.

Also, the lower target in Dr Mehta's email was hers. Yours has always been a little bit higher.

Let me know if you want to talk tomorrow to finalize.

On Nov 13, 2017, at 7:31 PM, Edelman, Sari <Sari.Edelman@nyumc.org> wrote:

> Josh,
>
> I would like to include the 3k in the compensation for new contract, bring to 278. I want to move forward with the contract however I would like my RVU to stay as they are at 4996 like proposed in an earlier email to Dr. Mehta. Effectively making the salary 278k and not having the 3k T&E.
>
> Sari
>
> ---
>
> **From:** Swirnow, Joshua
> **Sent:** Monday, November 13, 2017 11:23:35 AM
> **To:** Edelman, Sari
> **Subject:** FW:
>
> Hi Sari – your offer was intended to be 275k with an RVU target of 5,200 (close, but slightly less than your current projected actual RVUs) along with the continuation of the 3k T&E. let me know if this is ok. thanks, Josh
>
> **From:** Mehta, Kavini
> **Sent:** Friday, November 10, 2017 4:59 PM
> **To:** Swirnow, Joshua

D000149

**Confidential**

**Cc:** Edelman, Sari
**Subject:** Re:
ok, that's fair.
thank for clarifying.
have a good weekend.

---

**From:** Swirnow, Joshua
**Sent:** Friday, November 10, 2017 4:54:52 PM
**To:** Mehta, Kavini
**Cc:** Edelman, Sari
**Subject:** Re:
Yes
Sari's numbers are slightly different - I don't have them in front of me but will update Monday

On Nov 10, 2017, at 4:40 PM, Mehta, Kavini <Kavini.Mehta@nyumc.org> wrote:

> we both have a T&E for $3000, so that would remain the same?
>
> ---
>
> **From:** Swirnow, Joshua
> **Sent:** Friday, November 10, 2017 4:34:13 PM
> **To:** Mehta, Kavini
> **Cc:** Edelman, Sari
> **Subject:** Re:
> Yes - we can round to 270k at 4900
>
> On Nov 10, 2017, at 4:24 PM, Mehta, Kavini <Kavini.Mehta@nyumc.org> wrote:
>
>> just to clarify, you're proposing a base salary at $268, with my current annual RVUs of 4908?
>>
>> ---
>>
>> **From:** Swirnow, Joshua
>> **Sent:** Friday, November 10, 2017 4:17:35 PM
>> **To:** Mehta, Kavini
>> **Cc:** Edelman, Sari
>> **Subject:** Re:
>> The 10% increase Andrew initially proposed was intended to account for a portion of the loans ending. It was not intended to sit on top of the loan conversion to salary. we are not able to move your base salaries to that level; however, we can roll the projected bonuses I outlined in the emails into your base salary and set the RVU target at what you are doing now.
>>
>> On Nov 10, 2017, at 3:40 PM, Mehta, Kavini <Kavini.Mehta@nyumc.org> wrote:
>>
>>> Josh
>>> Thank you for getting back to us with an updated proposal. After reviewing the numbers, inclusive of a proposed 10% increase ,we both believe that a fair base salary would be $280k.

2

Confidential

Have a good weekend.
Kavini and Sari

D000151

**Confidential**

| | |
|---|---|
| **From:** | Edelman, Sari <Sari.Edelman@nyulangone.org> |
| **Sent:** | Thursday, November 16, 2017 7:09 PM |
| **To:** | Swirnow, Joshua |
| **Subject:** | Re: |

Josh,

this looks fine lets proceed.

Sari

---

**From:** Swirnow, Joshua
**Sent:** Thursday, November 16, 2017 5:29:38 PM
**To:** Edelman, Sari
**Subject:** RE:
Attached is the draft – we will release for signatures

---

**From:** Edelman, Sari
**Sent:** Tuesday, November 14, 2017 5:04 PM
**To:** Swirnow, Joshua
**Subject:** Re:

Josh

This looks fine lets get contracts put together with the above terms

thanks

Sari

---

**From:** Swirnow, Joshua
**Sent:** Monday, November 13, 2017 7:57:54 PM
**To:** Edelman, Sari
**Subject:** Re:

Adding in the 3k for 278k is fine. The RVUs don't work though - the lower target was before we rolled your expected incentive into the base. This would effectively pay you twice for it and I can't do that. We can either keep the lower target and lower the base salary or keep it at 278k but with the higher RVU target.

Also, the lower target in Dr Mehta's email was hers. Yours has always been a little bit higher.

Let me know if you want to talk tomorrow to finalize.

On Nov 13, 2017, at 7:31 PM, Edelman, Sari <Sari.Edelman@nyumc.org> wrote:

> Josh,

1

D000152

**Confidential**

I would like to include the 3k in the compensation for new contract, bring to 278. I want to move forward with the contract however I would like my RVU to stay as they are at 4996 like proposed in an earlier email to Dr. Mehta. Effectively making the salary 278k and not having the 3k T&E.

Sari

---

**From:** Swirnow, Joshua
**Sent:** Monday, November 13, 2017 11:23:35 AM
**To:** Edelman, Sari
**Subject:** FW:

Hi Sari – your offer was intended to be 275k with an RVU target of 5,200 (close, but slightly less than your current projected actual RVUs) along with the continuation of the 3k T&E. let me know if this is ok. thanks, Josh

---

**From:** Mehta, Kavini
**Sent:** Friday, November 10, 2017 4:59 PM
**To:** Swirnow, Joshua
**Cc:** Edelman, Sari
**Subject:** Re:

ok, that's fair.
thank for clarifying.
have a good weekend.

---

**From:** Swirnow, Joshua
**Sent:** Friday, November 10, 2017 4:54:52 PM
**To:** Mehta, Kavini
**Cc:** Edelman, Sari
**Subject:** Re:

Yes

Sari's numbers are slightly different - I don't have them in front of me but will update Monday

On Nov 10, 2017, at 4:40 PM, Mehta, Kavini <Kavini.Mehta@nyumc.org> wrote:

> we both have a T&E for $3000, so that would remain the same?
>
> **From:** Swirnow, Joshua
> **Sent:** Friday, November 10, 2017 4:34:13 PM
> **To:** Mehta, Kavini
> **Cc:** Edelman, Sari
> **Subject:** Re:
>
> Yes - we can round to 270k at 4900

2

**Confidential**

On Nov 10, 2017, at 4:24 PM, Mehta, Kavini <Kavini.Mehta@nyumc.org> wrote:

> just to clarify, you're proposing a base salary at $268, with my current annual RVUs of 4908?
>
> ---
>
> **From:** Swirnow, Joshua
> **Sent:** Friday, November 10, 2017 4:17:35 PM
> **To:** Mehta, Kavini
> **Cc:** Edelman, Sari
> **Subject:** Re:
>
> The 10% increase Andrew initially proposed was intended to account for a portion of the loans ending. It was not intended to sit on top of the loan conversion to salary. we are not able to move your base salaries to that level; however, we can roll the projected bonuses I outlined in the emails into your base salary and set the RVU target at what you are doing now.
>
> On Nov 10, 2017, at 3:40 PM, Mehta, Kavini <Kavini.Mehta@nyumc.org> wrote:
>
>> Josh
>>
>> Thank you for getting back to us with an updated proposal. After reviewing the numbers, inclusive of a proposed 10% increase ,we both believe that a fair base salary would be $280k.
>> Have a good weekend.
>>
>> Kavini and Sari

3

D000154