

Kavini ›

Fri, Oct 16, 9:15 AM

Our contracts will be for renewal soon.
We should find out how much other rheum are making per rvu

How?

Can ask Bill and Anang
No way Andy will give any info

Evan gave me contact Northwell. Haven't reached out. Do you want see?

Not going tell us.

Yes

I know Anang has make like 6000 rvu year. So his base has be higher.

Yes..
But we should be offered equal per RVU

Should. How go about it

I sent anang text

Can ask avi too

Plaintiff's Exhibit 108

P596

5:41



Kavini >

> Should. How go about it

I sent anang text

Can ask avi too

> My rvu this year suck. I was on 100 some months. Literally six months lost. No idea how going to do this

We should negotiate for same rvu, but have to see if making equivalent per rvu moving forward

Not expecting bonus

> So reason anang higher goal rvu is that factor equivalent is higher. So basically if my goal is 5000 and typically see 4000 visits year my rvu base 1.25. For him if seeing same 4000 patient visits which like 100 week for ten months- averaged with vacation and cme dats holidays etc then his rvu base is 1.5

Anang not sharing

> Cause not same. I know it cause he slipped up his rvu goal last year. Impossible he's seeing that many more visits year.

Plaintiff's Exhibit 108



**Kavini**

**Not expecting bonus**

> So reason anang higher goal rvu is that factor equivalent is higher. So basically if my goal is 5000 and typically see 4000 visits year my rvu base 1.25. For him if seeing same 4000 patient visits which like 100 week for ten months- averaged with vacation and cme dats holidays etc then his rvu base is 1.5

**Anang not sharing**

> Cause not same. I know it cause he slipped up his rvu goal last year. Impossible he's seeing that many more visits year.

**He said not getting base salary**

> No one is

**But what he makes is per rvu generated but he didn't want to share**

Fri, Oct 16, 12:03 PM

> If want answer fir equal pay need ask transparency salaries in our department. This is goal of nYu to become transparent in time to allow

Plaintiff's Exhibit 108

P598


1


KM
Kavini >

generated but he didn't want to share

Fri, Oct 16, 12:03 PM

> If want answer fir equal pay need ask transparency salaries in our department. This is goal of nYu to become transparent in time to allow fir equal pay amongst genders/race etc.  but not there yet. We can ask... going tell us that due to other jobs won't accurately reflect. If you notice every male division has title. This allows them hide gender pay scale. Anang has no title .., so if he discloses would have proof pay discrimination

Fri, Oct 16, 1:45 PM

Yup..¿NYU will not disclose or be transparent about salaries..¿Gender and age discrimination in salary compensation exists,100%, but so hard to prove, since no one helping..i was hoping anang would have been more helpful

Do you remember what lipstein rvu was?
Think her salary few years ago was more than 495

?

   Text Message

Plaintiff's Exhibit 108

P599