**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

September 6, 2023

**VIA ECF**
United States District Court
Southern District of New York
Attn: Hon. Lewis J. Liman, U.S.D.J.
500 Pearl Street, Courtroom 15C
New York, NY 10007-1312

      Re:    **Edelman v. NYU Langone Health System,** *et al.*
              **Case No.: 1:21-cv-502 (LJL) (GWG)**
              **MLLG File No.: 209-2020**

Dear Judge Liman:

      This firm represents the Plaintiff, Dr. Sari Edelman (hereinafter "Plaintiff" or "Dr. Edelman"), in the above-referenced case. Plaintiff writes jointly with the Defendants consent to respectfully seek an extension of time of the parties' deadline to oppose cross-motions for judgment as a matter of law and related relief. The parties propose the following schedule: (i) Thursday, September 21, 2023 for opposition papers; and (ii) Thursday, October 12, 2023 for reply papers in further support.

      Pursuant to ¶ I(D) of this Court's Individual Practices in Civil Cases, Plaintiff respectfully submits that: (i) the original date opposition papers are due is today, September 6, 2023; (ii-iii) there have no prior requests for an extension of this deadline; (iv) Defendants join in this application; and (v) there is no scheduled appearance before the Court.

      It is respectfully submitted that the requested extension should not affect any of the Court's other deadlines, although the parties respectfully reserve the right to seek an appropriate extension of time should the need arise. Plaintiff also respectfully submits that your undersigned was unable to request this extension sooner because her counsel has been briefing an emergency Order to show cause for a temporary restraining Order for which a hearing has been scheduled on September 14, 2023. As such, and in light of the holiday, Plaintiff respectfully submits that there exists sufficient good cause and excusable neglect for granting the requested extension. See Fed. R. Civ. P. 6(b)(1)(B).

      Accordingly, the parties' joint letter motion for an extension of time to oppose cross-motions for judgment as a matter of law and related relief should be granted.

      The parties thank this Court for its time and attention to this case.

Hon. Lewis J. Liman, U.S.D.J.
September 6, 2023
P a g e | **2**

Dated: Lake Success, New York
September 6, 2023

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

_____/s_____
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Plaintiff*
*Dr. Sari Edelman*

**VIA ECF**
Tarter Krinsky & Drogin LLP
Richard C. Schoenstein, Esq.
Richard L. Steer, Esq.
Ingrid J. Cardona, Esq.
1350 Broadway, 11th Floor
New York, NY 10018
rschoenstein@tarterkrinsky.com
rsteer@tarterkrinsky.com
icardona@tarterkrinsky.com

*Attorneys for Defendants*