# **EXHIBIT 11**

**CONFIDENTIAL**

**Rheumatology/1044 Northern Boulevard Suite 104, Roslyn, NY 11576**
**Andrew Porges**
Pro Forma


DRAFT

| | | 2013 | Y1 | 3%<br>Y2 | 3%<br>Y3 | 3%<br>Y4 | 3%<br>Y5 |
|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | |
| Patient Revenue | | | | | | | |
| Total Patient Revenue | | 2,041,164 | 646,863 | 666,269 | 686,257 | 706,844 | 728,050 |
| Other Revenue | | 314,664 | 75,812 | 75,812 | 75,812 | 75,812 | 75,812 |
| **Total Revenue:** | | 2,355,827 | 722,674 | 742,080 | 762,068 | 782,656 | 803,861 |
| **Expenses:** | | | | | | | |
| Staffing Costs: | | | | | | | |
| Physician/Faculty Base Salary | | 269,654 | 320,000 | 320,000 | 320,000 | 320,000 | 320,000 |
| Physician Salary Non-Fringe Base | | - | 65,428 | 65,428 | 65,428 | 65,428 | 65,428 |
| Management Staff | | 408,179 | 84,799 | 87,343 | 89,963 | 92,662 | 95,442 |
| Clerical Staff | | - | 138,069 | 142,211 | 146,477 | 150,872 | 155,398 |
| Professional / Occupational Staff | | - | - | - | - | - | - |
| Lab / Technical Staff | | - | 19,100 | 19,673 | 20,263 | 20,871 | 21,497 |
| Professional Research Staff | | - | 89,593 | 92,281 | 95,049 | 97,901 | 100,838 |
| Casual Staff | | - | - | - | - | - | - |
| Other Staff | | - | - | - | - | - | - |
| Other Salary | | - | - | - | - | - | - |
| Salary Adjustment* | | - | - | - | - | - | - |
| Fringe Benefits (25%) | | 89,995 | 162,890 | 165,377 | 167,938 | 170,576 | 173,294 |
| Pension | | - | - | - | - | - | - |
| Conversion of Auto Expense | | 19,871 | 19,871 | 19,871 | 19,871 | 19,871 | 19,871 |
| **Total Staffing Costs:** | | 787,698 | 899,750 | 912,184 | 924,991 | 938,181 | 951,768 |
| **OTPS** | | | | | | | |
| Supplies - Office | | 6,603 | 6,603 | 6,801 | 7,005 | 7,215 | 7,432 |
| Supplies - Clinical | | 1,161,857 | - | - | - | - | - |
| Food & Beverages / Catering | | - | - | - | - | - | - |
| Purchased Services | | 7,764 | - | - | - | - | - |
| Billing Fees | 2.85% | 66,378 | 18,436 | 18,989 | 19,558 | 20,145 | 20,749 |
| Travel/ Conferences | | - | - | - | - | - | - |
| Professional Fees | | 8,553 | - | - | - | - | - |
| Rent | | 111,444 | 55,722 | 57,394 | 59,115 | 60,889 | 62,716 |
| Construction / Renovations | | 11,017 | 11,017 | 11,347 | 11,688 | 12,038 | 12,400 |
| Facility Costs | | - | - | - | - | - | - |
| Utilities | | - | - | - | - | - | - |
| Rentals / Leases | | - | - | - | - | - | - |
| Telephone | | 9,189 | 9,189 | 9,465 | 9,749 | 10,041 | 10,342 |
| Malpractice | | 31,996 | 46,763 | 49,101 | 51,556 | 54,134 | 56,840 |
| Dues/ Licenses/ Subscriptions | | 2,330 | 9,330 | 9,610 | 9,898 | 10,195 | 10,501 |
| Other Direct Expenses | | 44,070 | 27,819 | 28,654 | 29,513 | 30,399 | 31,311 |
| **Total OTPS:** | | 1,461,201 | 184,879 | 191,360 | 198,083 | 205,057 | 212,291 |
| **Assessments** | | | | | | | |
| Deans' Assessment | 5% | - | 31,421 | 32,364 | 33,335 | 34,335 | 35,365 |
| Administrative Assessment | 4% | - | 25,137 | 25,891 | 26,668 | 27,468 | 28,292 |
| Department Assessment | 0% | - | - | - | - | - | - |
| Division Assessment | 4% | - | 25,137 | 25,891 | 26,668 | 27,468 | 28,292 |
| **Total Assessments:** | | - | 81,696 | 84,146 | 86,671 | 89,271 | 91,949 |
| **Total Expenses:** | | 2,248,899 | 1,166,325 | 1,187,691 | 1,209,744 | 1,232,509 | 1,256,008 |
| **Operating Profit/(Loss):** | | 106,928 | (443,650) | (445,610) | (447,676) | (449,853) | (452,147) |
| Incentive Compensation | | (106,928) | | | | | |
| **FGP Net Profit/(Loss):** | | - | (443,650) | (445,610) | (447,676) | (449,853) | (452,147) |
| **Total MD Compensation** | | 376,582 | 385,428 | 385,428 | 385,428 | 385,428 | 385,428 |
| Capitalization (25%) | | | (180,669) | | | | |

**Note:**
   * Salary adjustment is the difference between the practice's total payroll expenses and the itemized salaries.

