# EXHIBIT 12

**Confidential**

**1991 Marcus Avenue, Suite 104/Rheumatology**
**Sari Edelman and Kavini Mehta**
Pro Forma

DRAFT

| | | Edelman (2013) | Mehta (2013) | Total 2013 | Y1 | 3% Y2 | 3% Y3 | 3% Y4 | 3% Y5 |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | |
| **Patient Revenue** | | | | | | | | | |
| Revenue | | - | | | 123,327 | 127,027 | 130,838 | 134,763 | 138,806 |
| E&M | | - | | | 659,052 | 678,824 | 699,188 | 720,164 | 741,769 |
| **Total Patient Revenue** | | 323,704 | 402,446 | 726,151 | 792,321 | 816,091 | 840,573 | 865,791 | 891,764 |
| **Expenses:** | | | | | | | | | |
| **Staffing Costs:** | | | | | | | | | |
| Physician/Faculty Base Salary | | 182,500 | 182,500 | 364,999 | 364,999 | 364,999 | 364,999 | 364,999 | 364,999 |
| Management Staff | | 24,660 | 24,660 | 49,320 | 49,320 | 50,800 | 52,324 | 53,893 | 55,510 |
| Clerical Staff | | 20,800 | 20,800 | 41,600 | 41,600 | 42,848 | 44,133 | 45,457 | 46,821 |
| Professional / Occupational Staff | | 55,120 | 55,120 | 110,240 | 74,880 | 77,126 | 79,440 | 81,823 | 84,278 |
| Fringe Benefits (25%) | | - | - | - | 132,700 | 133,943 | 135,224 | 136,543 | 137,902 |
| Pension | | 6,000 | 6,000 | 6,000 | - | - | - | - | - |
| **Total Staffing Costs:** | | 289,080 | 289,080 | 572,159 | 663,499 | 669,717 | 676,121 | 682,717 | 689,511 |
| **OTPS** | | | | | | | | | |
| [1] Supplies - Office | | - | - | - | 10,000 | 10,300 | 10,609 | 10,927 | 11,255 |
| Billing Fees | 3.40% | - | - | - | 26,939 | 27,747 | 28,579 | 29,437 | 30,320 |
| [2] Rent | | - | - | - | 121,752 | 125,405 | 129,167 | 133,042 | 137,033 |
| Malpractice | | - | - | - | 57,808 | 60,698 | 63,733 | 66,920 | 70,266 |
| [3] Dues/ Licenses/ Subscriptions | | - | - | - | 7,000 | 7,210 | 7,426 | 7,649 | 7,879 |
| [4] Other Direct Expenses | | 50,115 | 128,856 | 153,991 | - | - | - | - | - |
| **Total OTPS:** | | 50,115 | 128,856 | 153,991 | 223,499 | 231,360 | 239,515 | 247,975 | 256,753 |
| **Assessments** | | | | | | | | | |
| Deans' Assessment | 5% | - | - | - | 38,269 | 39,417 | 40,600 | 41,818 | 43,072 |
| Administrative Assessment | 5% | - | - | - | 38,269 | 39,417 | 40,600 | 41,818 | 43,072 |
| **Total Assessments:** | | - | - | - | 76,538 | 78,834 | 81,199 | 83,635 | 86,144 |
| **Total Expenses:** | | 339,194 | 417,936 | 726,151 | 963,536 | 979,911 | 996,835 | 1,014,327 | 1,032,408 |
| **Operating Profit/(Loss):** | | (15,490) | (15,490) | - | (171,215) | (163,821) | (156,262) | (148,537) | (140,644) |
| Incentive Compensation | | - | - | | | | | | |
| **FGP Net Profit/(Loss):** | | (15,490) | (15,490) | - | (171,215) | (163,821) | (156,262) | (148,537) | (140,644) |
| **Total MD Compensation** | | 182,500 | 182,500 | 364,999 | 364,999 | 364,999 | 364,999 | 364,999 | 364,999 |
| Capitalization (25%) | | | | | (198,080) | | | | |

