**VIA FEDERAL EXPRESS**

December 1, 2020

Sari Edelman, MD
105 Foxhunt Crescent
Syosset, NY 11791

RE:     **Non-Renewal of Employment Agreement**

Dear Dr. Edelman:

As you know, your employment agreement with NYU Grossman School of Medicine ("NYUGSOM") dated September 5, 2014, as amended November 17, 2017 (collectively, the "Agreement"), will expire on December 31, 2020, at which time you will become an employee at will.  NYUGSOM is hereby notifying you of its decision not to renew your employment, and providing you six (6) months' notice of termination of your employment.  Accordingly your employment with NYUGSOM will terminate on **May 31, 2021**.

Please note that pursuant to Section II (2) of the Agreement, your faculty appointment of Adjunct Assistant Professor in the Department of Medicine is co-terminus with your employment and will automatically terminate when your employment terminates on May 31, 2021, as will your medical staff privileges.

I wish you the best in your future endeavors.

Sincerely,


Andrew T. Rubin

D000041