CONFIDENTIAL

# Redacted - Privileged

| | |
|---|---|
| **From:** | "Edelman, Sari" <Sari.Edelman@nyulangone.org> |
| **To:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |
| **Date:** | Mon, 18 Nov 2019 18:46:19 +0000 |
| **Subject:** | Re: CASE 00282382 |

I wanted to follow up as not heard response since message on 11/12. Thank you, Dr. Edelman

**From:** Pacina, Kathleen
**Sent:** Tuesday, November 5, 2019 6:47:41 PM
**To:** Edelman, Sari
**Subject:** RE: CASE 00282382

CONFIDENTIAL

Hi Dr. Edelman,

I am confirming receipt of the below as I was out of office and returned today. I previously did not receive a response from email dated 10/8 (see attached) so my understa that FGP group and will get back to you regarding next steps.

Thanks,

Kathleen

**From:** Edelman, Sari
**Sent:** Friday, November 01, 2019 9:58 AM
**To:** Pacina, Kathleen
**Subject:** Re: CASE 00282382

Hi,

The harassment complaint was extensive detailed letter about treatment by manager using abusive and bullying behavior. While I spoke with Joshua Smirnow about the office space, I also was clear that the c There was clearly implicit bias in how I was "managed" and spoken to in a manner clearly not appropriate by Joe Antonik and David Kaplan. Joshua Smirnow apologized for how they handled the situation to m female and I will not tolerate this treatment in my place of work. I do expect this to be addressed. Presently I continue to feel uncomfortable in my place of work. I need to know moving forward issues will be ad will be addressed.

As for the issue of space, this is not HR issue. Karen Oberlander and Miriam Ruiz are working with me to establish plan moving forward.

Dr. Edelman

**From:** Edelman, Sari
**Sent:** Wednesday, October 23, 2019 6:45 PM
**To:** Pacina, Kathleen
**Subject:** Re: CASE 00282382

Hi

I wanted to follow up on CASE 00282382, complaint requesting investigation for workplace harassment. I have not heard any response from HR since October 8.

If I am sending these inquiries to incorrect person please let me know. I believe you are the HR contact person for this case.

Thank you,

Dr. Edelman

**From:** Pacina, Kathleen
**Sent:** Tuesday, October 8, 2019 10:55:43 AM
**To:** Edelman, Sari
**Subject:** RE: CASE 00282382

Hi Dr. Edelman,

I wanted to follow up with you regarding our last conversation. I understand that you met with Mr. Swirnow and he explained the rationale for office use one day week whe

Thanks,

Kathleen

**From:** Edelman, Sari <Sari.Edelman@nyulangone.org>
**Sent:** Thursday, September 26, 2019 2:55 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** CASE 00282382

Hi

I wanted to follow up on email sent yesterday evening. Josh Smirnow and David Kaplan have requested phone conference call tomorrow at 1 pm. I would appreciate if you or an HR representative can be invo

Thank you,

Sari Edelman

> **From:** "Edelman, Sari" <Sari.Edelman@nyulangone.org>
> **To:** "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org>
> **Date:** Tue, 12 Nov 2019 21:53:29 +0000
> **Subject:** Re: CASE 00282382

I did not receive the 10/8 email reply some reason, not sure why, and only saw it when went into old reply chain. Please let me know. I was notified today that in two weeks my office will be given to another doc as of January. I informed Huntington now given 11/21 as date, so need move all these patients in less than two weeks time. I feel this is retaliatory to my complaint. Such short notice is going impact patien

**From:** Pacina, Kathleen
**Sent:** Tuesday, November 5, 2019 6:47:41 PM
**To:** Edelman, Sari
**Subject:** RE: CASE 00282382

Hi Dr. Edelman,

I am confirming receipt of the below as I was out of office and returned today. I previously did not receive a response from email dated 10/8 (see attached) so my understa that FGP group and will get back to you regarding next steps.

Thanks,

Kathleen

**From:** Edelman, Sari
**Sent:** Friday, November 01, 2019 9:58 AM
**To:** Pacina, Kathleen
**Subject:** Re: CASE 00282382

Hi,

**D000973**

CONFIDENTIAL

The harassment complaint was extensive detailed letter about treatment by manager using abusive and bullying behavior. While I spoke with Joshua Smirnow about the office space, I also was clear that the c
There was clearly implicit bias in how I was "managed" and spoken to in a manner clearly not appropriate by Joe Antonik and David Kaplan. Joshua Smirnow apologized for how they handled the situation to m
female and I will not tolerate this treatment in my place of work. I do expect this to be addressed. Presently I continue to feel uncomfortable in my place of work. I need to know moving forward issues will be ad
will be addressed.

As for the issue of space, this is not HR issue. Karen Oberlander and Miriam Ruiz are working with me to establish plan moving forward.

Dr. Edelman

---

**From:** Edelman, Sari
**Sent:** Wednesday, October 23, 2019 6:45 PM
**To:** Pacina, Kathleen
**Subject:** Re: CASE 00282382

Hi

I wanted to follow up on CASE 00282382, complaint requesting investigation for workplace harassment. I have not heard any response from HR since October 8.

If I am sending these inquiries to incorrect person please let me know. I believe you are the HR contact person for this case.

Thank you,

Dr. Edelman

---

**From:** Pacina, Kathleen
**Sent:** Tuesday, October 8, 2019 10:55:43 AM
**To:** Edelman, Sari
**Subject:** RE: CASE 00282382

Hi Dr. Edelman,

I wanted to follow up with you regarding our last conversation. I understand that you met with Mr. Swirnow and he explained the rationale for office use one day week whe

Thanks,

Kathleen

---

**From:** Edelman, Sari <Sari.Edelman@nyulangone.org>
**Sent:** Thursday, September 26, 2019 2:55 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** CASE 00282382

Hi

I wanted to follow up on email sent yesterday evening. Josh Smirnow and David Kaplan have requested phone conference call tomorrow at 1 pm. I would appreciate if you or an HR representative can be invo

Thank you,

Sari Edelman

> **From:** "Edelman, Sari" <Sari.Edelman@nyulangone.org>
> **To:** "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org>
> **Date:** Fri, 1 Nov 2019 13:57:59 +0000
> **Subject:** Re: CASE 00282382

Hi,

The harassment complaint was extensive detailed letter about treatment by manager using abusive and bullying behavior. While I spoke with Joshua Smirnow about the office space, I also was clear that the c
There was clearly implicit bias in how I was "managed" and spoken to in a manner clearly not appropriate by Joe Antonik and David Kaplan. Joshua Smirnow apologized for how they handled the situation to m
female and I will not tolerate this treatment in my place of work. I do expect this to be addressed. Presently I continue to feel uncomfortable in my place of work. I need to know moving forward issues will be ad
will be addressed.

As for the issue of space, this is not HR issue. Karen Oberlander and Miriam Ruiz are working with me to establish plan moving forward.

Dr. Edelman

---

**From:** Edelman, Sari
**Sent:** Wednesday, October 23, 2019 6:45 PM
**To:** Pacina, Kathleen
**Subject:** Re: CASE 00282382

Hi

I wanted to follow up on CASE 00282382, complaint requesting investigation for workplace harassment. I have not heard any response from HR since October 8.

If I am sending these inquiries to incorrect person please let me know. I believe you are the HR contact person for this case.

Thank you,

Dr. Edelman

---

**From:** Pacina, Kathleen
**Sent:** Tuesday, October 8, 2019 10:55:43 AM

D000974

CONFIDENTIAL

**To:** Edelman, Sari
**Subject:** RE: CASE 00282382

Hi Dr. Edelman,
I wanted to follow up with you regarding our last conversation. I understand that you met with Mr. Swirnow and he explained the rationale for office use one day week when you are not at Marcus Avenue. Plea
Thanks,
Kathleen

**From:** Edelman, Sari
**Sent:** Thursday, September 26, 2019 2:55 PM
**To:** Pacina, Kathleen
**Subject:** CASE 00282382

Hi

I wanted to follow up on email sent yesterday evening. Josh Smirnow and David Kaplan have requested phone conference call tomorrow at 1 pm. I would appreciate if you or an HR representative can be invo

Thank you,

Sari Edelman

| | |
|---|---|
| **From:** | "Edelman, Sari" <Sari.Edelman@nyulangone.org> |
| **To:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |
| **Date:** | Wed, 23 Oct 2019 22:45:03 +0000 |
| **Subject:** | Re: CASE 00282382 |

Hi

I wanted to follow up on CASE 00282382, complaint requesting investigation for workplace harassment. I have not heard any response from HR since October 8.

