**CONFIDENTIAL**

**From:** Edelman, Sari <Sari.Edelman@nyulangone.org>
**Sent:** Friday, November 1, 2019 9:58 AM
**To:** Pacina, Kathleen
**Subject:** Re: CASE 00282382

Hi,

The harassment complaint was extensive detailed letter about treatment by manager using abusive and bullying behavior. While I spoke with Joshua Smirnow about the office space, I also was clear that the complaint was separate issue about treatment of females within workplace at NYU which is unacceptable moving into 2020. There was clearly implicit bias in how I was "managed" and spoken to in a manner clearly not appropriate by Joe Antonik and David Kaplan. Joshua Smirnow apologized for how they handled the situation to me directly in the phone conversation, as he was clearly aware situation was not managed properly. I am an educated female and I will not tolerate this treatment in my place of work. I do expect this to be addressed. Presently I continue to feel uncomfortable in my place of work. I need to know moving forward issues will be addressed in a professional environment without bias in order to continue practicing. Please let me know when and how this will be addressed.

As for the issue of space, this is not HR issue. Karen Oberlander and Miriam Ruiz are working with me to establish plan moving forward.

Dr. Edelman

---

**From:** Edelman, Sari
**Sent:** Wednesday, October 23, 2019 6:45 PM
**To:** Pacina, Kathleen
**Subject:** Re: CASE 00282382

Hi

I wanted to follow up on CASE 00282382, complaint requesting investigation for workplace harassment. I have not heard any response from HR since October 8.
If I am sending these inquiries to incorrect person please let me know. I believe you are the HR contact person for this case.

Thank you,
Dr. Edelman

---

**From:** Pacina, Kathleen
**Sent:** Tuesday, October 8, 2019 10:55:43 AM
**To:** Edelman, Sari
**Subject:** RE: CASE 00282382
Hi Dr. Edelman,

1

**D000999**

I wanted to follow up with you regarding our last conversation. I understand that you met with Mr. Swirnow and he explained the rationale for office use one day week when you are not at Marcus Avenue. Please let me know if you would like to discuss further.
Thanks,
Kathleen

**From:** Edelman, Sari
**Sent:** Thursday, September 26, 2019 2:55 PM
**To:** Pacina, Kathleen
**Subject:** CASE 00282382
Hi
I wanted to follow up on email sent yesterday evening. Josh Smirnow and David Kaplan have requested phone conference call tomorrow at 1 pm. I would appreciate if you or an HR representative can be involved in this conversation.
Thank you,
Sari Edelman