**CONFIDENTIAL**

**From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Sent:** Wednesday, September 18, 2019 9:58 AM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** RE: Dr. Sari Edelman

Hi Kathleen,

I sent an invite for 1:00 p.m. for you to call us on Joe's office phone at REDACTED. He already escalated to David Kaplan since the doctor asked Enid Papa for ELR's #.

Claudia

**From:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Sent:** Tuesday, September 17, 2019 7:33 PM
**To:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Subject:** Re: Dr. Sari Edelman

I'll call you tomorrow at 9.

Thanks and have a good night.

Kathleen

On Sep 17, 2019, at 6:41 PM, Rose, Claudia <Claudia.Rose@nyulangone.org> wrote:

> Okay. Anytime starting at 9. I can reached at REDACTED.
>
> Thanks.
> Claudia

2

D001006

Sent from my iPhone

On Sep 17, 2019, at 6:12 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:

Ok, wanted to discuss with you before bringing it to leadership as it is about Joe Antanik.

What time tomorrow works for you?

**From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Sent:** Tuesday, September 17, 2019 6:09 PM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** Re: Dr. Sari Edelman

Hi Kathleen,

Yes. Of course. But faculty issues will need to be escalated to leadership.

Talk with you tomorrow. I can be reached at REDACTED.

Claudia

Sent from my iPhone

On Sep 17, 2019, at 5:27 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:

>   Hi Claudia,
>
>   Do you have a moment to discuss a matter raised by Dr. Edelman tomorrow?
>
>   Thanks,
>   Kathleen
>
>   **Kathleen Y. Pacina**
>   Manager, Employee & Labor Relations
>   Human Resources
>
>   NYU Langone Health
>   One Park Avenue, 4th Floor
>   New York, NY 10016
>
>   T 212-404-3858
>   F 646-754-9541
>   Kathleen.Pacina@nyulangone.org

3

D001007