CONFIDENTIAL

**From:** Edelman, Sari <Sari.Edelman@nyulangone.org>
**Sent:** Wednesday, September 25, 2019 9:01 PM
**To:** Pacina, Kathleen
**Subject:** CASE 00282382

Good evening,

I am following up on our discussion from last week. Tonight our office manager David Kaplan requested to speak with me, and he apologized for Joe Antonik's behavior stating it was not appropriate request, and wanted to clear the air on any miscommunication.

This was matter of inappropriate conduct in the workplace in mannerism with which I was treated, and I am not sure this discussion now with Joe's senior manager was even appropriate as the issue was raised with HR, and has not been addressed as HR matter.

In addition, he again raised request I was not in agreement with, and when stated such he said he would bring it to senior management of Joshua Smirnow, which again was done in manner to threaten any opinion I may have on the matter. There was no discussion as to my concerns of the request, it was presented as matter of fact with no regard for my professional opinion or contractual concerns. I consider this form of bullying in the workplace. I offered alternate solution to terminate my hours in Huntington since the shared space they are demanding is based on my "part time" status in New Hyde Park. I stated that any request in agreement to acknowledge part-time employment when I was indeed full time I consider an agreement of breech of my entire contract and am unwilling to risk my professional career and growth with NYU.

On completing my discussion with Joe he took on similar mannerisms of condescending tone, raising his voice to child like manner to placate my disagreement with his request. When I stated such, he proceeded to refer to me as "Doctor" in an attempt to correct himself, which was further demeaning. I terminated the meeting at this time and returned to patient care hours which I had been requested to halt for this unscheduled meeting. Again, an attempt to corner me in conversation to pressure me without allowing for more appropriate time frame and team to discuss a matter which demands higher level solutions. On returning to seeing my patients I was distracted and remained upset about the conversation, and had difficulty concentrating on patient care. It took me some time to refocus in the examination room to ensure I was providing appropriate opinions and decision making. This is my utmost concern, I need to be able to work in a non-hostile environment.

As of female physician in the organization, I am disappointed that is 2019, approaching 2020 in a major hospital organization in New York, and I still have to contend with male chauvinism. While both Joe and David have agreed to "allow" me to see patients on Fridays, David again stated that space in which I would be able to do so would likely not be in my present office space. It remains unclear to my why I am being discriminated against to accommodate another physician, particularly a male physician who will be joining the practice, which is the stated reason I will be "pushed" out to another space. I have been here for five years and was one of first physicians to help build FGP to this incredible place it is today. I have worked with amazing men and women over the years, whom all have supported the my growth and practice. This is the first time in all these years where I feel my growth as a physician is being deliberately infringed on by senior male managers.

I appreciate a prompt response.

D001013

**CONFIDENTIAL**

Dr. Edelman

2

D001014