CONFIDENTIAL

**From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Sent:** Wednesday, September 18, 2019 9:58 AM
**To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Subject:** RE: Dr. Sari Edelman

Hi Kathleen,

I sent an invite for 1:00 p.m. for you to call us on Joe's office phone at REDACTED. He already escalated to David Kaplan since the doctor asked Enid Papa for ELR's #.

Claudia

**From:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
**Sent:** Tuesday, September 17, 2019 7:33 PM

1

D001017

**CONFIDENTIAL**

**To:** Rose, Claudia <Claudia.Rose@nyulangone.org>
**Subject:** Re: Dr. Sari Edelman

I'll call you tomorrow at 9.

Thanks and have a good night.

Kathleen

On Sep 17, 2019, at 6:41 PM, Rose, Claudia <Claudia.Rose@nyulangone.org> wrote:

> Okay. Anytime starting at 9. I can reached at REDACTED.
>
> Thanks.
> Claudia
>
> Sent from my iPhone
>
> On Sep 17, 2019, at 6:12 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:
>
>> Ok, wanted to discuss with you before bringing it to leadership as it is about Joe Antanik.
>>
>> What time tomorrow works for you?
>>
>> **From:** Rose, Claudia <Claudia.Rose@nyulangone.org>
>> **Sent:** Tuesday, September 17, 2019 6:09 PM
>> **To:** Pacina, Kathleen <Kathleen.Pacina@nyulangone.org>
>> **Subject:** Re: Dr. Sari Edelman
>>
>> Hi Kathleen,
>>
>> Yes. Of course. But faculty issues will need to be escalated to leadership.
>>
>> Talk with you tomorrow. I can be reached at REDACTED
>>
>> Claudia
>>
>> Sent from my iPhone
>>
>> On Sep 17, 2019, at 5:27 PM, Pacina, Kathleen <Kathleen.Pacina@nyulangone.org> wrote:
>>
>>> Hi Claudia,
>>>
>>> Do you have a moment to discuss a matter raised by Dr. Edelman tomorrow?
>>>
>>> Thanks,
>>> Kathleen
>>>
>>> **Kathleen Y. Pacina**
>>> Manager, Employee & Labor Relations
>>> Human Resources

2

D001018

CONFIDENTIAL

NYU Langone Health
One Park Avenue, 4th Floor
New York, NY 10016

T 212-404-3858
F 646-754-9541
Kathleen.Pacina@nyulangone.org

D001019