J:\fgp\FGPAccess\BusPlans\1- Ambulatory Care\1 - FGP\1 - FGP - Long Island\Porges, Andrew\Porges Business Plan 04.08.2014     Pro Forma

D001486



**CONFIDENTIAL**

**Rheumatology/1044 Northern Boulevard Suite 104, Roslyn, NY 11576**
**Andrew Porges**
Assumption Summary



DRAFT

### Revenue:

|  |  |  | 3% | 3% | 3% | 3% |
|---|---|---|---|---|---|---|
| **Actual & Projection** | **2013** | **Y1** | **Y2** | **Y3** | **Y4** | **Y5** |
| Procedure |  | 646,863 | 666,269 | 686,257 | 706,844 | 728,050 |
| *Patient Revenue Total* | *2,041,164* | *646,863* | *666,269* | *686,257* | *706,844* | *728,050* |
| Other Revenue | 314,664 | 75,812 | 75,812 | 75,812 | 75,812 | 75,812 |
| **Total Revenue** | **2,355,827** | **722,674** | **742,080** | **762,068** | **782,656** | **803,861** |

Note(s):
Other Revenue is Rental Income, Patient Fees, Drug Study Revenue, and Visa/MC deposits. Kept Visa/MC deposits and Report Fees (Patient Fees) only in Y1.
The Visa/MC deposits are patient credit card payments for patient co-pays and deductibles. Small amount is Magnacare insurance payments.
Y1 Revenue accounts for E&Ms and injections only.

### Expenses:
Salary and OTPS expenses grow by 3% each year

| MD Salary | 2013 | Porges | Brancato | Y2 | Y3 | Y4 | Y5 | FTE |
|---|---|---|---|---|---|---|---|---|
| Physician/Faculty Base Salary | 269,654 | 230,000 | 90,000 | 320,000 | 320,000 | 320,000 | 320,000 |  |
| Physician Salary Non-Fringe Base | 0 | 65,428 |  | 65,428 | 65,428 | 65,428 | 65,428 | 1 |
| Incentive |  |  |  |  |  |  |  |  |
| **Total MD Salary** | **269,654** | **295,428** | **90,000** | **385,428** | **385,428** | **385,428** | **385,428** | **1.00** |

| Support Staff | 2013 | Y1 | FTE | Note(s): |
|---|---|---|---|---|
| Management Staff | 408,179 | 84,799 | 2.00 | 1 FT Office Manager, 1 FT Front Desk |
| Clerical Staff |  | 138,069 | 4.50 | 2.5 MAs, 1 Biller, Removed 1 RN/Infusion Nurse (assumed covered under Hospital) |
| Professional / Occupational Staff |  |  |  |  |
| Lab / Technical Staff |  | 19,100 | 0.75 | PT Lab tech, QT X-ray tech |
| Professional Research Staff |  | 89,593 | 1.80 | 2 Study Coordinators (1 FT and .8 FTE) |
| Casual Staff |  | 0 |  |  |
| Other Staff |  | 0 |  |  |
| Other Salary |  | 0 |  |  |
| *Salary Adjustment\** |  | 0 |  |  |
| **Total Staff Salary** | **408,179** | **331,561** | **9.05** |  |
| Fringe | 89,995 | 162,890 |  | FGP Fringe Benefit Rate is 25% |

| MD Additional Comp | 2013 | Y1 |
|---|---|---|
| Pension | 0 |  |
| Conversion of Auto Expense | 19,871 | 19,871 |

| OTPS: | 2013 | Y1 | Note(s): |
|---|---|---|---|
| Supplies - Office | 6,603 | 6,603 |  |
| Supplies - Clinical | 1,161,857 |  | Y1: Assumed it would be accounted for by the hospital |
| Food & Beverages / Catering | 0 | 0 |  |
| Purchased Services | 7,764 |  | Contracted Labor for temp nurses; Y1: Assumed accounted for in hospital plan |
| Billing Fees | 66,378 | 18,436 | 2.85% (Rheumatology rate) |
| Travel/ Conferences | 0 | 0 |  |
| Professional Fees | 8,553 |  | Accounting and Legal |
| Rent | 111,444 | 55,722 | Y1: Assume half of total rent expense would be on the hospital |
| Construction / Renovations | 11,017 | 11,017 |  |
| Facility Costs | 0 | 0 |  |
| Utilities | 0 | 0 |  |
| Rentals / Leases |  |  |  |
| Telephone | 9,189 | 9,189 |  |
| Malpractice | 31,996 | 46,763 | 2 MDs @ Internal Medicine excluding cardiac cath |
| Dues/ Licenses/ Subscriptions | 2,330 | 9,330 | Y1 includes UPN dues for 2 MDs |
| Other Direct Expenses | 44,070 | 27,819 | Y1 removed NYS taxes and Liability Insurance |
| **Total:** | **1,461,201** | **184,879** |  |

| Taxes: | Y1 |
|---|---|
| Dean's Assessment: | 5% |
| Administrative Assessment: | 4% |
| Department Assessment: | 0% |
| Division Assessment: | 4% |

J:\fgp\FGPAccess\BusPlans\1- Ambulatory Care\1 - FGP\1 - FGP - Long Island\Porges, Andrew\Porges Business Plan 04.08.2014    Assumption Summary

D001487