**Note:**
* Salary adjustment is the difference between the practice's total payroll expenses and the itemized salaries.
[1] Y1 office supplies assumed $5k for each physician
[2] Y1 rent assumed $5,073/month for 2 physicians (Based on Dr. Goldberg's Rent - includes Electric, Real Estate Tax)
[3] Assumed UPN dues for two physicians
[4] 2013 Other Direct Expenses are put in to net zeo
[5] Outstanding business loan of $326k

D000133

**1991 Marcus Avenue, Suite 104/Rheumatology**
**Sari Edelman**
Sari Edelman RVU Analysis

| CPT Code | Description | 2013 CPT Volume | wRVU per CPT | Total wRVUs |
|---|---|---|---|---|
| 99203 | Office/outpatient visit new | 1 | 1.42 | 1 |
| 99204 | Office/outpatient visit new | 18 | 2.43 | 44 |
| 99205 | Office/outpatient visit new | 117 | 3.17 | 371 |
| 99211 | Office/outpatient visit est | 118 | 0.18 | 21 |
| 99212 | Office/outpatient visit est | 22 | 0.48 | 11 |
| 99213 | Office/outpatient visit est | 379 | 0.97 | 368 |
| 99214 | Office/outpatient visit est | 1,922 | 1.50 | 2,883 |
| 99215 | Office/outpatient visit est | 26 | 2.11 | 55 |
| 99223 | Initial hospital care | 1 | 3.86 | 4 |
| 99244 | Office consultation | 20 | 3.02 | 60 |
| 99245 | Office consultation | 210 | 3.77 | 792 |
| 99254 | Inpatient consultation | 2 | 3.29 | 7 |
| 99255 | Inpatient consultation | 1 | 4.00 | 4 |
| 99354 | Prolonged service office | 3 | 1.77 | 5 |
| 99406 | Behav chng smoking 3-10 min | 2 | 0.24 | 0 |
| **E&M Total** | | **2,842** | | **4,626** |
| J0129 | Abatacept injection | 2,026 | - | - |
| J0135 | Adalimumab injection | 40 | - | - |
| J0490 | Belimumab injection | 36 | - | - |
| J0897 | Denosumab injection | 1,571 | - | - |
| J1020 | Methylprednisolone 20 MG inj | 107 | - | - |
| J1030 | Methylprednisolone 40 MG inj | 42 | - | - |
| J1040 | Methylprednisolone 80 MG inj | 14 | - | - |
| J1438 | Etanercept injection | 58 | - | - |
| J1740 | Ibandronate sodium injection | 25 | - | - |
| J2001 | Lidocaine injection | 169 | - | - |
| J3110 | Teriparatide injection | 3 | - | - |
| J3488 | Reclast injection | 21 | - | - |
| J7050 | Normal saline solution infus | 1 | - | - |
| J7323 | Euflexxa inj per dose | 12 | - | - |
| J7324 | Orthovisc inj per dose | 1 | - | - |
| J7325 | Synvisc or Synvisc-One | 619 | - | - |
| J7326 | Gel-one | 3 | - | - |
| J3489 | Zoledronic acid 1mg | 10 | - | - |
| J9250 | Methotrexate sodium inj | 4 | - | - |