If I am sending these inquiries to incorrect person please let me know. I believe you are the HR contact person for this case.

Thank you,

Dr. Edelman

**From:** Pacina, Kathleen
**Sent:** Tuesday, October 8, 2019 10:55:43 AM
**To:** Edelman, Sari
**Subject:** RE: CASE 00282382

Hi Dr. Edelman,

I wanted to follow up with you regarding our last conversation. I understand that you met with Mr. Swirnow and he explained the rationale for office use one day week whe

Thanks,

Kathleen

**From:** Edelman, Sari
**Sent:** Thursday, September 26, 2019 2:55 PM
**To:** Pacina, Kathleen
**Subject:** CASE 00282382

Hi

I wanted to follow up on email sent yesterday evening. Josh Smirnow and David Kaplan have requested phone conference call tomorrow at 1 pm. I would appreciate if you or an HR representative can be invo

Thank you,

Sari Edelman

| | |
|---|---|
| **From:** | "Hall, Tisa (HR)" <Tisa.Hall@nyulangone.org> |
| **To:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org>, "Rose, Claudia" <Claudia.Rose@nyulangone.org> |
| **Date:** | Thu, 3 Oct 2019 16:15:42 +0000 |
| **Subject:** | RE: CASE 00282382 |

Kathleen I spoke to Josh Swirnow, AVP this morning and he indicated he spoke to Dr. Edelman on Friday (David was not there) and explained the rationale of using her office one day a we
the communication she received was not clear and the practice leadership team should have spoken to all the physicians on the changes first then went to each one that was affected. Sh
her schedule and she would not have an office when she returned to the practice at Marcus and Josh assured her this was not the case and she was not singled out and this affects others
about the matter. Josh apologize for the miscommunication she received.

Can you round back with her to see if she still wants to pursue her complaint since she has been told the rationale for using her office one day a week when she is not at Marcus Avenue.

Tisa

**From:** Pacina, Kathleen
**Sent:** Thursday, September 26, 2019 3:47 PM
**To:** Hall, Tisa (HR) ; Rose, Claudia
**Subject:** FW: CASE 00282382

Hi Tisa,

Claudia sent you Dr. Edelman's previous email (attached). Wanted to advise you of the below as well. She is requesting that HR be part of this conversation.

I will respond to let her know that I am reviewing her email internally. Let me know your thoughts.

Thanks,

Kathleen

CONFIDENTIAL

**From:** Edelman, Sari <Sari.Edelman@nyulangone.org>
**Sent:** Thursday, September 26, 2019 2:55 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** CASE 00282382

Hi

I wanted to follow up on email sent yesterday evening. Josh Smirnow and David Kaplan have requested phone conference call tomorrow at 1 pm. I would appreciate if you or an HR representative can be involved in this conversa

Thank you,

Sari Edelman

| | |
|---|---|
| **From:** | "Kaplan, David (FGP-Ambulatory Operations)" <David.Kaplan2@nyulangone.org> |
| **To:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |
| **Date:** | Fri, 27 Sep 2019 16:54:11 +0000 |
| **Subject:** | RE: Dr. Sari Edelman Contracts |

When you have a moment, would like to connect.

Thank you,

David

David Kaplan, MPA

Senior Director, FGP Ambulatory Operations

NYU Langone Health, Faculty Group Practice

One Park Avenue, 10th Floor, New York, NY 10016

Tel: (646) 754-4940 | Cell: Redacted   david.kaplan2@nyumc.org



**From:** Pacina, Kathleen
**Sent:** Wednesday, September 18, 2019 2:40 PM
**To:** Kaplan, David (FGP-Ambulatory Operations)
**Subject:** FW: Dr. Sari Edelman Contracts

fyi

**From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Sent:** Wednesday, September 18, 2019 10:48 AM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** Dr. Sari Edelman Contracts

Attached are Dr. Edelman's original and renewed contracts. The only mention of space is in the original and reads as follows:

## Space: Space provided to you for your NYU La
responsibilities is for performing services for the NYU I
only. You may not use such space for purposes of any ot
approved in writing by the Dean of the School of Medicin

**From:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Sent:** Wednesday, September 18, 2019 10:02 AM
**To:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Subject:** RE: Dr. Sari Edelman

Thank you!

**From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Sent:** Wednesday, September 18, 2019 9:58 AM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** RE: Dr. Sari Edelman

Hi Kathleen,

I sent an invite for 1:00 p.m. for you to call us on Joe's office phone at 516-467-8719. He already escalated to David Kaplan since the doctor asked Enid Papa for ELR's #.

Claudia

**From:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Sent:** Tuesday, September 17, 2019 7:33 PM
**To:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Subject:** Re: Dr. Sari Edelman

I'll call you tomorrow at 9.

CONFIDENTIAL

Thanks and have a good night.

Kathleen

On Sep 17, 2019, at 6:41 PM, Rose, Claudia <Claudia.Rose@nyulangone.org> wrote:

> Okay. Anytime starting at 9. I can reached at ▇Redacted▇.
>
> Thanks.
>
> Claudia
>
> Sent from my iPhone
>
>> On Sep 17, 2019, at 6:12 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:
>>
>> Ok, wanted to discuss with you before bringing it to leadership as it is about Joe Antanik.
>>
>> What time tomorrow works for you?
>>
>> **From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
>> **Sent:** Tuesday, September 17, 2019 6:09 PM
>> **To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
>> **Subject:** Re: Dr. Sari Edelman
>>
>> Hi Kathleen,
>>
>> Yes. Of course. But faculty issues will need to be escalated to leadership.
>>
>> Talk with you tomorrow. I can be reached at ▇Redacted▇.
>>
>> Claudia
>>
>> Sent from my iPhone
>>
>>> On Sep 17, 2019, at 5:27 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:
>>>
>>> Hi Claudia,
>>>
>>> Do you have a moment to discuss a matter raised by Dr. Edelman tomorrow?
>>>
>>> Thanks,
>>>
>>> Kathleen
>>>
>>> **Kathleen Y. Pacina**
>>>
>>> Manager, Employee & Labor Relations
>>> Human Resources
>>>
>>> NYU Langone Health
>>>
>>> One Park Avenue, 4th Floor
>>>
>>> New York, NY 10016
>>>
>>> T 212-404-3858
>>>
>>> F 646-754-9541
>>>
>>> Kathleen.Pacina@nyulangone.org

| | |
|---|---|
| **From:** | "Rose, Claudia" <Claudia.Rose@nyulangone.org> |
| **To:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |
| **Date:** | Thu, 26 Sep 2019 19:38:54 +0000 |
| **Subject:** | RE: CASE 00282382 |

Yes, I'm at ext. 5x2116.

**From:** Pacina, Kathleen
**Sent:** Thursday, September 26, 2019 3:38 PM
**To:** Rose, Claudia
**Subject:** RE: CASE 00282382

Are you available for a call?

**From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Sent:** Thursday, September 26, 2019 3:10 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** RE: CASE 00282382

Hi Kathleen,

Thank you. Let me know if you'd like me to review the response too.

Claudia

**From:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Sent:** Thursday, September 26, 2019 3:00 PM
**To:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Subject:** FW: CASE 00282382

D000977

<span style="color:red">CONFIDENTIAL</span>

Hi Claudia,

Sending this to you for review. Let me know if we should discuss.