| **Drug Total** | | **4,752** | | **-** |
| 1036F | Tobacco non-user | 294 | - | - |
| 1170F | Fxnl status assessed | 31 | - | - |
| 3470F | Ra disease activity low | 20 | - | - |
| 3471F | Ra disease activity mod | 8 | - | - |
| 3472F | Ra disease activity high | 5 | - | - |
| 3475F | Disease progn RA poor docd | 11 | - | - |
| 3476F | Disease progn RA good docd | 20 | - | - |
| 4004F | Pt tobacco screen rcvd tlk | 37 | - | - |
| 4187F | Anti rheum drugthxpyrxd/gvn | 32 | - | - |
| CXRA | Cancelled less than 24 hours | 72 | - | - |
| G0008 | Admin influenza virus vac | 4 | - | - |
| G8427 | Doc cur meds by prov | 319 | - | - |
| G8428 | Cur meds not document | 40 | - | - |
| G8553 | Prescrip transmit via ERx sy | 162 | - | - |
| Q2037 | Fluvirin vacc, 3 yrs & >, im | 3 | - | - |
| 20526 | Ther injection carp tunnel | 18 | 0.94 | 17 |
| 20550 | Inj tendon sheath/ligament | 24 | 0.75 | 18 |
| 20551 | Inj tendon origin/insertion | 16 | 0.75 | 12 |
| 20552 | Inj trigger point 1/2 muscl | 20 | 0.66 | 13 |
| 20553 | Inject trigger points 3/> | 2 | 0.75 | 2 |
| 20600 | Drain/inject joint/bursa | 13 | 0.66 | 9 |
| 20605 | Drain/inject joint/bursa | 14 | 0.68 | 10 |
| 20610 | Drain/inject joint/bursa | 87 | 0.79 | 69 |
| 20612 | Aspirate/inj ganglion cyst | 4 | 0.70 | 3 |
| 36410 | Non-routine bl draw 3/> yrs | 5 | 0.18 | 1 |
| 36415 | Routine venipuncture | 1,817 | - | - |
| 76942 | Echo guide for biopsy | 61 | 0.67 | 41 |
| 77080 | Dxa bone density axial | 63 | 0.20 | 13 |
| 77081 | Dxa bone density/peripheral | 1 | 0.22 | 0 |
| 86580 | TB intradermal test | 1 | - | - |
| 90471 | Immunization admin | 19 | 0.17 | 3 |
| 90656 | Flu vaccine no preserv 3 & > | 10 | - | - |
| 90658 | Flu vaccine 3 yrs & > im | 11 | - | - |
| 95909 | Motor&sens 5-6 nrv cndj tst | 2 | 1.50 | 3 |
| 95911 | Motor&sen 9-10 nrv cndj test | 33 | 2.50 | 83 |
| 95913 | Motor&sens 13/> nrv cnd test | 6 | 3.56 | 21 |
| 96360 | Hydration iv infusion init | 22 | 0.17 | 4 |
| 96365 | Ther/proph/diag iv inf init | 30 | 0.21 | 6 |
| 96366 | Ther/proph/diag iv inf addon | 1 | 0.18 | 0 |
| 96372 | Ther/proph/diag inj sc/im | 36 | 0.17 | 6 |
| 96374 | Ther/proph/diag iv push | 11 | 0.18 | 2 |
| 96401 | Chemo anti-neopl sq/im | 26 | 0.21 | 5 |
| 96413 | Chemo iv infusion 1 hr | 3 | 0.28 | 1 |
| **Other Total** | | **3,424** | | **341** |
| **Total** | | **11,018** | | **4,966** |