Thanks,

Kathleen

---

**From:** Edelman, Sari <Sari.Edelman@nyulangone.org>
**Sent:** Wednesday, September 25, 2019 9:01 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** CASE 00282382

Good evening,

I am following up on our discussion from last week. Tonight our office manager David Kaplan requested to speak with me, and he apologized for Joe Antonik's behavior stating it was not appropriate request, and wanted to clear

This was matter of inappropriate conduct in the workplace in mannerism with which I was treated, and I am not sure this discussion now with Joe's senior manager was even appropriate as the issue was raised with HR, and has

In addition, he again raised request I was not in agreement with, and when stated such he said he would bring it to senior management of Joshua Smirnow, which again was done in manner to threaten any opinion I may have or professional opinion or contractual concerns. I consider this form of bullying in the workplace. I offered alternate solution to terminate my hours in Huntington since the shared space they are demanding is based on my "part tin time I consider an agreement of breach of my entire contract and am unwilling to risk my professional career and growth with NYU.

On completing my discussion with Joe he took on similar mannerisms of condescending tone, raising his voice to child like manner to placate my disagreement with his request. When I stated such, he proceeded to refer to me a patient care hours which I had been requested to halt for this unscheduled meeting. Again, an attempt to corner me in conversation to pressure me without allowing for more appropriate time frame and team to discuss a matte conversation, and had difficulty concentrating on patient care. It took me some time to refocus in the examination room to ensure I was providing appropriate opinions and decision making. This is my utmost concern, I need to b

As of female physician in the organization, I am disappointed that is 2019, approaching 2020 in a major hospital organization in New York, and I still have to contend with male chauvinism. While both Joe and David have agreed t present office space. It remains unclear to my why I am being discriminated against to accommodate another physician, particularly a male physician who will be joining the practice, which is the stated reason I will be "pushed" today. I have worked with amazing men and women over the years, whom all have supported the my growth and practice. This is the first time in all these years where I feel my growth as a physician is being deliberately infringe

I appreciate a prompt response.

Dr. Edelman

> **From:** "Rose, Claudia" <Claudia.Rose@nyulangone.org>
> **To:** "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org>
> **Date:** Thu, 26 Sep 2019 19:10:10 +0000
> **Subject:** RE: CASE 00282382

Hi Kathleen,

Thank you. Let me know if you'd like me to review the response too.

Claudia

---

**From:** Pacina, Kathleen
**Sent:** Thursday, September 26, 2019 3:00 PM
**To:** Rose, Claudia
**Subject:** FW: CASE 00282382

Hi Claudia,

Sending this to you for review. Let me know if we should discuss.

Thanks,

Kathleen

---

**From:** Edelman, Sari <Sari.Edelman@nyulangone.org>
**Sent:** Wednesday, September 25, 2019 9:01 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** CASE 00282382

Good evening,

I am following up on our discussion from last week. Tonight our office manager David Kaplan requested to speak with me, and he apologized for Joe Antonik's behavior stating it was not appropriate request, and wanted to clear

This was matter of inappropriate conduct in the workplace in mannerism with which I was treated, and I am not sure this discussion now with Joe's senior manager was even appropriate as the issue was raised with HR, and has

In addition, he again raised request I was not in agreement with, and when stated such he said he would bring it to senior management of Joshua Smirnow, which again was done in manner to threaten any opinion I may have or professional opinion or contractual concerns. I consider this form of bullying in the workplace. I offered alternate solution to terminate my hours in Huntington since the shared space they are demanding is based on my "part tin time I consider an agreement of breach of my entire contract and am unwilling to risk my professional career and growth with NYU.

On completing my discussion with Joe he took on similar mannerisms of condescending tone, raising his voice to child like manner to placate my disagreement with his request. When I stated such, he proceeded to refer to me a patient care hours which I had been requested to halt for this unscheduled meeting. Again, an attempt to corner me in conversation to pressure me without allowing for more appropriate time frame and team to discuss a matte conversation, and had difficulty concentrating on patient care. It took me some time to refocus in the examination room to ensure I was providing appropriate opinions and decision making. This is my utmost concern, I need to b

As of female physician in the organization, I am disappointed that is 2019, approaching 2020 in a major hospital organization in New York, and I still have to contend with male chauvinism. While both Joe and David have agreed t present office space. It remains unclear to my why I am being discriminated against to accommodate another physician, particularly a male physician who will be joining the practice, which is the stated reason I will be "pushed" today. I have worked with amazing men and women over the years, whom all have supported the my growth and practice. This is the first time in all these years where I feel my growth as a physician is being deliberately infringe

I appreciate a prompt response.

Dr. Edelman

> **From:** "Edelman, Sari" <Sari.Edelman@nyulangone.org>
> **To:** "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org>
> **Date:** Thu, 26 Sep 2019 18:54:47 +0000
> **Subject:** CASE 00282382

Hi

**D000978**

CONFIDENTIAL

I wanted to follow up on email sent yesterday evening. Josh Smirnow and David Kaplan have requested phone conference call tomorrow at 1 pm. I would appreciate if you or an HR representative can be invo

Thank you,

Sari Edelman

| | |
|---|---|
| **From:** | "Edelman, Sari" <Sari.Edelman@nyulangone.org> |
| **To:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |
| **Date:** | Thu, 26 Sep 2019 01:01:17 +0000 |
| **Subject:** | CASE 00282382 |

Good evening,

I am following up on our discussion from last week. Tonight our office manager David Kaplan requested to speak with me, and he apologized for Joe Antonik's behavior stating it was not appropriate request, a

This was matter of inappropriate conduct in the workplace in mannerism with which I was treated, and I am not sure this discussion now with Joe's senior manager was even appropriate as the issue was raise

In addition, he again raised request I was not in agreement with, and when stated such he said he would bring it to senior management of Joshua Smirnow, which again was done in manner to threaten any op
fact with no regard for my professional opinion or contractual concerns. I consider this form of bullying in the workplace. I offered alternate solution to terminate my hours in Huntington since the shared space t
acknowledge part-time employment when I was indeed full time I consider an agreement of breech of my entire contract and am unwilling to risk my professional career and growth with NYU.

On completing my discussion with Joe he took on similar mannerisms of condescending tone, raising his voice to child like manner to placate my disagreement with his request. When I stated such, he proceed
this time and returned to patient care hours which I had been requested to halt for this unscheduled meeting. Again, an attempt to corner me in conversation to pressure me without allowing for more appropria
was distracted and remained upset about the conversation, and had difficulty concentrating on patient care. It took me some time to refocus in the examination room to ensure I was providing appropriate opini

As of female physician in the organization, I am disappointed that is 2019, approaching 2020 in a major hospital organization in New York, and I still have to contend with male chauvinism. While both Joe and
so would likely not be in my present office space. It remains unclear to my why I being discriminated against to accommodate another physician, particularly a male physician who will be joining the practice
physicians to help build FGP to this incredible place it is today. I have worked with amazing men and women over the years, whom all have supported the my growth and practice. This is the first time in all thes

I appreciate a prompt response.

Dr. Edelman

| | |
|---|---|
| **From:** | "Kaplan, David (FGP-Ambulatory Operations)" <David.Kaplan2@nyulangone.org> |
| **To:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |
| **Cc:** | "Rose, Claudia" <Claudia.Rose@nyulangone.org> |
| **Date:** | Wed, 18 Sep 2019 18:07:59 +0000 |
| **Subject:** | RE: Dr. Edelman |

Just left you a VM. Please feel free to give me a call on my cell ▓Redacted▓

Thanks,
David

**From:** Pacina, Kathleen
**Sent:** Wednesday, September 18, 2019 1:26 PM
**To:** Kaplan, David (FGP-Ambulatory Operations)
**Cc:** Rose, Claudia
**Subject:** Dr. Edelman

Hi David,

Do you have a few minutes today to discuss an issue that was raised by Dr. Edelman regarding Joe Antonik?

Thanks,

Kathleen

**Kathleen Y. Pacina**

Manager, Employee & Labor Relations
Human Resources

NYU Langone Health

One Park Avenue, 4th Floor

New York, NY 10016

T 212-404-3858

F 646-754-9541

Kathleen.Pacina@nyulangone.org

| | |
|---|---|
| **From:** | "Rose, Claudia" <Claudia.Rose@nyulangone.org> |
| **To:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |

<span style="color:red">CONFIDENTIAL</span>

**Date:**  Wed, 18 Sep 2019 14:47:37 +0000
**Subject:**  Dr. Sari Edelman Contracts

Attached are Dr. Edelman's original and renewed contracts. The only mention of space is in the original and reads as follows:

# **Space:** Space provided to you for your N Y U La responsibilities is for performing services for the NYU only. You may not use such space for purposes of any of approved in writing by the Dean of the School of Medicin

**From:** Pacina, Kathleen
**Sent:** Wednesday, September 18, 2019 10:02 AM
**To:** Rose, Claudia
**Subject:** RE: Dr. Sari Edelman

Thank you!