Q2501 replaced with J3489

**Exclude Infusions**                                                        **4,942**

D000134

**Confidential**

**Rheumatology LI**

*Sari Edelman*
*Rheumatology*

**Contract Summary**
- 3 year term: Jan '15 - Dec'17
- Standard term and renewal detail (renewed for 3 years)
- RVU target of 4,942 excludes infusions
- RVU deal: 1%/1% with 95% on the downside

| Compensation Summary | Y1 | Y2 | Y3 |
|---|---|---|---|
| Base Salary | 207,000 | 207,000 | 207,000 |
| Bonus/(Eligible Reduction) | 13,637 | 11,386 | 12,953 |
| **Total Compensation** | **220,637** | **218,386** | **219,953** |

| Collections Summary | Y1 | Y2 | Y3 |
|---|---|---|---|
| Actual Collections | 407,030 | 432,814 | 460,136 |

| Productivity Summary | Y1 | Y2 | Y3 |
|---|---|---|---|
| RVU Target | 4,942 | 4,942 | 4,942 |
| Actual RVUs | 5,267 | 5,213 | 5,251 |
| % Variance to Target | 7% | 6% | 6% |

**Mehta & Edelman**     *Oct - Dec*

| Financial Summary | Current State | FY18 Budget | *Variance* | |
|---|---|---|---|---|
| Total Revenue | 923,086 | 972,496 | *(49,411)* | |
| Total Expense | 1,360,006 | 1,327,434 | *(32,571)* | OT: $40K with fringe, MAs are $24K of the OT |
| Operating Profit/(Loss) | (436,920) | (354,938) | *(81,982)* | |
| Hospital Support | 354,938 | 354,938 | *-* | |
| Incentive Compensation | (14,953) | - | *(14,953)* | |
| Net Profit/(Loss) | (96,935) | - | *(96,935)* | |

**Loans**

**Principle Balance as of 8/31/: Maturity Date**

| | |
|---|---|
| 31,535 | 7/1/2018 |
| 57,958 | 9/1/2019 |

| Patient Access | |
|---|---|
| Open Encounter | - |
| Waitlist | 20 |
| Unused Capacity % | 10% |
| No Show % | 13% |
| New Patient % | 17% |
| Left Without Seen | 2 |
| Provider Bump Count | - |

| Schedule | Hours | Sessions |
|---|---|---|
| Monday | 8:45 - 3:00 | 1.56 |
| Tuesday | 8:45 - 3:00 | 1.56 |
| Wednesday | 11:00 - 6:45 | 1.94 |
| Thursday | 8:45 - 3:00 | 1.56 |
| Friday | off | - |
| **Total** | **27** | **6.63** |

*Averages 11 - 12 patients per session*
*Template: 30 min new / 15 min follow-up*

**Rheumatology LI**
*Sari Edelman*
*Rheumatology*

**Contract Summary**
• RWL Y3 of 3: Jan'18-Dec'20
• Standard term and renewal detail (renewed for 3 years)
• RVU target of 5,200
• RVU deal: 1%/1% with 95% on the downside

|  |  |  |  10 month ann'd |
| --- | --- | --- | --- |

| Compensation Summary | RWL Y1 | RWL Y2 | RWL Y3 |  | Excl. COVID Month |
| --- | --- | --- | --- | --- | --- |
| Base Salary | 278,000 | 278,000 | 278,000 |  | 278,000 |
| Bonus/(Eligible Reduction) | 588 | 160 | (53,657) |  | (28,121) |
| Total Compensation | 278,588 | 278,160 | 278,000 |  | 278,000 |

| Collections Summary | RWL Y1 | RWL Y2 | RWL Y3 |  | Excl. COVID Month |
| --- | --- | --- | --- | --- | --- |
| Adjusted Payment* | 473,865 | 502,723 | 382,923 |  | 416,546 |

*Adjusted for tray fee and rate changes (if applicable)*

| Productivity Summary | RWL Y1 | RWL Y2 | RWL Y3 |  | Excl. COVID Month |
| --- | --- | --- | --- | --- | --- |
| wRVU Target | 5,200 | 5,200 | 5,200 |  | 5,200 |
| Actual wRVUs | 5,211 | 5,203 | 3,936 |  | 4,414 |
| % Variance to Target | 0% | 0% | -24% |  | -15% |

| Financial Summary | FY 20 Budget | Variance |
| --- | --- | --- |
| Total Revenue | 878,061 | 181,759 |
| Total Expense | 1,420,800 | 171,840 |
| Operating Profit/(Loss) | (542,739) | 9,919 |
| Hospital Support | 530,790 | (10,411) |
| Incentive Comp | (1,428) | 1,428 |
| Net Profit/(Loss) | (11,949) | (492) |

| Patient Access |  |
| --- | --- |
| Open Encounter | 93 |
| Waitlist | 27 |
| Unused Capacity % | 7% |
| No Show % | 3% |
| New Patient % | 16% |
| Left Without Seen | - |
| Provider Bump Count | 0 |
| Final Denial % | 1% |

| Schedule | Hours | Sessions |
| --- | --- | --- |
| Monday | 9:30a-1:30p | 1.00 |
| Tuesday | 9:30a-1:30p | 1.00 |
| Wednesday | 9:30a-1:30p | 1.00 |
| Thursday | 9:30a-1:30p | 1.00 |
| Friday | 9:30a-1:30p | 1.00 |
| Total |  | 5.00 |

*Averages 14-15 patients per session*
*Template: 30 min new / 15 min follow-up*