**From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Sent:** Wednesday, September 18, 2019 9:58 AM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** RE: Dr. Sari Edelman

Hi Kathleen,

I sent an invite for 1:00 p.m. for you to call us on Joe's office phone at 516-467-8719. He already escalated to David Kaplan since the doctor asked Enid Papa for ELR's #.

Claudia

**From:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Sent:** Tuesday, September 17, 2019 7:33 PM
**To:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Subject:** Re: Dr. Sari Edelman

I'll call you tomorrow at 9.

Thanks and have a good night.

Kathleen

On Sep 17, 2019, at 6:41 PM, Rose, Claudia <Claudia.Rose@nyulangone.org> wrote:

> Okay. Anytime starting at 9. I can reached at Redacted
>
> Thanks.
>
> Claudia
>
> Sent from my iPhone

On Sep 17, 2019, at 6:12 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:

>> Ok, wanted to discuss with you before bringing it to leadership as it is about Joe Antanik.
>>
>> What time tomorrow works for you?
>>
>> **From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
>> **Sent:** Tuesday, September 17, 2019 6:09 PM
>> **To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
>> **Subject:** Re: Dr. Sari Edelman
>>
>> Hi Kathleen,
>>
>> Yes. Of course. But faculty issues will need to be escalated to leadership.
>>
>> Talk with you tomorrow. I can be reached a Redacted
>>
>> Claudia
>>
>> Sent from my iPhone

On Sep 17, 2019, at 5:27 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:

>>> Hi Claudia,
>>>
>>> Do you have a moment to discuss a matter raised by Dr. Edelman tomorrow?
>>>
>>> Thanks,
>>>
>>> Kathleen
>>>
>>> **Kathleen Y. Pacina**
>>>
>>> Manager, Employee & Labor Relations
>>> Human Resources

**D000980**

CONFIDENTIAL

NYU Langone Health

One Park Avenue, 4th Floor

New York, NY 10016

T 212-404-3858

F 646-754-9541

Kathleen.Pacina@nyulangone.org

**Edelman, Sari eff 19141201 OL.pdf**

**Edelman, Sari eff 19180101 RWL.pdf**

| | |
|---|---|
| **From:** | "Rose, Claudia" <Claudia.Rose@nyulangone.org> |
| **To:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |
| **Date:** | Wed, 18 Sep 2019 13:58:13 +0000 |
| **Subject:** | RE: Dr. Sari Edelman |

Hi Kathleen,

I sent an invite for 1:00 p.m. for you to call us on Joe's office phone at 516-467-8719. He already escalated to David Kaplan since the doctor asked Enid Papa for ELR's #.

Claudia

**From:** Pacina, Kathleen
**Sent:** Tuesday, September 17, 2019 7:33 PM
**To:** Rose, Claudia
**Subject:** Re: Dr. Sari Edelman

I'll call you tomorrow at 9.

Thanks and have a good night.

Kathleen

On Sep 17, 2019, at 6:41 PM, Rose, Claudia <Claudia.Rose@nyulangone.org> wrote:

Okay. Anytime starting at 9. I can reached at Redacted .

Thanks.

Claudia

Sent from my iPhone

On Sep 17, 2019, at 6:12 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:

Ok, wanted to discuss with you before bringing it to leadership as it is about Joe Antanik.

What time tomorrow works for you?

**From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Sent:** Tuesday, September 17, 2019 6:09 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** Re: Dr. Sari Edelman

Hi Kathleen,

Yes. Of course. But faculty issues will need to be escalated to leadership.

Talk with you tomorrow. I can be reached at Redacted .

Claudia

Sent from my iPhone

On Sep 17, 2019, at 5:27 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:

Hi Claudia,

Do you have a moment to discuss a matter raised by Dr. Edelman tomorrow?

Thanks,

Kathleen

**Kathleen Y. Pacina**

Manager, Employee & Labor Relations
Human Resources

NYU Langone Health

One Park Avenue, 4th Floor

New York, NY 10016

T 212-404-3858

F 646-754-9541

Kathleen.Pacina@nyulangone.org

| | |
|---|---|
| **From:** | "Rose, Claudia" <Claudia.Rose@nyulangone.org> |
| **To:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |

<span style="color:red">CONFIDENTIAL</span>

Date:   Tue, 17 Sep 2019 22:41:44 +0000
Subject:   Re: Dr. Sari Edelman

Okay. Anytime starting at 9. I can reached at ▮Redacted▮.

Thanks.
Claudia

Sent from my iPhone

On Sep 17, 2019, at 6:12 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:

> Ok, wanted to discuss with you before bringing it to leadership as it is about Joe Antanik.
>
> What time tomorrow works for you?
>
> **From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
> **Sent:** Tuesday, September 17, 2019 6:09 PM
> **To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
> **Subject:** Re: Dr. Sari Edelman
>
> Hi Kathleen,
>
> Yes. Of course. But faculty issues will need to be escalated to leadership.
>
> Talk with you tomorrow. I can be reached at ▮Redacted▮.
>
> Claudia
>
> Sent from my iPhone
>
> On Sep 17, 2019, at 5:27 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:
>
>> Hi Claudia,
>>
>> Do you have a moment to discuss a matter raised by Dr. Edelman tomorrow?
>>
>> Thanks,
>>
>> Kathleen
>>
>> **Kathleen Y. Pacina**
>>
>> Manager, Employee & Labor Relations
>> Human Resources
>>
>> NYU Langone Health
>>
>> One Park Avenue, 4th Floor
>>
>> New York, NY 10016
>>
>> T 212-404-3858
>>
>> F 646-754-9541
>>
>> Kathleen.Pacina@nyulangone.org

**From:** "Rose, Claudia" <Claudia.Rose@nyulangone.org>
**To:** "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org>
**Date:** Tue, 17 Sep 2019 22:09:04 +0000
**Subject:** Re: Dr. Sari Edelman

Hi Kathleen,

Yes. Of course. But faculty issues will need to be escalated to leadership.

Talk with you tomorrow. I can be reached at ▮Redacted▮.

Claudia

Sent from my iPhone

On Sep 17, 2019, at 5:27 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:

> Hi Claudia,
>
> Do you have a moment to discuss a matter raised by Dr. Edelman tomorrow?
>
> Thanks,
>
> Kathleen
>
> **Kathleen Y. Pacina**
>
> Manager, Employee & Labor Relations
> Human Resources
>
> NYU Langone Health
>
> One Park Avenue, 4th Floor
>
> New York, NY 10016
>
> T 212-404-3858
>
> F 646-754-9541
>
> Kathleen.Pacina@nyulangone.org

**D000982**

**CONFIDENTIAL**

---

| | |
|---|---|
| **From:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |
| **To:** | "Ogbara, Rashidat" <Rashidat.Ogbara@nyulangone.org> |
| **Date:** | Mon, 18 Nov 2019 22:31:31 +0000 |
| **Subject:** | FW: CASE 00282382 |

---

Hi Rashidat,

As discussed, please see below and attached in reference to Dr. Edelman.

Thanks,

Kathleen

---

**From:** Edelman, Sari
**Sent:** Tuesday, November 12, 2019 4:53 PM
**To:** Pacina, Kathleen
**Subject:** Re: CASE 00282382

I did not receive the 10/8 email reply some reason, not sure why, and only saw it when went into old reply chain. Please let me know. I was notified today that in two weeks my office will be given to another doc as of January. I informed Huntington now that given 11/21 as date, so need move all these patients in less than two weeks time. I feel this is retaliatory my complaint. Such short notice is going impact patien

---

**From:** Pacina, Kathleen
**Sent:** Tuesday, November 5, 2019 6:47:41 PM
**To:** Edelman, Sari
**Subject:** RE: CASE 00282382

Hi Dr. Edelman,

I am confirming receipt of the below as I was out of office and returned today. I previously did not receive a response from email dated 10/8 (see attached) so my understanding was that back to you regarding next steps.

Thanks,

Kathleen

---

**From:** Edelman, Sari <Sari.Edelman@nyulangone.org>
**Sent:** Friday, November 01, 2019 9:58 AM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** Re: CASE 00282382

Hi,

The harassment complaint was extensive detailed letter about treatment by manager using abusive and bullying behavior. While I spoke with Joshua Smirnow about the office space, I also was clear that the complaint was separ bias in how I was "managed" and spoken to in a manner clearly not appropriate by Joe Antonik and David Kaplan. Joshua Smirnow apologized for how they handled the situation to me directly in the phone conversation, as he w work. I do expect this to be addressed. Presently I continue to feel uncomfortable in my place of work. I need to know moving forward issues will be addressed in a professional environment without bias in order to continue pra

As for the issue of space, this is not HR issue. Karen Oberlander and Miriam Ruiz are working with me to establish plan moving forward.

Dr. Edelman

---

**From:** Edelman, Sari
**Sent:** Wednesday, October 23, 2019 6:45 PM
**To:** Pacina, Kathleen
**Subject:** Re: CASE 00282382

Hi

I wanted to follow up on CASE 00282382, complaint requesting investigation for workplace harassment. I have not heard any response from HR since October 8.

If I am sending these inquiries to incorrect person please let me know. I believe you are the HR contact person for this case.

Thank you,

Dr. Edelman

---

**From:** Pacina, Kathleen
**Sent:** Tuesday, October 8, 2019 10:55:43 AM
**To:** Edelman, Sari
**Subject:** RE: CASE 00282382

Hi Dr. Edelman,

I wanted to follow up with you regarding our last conversation. I understand that you met with Mr. Swirnow and he explained the rationale for office use one day week when you are not

Thanks,

Kathleen

---

**From:** Edelman, Sari <Sari.Edelman@nyulangone.org>
**Sent:** Thursday, September 26, 2019 2:55 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** CASE 00282382

Hi

I wanted to follow up on email sent yesterday evening. Josh Smirnow and David Kaplan have requested phone conference call tomorrow at 1 pm. I would appreciate if you or an HR representative can be involved in this conversa

Thank you,

**D000983**

CONFIDENTIAL

Sari Edelman

| | |
|---|---|
| **From:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |
| **To:** | "Edelman, Sari" <Sari.Edelman@nyulangone.org> |
| **Date:** | Tue, 8 Oct 2019 14:55:42 +0000 |
| **Subject:** | RE: CASE 00282382 |

Hi Dr. Edelman,

I wanted to follow up with you regarding our last conversation.  I understand that you met with Mr. Swirnow and he explained the rationale for office use one day week when you are not

Thanks,

Kathleen

---

**From:** Edelman, Sari <Sari.Edelman@nyulangone.org>
**Sent:** Thursday, September 26, 2019 2:55 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** CASE 00282382

Hi

I wanted to follow up on email sent yesterday evening.  Josh Smirnow and David Kaplan have requested phone conference call tomorrow at 1 pm.  I would appreciate if you or an HR representative can be involved in this convers

Thank you,

Sari Edelman

| | |
|---|---|
| **From:** | "Hall, Tisa (HR)" <Tisa.Hall@nyulangone.org> |
| **To:** | "Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>, "Rose, Claudia" <Claudia.Rose@nyulangone.org> |
| **Date:** | Thu, 3 Oct 2019 16:15:42 +0000 |
| **Subject:** | RE: CASE 00282382 |

Kathleen I spoke to Josh Swirnow, AVP this morning and he indicated he spoke to Dr. Edelman on Friday (David was not there) and explained the rationale of using her office one day a we the communication she received was not clear and the practice leadership team should have spoken to all the physicians on the changes first then went to each one that was affected.  Sh her schedule and she would not have an office when she returned to the practice at Marcus and Josh assured her this was not the case and she was not singled out and this affects others about the matter.  Josh apologize for the miscommunication she received.

Can you round back with her to see if she still wants to pursue her complaint since she has been told the rationale for using her office one day a week when she is not at Marcus Avenue.

Tisa

---

**From:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Sent:** Thursday, September 26, 2019 3:47 PM
**To:** Hall, Tisa (HR) <Tisa.Hall@nyulangone.org>; Rose, Claudia <Claudia.Rose@nyulangone.org>
**Subject:** FW: CASE 00282382

Hi Tisa,

Claudia sent you Dr. Edelman's previous email (attached).  Wanted to advise you of the below as well.  She is requesting that HR be part of this conversation.

I will respond to let her know that I am reviewing her email internally.  Let me know your thoughts.

Thanks,

Kathleen

D000984

CONFIDENTIAL

**From:** Edelman, Sari <Sari.Edelman@nyulangone.org>
**Sent:** Thursday, September 26, 2019 2:55 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** CASE 00282382

Hi

I wanted to follow up on email sent yesterday evening.  Josh Smirnow and David Kaplan have requested phone conference call tomorrow at 1 pm.  I would appreciate if you or an HR representative can be involved in this convers

Thank you,

Sari Edelman

---

**From:** "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org>
**To:** "Edelman, Sari" <Sari.Edelman@nyulangone.org>
**Date:** Tue, 5 Nov 2019 23:47:41 +0000
**Subject:** RE: CASE 00282382

Hi Dr. Edelman,

I am confirming receipt of the below as I was out of office and returned today. I previously did not receive a response from email dated 10/8 (see attached) so my understanding was that back to you regarding next steps.

Thanks,

Kathleen

---

**From:** Edelman, Sari
**Sent:** Friday, November 01, 2019 9:58 AM
**To:** Pacina, Kathleen
**Subject:** Re: CASE 00282382

Hi,

The harassment complaint was extensive detailed letter about treatment by manager using abusive and bullying behavior. While I spoke with Joshua Smirnow about the office space, I also was clear that the complaint was separ bias in how I was "managed" and spoken to in a manner clearly not appropriate by Joe Antonik and David Kaplan. Joshua Smirnow apologized for how they handled the situation to me directly in the phone conversation, as he w work. I do expect this to be addressed. Presently I continue to feel uncomfortable in my place of work. I need to know moving forward issues will be addressed in a professional environment without bias in order to continue pra

As for the issue of space, this is not HR issue. Karen Oberlander and Miriam Ruiz are working with me to establish plan moving forward.

Dr. Edelman

---

**From:** Edelman, Sari
**Sent:** Wednesday, October 23, 2019 6:45 PM
**To:** Pacina, Kathleen
**Subject:** Re: CASE 00282382

Hi

I wanted to follow up on CASE 00282382, complaint requesting investigation for workplace harassment. I have not heard any response from HR since October 8.

If I am sending these inquiries to incorrect person please let me know. I believe you are the HR contact person for this case.

Thank you,

Dr. Edelman

---

**From:** Pacina, Kathleen
**Sent:** Tuesday, October 8, 2019 10:55:43 AM
**To:** Edelman, Sari
**Subject:** RE: CASE 00282382

Hi Dr. Edelman,

I wanted to follow up with you regarding our last conversation. I understand that you met with Mr. Swirnow and he explained the rationale for office use one day week when you are not

Thanks,

Kathleen

---

**From:** Edelman, Sari <Sari.Edelman@nyulangone.org>
**Sent:** Thursday, September 26, 2019 2:55 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** CASE 00282382

Hi

I wanted to follow up on email sent yesterday evening. Josh Smirnow and David Kaplan have requested phone conference call tomorrow at 1 pm. I would appreciate if you or an HR representative can be involved in this conversa

Thank you,

Sari Edelman

D000985

CONFIDENTIAL

> **From:** "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org>
> **To:** "Edelman, Sari" <Sari.Edelman@nyulangone.org>
> **Date:** Tue, 8 Oct 2019 14:55:42 +0000
> **Subject:** RE: CASE 00282382

Hi Dr. Edelman,

I wanted to follow up with you regarding our last conversation.  I understand that you met with Mr. Swirnow and he explained the rationale for office use one day week when you are not

Thanks,

Kathleen

---

**From:** Edelman, Sari <Sari.Edelman@nyulangone.org>
**Sent:** Thursday, September 26, 2019 2:55 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** CASE 00282382

Hi

I wanted to follow up on email sent yesterday evening.  Josh Smirnow and David Kaplan have requested phone conference call tomorrow at 1 pm.  I would appreciate if you or an HR representative can be involved in this convers

Thank you,

Sari Edelman

> **From:** "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org>
> **To:** "Edelman, Sari" <Sari.Edelman@nyulangone.org>
> **Date:** Tue, 8 Oct 2019 14:55:43 +0000
> **Subject:** RE: CASE 00282382

Hi Dr. Edelman,

I wanted to follow up with you regarding our last conversation. I understand that you met with Mr. Swirnow and he explained the rationale for office use one day week when you are not

Thanks,

Kathleen

**From:** Edelman, Sari
**Sent:** Thursday, September 26, 2019 2:55 PM
**To:** Pacina, Kathleen
**Subject:** CASE 00282382

Hi

I wanted to follow up on email sent yesterday evening. Josh Smirnow and David Kaplan have requested phone conference call tomorrow at 1 pm. I would appreciate if you or an HR representative can be involved in this conversa

Thank you,

Sari Edelman

> **From:** "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org>
> **To:** "Edelman, Sari" <Sari.Edelman@nyulangone.org>
> **Date:** Thu, 26 Sep 2019 19:55:48 +0000
> **Subject:** RE: CASE 00282382

Hi Dr. Edelman,

I'm confirming receipt of your email and am reviewing internally with FGP HR. I will get back to you.

Thanks,

Kathleen

**From:** Edelman, Sari
**Sent:** Wednesday, September 25, 2019 9:01 PM
**To:** Pacina, Kathleen
**Subject:** CASE 00282382

Good evening,

I am following up on our discussion from last week. Tonight our office manager David Kaplan requested to speak with me, and he apologized for Joe Antonik's behavior stating it was not appropriate request, and wanted to clear

D000986

CONFIDENTIAL

This was matter of inappropriate conduct in the workplace in mannerism in which I was treated, and I am not sure this discussion now with Joe's senior manager was even appropriate as the issue was raised with HR, and has

In addition, he again raised request I was not in agreement with, and when stated such he said he would bring it to senior management of Joshua Smirnow, which again was done in manner to threaten any opinion I may have of my professional opinion or contractual concerns. I consider this form of bullying in the workplace. I offered alternate solution to terminate my hours in Huntington since the shared space they are demanding is based on my "part time I consider an agreement of breech of my entire contract and am unwilling to risk my professional career and growth with NYU.

On completing my discussion with Joe he took on similar mannerisms of condescending tone, raising his voice to child like manner to placate my disagreement with his request. When I stated such, he proceeded to refer to me a patient care hours which I had been requested to halt for this unscheduled meeting. Again, an attempt to corner me in conversation to pressure me without allowing for more appropriate time frame and team to discuss a matte conversation, and had difficulty concentrating on patient care. It took me some time to refocus in the examination room to ensure I was providing appropriate opinions and decision making. This is my utmost concern, I need to b

As of female physician in the organization, I am disappointed that is 2019, approaching 2020 in a major hospital organization in New York, and I still have to contend with male chauvinism. While both Joe and David have agreed t present office space. It remains unclear to my why I am being discriminated against to accommodate another physician, particularly a male physician who will be joining the practice, which is the stated reason I will be "pushed" today. I have worked with amazing men and women over the years, whom all have supported the my growth and practice. This is the first time in all these years where I feel my growth as a physician is being deliberately infringe

I appreciate a prompt response.

Dr. Edelman

---

| | |
|---|---|
| **From:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |
| **To:** | "Hall, Tisa (HR)" <Tisa.Hall@nyulangone.org>, "Rose, Claudia" <Claudia.Rose@nyulangone.org> |
| **Date:** | Thu, 26 Sep 2019 19:47:07 +0000 |
| **Subject:** | FW: CASE 00282382 |

Hi Tisa,

Claudia sent you Dr. Edelman's previous email (attached). Wanted to advise you of the below as well. She is requesting that HR be part of this conversation.

I will respond to let her know that I am reviewing her email internally. Let me know your thoughts.

Thanks,

Kathleen

---

**From:** Edelman, Sari
**Sent:** Thursday, September 26, 2019 2:55 PM
**To:** Pacina, Kathleen
**Subject:** CASE 00282382

Hi

I wanted to follow up on email sent yesterday evening. Josh Smirnow and David Kaplan have requested phone conference call tomorrow at 1 pm. I would appreciate if you or an HR representative can be involved in this conversa

Thank you,

Sari Edelman

---

| | |
|---|---|
| **From:** | "Edelman, Sari" <Sari.Edelman@nyulangone.org> |
| **To:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |
| **Date:** | Thu, 26 Sep 2019 01:01:17 +0000 |
| **Subject:** | CASE 00282382 |

Good evening,

I am following up on our discussion from last week. Tonight our office manager David Kaplan requested to speak with me, and he apologized for Joe Antonik's behavior stating it was not appropriate request, a

This was matter of inappropriate conduct in the workplace in mannerism in which I was treated, and I am not sure this discussion now with Joe's senior manager was even appropriate as the issue was raise

In addition, he again raised request I was not in agreement with, and when stated such he said he would bring it to senior management of Joshua Smirnow, which again was done in manner to threaten any op fact with no regard for my professional opinion or contractual concerns. I consider this form of bullying in the workplace. I offered alternate solution to terminate my hours in Huntington since the shared space acknowledge part-time employment when I was indeed full time I consider an agreement of breech of my entire contract and am unwilling to risk my professional career and growth with NYU.

On completing my discussion with Joe he took on similar mannerisms of condescending tone, raising his voice to child like manner to placate my disagreement with his request. When I stated such, he procee this time and returned to patient care hours which I had been requested to halt for this unscheduled meeting. Again, an attempt to corner me in conversation to pressure me without allowing for more appropria was distracted and remained upset about the conversation, and had difficulty concentrating on patient care. It took me some time to refocus in the examination room to ensure I was providing appropriate opin

As of female physician in the organization, I am disappointed that is 2019, approaching 2020 in a major hospital organization in New York, and I still have to contend with male chauvinism. While both Joe and so would likely not be in my present office space. It remains unclear to my why I am being discriminated against to accommodate another physician, particularly a male physician who will be joining the practic physicians to help build FGP to this incredible place it is today. I have worked with amazing men and women over the years, whom all have supported the my growth and practice. This is the first time in all the

I appreciate a prompt response.

Dr. Edelman

---

| | |
|---|---|
| **From:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |
| **To:** | "Rose, Claudia" <Claudia.Rose@nyulangone.org> |
| **Date:** | Thu, 26 Sep 2019 19:38:08 +0000 |
| **Subject:** | RE: CASE 00282382 |

Are you available for a call?

CONFIDENTIAL

**From:** Rose, Claudia
**Sent:** Thursday, September 26, 2019 3:10 PM
**To:** Pacina, Kathleen
**Subject:** RE: CASE 00282382

Hi Kathleen,

Thank you. Let me know if you'd like me to review the response too.

Claudia

---

**From:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Sent:** Thursday, September 26, 2019 3:00 PM
**To:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Subject:** FW: CASE 00282382

Hi Claudia,

Sending this to you for review. Let me know if we should discuss.

Thanks,

Kathleen

---

**From:** Edelman, Sari <Sari.Edelman@nyulangone.org>
**Sent:** Wednesday, September 25, 2019 9:01 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** CASE 00282382

Good evening,

I am following up on our discussion from last week. Tonight our office manager David Kaplan requested to speak with me, and he apologized for Joe Antonik's behavior stating it was not appropriate request, and wanted to clear

This was matter of inappropriate conduct in the workplace in mannerism with which I was treated, and I am not sure this discussion now with Joe's senior manager was even appropriate as the issue was raised with HR, and has

In addition, he again raised request I was not in agreement with, and when stated such he said he would bring it to senior management of Joshua Smirnow, which again was done in manner to threaten any opinion I may have or professional opinion or contractual concerns. I consider this form of bullying in the workplace. I offered alternate solution to terminate my hours in Huntington since the shared space they are demanding is based on my "part tim time I consider an agreement of breech of my entire contract and am unwilling to risk my professional career and growth with NYU.

On completing my discussion with Joe he took on similar mannerisms of condescending tone, raising his voice to child like manner to placate my disagreement with his request. When I stated such, he proceeded to refer to me a patient care hours which I had been requested to halt for this unscheduled meeting. Again, an attempt to corner me in conversation to pressure me without allowing for more appropriate time frame and team to discuss a matte conversation, and had difficulty concentrating on patient care. It took me some time to refocus in the examination room to ensure I was providing appropriate opinions and decision making. This is my utmost concern, I need to t

As of female physician in the organization, I am disappointed that is 2019, approaching 2020 in a major hospital organization in New York, and I still have to contend with male chauvinism. While both Joe and David have agreed t present office space. It remains unclear to my why I am being discriminated against to accommodate another physician, particularly a male physician who will be joining the practice, which is the stated reason I will be "pushed" today. I have worked with amazing men and women over the years, whom all have supported the my growth and practice. This is the first time in all these years where I feel my growth as a physician is being deliberately infringe

I appreciate a prompt response.

Dr. Edelman

> **From:** "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org>
> **To:** "Rose, Claudia" <Claudia.Rose@nyulangone.org>
> **Date:** Thu, 26 Sep 2019 18:59:35 +0000
> **Subject:** FW: CASE 00282382

Hi Claudia,

Sending this to you for review. Let me know if we should discuss.

Thanks,

Kathleen

---

**From:** Edelman, Sari
**Sent:** Wednesday, September 25, 2019 9:01 PM
**To:** Pacina, Kathleen
**Subject:** CASE 00282382

Good evening,

I am following up on our discussion from last week. Tonight our office manager David Kaplan requested to speak with me, and he apologized for Joe Antonik's behavior stating it was not appropriate request, and wanted to clear

This was matter of inappropriate conduct in the workplace in mannerism with which I was treated, and I am not sure this discussion now with Joe's senior manager was even appropriate as the issue was raised with HR, and has

In addition, he again raised request I was not in agreement with, and when stated such he said he would bring it to senior management of Joshua Smirnow, which again was done in manner to threaten any opinion I may have or professional opinion or contractual concerns. I consider this form of bullying in the workplace. I offered alternate solution to terminate my hours in Huntington since the shared space they are demanding is based on my "part tim time I consider an agreement of breech of my entire contract and am unwilling to risk my professional career and growth with NYU.

On completing my discussion with Joe he took on similar mannerisms of condescending tone, raising his voice to child like manner to placate my disagreement with his request. When I stated such, he proceeded to refer to me a patient care hours which I had been requested to halt for this unscheduled meeting. Again, an attempt to corner me in conversation to pressure me without allowing for more appropriate time frame and team to discuss a matte conversation, and had difficulty concentrating on patient care. It took me some time to refocus in the examination room to ensure I was providing appropriate opinions and decision making. This is my utmost concern, I need to t

As of female physician in the organization, I am disappointed that is 2019, approaching 2020 in a major hospital organization in New York, and I still have to contend with male chauvinism. While both Joe and David have agreed t present office space. It remains unclear to my why I am being discriminated against to accommodate another physician, particularly a male physician who will be joining the practice, which is the stated reason I will be "pushed" today. I have worked with amazing men and women over the years, whom all have supported the my growth and practice. This is the first time in all these years where I feel my growth as a physician is being deliberately infringe

I appreciate a prompt response.

Dr. Edelman

> **From:** "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org>

CONFIDENTIAL

**To:** "Kaplan, David (FGP-Ambulatory Operations)" <David.Kaplan2@nyulangone.org>
**Date:** Wed, 18 Sep 2019 18:40:25 +0000
**Subject:** FW: Dr. Sari Edelman Contracts

fyi

**From:** Rose, Claudia
**Sent:** Wednesday, September 18, 2019 10:48 AM
**To:** Pacina, Kathleen
**Subject:** Dr. Sari Edelman Contracts

Attached are Dr. Edelman's original and renewed contracts. The only mention of space is in the original and reads as follows:

# Space: Space provided to you for your NYU La
responsibilities is for performing services for the NYU I
only. You may not use such space for purposes of any ot
approved in writing by the Dean of the School of Medicin

**From:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Sent:** Wednesday, September 18, 2019 10:02 AM
**To:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Subject:** RE: Dr. Sari Edelman

Thank you!

**From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Sent:** Wednesday, September 18, 2019 9:58 AM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** RE: Dr. Sari Edelman

Hi Kathleen,

I sent an invite for 1:00 p.m. for you to call us on Joe's office phone at 516-467-8719. He already escalated to David Kaplan since the doctor asked Enid Papa for ELR's #.

Claudia

**From:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Sent:** Tuesday, September 17, 2019 7:33 PM
**To:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Subject:** Re: Dr. Sari Edelman

I'll call you tomorrow at 9.

Thanks and have a good night.

Kathleen

On Sep 17, 2019, at 6:41 PM, Rose, Claudia <Claudia.Rose@nyulangone.org> wrote:

Okay. Anytime starting at 9. I can reached at Redacted.

Thanks.

Claudia

Sent from my iPhone

On Sep 17, 2019, at 6:12 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:

Ok, wanted to discuss with you before bringing it to leadership as it is about Joe Antanik.

What time tomorrow works for you?

**From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Sent:** Tuesday, September 17, 2019 6:09 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** Re: Dr. Sari Edelman

Hi Kathleen,

Yes. Of course. But faculty issues will need to be escalated to leadership.

Talk with you tomorrow. I can be reached at Redacted.

Claudia

Sent from my iPhone

On Sep 17, 2019, at 5:27 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:

Hi Claudia,

Do you have a moment to discuss a matter raised by Dr. Edelman tomorrow?

CONFIDENTIAL

Thanks,

Kathleen

**Kathleen Y. Pacina**

Manager, Employee & Labor Relations
Human Resources

NYU Langone Health

One Park Avenue, 4th Floor

New York, NY 10016

T 212-404-3858

F 646-754-9541

Kathleen.Pacina@nyulangone.org

**Edelman, Sari eff 19141201 OL.pdf**

**Edelman, Sari eff 19180101 RWL.pdf**

| | |
|---|---|
| **From:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |
| **To:** | "Kaplan, David (FGP-Ambulatory Operations)" <David.Kaplan2@nyulangone.org> |
| **Cc:** | "Rose, Claudia" <Claudia.Rose@nyulangone.org> |
| **Date:** | Wed, 18 Sep 2019 17:26:14 +0000 |
| **Subject:** | Dr. Edelman |

Hi David,

Do you have a few minutes today to discuss an issue that was raised by Dr. Edelman regarding Joe Antonik?

Thanks,

Kathleen

**Kathleen Y. Pacina**

Manager, Employee & Labor Relations
Human Resources

NYU Langone Health

One Park Avenue, 4th Floor
New York, NY 10016

T 212-404-3858

F 646-754-9541

Kathleen.Pacina@nyulangone.org

| | |
|---|---|
| **From:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |
| **To:** | "Rose, Claudia" <Claudia.Rose@nyulangone.org> |
| **Date:** | Wed, 18 Sep 2019 14:53:22 +0000 |
| **Subject:** | RE: Dr. Sari Edelman Contracts |

Thanks Claudia.

**From:** Rose, Claudia
**Sent:** Wednesday, September 18, 2019 10:48 AM
**To:** Pacina, Kathleen
**Subject:** Dr, Sari Edelman Contracts

Attached are Dr. Edelman's original and renewed contracts. The only mention of space is in the original and reads as follows:

**Space:** Space provided to you for your NYU La
responsibilities is for performing services for the NYU I
only. You may not use such space for purposes of any ot
approved in writing by the Dean of the School of Medicin

**From:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Sent:** Wednesday, September 18, 2019 10:02 AM
**To:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Subject:** RE: Dr. Sari Edelman

Thank you!

D000990

**CONFIDENTIAL**

**From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Sent:** Wednesday, September 18, 2019 9:58 AM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** RE: Dr. Sari Edelman

Hi Kathleen,

I sent an invite for 1:00 p.m. for you to call us on Joe's office phone at 516-467-8719. He already escalated to David Kaplan since the doctor asked Enid Papa for ELR's #.

Claudia

---

**From:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Sent:** Tuesday, September 17, 2019 7:33 PM
**To:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Subject:** Re: Dr. Sari Edelman

I'll call you tomorrow at 9.

Thanks and have a good night.

Kathleen

On Sep 17, 2019, at 6:41 PM, Rose, Claudia <Claudia.Rose@nyulangone.org> wrote:

> Okay. Anytime starting at 9. I can reached a Redacted.
>
> Thanks.
>
> Claudia
>
> Sent from my iPhone
>
> On Sep 17, 2019, at 6:12 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:
>
>> Ok, wanted to discuss with you before bringing it to leadership as it is about Joe Antanik.
>>
>> What time tomorrow works for you?
>>
>> ---
>>
>> **From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
>> **Sent:** Tuesday, September 17, 2019 6:09 PM
>> **To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
>> **Subject:** Re: Dr. Sari Edelman
>>
>> Hi Kathleen,
>>
>> Yes. Of course. But faculty issues will need to be escalated to leadership.
>>
>> Talk with you tomorrow. I can be reached at Redacted.
>>
>> Claudia
>>
>> Sent from my iPhone
>>
>> On Sep 17, 2019, at 5:27 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:
>>
>>> Hi Claudia,
>>>
>>> Do you have a moment to discuss a matter raised by Dr. Edelman tomorrow?
>>>
>>> Thanks,
>>>
>>> Kathleen
>>>
>>> **Kathleen Y. Pacina**
>>>
>>> Manager, Employee & Labor Relations
>>> Human Resources
>>>
>>> NYU Langone Health
>>>
>>> One Park Avenue, 4th Floor
>>>
>>> New York, NY 10016
>>>
>>> T 212-404-3858
>>>
>>> F 646-754-9541
>>>
>>> Kathleen.Pacina@nyulangone.org

---

| From: | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |
|---|---|
| To: | "Rose, Claudia" <Claudia.Rose@nyulangone.org> |
| Date: | Wed, 18 Sep 2019 14:02:08 +0000 |
| Subject: | RE: Dr. Sari Edelman |

Thank you!

---

**From:** Rose, Claudia
**Sent:** Wednesday, September 18, 2019 9:58 AM
**To:** Pacina, Kathleen
**Subject:** RE: Dr. Sari Edelman

Hi Kathleen,

I sent an invite for 1:00 p.m. for you to call us on Joe's office phone at 516-467-8719. He already escalated to David Kaplan since the doctor asked Enid Papa for ELR's #.

Claudia

CONFIDENTIAL

**From:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Sent:** Tuesday, September 17, 2019 7:33 PM
**To:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Subject:** Re: Dr. Sari Edelman

I'll call you tomorrow at 9.

Thanks and have a good night.

Kathleen

On Sep 17, 2019, at 6:41 PM, Rose, Claudia <Claudia.Rose@nyulangone.org> wrote:

> Okay. Anytime starting at 9. I can reached at [Redacted]
>
> Thanks.
>
> Claudia
>
> Sent from my iPhone
>
> On Sep 17, 2019, at 6:12 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:
>
>> Ok, wanted to discuss with you before bringing it to leadership as it is about Joe Antanik.
>>
>> What time tomorrow works for you?
>>
>> **From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
>> **Sent:** Tuesday, September 17, 2019 6:09 PM
>> **To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
>> **Subject:** Re: Dr. Sari Edelman
>>
>> Hi Kathleen,
>>
>> Yes. Of course. But faculty issues will need to be escalated to leadership.
>>
>> Talk with you tomorrow. I can be reached at [Redacted]
>>
>> Claudia
>>
>> Sent from my iPhone
>>
>> On Sep 17, 2019, at 5:27 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:
>>
>>> Hi Claudia,
>>>
>>> Do you have a moment to discuss a matter raised by Dr. Edelman tomorrow?
>>>
>>> Thanks,
>>>
>>> Kathleen
>>>
>>> **Kathleen Y. Pacina**
>>>
>>> Manager, Employee & Labor Relations
>>> Human Resources
>>>
>>> NYU Langone Health
>>>
>>> One Park Avenue, 4th Floor
>>>
>>> New York, NY 10016
>>>
>>> T 212-404-3858
>>>
>>> F 646-754-9541
>>>
>>> Kathleen.Pacina@nyulangone.org

**From:** "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org>
**To:** "Rose, Claudia" <Claudia.Rose@nyulangone.org>
**Date:** Tue, 17 Sep 2019 23:33:10 +0000
**Subject:** Re: Dr. Sari Edelman

I'll call you tomorrow at 9.

Thanks and have a good night.

Kathleen

On Sep 17, 2019, at 6:41 PM, Rose, Claudia <Claudia.Rose@nyulangone.org> wrote:

> Okay. Anytime starting at 9. I can reached at [Redacted]
> Thanks.
> Claudia
> Sent from my iPhone
> On Sep 17, 2019, at 6:12 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:
>
>> Ok, wanted to discuss with you before bringing it to leadership as it is about Joe Antanik.
>>
>> What time tomorrow works for you?

CONFIDENTIAL

**From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Sent:** Tuesday, September 17, 2019 6:09 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** Re: Dr. Sari Edelman

Hi Kathleen,

Yes. Of course. But faculty issues will need to be escalated to leadership.

Talk with you tomorrow. I can be reached at [Redacted].

Claudia

Sent from my iPhone

On Sep 17, 2019, at 5:27 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:

> Hi Claudia,
>
> Do you have a moment to discuss a matter raised by Dr. Edelman tomorrow?
>
> Thanks,
>
> Kathleen
>
> ### Kathleen Y. Pacina
>
> Manager, Employee & Labor Relations
> Human Resources
>
> NYU Langone Health
>
> One Park Avenue, 4th Floor
>
> New York, NY 10016
>
> T 212-404-3858
>
> F 646-754-9541
>
> Kathleen.Pacina@nyulangone.org

| | |
|---|---|
| **From:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |
| **To:** | "Rose, Claudia" <Claudia.Rose@nyulangone.org> |
| **Date:** | Tue, 17 Sep 2019 22:12:52 +0000 |
| **Subject:** | RE: Dr. Sari Edelman |

Ok, wanted to discuss with you before bringing it to leadership as it is about Joe Antanik.

What time tomorrow works for you?

**From:** Rose, Claudia
**Sent:** Tuesday, September 17, 2019 6:09 PM
**To:** Pacina, Kathleen
**Subject:** Re: Dr. Sari Edelman

Hi Kathleen,

Yes. Of course. But faculty issues will need to be escalated to leadership.

Talk with you tomorrow. I can be reached at [Redacted].

Claudia

Sent from my iPhone

On Sep 17, 2019, at 5:27 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:

> Hi Claudia,
>
> Do you have a moment to discuss a matter raised by Dr. Edelman tomorrow?
>
> Thanks,
>
> Kathleen
>
> ### Kathleen Y. Pacina
>
> Manager, Employee & Labor Relations
> Human Resources
>
> NYU Langone Health
>
> One Park Avenue, 4th Floor
>
> New York, NY 10016
>
> T 212-404-3858
>
> F 646-754-9541
>
> Kathleen.Pacina@nyulangone.org

| | |
|---|---|
| **From:** | "Pacina, Kathleen" <Kathleen.Pacina@nyulangone.org> |
| **To:** | "Rose, Claudia" <Claudia.Rose@nyulangone.org> |
| **Date:** | Tue, 17 Sep 2019 21:27:49 +0000 |
| **Subject:** | Dr. Sari Edelman |

CONFIDENTIAL

Hi Claudia,

Do you have a moment to discuss a matter raised by Dr. Edelman tomorrow?

Thanks,

Kathleen

**Kathleen Y. Pacina**

Manager, Employee & Labor Relations
Human Resources

NYU Langone Health

One Park Avenue, 4th Floor

New York, NY 10016

T 212-404-3858

F 646-754-9541

Kathleen.Pacina@nyulangone.org

D000994