ARTHRITIS AND RHEUMATISM ASSOCIATES, PL

EMPLOYMENT AGREEMENT

THIS AGREEMENT is made this day ___16 February___ 2021, by and between ARTHRITIS & RHEUMATISM ASSOCIATES, PL., hereinafter referred to as EMPLOYER, and Sari Edelman DO hereinafter referred to as EMPLOYEE.

WITNESSETH:

WHEREAS: EMPLOYER requires the leadership and expertise of trained and skilled physicians to provide medical services to meet the health care needs of the residents of its community and service area; and,

WHEREAS, EMPLOYEE has applied to the Florida Board of Osteopathic Medicine to become duly licensed to practice medicine in the State of Florida and will apply for and once received maintain hospital privileges at the same hospitals as the partners of Employer and upon procurement of the Florida license desires to provide medical care and services in EMPLOYEE'S specialty of Rheumatology and,

WHEREAS, EMPLOYER and EMPLOYEE desire to enter into this Agreement on the terms and conditions set forth herein,

NOW, THEREFORE, in consideration of the mutual promises and covenants contained herein and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties do understand and agree as follows:

1. COMMENCEMENT OF WORK: Subject to the provisions for termination as set forth in this Agreement and the conditions set forth below, the term of this Agreement shall be the later of date of the issuance of Florida medical license to Employee and confirmation that Employee is covered under the Employer's Malpractice Insurance or TBD_____2021 , or as otherwise agreed between the parties ("Effective Date"). This Agreement shall continue for a total period of two (2) years from the Effective Date or until terminated pursuant hereto.

The effectiveness of this Agreement is expressly conditioned on (i) Employee moving to Pinellas County, Florida; (ii) the Employee obtaining and maintaining an unrestricted license to practice medicine in the State of Florida; (iii) the Employee obtaining medical staff and/or other appropriate clinical privileges at all hospitals, surgery centers and other health care facilities required by the Employer, (iv) the Employee's successful completion of credentialing with all of the Employer's payors.

The rights, responsibilities, and duties of the parties to this Agreement, and the covenants and agreements contained in this Agreement, shall continue to bind the parties, shall continue in full force and effect until each and every obligation of the parties pursuant to this Agreement (and any document or agreement incorporated herein by reference) shall have been fully performed, and shall be binding upon the Employer's successors and  assigns of the parties.

Plaintiff's Exhibit 88                                                                                    **P1**

**CONFIDENTIAL**

2. COMMITMENT OF EFFORT: EMPLOYEE accepts employment with EMPLOYER on the terms and conditions herein set forth and agrees during the period of employment, to devote full business time and attention to the rendition of professional medical and surgical services on behalf of EMPLOYER and to the furtherance of the best interests of EMPLOYER. EMPLOYEE, in the rendition of such professional medical and surgical services and in all aspects of this employment, agrees to comply with such reasonable policies, and regulations of EMPLOYER as are from time-to-time established by the Executive Committee of the EMPLOYER (and uniformly applied to all professional employees of EMPLOYER), the standards of medical practice then prevailing in Pinellas County, Florida, and will carry out Employee's duties as a physician to the best of the professional ability of EMPLOYEE.  EMPLOYEE agrees to carry out any duties that EMPLOYER may give EMPLOYEE, provided that such duties are consistent with Employee's standing as a physician specializing in Rheumatology and not in conflict with applicable standards of medical practice in Pinellas County, Florida.  This does not preclude the EMPLOYEE from participating in any non-substantial (not requiring any major time commitments) business endeavors.

3. EXTENT OF SERVICES: During the period of employment by EMPLOYER, EMPLOYEE shall not undertake any professional medical and surgical business except for the benefit of EMPLOYER, unless EMPLOYER shall consent thereto.

4. INDEMNITY: As a material inducement to EMPLOYER'S initial and continuing employment of EMPLOYEE, except as otherwise covered by insurance, EMPLOYEE hereby agrees to indemnify and hold EMPLOYER harmless from any loss, costs, settlements, judgments, damages, or other expenses, including reasonable attorneys 'fees, actually incurred by EMPLOYER as a result of a claim or claims (causes of actions, disputes, or the like) against EMPLOYER by any third party arising out of EMPLOYEE'S acts or omissions in performing services on behalf of EMPLOYER except to the extent this provision would negate EMPLOYEE's malpractice insurance coverage (whether carried by Employer for Employee or otherwise). This covenant shall survive the termination of this Agreement.  EMPLOYER hereby agrees to indemnify and hold EMPLOYEE harmless from any loss, costs, settlements, judgments, damages, or other expenses, including reasonable attorneys 'fees, incurred by EMPLOYEE as a result of a dispute between EMPLOYER and any third parties, or EMPLOYEE and any third parties, arising out of the acts or omissions of other employees or agents of EMPLOYER (and excluding and the acts and/or omissions of Employee while performing services on behalf of Employer).  This covenant shall survive the termination of this Agreement. These covenants shall be construed as an agreement independent of any other provision of this agreement, and the existence of any claims or cause of action by one party against the other whether predicated upon this agreement or otherwise, shall not constitute a defense to the enforcement of these covenants.

5. "On CALL": EMPLOYEE agrees to generally share equally with other physician employees of EMPLOYER after-hour call responsibility. EMPLOYEE will also share hospital call service in respect of other physician employees of EMPLOYER and those in EMPLOYER's "call group". Inequity in equal call may exist because of differing lengths of vacation and continuing medical education leave involving all of the physicians in the call group, but Employer shall take reasonable steps to avoid any such inequities when scheduling the ON-Call services amongst all of Employer's physicians.

Plaintiff's Exhibit 88

**P2**

6. EMPLOYER OWNERSHIP: The EMPLOYEE/EMPLOYER relationship between EMPLOYER and EMPLOYEE in this Agreement is an exchange of professional effort by EMPLOYEE on behalf of EMPLOYER of the following stated salary and bonus; therefore, all fees collected and that are receivable for any medically related services rendered by the employee are the property of the EMPLOYER.

7. MEDICAL AND FINANCIAL RECORDS: All medical and financial records pertaining to patients treated by EMPLOYEE within the scope of EMPLOYEE'S employment including, but not limited to, charts, x-rays, medical reports, fees, billings, and payment of fees, and all personnel records pertaining to compensation and expenses of EMPLOYEE within the scope of EMPLOYEE'S employment, shall at all times be the property of EMPLOYER, EMPLOYER being the records owner thereof as defined in Florida Statute 456.057. Notwithstanding the foregoing, Employer shall make those records available to Employee, subject to federal and Florida regulations governing medical records, for litigation or pre litigation claims or proceedings and/or regulatory and/or licensing matters ("Proceedings") that accrued while Employee was employed by Employer, whether or not such Proceedings are pending following the expiration of the term of this Agreement.

8. COLLECTION ASSISTANCE: EMPLOYEE will provide thorough documentation regarding the medical services EMPLOYEE has provided in an expedient manor so that fees can be collected efficiently. EMPLOYEE will also provide in an expedient manner any additional documentation requested by patient's insurance company or EMPLOYER.

In connection with the productivity compensation due the EMPLOYEE hereunder, the EMPLOYEE shall assist the EMPLOYER in collecting its billings in all reasonable ways (typical of a physician); however, the primary responsibility for the collection of such billings shall be that of the EMPLOYER. Notwithstanding the preceding sentence, the EMPLOYER shall not be liable to the EMPLOYEE for any compensation under this Agreement to the extent that the billings for the EMPLOYEE'S services are declared uncollectible by EMPLOYER after its reasonable and diligent efforts to collect the same. It shall be the EMPLOYER'S sole determination as to what collection procedures should be followed, including the referral of delinquent billings to collection agencies and attorneys; and the EMPLOYER shall have the sole discretion in determining when such bills are uncollectible and determining when collection efforts should be terminated.

9. PATIENT RECORDS: All physical patient records shall remain on the premises and in the possession of EMPLOYER (subject to Employee's right to access the digital files off premises when office is closed).  All medical records are the property of EMPLOYER. Should any patient desire to have their records transferred to any doctor, the patient shall notify in writing specifically stating to whom and where their records are to be sent. EMPLOYER will comply promptly with that written request. EMPLOYER will transfer to EMPLOYEE an adequate number of patient records to assist EMPLOYEE in securing board certification. Employee agrees to comply with the requirements of the Health Insurance Portability and Accountability Act of 1996, Public Law 104-191 (commonly known as "HIPAA") and the regulations promulgated thereunder with respect to the privacy and security of Employer's medical and financial records.

Plaintiff's Exhibit 88

10. PATIENTS: EMPLOYER shall have the authority to determine who will be accepted as patients of EMPLOYER. To the extent possible, EMPLOYER shall have the authority to designate, or, to establish a procedure for designating, which employee shall be required to perform services for EMPLOYER. An authorized officer of EMPLOYER shall meet with EMPLOYEE from time to time with respect to the establishment of schedules for the performance of services to patients of the EMPLOYER. EMPLOYEE shall have completed all approved medical educational programs in respect of EMPLOYEE'S services hereby contracted.

11. PROFESSIONAL PROCEDURES: EMPLOYER reserves the right to determine policies and procedures involving office operations and patient care, but those policies and procedures must be equal to or exceed accepted standards of medical care.

12. FEES: Unless determined by a proper governmental agency, or, any other third party whose determination shall be binding upon EMPLOYER, EMPLOYER (which may be in conjunction with any hospital with which EMPLOYER is associated) shall have exclusive authority to determine the fees, or, a procedure for establishing the fees, to be charged patients of EMPLOYER, and all sums paid by any patient of EMPLOYER in the way of fees, compensation or otherwise for services rendered by EMPLOYEE shall be and remain the property of EMPLOYER and shall be included in EMPLOYER'S income.

13. ASSIGNMENTS: EMPLOYEE may neither assign nor delegate any of EMPLOYERS'S rights or obligations in this Agreement without first obtaining the written consent of EMPLOYER.  Any and all rights of the EMPLOYER under this Agreement may be assigned by EMPLOYER and the restrictive covenants set forth herein may be enforced by the EMPLOYER'S successors and/or assigns.

14. COMPENSATION: EMPLOYER will compensate EMPLOYEE for EMPLOYEE's professional rheumatology services a first year's salary of THREE HUNDRED THOUSAND DOLLARS ($300,000). The second year salary will be THREE HUNDRED TWENTY-FIVE THOUSAND DOLLARS (325,000).  The salary will be paid pro rata in equal semi-monthly with appropriate federal withholding taxes deducted.  The employee will be provided, upon acceptance and signing of the contract moving expense allowance in the amount of $25,000.00 (TWENTY-FIVE THOUSAND DOLLARS).  In the event the employee does not complete the first year of employment this allowance shall be repaid in full.

15. BONUS: EMPLOYEE will receive incentive compensation in an amount equal to TWENTY PERCENT (20%) of EMPLOYEE's GROSS COLLECTIONS in excess of 200% of the base salary for the first completed year of employment, and then TWENTY-FIVE (25%) of EMPLOYEE's GROSS COLLECTIONS in excess of the 200% of the base salary for the ensuing completed years of employment covered by this contract multiplied Contract Year of this Agreement starting with EMPLOYEE'S commencement of work measured for the next ensuing twelve months and annually thereafter. Beginning on the Effective Date, each twelve month period shall be considered a "Contract Year."  No bonus shall be paid for partial years of employment.

4

Such bonus shall be paid annually within sixty (60) days after the close of the Contract Year starting with date of Effective Date. For purposes of this Agreement, the term "Employee's Gross Collections shall mean, with respect to any particular period, the total amount of fee revenues which are received and collected by the EMPLOYER during such period and which are directly attributable to billings for the professional services rendered by the EMPLOYEE less any charge backs or other refunds, recoupments, rebates, or discounts and without consideration of (i) any ancillary services ordered by the EMPLOYEE (including, but not limited to, x-rays, dexa-scans, MRIs, EMGs, DME and therapies), (ii) any services provided by any physician extenders who may be supervised by the EMPLOYEE or (iii) any bonus payments received by the EMPLOYER that are attributable to any shared savings or similar programs of any third party payer (whether government or private). For example, if the gross collections were in the first Contract Year are $700,000, the bonus to EMPLOYEE would be $20,000: (700,000-(300,000 x 2) = $100,000 x 20% = $20,000. If the collections in the second Contract Year are $800,000, the bonus would be $30,000: (800,000-(325,000 x 2) = $150,000 x 20% = $30,000.

EMPLOYER shall provide EMPLOYEE with monthly billing and collection reports within fifteen days of the expiration of the applicable month.

16. VACATION; PAID TIME OFF: EMPLOYEE shall have the right to vacation time or paid time off during which EMPLOYEE shall not be required to provide medical services or coverage on behalf of EMPLOYER. Such total days of vacation time/paid time off shall be TWENTY (20) days during each year of employment, plus all Federal and State Holidays, in accordance with the EMPLOYER'S regular employment practices.

In addition to the above, the EMPLOYEE shall be entitled to sick leave, the same as all other employees (see employee handbook).

In addition to the above, the EMPLOYEE shall be entitled to three (3) non-cumulative (see below) compensated days for continuing education leave per fiscal year of this Agreement. Such paid time off includes typical week work days. All paid time off shall be non-cumulative, being used within the fiscal year applicable, or otherwise deemed abandoned at the expiration of each fiscal year. All paid time off shall require pre-approval by EMPLOYER upon reasonable notice.

17. LIMITATIONS ON AUTHORITY: Unless EMPLOYER shall have given its consent, under no circumstances shall EMPLOYEE have apparent or implied authority to:

a. Pledge the credit of EMPLOYER or any of its employees.

b. Bind EMPLOYER under any contract, agreement, note, mortgage or otherwise.

c. Release or discharge any debt due EMPLOYER unless EMPLOYER has received the full amount thereof.

d. Sell, mortgage, transfer or otherwise dispose of any assets of EMPLOYER.

18 EXPENSES: EMPLOYER will pay for EMPLOYEE in addition to EMPLOYEE'S "ordinary practice expenses" the following: Malpractice insurance will be provided in a minimum amount of or greater than two

5

hundred fifty thousand dollars ($250,000.00) per occurrence and seven hundred fifty thousand dollars ($750,000.00) in the aggregate Malpractice insurance will be provided in such amounts and in such limits, deductibles and other provisions as the EMPLOYER in its sole discretion shall determine; provided that such malpractice insurance covering EMPLOYEE shall, to the extent available, be in such amount and in such limits and deductibles as the malpractice insurance that the EMPLOYER maintains for its other physician employee(s).

Major medical insurance covering EMPLOYEE is provided by EMPLOYER and will be the same as all other employees of the practice. Additional medical coverage for EMPLOYEE's spouse and EMPLOYEE's children should they exist will be at EMPLOYEE'S expense. EMPLOYEE may opt out of EMPLOYER's plan and in lieu of participating in such plan, EMPLOYER shall pay to EMPLOYEE the premiums that EMPLOYER would have paid for EMPLOYEE's enrollment had EMPLOYEE participated in the benefit plan.

EMPLOYER will pay continuing Medical Education Leave of three (3) days. Expenses for EMPLOYEE to attend continuing medical education are a cost to the EMPLOYEE.

Premiums for the above insurance coverage paid by EMPLOYER are to be at a normal insurable premium rate. Should the premium charged to cover EMPLOYEE be above the normal insurable premium rates, EMPLOYEE will pay the difference between EMPLOYER'S premium rate and the normal premium rate. EMPLOYEE will be enrolled in all applicable insurance programs upon commencement of work by EMPLOYEE although the probationary period of insurance(s) may not have lapsed.

19. AUTOMOBILE INSURANCE: EMPLOYEE will provide EMPLOYER verification at EMPLOYER'S request that EMPLOYEE maintains a minimum automobile liability insurance coverage of $1 00,000/$3 00,000 on any vehicle in which EMPLOYEE may use in transit to perform duties for EMPLOYER. Automobile expense is an expense to the EMPLOYEE.

20. RETIREMENT PROGRAM: EMPLOYEE will be entitled to participate in any retirement program offered by EMPLOYER according to that program's regulations.

21. OWNERSHIP PROPOSAL: EMPLOYER, during the second year of employment will in good faith enter in to discussions with EMPLOYEE and offer EMPLOYEE the opportunity to become a stockholder in EMPLOYER for a price and under terms and conditions as satisfactory to EMPLOYER. The offer will be based on multiple factors including but not limited to past and present production, business development initiative, business acumen and potential benefits to the EMPLOYER the EMPLOYEE brings based on her past business behaviors. It is anticipated that EMPLOYEE would purchase the interest over a five year period beginning with the third Contract Year so that EMPLOYEE would become an equal equity owner with the other equity owners of the EMPLOYER at such time. It is anticipated that the purchase price will be based upon the net book value of the Company (adjusted for accelerated depreciation and excluding accounts receivable existing at the date of purchase). The determination of the value of the Company shall be determined by the certified public accountant for the Company. The equity interests in the Company owned by EMPLOYEE will be subject to transfer restrictions under an Operating Agreement.

6

If EMPLOYEE becomes an equity owner of EMPLOYER, on the date the EMPLOYEE becomes an equity owner in EMPLOYER the accounts receivable of EMPLOYER will be determined. Those accounts receivable will be credited to the equity owners who were the owners prior to EMPLOYEE becoming an owner. Those accounts receivable will not be considered as an asset for EMPLOYEE'S purchase price.

Goodwill may be considered an asset of EMPLOYER in respect of EMPLOYEE's purchase price.

22. TERMINATION WITHOUT CAUSE: Either party of this Agreement may elect to terminate this Agreement without cause by notifying the other party in writing of such termination with not less than a sixty (60) days 'notice. Compensation will be the normal monthly-prorated income to the termination date. EMPLOYER shall have the right, in whole and in part, to accelerate date of termination and would then be responsible for paying the compensation outstanding days accelerated.

23. TERMINATION FOR CAUSE: Anything contained in this entire Agreement to the contrary notwithstanding, if EMPLOYEE for any reason ceases to be an active member of the medical profession in good standing and duly licensed or otherwise is no longer legally authorized within the State of Florida to render the same professional service as EMPLOYER, then, in any such event, all employment and relationship of EMPLOYEE with EMPLOYER shall automatically and immediately stand completely severed and terminated.

The following circumstances will be events that are considered additional grounds for termination for cause at the discretion of EMPLOYER:

a. In the event EMPLOYEE shall fail or refuse to comply with the policies, standards and regulations of EMPLOYER, established from time-to-time by EMPLOYER, provided that such policies, standards and regulations are not in conflict herewith and uniformly adopted for all physicians of Employer to abide by; or

b. In the event EMPLOYEE shall fail or refuse to faithfully or diligently perform the provisions of this Agreement or the usual and customary duties of EMPLOYEE's employment; or

c. In the event that demonstrative evidence exists to the satisfaction of EMPLOYER acting reasonably in respect of EMPLOYEE having committed a fraud, being dishonest, or any other act of misconduct in the rendering of professional medical services on behalf of EMPLOYER, or any evidence exists to the satisfaction of EMPLOYER acting reasonably of criminal acts which if resulted in a conviction would be a felony under any applicable law; or

d. In the event of a bona fide determination by EMPLOYER to sell or reduce to cash substantially all of the assets of EMPLOYER, or to distribute EMPLOYER'S assets in liquidation, to discontinue the practice of medicine by EMPLOYER, provided the termination of Employee is likewise applicable to all other similarly situated physicians of Employer; or

e. In the event EMPLOYER after reasonable efforts cannot obtain at standard insurance rates medical malpractice insurance coverage for EMPLOYEE to protect EMPLOYER'S interest with the malpractice

7

insurer then insuring the other physician employees of EMPLOYER and Employee does not elect to pay the differential for her premium as contemplated in Section 18 above, resulting in the ability to procure and maintain malpractice insurance; or

f. In the event EMPLOYEE fails to obtain and/or maintain staff privileges or fails to maintain staff privileges in good standing in the Employee's service area at substantially all the hospitals where the other physicians of EMPLOYER in the same service area maintain such privileges.

g. In the event EMPLOYEE makes an assignment for the benefit of creditors.

h. If Employee is suspended or prohibited for ten (10) or more days from participation in the Medicare or Medicaid programs or under any material managed care agreement of the Corporation.

EMPLOYER shall give at least ten (10) days notice of a violation of the provision of subparagraphs a and b immediately above. During such period EMPLOYEE may cure such violations, except in instances where, in the sole discretion of EMPLOYER, the failure or refusal, if continued by EMPLOYEE, threatens to affect adversely the business of EMPLOYER or the health or safety of the patients of EMPLOYER.

No prior notice shall otherwise be provided in regard of subparagraphs c, d, e, f, and g immediately set out above respecting EMPLOYER'S termination of EMPLOYEE.

24. POST TERMINATION OBLIGATIONS:

a. Return of Property: The EMPLOYEE agrees that all property, including, without limitation, all equipment owned by Employer, tangible confidential information, documents books, records, reports, notes, contracts, lists, computer disks (and other computer-generated files and data), and copies thereof, created on any medium and furnished to, obtained by, or prepared by the EMPLOYEE in the course of or incident to his employment, belongs to the EMPLOYER and shall be returned promptly to the EMPLOYER upon termination of the Employment period.

b. Cooperation with EMPLOYER: Following any termination of the employment. The EMPLOYEE shall fully cooperate with the EMPLOYER in all matters relating to the winding up of pending work and pending patient matters on behalf of the EMPLOYER and the orderly transfer of work and patient matters to other employees of the EMPLOYER. The EMPLOYEE shall also cooperate in the defense of any action brought against the EMPLOYER that relates in any way to the EMPLOYEE'S acts or omissions (actual or alleged) while employed by the EMPLOYER.

c. Cessation of Payments Upon Certain Breaches: Notwithstanding any other provision hereof, and without limiting any other rights or remedies of the EMPLOYER, if the EMPLOYEE breaches in any material respects any provision hereof which is not cured within 10 days after written notice to the EMPLOYEE, that all of the EMPLOYER'S obligations under this Agreement shall automatically cease; and, without limiting the generality of the foregoing, from and after the occurrence of any such breach, the EMPLOYEE shall have no right to receive from the EMPLOYER any salary, incentive compensation, benefits or other amounts whatsoever.

Plaintiff's Exhibit 88 **P8**

25. DEATH AND DISABILITY: Unless otherwise addressed, the following terms and conditions shall govern the event of the EMPLOYEE'S death or disability:

a. If EMPLOYEE dies during the period of active employment, EMPLOYER shall pay to the estate of EMPLOYEE the compensation that would otherwise be payable to EMPLOYEE up to the end of the month in which EMPLOYEE'S death occurs.

b. If EMPLOYEE is unable to perform EMPLOYEE'S services for a period of not more than fourteen (14) days by reason of illness or incapacity, EMPLOYEE'S compensation shall be continued during such period. Thereafter, the compensation otherwise payable to EMPLOYEE during a continuing period of illness or incapacity shall be terminated . Unless this Agreement is otherwise terminated, EMPLOYEE'S full compensation shall be reinstated upon EMPLOYEE'S return to employment and the discharge of EMPLOYEE'S full duties hereunder. Any periods of absence from work, which are not separated by a return to full-time work for at least three (3) consecutive months, shall be considered one period of disability.

26. TAIL COVERAGE: Should EMPLOYEE cease to be employed by EMPLOYER, EMPLOYEE agrees to carry a "tail" malpractice insurance policy at EMPLOYEE's expense should a "tail" insurance liability occur. Upon the termination of this Agreement, if EMPLOYEE shall not be continuing as an employee of EMPLOYER, to the extent EMPLOYER'S malpractice coverage existing as of the date of termination of this Agreement does not provide continuing professional liability insurance for EMPLOYER and EMPLOYEE relating to claims made following the termination of EMPLOYEE'S employment hereunder for EMPLOYEE'S acts or omissions occurring during the period of employment of EMPLOYEE (so called "Tail Coverage") in an amount at least equal to the amount of coverage then required of all physicians then practicing medicine in a similar specialty as employees of EMPLOYER, EMPLOYEE shall obtain such continuing coverage for the benefit of EMPLOYER and EMPLOYEE. If EMPLOYER'S policy contains Tail Coverage which is less than the amount of coverage provided to EMPLOYEE pursuant to this paragraph prior to termination of employment, then EMPLOYEE shall obtain a policy supplementing EMPLOYER'S policy or pay a supplemental premium to the insurance carrier of EMPLOYER so that the amount of such Tail Coverage will equal the amount of coverage provided to EMPLOYEE pursuant to this paragraph prior to termination of employment. Such insurance shall be in an amount of coverage equal to difference between the coverage provided under EMPLOYER'S existing policy for both of EMPLOYER and EMPLOYEE, if any, and the total amount of coverage then required of all physicians the practicing medicine in a similar specialty as employees of EMPLOYER.

27. CONTINUED INSURANCE COVERAGE AFTER TERMINATION:
 EMPLOYEE will be able to retain after termination insurability under any insurance coverages extended by EMPLOYER under COBRA or otherwise  if the policy so allows; however, EMPLOYEE will be responsible for any premiums after termination.

28. RESTRICTIVE COVENANTS: Applies to the following:

9

**CONFIDENTIAL**

a. Non-Competition. Except as set out herein below, EMPLOYEE agrees that during the period that EMPLOYEE is an Employee and for the two  (2) years immediately following the date of termination of EMPLOYEE as an employee, whether such termination shall be voluntary or involuntary or with or without cause EMPLOYEE will not, within ten (10) miles from any office of EMPLOYER routinely used by EMPLOYEE in the practice of medicine within the twelve (12) month period prior to the date of termination (i) engage in a business or professional practice competitive with that of EMPLOYER's specialty, or (ii) directly or indirectly become a proprietor, partner, trustee, beneficiary, stockholder, officer, director, employee, agent, licensee or franchisee, or be employed by, or render aid or advice to, any organization that is engaged in, or proposes to engage in a business or professional practice competitive with that of EMPLOYER's specialty.  In addition to the foregoing, EMPLOYEE agrees that during such period, EMPLOYEE will not accept "call" nor provide services at any hospitals which are within the restricted area described above .

b. Non-Solicitation. Except as set out herein below, EMPLOYEE further agrees that during EMPLOYEE'S employment with EMPLOYER and for two (2) years immediately following the termination of EMPLO EE'S employment with EMPLOYER, whether the termination shall be voluntary or involuntary, or with or without cause, or whether the termination is solely due to the expiration of the term of this Agreement, EMPLOYEE will not, in any manner or at any time, solicit or encourage any person, firm, corporation or other business entity who are patients or referral sources of EMPLOYER, an/or other employees of EMPLOYER to change his, her or its professional affiliation or cease doing business with EMPLOYER and/or other employees of EMPLOYER, whether for the benefit of EMPLOYEE or for the benefit of others.

c. Covenants Independent. Each restrictive covenant on the part of EMPLOYEE set forth in this Agreement shall be construed as a covenant independent of any other covenant or provision of this Agreement or any other agreement which EMPLOYER and EMPLOYEE may have, fully performed and not executory, and the existence of any claim or cause of action by EMPLOYEE against EMPLOYER whether predicated upon another covenant or provision of this Agreement or otherwise, shall not constitute a defense to the enforcement by EMPLOYER of any other covenant.

Notwithstanding the above, the EMPLOYER's ability to enforce the restrictive covenants is subject to EMPLOYER'S performance of the covenants, representations, and warranties as set out herein (i.e. payment of compensation, etc.).

d. Divisibility of Covenant Areas and Periods. If any portion of the restrictive covenants contained herein is held to be unreasonable, arbitrary or against public policy, each covenant shall be considered divisible both as to time and, if applicable, geographic area; and each month of the specified period shall be deemed to be a separate period of time and each one-quarter (1/4) mile radius segment of the geographic area shall be deemed to be geographic area, so that the maximum lesser time and geographic area shall remain effective so long as the same is not unreasonable, arbitrary or against public policy.

10

**P10**

e. Injunctive and Equitable Relief. EMPLOYEE and EMPLOYER recognize and expressly agree that the extent of damages to EMPLOYER in the event of a breach by EMPLOYEE of any restrictive covenant set forth herein would be impossible to ascertain and that the remedy at law for any breach will be inadequate to compensate EMPLOYER. Consequently, EMPLOYEE agrees that in the event of a breach of any such covenant, in addition to any other relief to which EMPLOYER may be entitled, EMPLOYER shall be entitled to enforce the covenant by injunctive or other equitable relief ordered by a court of competent jurisdiction.

f. Venue; Court Proceedings. In any action or proceeding by EMPLOYEE relating to or involving the enforcement of the covenant, and any counterclaim, cross claim or other litigation which may be asserted or brought against EMPLOYER, EMPLOYEE and EMPLOYER hereby expressly waive any and all right to a trial by jury with respect to the action, proceeding or other litigation resulting from or involving the enforcement of this Agreement and the restrictive covenant, including, but not limited to, any counterclaim or other actions related or unrelated to the terms and conditions of this Agreement. EMPLOYEE hereby agrees that the venue of any action, proceeding, counterclaim, cross claim, or other litigation relating to, involving, or resulting from the enforcement of the covenants contained herein shall lie exclusively in Pinellas County, Florida. Further, in any action or proceeding by EMPLOYER to obtain a temporary restraining order and/or preliminary injunction to enforce the covenants contained herein, EMPLOYEE hereby agrees that One Thousand Dollars ($1,000) will be an adequate injunction bond in order to obtain the temporary restraining order and/or preliminary injunction. Should a temporary restraining order and/or motion for preliminary injunction be granted in whole or in part and should EMPLOYER be ultimately unsuccessful in obtaining a permanent injunction to enforce the covenant, EMPLOYEE hereby waives any and all rights EMPLOYEE may have against EMPLOYER for any injuries or damages, including consequential damages, sustained by EMPLOYEE and arising directly or indirectly from the issuance of the temporary restraining order and/or preliminary injunction.

g. Option of the Employee. Upon payment to EMPLOYER of the sum of TWO HUNDRED FIFTY THOUSAND DOLLARS ($250,000.00) prior to any violation of any provision set forth in this section titled RESTRICTIVE COVENANT of this Agreement, EMPLOYEE shall be released from the restrictive covenants set forth herein. Payment can be made no later than ten (10) business days following termination of this Employment Agreement. However, the restriction will prevail that EMPLOYEE shall not solicit or attempt to influence any employees of EMPLOYER to terminate employment with EMPLOYER or will not directly solicit any patients of EMPLOYER.

29. FOUNDER'S RIGHTS: Should a dissolution of relationship at any time in the future occur between EMPLOYER and EMPLOYEE, the ownership of the publicly known practice name, legal name, telephone number(s) and ownership of the land and buildings will be retained by EMPLOYER (subject to any rights that Employee may obtain in a shareholder or similar form of partnership agreement, if any). Should any of those assets have been purchased prior to dissolution by EMPLOYEE, then EMPLOYER will repurchase those assets from EMPLOYEE using the same formula as EMPLOYEE originally used to purchase those assets from EMPLOYER.

11

**CONFIDENTIAL**

30. INVALID PROVISION: Any term(s) or provision(s) of this Agreement that is deemed by any court of law to be invalid or unenforceable will not invalidate or make unenforceable any other term(s) or provision(s) of this Agreement.

31. WAIVER: The failure of either party to enforce or insist upon the strict performance of any provision of this Agreement shall not be deemed to be a waiver of any breach of this Agreement or of any right of such party to insist upon strict performance of such provision in the future.

32. APPLICABLE LAWS: This Agreement shall be construed and regulated under and the by the laws of the State of FLORIDA with venue in a court of competent jurisdiction in Pinellas County, Florida, and shall inure upon the parties of this Agreement and their heirs, personal representatives, successors, and assigns.

33. TITLES: The titles and captions in this Agreement are for convenience of reference only and shall not control or affect the interpretation or construction of any of its terms or conditions.

34. MODIFICATION: No change or modification of this Agreement shall be valid unless the same is in writing and signed by the parties of this Agreement.

35. Entire AGREEMENT: This Agreement and any attachments or incorporations hereto represents the entire Agreement between the parties with respect to the subject matter hereof and supersedes any oral or written agreements previously entered into by the parties.

36. MUTUAL CONSTRUCTION: The parties acknowledge that this Agreement is the product of mutual efforts by the parties and their respective agents. This Agreement shall be interpreted neither more favorably in favor of one party, nor less favorably in favor of another party.

Furthermore, EMPLOYEE acknowledges that EMPLOYEE has been advised to seek the advice of independent counsel, and EMPLOYEE hereby acknowledges that EMPLOYEE has had ample opportunity to seek the advice of independent counsel.

37. COSTS AND ATTORNEYS 'FEES: If either party shall breach any of the terms of this Agreement, the non-breaching party shall be entitled to recover from the breaching party all reasonable costs and attorneys 'fees incurred by the non-breaching party in connection with the enforcement of the obligations of this Agreement.


IN WITNESS HEREOF, the parties hereto have agreed and executed this Agreement as of.

2020.

Plaintiff's Exhibit 88                                                                    **P12**

**CONFIDENTIAL**

WITNESSES:

ARTHRITIS AND RHEUMATISM ASSOCIATES, PL

_____
Witness Signature

Adam M Rosen, MD (President)

_____
Witness Signature

(Employee)

13

Sari Edelman, MD                                                                CONFIDENTIAL
November 16, 2017
Page 3 of 4

## SCHEDULE A
### Terms of Employment

**I.   Effective Date and Term**

   a.   Effective Date: Your employment predates this Agreement; the terms set forth herein will become effective on **December 1, 2017 ("Effective Date").**

   b.   Term: Your employment under this Agreement shall be for a **three (3)** year period following the Effective Date provided that your performance continues to be satisfactory (as defined in this Agreement) and you meet productivity expectations.

   c.   Renewal: Unless this Agreement is explicitly renewed in writing, if you continue to provide services following the expiration of this Agreement, you will become an employee at-will.

**II.   Effort and Compensation**

### Percent of Effort Summary

| MISSION | % EFFORT | COMPENSATION[1] |
|---|---|---|
| Clinical | 100% | $278,000 |
|  |  |  |
| Education Leadership | 0% | $ |
|  |  |  |
| Research | 0% | $ |
|  |  |  |
| Administration/Leadership | 0% | $ |
|  |  |  |
| **TOTAL EFFORT:** | 100% | $278,000 |

Salaries may be adjusted each year, based on merit unless otherwise outlined in this letter, which includes relative productivity and contributions to NYU Langone Health as reflected in your accomplishments related to research, teaching, and/or clinical activities. Any portion of a salary funded by a Faculty Group Practice is not eligible for annual Medical School increases as these salaries are reviewed separately based on productivity and other measures.

---

[1] The maximum salary (excluding any incentive compensation) on which benefits are based for eligible clinical faculty shall not exceed $265,000 annually.

Sari Edelman, MD                                                       CONFIDENTIAL
November 16, 2017
Page 4 of 4

Compensation will be paid to you on the basis of activities which you perform as set forth herein. With respect to each activity, compensation shall be paid provided that you perform your obligations. In the event you do not perform, or are relieved from performance, of any obligation set forth herein, at NYU's discretion, your compensation may be reduced proportionately.

**III.** **Expectations for Clinical Compensation:**

    i.    You will continue to provide clinical patient care in the specialty of rheumatology on a full time basis.

    ii.    Your Clinical Compensation of **Two Hundred Seventy-Eight Thousand Dollars ($278,000)** shall be based upon your maintaining a level of productivity as measured by work RVUs ("wRVUs") which is **5,200 wRVUs** annually ("wRVU Target")[2].

    iii.    If your actual annual productivity is greater than the wRVU Target, you will receive, as incentive compensation, 1% of your Clinical Compensation for every 1% your actual productivity exceeds the wRVU Target ("Incentive Compensation").

        o    For example, if your actual productivity is 5,720 wRVUs or 10% greater than the wRVU Target, you will receive **Twenty-Seven Thousand Eight Hundred Dollars ($27,800)** as incentive compensation.

    iv.    If your actual annual productivity is at least 95% of the wRVU Target or 4,940 wRVUs, there will be no change to your Clinical Compensation.

    v.    If your actual annual productivity is below 95% of the wRVU Target, your Clinical Compensation will be reduced by 1% for every 1% your actual productivity is below 95% of the wRVU Target.

        o    For example, if your actual productivity is 4,680 wRVUs or 90% of the target, your Clinical Compensation will be reduced by 5% or **Thirteen Thousand Nine Hundred Dollars ($13,900)**.

---

[2] The parties agree that your wRVUs shall be calculated based upon medically necessary services for which NYU Langone Medical Center may seek reimbursement.

Plaintiff's Exhibit 88

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Kotomski, Sophie |
| **To:** | "Sari Edelman" |
| **Subject:** | RE: Yale New Haven Health \| Northeast Medical Group - Feedback |
| **Date:** | Wednesday, February 10, 2021 9:50:34 AM |
| **Attachments:** | image001.png |

Hello,
Do you still have an interest in the Rheumatology position in Greenwich?

Best Regards,

**Sophie E. Kotomski**
Physician Recruiter

**Administration**
99 Hawley Lane – 1st FL
Stratford, CT  06614

**Phone:** 203-502-6537
**Email:** Sophie.Kotomski@ynhh.org

**YaleNewHavenHealth**
**Northeast Medical Group**

---

**From:** Kotomski, Sophie
**Sent:** Wednesday, February 3, 2021 12:51 PM
**To:** 'Sari Edelman' <drsariedelman@gmail.com>
**Subject:** Yale New Haven Health \| Northeast Medical Group - Feedback

Hi Dr. Edelman,
I hope this finds you well.  I am following up on your visit with Dr. Lana Bernstein.  May we schedule a few minutes to review?

**Sophie E. Kotomski**
Physician Recruiter

**Administration**
99 Hawley Lane – 1st FL
Stratford, CT  06614

**Cell Phone:** 203-592-0943
**Email:** Sophie.Kotomski@ynhh.org

**YaleNewHavenHealth**
**Northeast Medical Group**

---

**From:** Kotomski, Sophie

CONFIDENTIAL

**Sent:** Wednesday, January 27, 2021 3:08 PM
**To:** 'Sari Edelman' <drsariedelman@gmail.com>
**Subject:** RE: Dr. Sari Edelman Onsite Visit, Rheumatology

Hi Dr. Edelman,
Just confirming your visit to Greenwich on Friday 1/29 at 2:00 p.m.
Feel free to reach me on my cell if you need anything.  I look forward to your feedback after your visit.
You should have received a link to enter references.  Let me know if you have any questions.
Best,

**Sophie E. Kotomski**
Physician Recruiter

**Administration**
99 Hawley Lane – 1st FL
Stratford, CT  06614

**Phone:** 203-592-0943
**Email:** Sophie.Kotomski@ynhh.org

YaleNewHaven**Health**
**Northeast Medical Group**

---

**From:** Kotomski, Sophie
**Sent:** Wednesday, January 6, 2021 11:24 AM
**To:** 'Sari Edelman' <drsariedelman@gmail.com>
**Subject:** RE: Dr. Sari Edelman Onsite Visit, Rheumatology

We look forward to your visit as well!  Let me know if you have any questions.
Best,

**Sophie E. Kotomski**
Physician Recruiter

**Administration**
99 Hawley Lane – 1st FL
Stratford, CT  06614

**Phone:** 203-592-0943
**Email:** Sophie.Kotomski@ynhh.org

YaleNewHaven**Health**
**Northeast Medical Group**

CONFIDENTIAL

**From:** Sari Edelman [mailto:drsariedelman@gmail.com]
**Sent:** Wednesday, January 6, 2021 11:00 AM
**To:** Kotomski, Sophie <Sophie.Kotomski@YNHH.ORG>
**Cc:** Bernstein, Lana <Lana.Bernstein@greenwichhospital.org>; Catanzariti, Anna <Anna.Catanzariti@YNHH.ORG>; Morandi, Jessica <Jessica.Morandi@YNHH.ORG>
**Subject:** Re: Dr. Sari Edelman Onsite Visit, Rheumatology

> **EXTERNAL EMAIL: Do NOT click links or open attachments unless you trust the sender AND know the content is safe.**

Looking forward to meeting everyone and seeing the practice.

Sari Edelman

On Mon, Jan 4, 2021 at 9:48 AM Kotomski, Sophie <Sophie.Kotomski@ynhh.org> wrote:

This message originates from the Yale New Haven Health System. The information contained in this message may be privileged and confidential. If you are the intended recipient you must maintain this message in a secure and confidential manner. If you are not the intended recipient, please notify the sender immediately and destroy this message. Thank you.

Plaintiff's Exhibit 88

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Kotomski, Sophie |
| **To:** | "Sari Edelman" |
| **Subject:** | RE: Friday Jan 29 On Site: Yale New Haven Health | Northeast Medical Group - Next Steps |
| **Date:** | Tuesday, January 19, 2021 4:53:08 PM |
| **Attachments:** | image001.png |

Hi,
Dr. Lana Bernstein is also available this Friday, January 22nd if you preferred.  If not, we will see you on the 29th.
Thank you.
Sophie

**From:** Sari Edelman [mailto:drsariedelman@gmail.com]
**Sent:** Wednesday, December 30, 2020 4:24 PM
**To:** Kotomski, Sophie <Sophie.Kotomski@YNHH.ORG>
**Subject:** Re: Friday Jan 29 On Site: Yale New Haven Health | Northeast Medical Group - Next Steps

> **EXTERNAL EMAIL: Do NOT click links or open attachments unless you trust the sender AND know the content is safe.**

Great!  Long forward as well. Happy new year,
Dr Edelman

On Wed, Dec 30, 2020 at 11:47 AM Kotomski, Sophie <Sophie.Kotomski@ynhh.org> wrote:

Hi,
We are looking at Friday, January 29th. I will confirm the time.

Wishing you a Happy New Year!
Best,
Sophie Kotomski

**From:** Sari Edelman [mailto:drsariedelman@gmail.com]
**Sent:** Monday, December 28, 2020 2:17 PM
**To:** Kotomski, Sophie <Sophie.Kotomski@YNHH.ORG>
**Subject:** Re: On Site: Yale New Haven Health | Northeast Medical Group - Next Steps

> **EXTERNAL EMAIL: Do NOT click links or open attachments unless you trust the sender AND know the content is safe.**

Friday if possible. Anytime.

On Mon, Dec 28, 2020 at 9:44 AM Kotomski, Sophie <Sophie.Kotomski@ynhh.org> wrote:

Hi,
That is the week of January 25th.  What days and time work best that week?
Sophie

CONFIDENTIAL

**From:** Sari Edelman [mailto:drsariedelman@gmail.com]
**Sent:** Thursday, December 24, 2020 9:45 PM
**To:** Kotomski, Sophie <Sophie.Kotomski@YNHH.ORG>
**Subject:** Re: On Site: Yale New Haven Health | Northeast Medical Group - Next Steps

> **EXTERNAL EMAIL:** Do NOT click links or open attachments unless you trust the sender AND know the content is safe.

How about the following week?

On Thu, Dec 24, 2020 at 11:34 AM Kotomski, Sophie <Sophie.Kotomski@ynhh.org> wrote:

> Hi,
> Unfortunately, the 22nd doesn't work for Drs. Bernstein or McLean.   Can you provide two other dates that would work for you?
> Best,
>
> **Sophie E. Kotomski**
> Physician Recruiter
>
> **Administration**
> 99 Hawley Lane – 1st FL
> Stratford, CT  06614
>
> **Phone:** 203-502-6537
> **Email:** Sophie.Kotomski@ynhh.org
>
> YaleNewHaven**Health**
> **Northeast Medical Group**
>
>
>
> **From:** Sari Edelman [mailto:drsariedelman@gmail.com]
> **Sent:** Thursday, December 24, 2020 7:20 AM
> **To:** Kotomski, Sophie <Sophie.Kotomski@YNHH.ORG>
> **Subject:** Re: On Site: Yale New Haven Health | Northeast Medical Group - Next Steps
>
> > **EXTERNAL EMAIL:** Do NOT click links or open attachments unless you trust the sender AND know the content is safe.
>
> Hello
>
> I will be away that week and following. Is 22nd ok?
>
> Dr Edelman
>
> On Tue, Dec 22, 2020 at 4:29 PM Kotomski, Sophie <Sophie.Kotomski@ynhh.org> wrote:

**CONFIDENTIAL**

Hello,
We would like to confirm an onsite visit for **Friday, January 8th at 1:30 p.m.**

Location:
Yale New Haven Health | Northeast Medical Group
Rheumatology
15 Valley Drive- Suite 202
Greenwich, CT   06830

Let me know if you have any questions.  I'm hoping you can see Greenwich
Hospital that afternoon also, but I need to check visitor protocols as we get closer
to that date.
Best Regards,

**Sophie E. Kotomski**
Physician Recruiter

**Administration**
99 Hawley Lane – 1st FL
Stratford, CT  06614

**Cell Phone:** 203-592-0943
**Email:** Sophie.Kotomski@ynhh.org

**YaleNewHaven**Health
**Northeast Medical Group**


**From:** Sari Edelman [mailto:drsariedelman@gmail.com]
**Sent:** Saturday, December 19, 2020 11:22 AM
**To:** Kotomski, Sophie <Sophie.Kotomski@YNHH.ORG>
**Subject:** Re: Yale New Haven Health | Northeast Medical Group - Next Steps

> **EXTERNAL EMAIL: Do NOT click links or open attachments unless you**
> **trust the sender AND know the content is safe.**


I enjoyed meeting with Dr. Mclean and it was a very informative conversation.   I would like to schedule
day to come to see the office and nearby hospital.  Fridays would work best for me.

Dr. Edelman

On Fri, Dec 18, 2020 at 10:21 AM Kotomski, Sophie <Sophie.Kotomski@ynhh.org> wrote:

> Hello Dr. Edelman,
>
> I hope your meeting with Dr. Rob Mclean was helpful.  We would like to invite
> you for an onsite visit to see the practice.
> Is there a day of week that works best for you?
>
> You will have received an email with instructions for entering references.  Let me

CONFIDENTIAL

know if you have any questions.

Best Regards,

**Sophie E. Kotomski**
Physician Recruiter

**Administration**
99 Hawley Lane – 1st FL
Stratford, CT  06614

**Cell Phone:** 203-592-0943
**Email:** Sophie.Kotomski@ynhh.org

YaleNewHaven**Health**
**Northeast Medical Group**

This message originates from the Yale New Haven Health System. The information contained in this message may be privileged and confidential. If you are the intended recipient you must maintain this message in a secure and confidential manner. If you are not the intended recipient, please notify the sender immediately and destroy this message. Thank you.

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Danyel Adkins |
| **To:** | Sari Edelman |
| **Subject:** | Re: Sarasota Arthritis Center Interview Agenda |
| **Date:** | Tuesday, January 12, 2021 8:57:21 PM |
| **Attachments:** | image003.png |

What day and time will work to speak?

Sent from my iPhone

> On Jan 12, 2021, at 8:54 PM, Sari Edelman <drsariedelman@gmail.com> wrote:

> **WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

> Danyel

> I am just sending you a note that I will be headed down to florida tomorrow and look forward to the interview.  If you want to speak prior to the interview please let me know.

> Dr. Edelman

> 516-551-5837

> On Thu, Dec 31, 2020 at 1:45 PM Danyel Adkins <danyel.adkins@merritthawkins.com> wrote:

>> Hi Dr. Edelman,

>> I've attached the agenda for your interview with Sarasota Arthritis Center. They are looking forward to meeting you!  Please let me know if you have any questions prior to your interview.

>> The realtor they recommend is Coy Carter and his contact information is:

>> Cell 941 600-6878

>> Coycartersrq@gmail.com

>> They also recommended a couple communities and school:

>> Palmer Ranch https://www.palmerranch.net/

CONFIDENTIAL

Lakewood Ranch https://lakewoodranch.com/

Beyond Spectrum https://www.beyondthespectrum.org/


Thanks,


**Danyel Adkins**
AMN Leadership Solutions

Merritt Hawkins

Managing Consultant


<image003.png>


Direct: 770-481-1167

Cell:    404-569-4772


LeadershipSolutions.AMNHealthcare.com

MerrittHawkins.com


**Merritt Hawkins**

100 Mansell Court East, Suite 500

Roswell, GA 30076


As the global healthcare community responds to the COVID-19 pandemic, we want to ensure our candidates that their health and well-being is our top priority. We are partnering with our clients to provide candidates with alternative interview and travel options, in most situations, including the option to interview virtually via video conference.


If you have questions or need additional support from Merritt Hawkins, our team remains ready to serve you. https://www1.amnhealthcare.com/e/123142/coronavirus-update-/ds6mbj/586707829?h=o6RLYKjPFSNFPz_qEVp1ZBQqK25eGzI6P649cc9-SUA

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Kendra Thompson |
| **To:** | Sari Edelman |
| **Subject:** | RE: DRAFT AGREEMENT |
| **Date:** | Friday, January 8, 2021 4:28:49 PM |
| **Attachments:** | image003.png |
| | image004.png |

Sounds good – I'll plan to call you Monday. Have a nice weekend and talk soon!

**Kendra Thompson**
AMN Leadership Solutions
Merritt Hawkins
*Managing Consultant*

  

Voice: 469.524.1509
SMS: 940.441.2553
Direct Fax: 866.215.1883
LeadershipSoulutions.AMNHealthcare.com
MerrittHawkins.com

**Merritt Hawkins**
8840 Cypress Waters Blvd., #300
Dallas, TX 75019



*As the global healthcare community responds to the COVID-19 pandemic, we want to ensure our candidates that their health and well-being is our top priority. We are partnering with our clients to provide candidates with alternative interview and travel options, in most situations, including the option to interview virtually via video conference.If you have questions or need additional support from Merritt Hawkins, our team remains ready to serve you.*

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Friday, January 08, 2021 2:01 PM
**To:** Kendra Thompson <Kendra.Thompson@merritthawkins.com>
**Subject:** Fwd: DRAFT AGREEMENT

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

sure we can talk about it.  Monday around 5

---------- Forwarded message ---------
From: **Adam Rosen** <amrsailfast@gmail.com>
Date: Wed, Jan 6, 2021 at 10:49 PM
Subject: DRAFT AGREEMENT
To: <drsariedelman@gmail.com>

Good evening Sari,

**CONFIDENTIAL**

Hey hope you had a good day.  Here is the draft agreement as promised.  Happy to entertain any questions you may have prior to or when you are here visiting.  We are very excited to meet you and spend time getting acquainted. Your background, training and interest in private practice are rare and fit with our vision well.
Looking forward to next week

Best,

Adam and Jeannie

Plaintiff's Exhibit 88

CONFIDENTIAL

| | |
|---|---|
| **From:** | Kendra Thompson |
| **To:** | Sari Edelman |
| **Subject:** | RE: Arthritis & Rheumatism Associates |
| **Date:** | Friday, January 8, 2021 2:59:44 PM |
| **Attachments:** | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Hi Dr. Edelman – I'd love the opportunity to discuss this with you before reviewing it with Dr. Rosen. If you'll send me a copy, please let me know when you can connect to talk through your questions.

**Kendra Thompson**
AMN Leadership Solutions
Merritt Hawkins
*Managing Consultant*

  

Voice: 469.524.1509
SMS: 940.441.2553
Direct Fax: 866.215.1883
LeadershipSoulutions.AMNHealthcare.com
MerrittHawkins.com

**Merritt Hawkins**
8840 Cypress Waters Blvd., #300
Dallas, TX 75019



*As the global healthcare community responds to the COVID-19 pandemic, we want to ensure our candidates that their health and well-being is our top priority. We are partnering with our clients to provide candidates with alternative interview and travel options, in most situations, including the option to interview virtually via video conference.If you have questions or need additional support from Merritt Hawkins, our team remains ready to serve you.*

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Friday, January 08, 2021 1:35 PM
**To:** Kendra Thompson <Kendra.Thompson@merritthawkins.com>
**Subject:** Re: Arthritis & Rheumatism Associates

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

I have received the contract there are a few minor things I would  like to discuss.  I think you said to talk to you not directly to Dr Rosen

On Thu, Jan 7, 2021 at 9:05 PM Kendra Thompson <Kendra.Thompson@merritthawkins.com> wrote:

**CONFIDENTIAL**

Hi Dr. Edelman

Thank you for your time earlier this week. Dr. Rosen let me know he spoke with you and he planned to send you a draft offer soon. When you receive that, please let me know! In follow up of our call, here are the benefits you could expect with this position:

**BENEFITS:**

- Sign-on/relocation: $5,000
- Malpractice coverage: $250k per occurrence and $750k aggregate.
- Time off:

  - Vacation/PTO: 15-20 days per year depending on experience [I think you will be offered 20 days]
  - Holidays: 6 days
  - CME: 3 days

- Retirement: 401K – profit sharing – graduated vesting (6 years for 100%)
- Medical – 2 plan options, $75 per pay period or $105 per pay period…

  - ALLSAVERS, United Healthcare, open access plans

- Dental, Vision plans available -  about $36/mo. for dental, $7 for vision
- Life – colonial for STD, LTD, cancer care (optional for purchase)

I have asked the practice manager if she has a benefits summary for the medical plans – if I receive that I will send it to you, but these are the high points.

Dr. Rosen was planning to speak with Dr. Rullan about dinner and would be sending me the restaurant information later this week so I can put an itinerary together for you guys. I hope you are getting excited for your visit! I know every is very much looking forward to it.

Talk soon,

**Kendra Thompson**
AMN Leadership Solutions
Merritt Hawkins
*Managing Consultant*

  

Voice: 469.524.1509
SMS: 940.441.2553
Direct Fax: 866.215.1883
LeadershipSoulutions.AMNHealthcare.com
MerrittHawkins.com

**Merritt Hawkins**
8840 Cypress Waters Blvd., #300
Dallas, TX 75019

**CONFIDENTIAL**



*As the global healthcare community responds to the COVID-19 pandemic, we want to ensure our candidates that their health and well-being is our top priority. We are partnering with our clients to provide candidates with alternative interview and travel options, in most situations, including the option to interview virtually via video conference.If you have questions or need additional support from Merritt Hawkins, our team remains ready to serve you.*

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Danyel Adkins |
| **To:** | drsariedelman@gmail.com |
| **Subject:** | Baptist Health Care Interview - Pensacola, FL |
| **Date:** | Wednesday, December 16, 2020 5:52:43 PM |
| **Attachments:** | image001.png |

Hi Dr. Edelman,

Baptist would like to schedule a zoom interview with you next week.  Are you free to speak with them on Monday, 12/21?  They are free after 4pm.

Thanks,


**Danyel Adkins**
AMN Leadership Solutions
Merritt Hawkins
Managing Consultant

  

Direct: 770-481-1167
Cell:    404-569-4772

LeadershipSolutions.AMNHealthcare.com
MerrittHawkins.com

**Merritt Hawkins**
100 Mansell Court East, Suite 500
Roswell, GA 30076

As the global healthcare community responds to the COVID-19 pandemic, we want to ensure our candidates that their health and well-being is our top priority. We are partnering with our clients to provide candidates with alternative interview and travel options, in most situations, including the option to interview virtually via video conference.

If you have questions or need additional support from Merritt Hawkins, our team remains ready to serve you. https://www1.amnhealthcare.com/e/123142/coronavirus-update-/ds6mbj/586707829?h=o6RLYKjPFSNFPz_qEVp1ZBQqK25eGzI6P649cc9-SUA

CONFIDENTIAL

| | |
|---|---|
| **From:** | Vanessa Leboehi |
| **To:** | Sari Edelman |
| **Subject:** | RE: Naples Rheumatology Position call |
| **Date:** | Friday, December 11, 2020 11:51:39 AM |
| **Attachments:** | image001.png |
| | image002.png |

We spoke yesterday evening after all. Let me know what you and your husband think about the Naples practice.  Thank you!

Thank you,
You can easily see my real-time availability and schedule time with me at
https://calendly.com/schedule-a-call-with-vanessa-leboehi
**Vanessa Leboehi**
AMN Leadership Solutions
Merritt Hawkins
*Senior Search Consultant, Academic Division*
Direct: 770.481.1134
Cell: 404.502.5597 (text or call)

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Friday, December 11, 2020 11:50 AM
**To:** Vanessa Leboehi <vanessa.leboehi@merritthawkins.com>
**Subject:** Re: Naples Rheumatology Position call

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Yes 4:30 works for me.  Please call my cell 517-551-5837

On Thu, Dec 10, 2020 at 4:39 PM Vanessa Leboehi <vanessa.leboehi@merritthawkins.com> wrote:

Hello Dr. Edelman,

My colleague CJ scheduled us to speak today at 4:30.  I left a message (nondescript) in case your after hours line was a work voicemail. I'd love to chat with you about our Naples position when you have a few minutes.

Thank you,
You can easily see my real-time availability and schedule time with me at
https://calendly.com/schedule-a-call-with-vanessa-leboehi

**Vanessa Leboehi**
AMN Leadership Solutions
Merritt Hawkins
*Senior Search Consultant, Academic Division*

**CONFIDENTIAL**

  

Direct: 770.481.1134
Cell: 404.502.5597

LeadershipSolutions.AMNHealthcare.com
MerrittHawkins.com

**Merritt Hawkins**
100 Mansell Court East, Ste 500
Roswell, GA 30076



*As the global healthcare community responds to the COVID-19 pandemic, we want to ensure our candidates that their health and well-being is our top priority. We are partnering with our clients to provide candidates with alternative interview and travel options, in most situations, including the option to interview virtually via video conference. If you have questions or need additional support from Merritt Hawkins, our team remains ready to serve you.*

CONFIDENTIAL

| From: | Vanessa Leboehi |
|---|---|
| To: | Sari Edelman |
| Subject: | RE: Naples Rheumatology Position call |
| Date: | Friday, December 11, 2020 11:51:39 AM |
| Attachments: | image001.png |
| | image002.png |

We spoke yesterday evening after all. Let me know what you and your husband think about the Naples practice.  Thank you!

Thank you,
You can easily see my real-time availability and schedule time with me at
https://calendly.com/schedule-a-call-with-vanessa-leboehi
**Vanessa Leboehi**
AMN Leadership Solutions
Merritt Hawkins
*Senior Search Consultant, Academic Division*
Direct: 770.481.1134
Cell: 404.502.5597 (text or call)

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Friday, December 11, 2020 11:50 AM
**To:** Vanessa Leboehi <vanessa.leboehi@merritthawkins.com>
**Subject:** Re: Naples Rheumatology Position call

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Yes 4:30 works for me.  Please call my cell 517-551-5837

On Thu, Dec 10, 2020 at 4:39 PM Vanessa Leboehi <vanessa.leboehi@merritthawkins.com> wrote:

> Hello Dr. Edelman,
>
> My colleague CJ scheduled us to speak today at 4:30.  I left a message (nondescript) in case your after hours line was a work voicemail. I'd love to chat with you about our Naples position when you have a few minutes.
>
> Thank you,
> You can easily see my real-time availability and schedule time with me at
> https://calendly.com/schedule-a-call-with-vanessa-leboehi
>
> **Vanessa Leboehi**
> AMN Leadership Solutions
> Merritt Hawkins
> *Senior Search Consultant, Academic Division*

**CONFIDENTIAL**

  

Direct: 770.481.1134
Cell: 404.502.5597

LeadershipSolutions.AMNHealthcare.com
MerrittHawkins.com

**Merritt Hawkins**
100 Mansell Court East, Ste 500
Roswell, GA 30076



*As the global healthcare community responds to the COVID-19 pandemic, we want to ensure our candidates that their health and well-being is our top priority. We are partnering with our clients to provide candidates with alternative interview and travel options, in most situations, including the option to interview virtually via video conference. If you have questions or need additional support from Merritt Hawkins, our team remains ready to serve you.*

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Telana Mushlin - MHA |
| **To:** | Sari Edelman |
| **Subject:** | RE: DocCafe.com - Permanent Rhuematology Position in southwest coastal Connecticut |
| **Date:** | Monday, December 7, 2020 9:21:37 AM |
| **Attachments:** | image001.png |

Hello Dr. Edelman

Thank you for the interest in this opportunity!  If you are interested the next step is to set up a phone call with me.  Do you have availability this week?  I only need about 20 minutes and I am available from 8-5 CST.

Talk Soon

*As the global healthcare community responds to the COVID-19 pandemic, we want to ensure our candidates that their health and well-being is our top priority. We are partnering with our clients to provide candidates with alternative interview and travel options, in most situations, including the option to interview virtually via video conference.*

*If you have questions or need additional support from Merritt Hawkins, our team remains ready to serve you.*
https://www1.amnhealthcare.com/e/123142/coronavirus-update-/ds6mbj/586707897?h=5_Qtfqf1zM0-xKCmz1NQZ5q9PCdIvE8ZihM1KiQYYUw

**Telana Mushlin**
AMN Leadership Solutions
Merritt Hawkins
*Senior Managing Consultant*

  

Direct: 314.405.3017
Ext. 1259
**Text:** **415-745-9186**


LeadershipSolutions.AMNHealthcare.com
MerrittHawkins.com

**Merritt Hawkins**
8840 Cypress Water Blvd., #300
Dallas, TX 75019

**From:** Sari Edelman <job-seeker-729639cjqy15@email.doccafe.com>
**Sent:** Friday, December 4, 2020 3:21 PM
**To:** Telana Mushlin - MHA <tmushlin@merritthawkins.com>
**Subject:** Re: DocCafe.com - Permanent Rhuematology Position in southwest coastal Connecticut

CONFIDENTIAL

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Hello

This sounds like a great opportunity. Please pass along my CV.

Feel feee call me if you have any questions.

Dr Edelman

On Fri, Dec 4, 2020 at 4:07 PM Telana Mushlin <company-user-578372hvwy28@email.doccafe.com> wrote:

> Dear Rheumatologist
>
> A large multispecialty practice with university hospital affiliation in a beautiful New England location is seeking a board-certified rheumatologist to join its team. The incoming physician will benefit from earning above-average compensation while working within a private practice model.
>
> Opportunity Highlights
> •   Majority outpatient only with minimal hospital consults
> •   Two years to partnership with no buy-in required
> •   Minimal call (taken on rotation)
> •   Option to teach residents in-clinic sessions
> •   Work in a brand new state-of-the-art facility that includes x-rays, infusions, diagnostics, outpatient surgery, and rehabilitation all on-site
> •   Excellent benefits package available
> •   Sign-on bonus
>
> Located alongside the Long Island Sound in a beautiful Connecticut town, our charming community offers a remarkable quality of life for all of its residents.
>
> Community Highlights
> •   Four distinct seasons and endless opportunities for outdoor recreation, including swimming, sailing, skating, hiking, biking, and golfing
> •   Excellent public and private schools as well as many nearby colleges and universities
> •   Convenient access to New York City and its many amenities, including international airports, Broadway shows, and professional sporting events
> •   U.S. News ranks Connecticut #3 in Best States for Health Care
>
> To learn more forward your availability for a phone call or call me directly
>
> Telana Mushlin
> AMN Leadership Solutions

P38

CONFIDENTIAL

Merritt Hawkins
Senior Managing Consultant

Direct: 314.405.3017
Ext. 1259
Text: 415-745-9186

LeadershipSolutions.AMNHealthcare.com
MerrittHawkins.com

Merritt Hawkins
8840 Cypress Water Blvd., #300
Dallas, TX 75019

If you do not wish to receive further communications like this, please click here:
https://www.doccafe.com/candidate/unsubscribe/confirmation to unsubscribe.

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Telana Mushlin - MHA |
| **To:** | Sari Edelman |
| **Subject:** | RE: DocCafe.com - Permanent Rhuematology Position in southwest coastal Connecticut |
| **Date:** | Monday, December 7, 2020 9:21:37 AM |
| **Attachments:** | image001.png |

Hello Dr. Edelman

Thank you for the interest in this opportunity!  If you are interested the next step is to set up a phone call with me.  Do you have availability this week?  I only need about 20 minutes and I am available from 8-5 CST.

Talk Soon

*As the global healthcare community responds to the COVID-19 pandemic, we want to ensure our candidates that their health and well-being is our top priority. We are partnering with our clients to provide candidates with alternative interview and travel options, in most situations, including the option to interview virtually via video conference.*

*If you have questions or need additional support from Merritt Hawkins, our team remains ready to serve you.*
https://www1.amnhealthcare.com/e/123142/coronavirus-update-/ds6mbj/586707897?h=5_Qtfqf1zM0-xKCmz1NQZ5q9PCdIvE8ZihM1KiQYYUw

**Telana Mushlin**
AMN Leadership Solutions
Merritt Hawkins
*Senior Managing Consultant*

  

Direct: 314.405.3017
Ext. 1259
**Text:** 415-745-9186


LeadershipSolutions.AMNHealthcare.com
MerrittHawkins.com

**Merritt Hawkins**
8840 Cypress Water Blvd., #300
Dallas, TX 75019

**From:** Sari Edelman <job-seeker-729639cjqy15@email.doccafe.com>
**Sent:** Friday, December 4, 2020 3:21 PM
**To:** Telana Mushlin - MHA <tmushlin@merritthawkins.com>
**Subject:** Re: DocCafe.com - Permanent Rhuematology Position in southwest coastal Connecticut

CONFIDENTIAL

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Hello

This sounds like a great opportunity. Please pass along my CV.

Feel feee call me if you have any questions.

Dr Edelman

On Fri, Dec 4, 2020 at 4:07 PM Telana Mushlin <[company-user-578372hvwy28@email.doccafe.com](mailto:company-user-578372hvwy28@email.doccafe.com)> wrote:

> Dear Rheumatologist
>
> A large multispecialty practice with university hospital affiliation in a beautiful New England location is seeking a board-certified rheumatologist to join its team. The incoming physician will benefit from earning above-average compensation while working within a private practice model.
>
> Opportunity Highlights
> * Majority outpatient only with minimal hospital consults
> * Two years to partnership with no buy-in required
> * Minimal call (taken on rotation)
> * Option to teach residents in-clinic sessions
> * Work in a brand new state-of-the-art facility that includes x-rays, infusions, diagnostics, outpatient surgery, and rehabilitation all on-site
> * Excellent benefits package available
> * Sign-on bonus
>
> Located alongside the Long Island Sound in a beautiful Connecticut town, our charming community offers a remarkable quality of life for all of its residents.
>
> Community Highlights
> * Four distinct seasons and endless opportunities for outdoor recreation, including swimming, sailing, skating, hiking, biking, and golfing
> * Excellent public and private schools as well as many nearby colleges and universities
> * Convenient access to New York City and its many amenities, including international airports, Broadway shows, and professional sporting events
> * U.S. News ranks Connecticut #3 in Best States for Health Care
>
> To learn more forward your availability for a phone call or call me directly
>
> Telana Mushlin
> AMN Leadership Solutions

CONFIDENTIAL

Merritt Hawkins
Senior Managing Consultant

Direct: 314.405.3017
Ext. 1259
Text: 415-745-9186

LeadershipSolutions.AMNHealthcare.com
MerrittHawkins.com

Merritt Hawkins
8840 Cypress Water Blvd., #300
Dallas, TX 75019

If you do not wish to receive further communications like this, please click here:
https://www.doccafe.com/candidate/unsubscribe/confirmation to unsubscribe.

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Austin Ali |
| **To:** | Sari Edelman |
| **Subject:** | Re: Recruitwell: Submission to The Oasis Institute <> Aventura, Florida |
| **Date:** | Friday, December 4, 2020 3:27:14 PM |
| **Attachments:** | image005.png |
| | image003.png |
| | image004.png |
| | image002.png |

We are waiting to hear from the client. Nothing is confirmed yet. Will keep you posted.

Thanks !

Get Outlook for iOS

---

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Friday, December 4, 2020 2:15:45 PM
**To:** Austin Ali <austin@recruitwell.com>
**Subject:** Re: Recruitwell: Submission to The Oasis Institute <> Aventura, Florida

Hello

I wanted confirm call today for 4:30. Is it zoom or phone?

Dr Edelman

On Thu, Dec 3, 2020 at 5:46 PM Austin Ali <austin@recruitwell.com> wrote:

> HI Dr Edelman,
>
> It was a pleasure speaking with you today. Per our conversation, I sent your CV to our client, The Oasis Institute, in Aventura, Florida.
>
> As soon as I hear anything, I will absolutely be in touch!
>
> Here is the client's website for your review: http://theoasisinstitute.com/
>
> Here is a website about the area, as well: https://en.wikipedia.org/wiki/Aventura,_Florida
>
> Finally, here is our company's internal Job Description that we reviewed together:

**CONFIDENTIAL**

**Aventura, Florida - Rheumatology Physician Opening**

- **Clinical Role:**
  - ***Do you know someone that might be a good fit for this position? Please ask about our generous referral fees!***
  - Seeking a Board Certified or Board Eligible Rheumatologist
  - University affiliated Rheumatology Fellowship training program required
  - 95% outpatient work
  - Inpatient duties (5%) would include consults, rounding and networking
  - Patient Census: 15-20 per day
  - EMR: Care Cloud
  - Group Size: 1 MD; 1 Experienced PA
  - In-House Infusion Service
  - Practice has a strong focus on patient care and has a nice blend of conventional & integrative medicine
  - This is a fantastic opportunity to work alongside a leading Rheumatologist and take your practice to the next level
  - For any new graduate, there is mentorship available which will ultimately bridge the gap between training and real world medicine/practice
- **Organization Information:**
  - Join a Well-Established, Busy Private Practice
  - Competitive Compensation Package
  - Partnership Opportunity
  - Enormous Practice Growth Opportunity
  - Part of American Arthritis and Rheumatology Association
- **Lifestyle Information:**
  - Live in Sunny South Florida
  - Boating, Golfing, Beaches, Year-Round Warm Weather
  - Vibrant Economy
  - Fantastic Public & Private School Options
  - No State Income Tax
- **RecruitWell's Core Values:**
  - Open communication
  - Sense of urgency
  - Teamwork
  - Accountability
  - Driven to win
  - Higher consciousness

<mark>**Please confirm that you received this email.**</mark>

Thanks,

Plaintiff's Exhibit 88

**CONFIDENTIAL**

## Austin Ali
Physician Recruiter



**RecruitWell**
office: 424-220-1010
mobile: 657-222-1434
email: austin@recruitwell.com

www.recruitwell.com                    f  in  🐦  📷

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

*"The perfect fit is out there. We can help you find it."*

Plaintiff's Exhibit 88

CONFIDENTIAL

| | |
|---|---|
| **From:** | Austin Ali |
| **To:** | Sari Edelman |
| **Subject:** | Re: Recruitwell: Submission to The Oasis Institute <> Aventura, Florida |
| **Date:** | Friday, December 4, 2020 3:27:14 PM |
| **Attachments:** | image005.png |
| | image003.png |
| | image004.png |
| | image002.png |

We are waiting to hear from the client. Nothing is confirmed yet. Will keep you posted.

Thanks !

Get Outlook for iOS

---

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Friday, December 4, 2020 2:15:45 PM
**To:** Austin Ali <austin@recruitwell.com>
**Subject:** Re: Recruitwell: Submission to The Oasis Institute <> Aventura, Florida

Hello

I wanted confirm call today for 4:30. Is it zoom or phone?

Dr Edelman

On Thu, Dec 3, 2020 at 5:46 PM Austin Ali <austin@recruitwell.com> wrote:

> HI Dr Edelman,
>
> It was a pleasure speaking with you today. Per our conversation, I sent your CV to our client, The Oasis Institute, in Aventura, Florida.
>
> As soon as I hear anything, I will absolutely be in touch!
>
> Here is the client's website for your review: http://theoasisinstitute.com/
>
> Here is a website about the area, as well: https://en.wikipedia.org/wiki/Aventura,_Florida
>
> Finally, here is our company's internal Job Description that we reviewed together:

**CONFIDENTIAL**

**Aventura, Florida - Rheumatology Physician Opening**

- **Clinical Role:**
  - ***Do you know someone that might be a good fit for this position? Please ask about our generous referral fees!***
  - Seeking a Board Certified or Board Eligible Rheumatologist
  - University affiliated Rheumatology Fellowship training program required
  - 95% outpatient work
  - Inpatient duties (5%) would include consults, rounding and networking
  - Patient Census: 15-20 per day
  - EMR: Care Cloud
  - Group Size: 1 MD; 1 Experienced PA
  - In-House Infusion Service
  - Practice has a strong focus on patient care and has a nice blend of conventional & integrative medicine
  - This is a fantastic opportunity to work alongside a leading Rheumatologist and take your practice to the next level
  - For any new graduate, there is mentorship available which will ultimately bridge the gap between training and real world medicine/practice
- **Organization Information:**
  - Join a Well-Established, Busy Private Practice
  - Competitive Compensation Package
  - Partnership Opportunity
  - Enormous Practice Growth Opportunity
  - Part of American Arthritis and Rheumatology Association
- **Lifestyle Information:**
  - Live in Sunny South Florida
  - Boating, Golfing, Beaches, Year-Round Warm Weather
  - Vibrant Economy
  - Fantastic Public & Private School Options
  - No State Income Tax
- **RecruitWell's Core Values:**
  - Open communication
  - Sense of urgency
  - Teamwork
  - Accountability
  - Driven to win
  - Higher consciousness

**Please confirm that you received this email.**

Thanks,

**CONFIDENTIAL**

## Austin Ali
Physician Recruiter



**RecruitWell**
office: 424-220-1010
mobile: 657-222-1434
email: austin@recruitwell.com

www.recruitwell.com           f  in  🐦  📷

The content of this email is confidential and intended for the recipient specified in
message only. It is strictly forbidden to share any part of this message with any
third party, without a written consent of the sender. If you received this message
by mistake, please reply to this message and follow with its deletion, so that we
can ensure such a mistake does not occur in the future.

*"The perfect fit is out there. We can help you find it."*

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Austin Ali |
| **To:** | Sari Edelman |
| **Subject:** | Re: Recruitwell: Application for Palm Beach County, Florida - Rheumatology Physician Opening |
| **Date:** | Thursday, December 3, 2020 8:40:33 PM |
| **Attachments:** | image005.png |
| | image002.png |
| | image004.png |
| | image003.png |

Thank you for letting me know. I will be also sending you info to our client in Jupiter, Fl as we discussed on the phone. I will send you the confirmation shortly.

Best,

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Thursday, December 3, 2020 7:38:07 PM
**To:** Austin Ali <austin@recruitwell.com>
**Subject:** Re: Recruitwell: Application for Palm Beach County, Florida - Rheumatology Physician Opening

Austin

I am also open to looking in the St. Petersburg area!

On Thu, Dec 3, 2020 at 8:56 AM Austin Ali <austin@recruitwell.com> wrote:

> Hi Dr Edelman,
>
>
> Austin here with **Recruitwell**. We received your application for our opportunity #966 Rheumatology opportunity in Florida, see details below. We are impressed with your background and would like to set up a phone call to go over the details with you. Please let us know the best day/time you have available for a phone call. We look forward to hearing from you soon.
>
>
> **Palm Beach County, Florida - Rheumatology Physician Opening**
>
> - **Clinical Role:**
>   - ***Do you know someone that might be a good fit for this position? Please ask about our generous referral fees!***
>   - Seeking a Board Certified or Board Eligible Rheumatologist
>   - Family Oriented Private Practice
>   - Outpatient
>   - Schedule:
>     - Monday – Thursday (8:30am-5pm)
>     - Friday (7:30am-2pm)
>   - Group Size: 1 MD; 3 Full-Time NPs; 1 Part-Time NP
>   - Phone Call Only (1 week at a time)

CONFIDENTIAL

In-House Infusion Service
- Bone Density Testing Onsite
- X-Ray Room
- EMR: Care Cloud
- **Organization Information:**
  - Join a Well-Established, Busy Private Practice
  - Competitive Compensation
  - Partnership Opportunity
  - Two Office Locations
  - Enormous Practice Growth Opportunity
  - Part of American Arthritis and Rheumatology Association
  - Competitive Compensation Package
- **Lifestyle Information:**
  - Live in Sunny South Florida
  - Boating, Golfing, Beaches, Year-Round Warm Weather
  - Vibrant Economy
  - Fantastic Public & Private School Options
- **RecruitWell's Core Values:**
  - Open communication
  - Sense of urgency
  - Teamwork
  - Accountability
  - Driven to win
  - Higher consciousness

**Austin Ali**
Physician Recruiter



**RecruitWell**
office: 424-220-1010
mobile: 657-222-1434
email: austin@recruitwell.com

www.recruitwell.com

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

*"The perfect fit is out there. We can help you find it."*

Plaintiff's Exhibit 88

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Austin Ali |
| **To:** | Sari Edelman |
| **Subject:** | Re: Recruitwell: Application for Palm Beach County, Florida - Rheumatology Physician Opening |
| **Date:** | Thursday, December 3, 2020 8:40:33 PM |
| **Attachments:** | image005.png |
| | image002.png |
| | image004.png |
| | image003.png |

Thank you for letting me know. I will be also sending you info to our client in Jupiter, Fl as we discussed on the phone. I will send you the confirmation shortly.

Best,

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Thursday, December 3, 2020 7:38:07 PM
**To:** Austin Ali <austin@recruitwell.com>
**Subject:** Re: Recruitwell: Application for Palm Beach County, Florida - Rheumatology Physician Opening

Austin

I am also open to looking in the St. Petersburg area!

On Thu, Dec 3, 2020 at 8:56 AM Austin Ali <austin@recruitwell.com> wrote:

> Hi Dr Edelman,
>
>
> Austin here with **Recruitwell**. We received your application for our opportunity #966 Rheumatology opportunity in Florida, see details below. We are impressed with your background and would like to set up a phone call to go over the details with you. Please let us know the best day/time you have available for a phone call. We look forward to hearing from you soon.
>
>
> **Palm Beach County, Florida - Rheumatology Physician Opening**
>
> - **Clinical Role:**
>   - ***Do you know someone that might be a good fit for this position? Please ask about our generous referral fees!***
>   - Seeking a Board Certified or Board Eligible Rheumatologist
>   - Family Oriented Private Practice
>   - Outpatient
>   - Schedule:
>     - Monday – Thursday (8:30am-5pm)
>     - Friday (7:30am-2pm)
>   - Group Size: 1 MD; 3 Full-Time NPs; 1 Part-Time NP
>   - Phone Call Only (1 week at a time)

CONFIDENTIAL

In-House Infusion Service
- Bone Density Testing Onsite
- X-Ray Room
- EMR: Care Cloud
- **Organization Information:**
  - Join a Well-Established, Busy Private Practice
  - Competitive Compensation
  - Partnership Opportunity
  - Two Office Locations
  - Enormous Practice Growth Opportunity
  - Part of American Arthritis and Rheumatology Association
  - Competitive Compensation Package
- **Lifestyle Information:**
  - Live in Sunny South Florida
  - Boating, Golfing, Beaches, Year-Round Warm Weather
  - Vibrant Economy
  - Fantastic Public & Private School Options
- **RecruitWell's Core Values:**
  - Open communication
  - Sense of urgency
  - Teamwork
  - Accountability
  - Driven to win
  - Higher consciousness

**Austin Ali**
Physician Recruiter



**RecruitWell**
office: 424-220-1010
mobile: 657-222-1434
email: austin@recruitwell.com

www.recruitwell.com

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

*"The perfect fit is out there. We can help you find it."*

Plaintiff's Exhibit 88

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Austin Ali |
| **To:** | Sari Edelman |
| **Subject:** | Re: Recruitwell: Application for Palm Beach County, Florida - Rheumatology Physician Opening |
| **Date:** | Thursday, December 3, 2020 8:40:33 PM |
| **Attachments:** | image005.png |
| | image002.png |
| | image004.png |
| | image003.png |

Thank you for letting me know. I will be also sending you info to our client in Jupiter, Fl as we discussed on the phone. I will send you the confirmation shortly.

Best,

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Thursday, December 3, 2020 7:38:07 PM
**To:** Austin Ali <austin@recruitwell.com>
**Subject:** Re: Recruitwell: Application for Palm Beach County, Florida - Rheumatology Physician Opening

Austin

I am also open to looking in the St. Petersburg area!

On Thu, Dec 3, 2020 at 8:56 AM Austin Ali <austin@recruitwell.com> wrote:

> Hi Dr Edelman,
>
>
> Austin here with **Recruitwell**. We received your application for our opportunity #966 Rheumatology opportunity in Florida, see details below. We are impressed with your background and would like to set up a phone call to go over the details with you. Please let us know the best day/time you have available for a phone call. We look forward to hearing from you soon.
>
>
> **Palm Beach County, Florida - Rheumatology Physician Opening**
>
> - **Clinical Role:**
>   - ***Do you know someone that might be a good fit for this position? Please ask about our generous referral fees!***
>   - Seeking a Board Certified or Board Eligible Rheumatologist
>   - Family Oriented Private Practice
>   - Outpatient
>   - Schedule:
>     - Monday – Thursday (8:30am-5pm)
>     - Friday (7:30am-2pm)
>   - Group Size: 1 MD; 3 Full-Time NPs; 1 Part-Time NP
>   - Phone Call Only (1 week at a time)

**CONFIDENTIAL**

- In-House Infusion Service
  - Bone Density Testing Onsite
  - X-Ray Room
  - EMR: Care Cloud
- **Organization Information:**
  - Join a Well-Established, Busy Private Practice
  - Competitive Compensation
  - Partnership Opportunity
  - Two Office Locations
  - Enormous Practice Growth Opportunity
  - Part of American Arthritis and Rheumatology Association
  - Competitive Compensation Package
- **Lifestyle Information:**
  - Live in Sunny South Florida
  - Boating, Golfing, Beaches, Year-Round Warm Weather
  - Vibrant Economy
  - Fantastic Public & Private School Options
- **RecruitWell's Core Values:**
  - Open communication
  - Sense of urgency
  - Teamwork
  - Accountability
  - Driven to win
  - Higher consciousness

**Austin Ali**
Physician Recruiter



**RecruitWell**
office: 424-220-1010
mobile: 657-222-1434
email: austin@recruitwell.com

www.recruitwell.com

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

*"The perfect fit is out there. We can help you find it."*

Plaintiff's Exhibit 88

P54

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Kotomski, Sophie |
| **To:** | "Sari Edelman" |
| **Subject:** | RE: Yale New Haven Health | Northeast Medical Group Resume Rheumatology Position |
| **Date:** | Thursday, December 3, 2020 2:14:24 PM |
| **Attachments:** | image001.png |

Terrific.  I will call you today at 4:00 p.m.
Thank you.

**Sophie E. Kotomski**
Physician Recruiter

**Administration**

99 Hawley Lane – 1st FL
Stratford, CT  06614

**Phone:** 203-502-6537
**Email:** Sophie.Kotomski@ynhh.org

YaleNewHaven**Health**
**Northeast Medical Group**

**From:** Sari Edelman [mailto:drsariedelman@gmail.com]
**Sent:** Thursday, December 3, 2020 11:57 AM
**To:** Kotomski, Sophie <Sophie.Kotomski@YNHH.ORG>
**Subject:** Re: Yale New Haven Health | Northeast Medical Group Resume Rheumatology Position

> **EXTERNAL EMAIL: Do NOT click links or open attachments unless you trust the
> sender AND know the content is safe.**

Sophie,

Please see attached for my resume.  I am available to speak at 4pm today. I can be reached on my cell phone at
(516) 551-5837.

Thank you for your time, I look forward to speaking with you.

Dr. Edelman

On Thu, Dec 3, 2020 at 11:04 AM Kotomski, Sophie <Sophie.Kotomski@ynhh.org> wrote:

> Hello Dr. Edeman,
> Thank you for your interest.  I was not able to open the CV document.  Can you resend in
> a docx or word file?
> Connecticut is a beautiful place to live and go to school.  May we schedule a 15 minute
> call to review your goals?  I can be available at your convenience.  Let me know when is
> best.

CONFIDENTIAL

Regards,

**Sophie E. Kotomski**
Physician Recruiter

**Administration**
99 Hawley Lane – 1st FL
Stratford, CT 06614

**Phone:** 203-502-6537
**Email:** Sophie.Kotomski@ynhh.org

**YaleNewHaven Health**
**Northeast Medical Group**


**From:** Sari Edelman [mailto:drsariedelman@gmail.com]
**Sent:** Wednesday, December 2, 2020 10:24 PM
**To:** Kotomski, Sophie <Sophie.Kotomski@YNHH.ORG>
**Subject:** Resume Rheumatology Position

<div style="border:1px solid red;background:#b3f0f0;padding:8px;text-align:center"><span style="color:red">**EXTERNAL EMAIL:**</span> **Do NOT click links or open attachments unless you trust the sender AND know the content is safe.**</div>

Dear Sophie,

I would like to introduce myself. My name is Sari Edelman. I have been practicing rheumatology for sixteen years, in New York. Presently I am employed by New York University Langone in an outpatient busy rheumatology practice. I am looking to relocate and am very interested in the CT Region. My eldest daughter is a freshman at Yale University.

I attached my resume to this email. I look forward to hearing from you.

Regards,


Sari Edelman, D.O.


This message originates from the Yale New Haven Health System. The information contained in this message may be privileged and confidential. If you are the intended recipient you must maintain this message in a secure and confidential manner. If you are not the intended recipient, please notify the sender immediately and destroy this message. Thank you.

CONFIDENTIAL

| | |
|---|---|
| **From:** | Kotomski, Sophie |
| **To:** | "Sari Edelman" |
| **Subject:** | RE: Yale New Haven Health \| Northeast Medical Group Resume Rheumatology Position |
| **Date:** | Thursday, December 3, 2020 2:14:24 PM |
| **Attachments:** | image001.png |

Terrific.  I will call you today at 4:00 p.m.
Thank you.

**Sophie E. Kotomski**
Physician Recruiter

**Administration**

99 Hawley Lane – 1ˢᵗ FL
Stratford, CT  06614

**Phone:** 203-502-6537
**Email:** Sophie.Kotomski@ynhh.org

**YaleNewHavenHealth**
**Northeast Medical Group**

**From:** Sari Edelman [mailto:drsariedelman@gmail.com]
**Sent:** Thursday, December 3, 2020 11:57 AM
**To:** Kotomski, Sophie <Sophie.Kotomski@YNHH.ORG>
**Subject:** Re: Yale New Haven Health | Northeast Medical Group Resume Rheumatology Position

> **EXTERNAL EMAIL:** **Do NOT click links or open attachments unless you trust the sender AND know the content is safe.**

Sophie,

Please see attached for my resume.  I am available to speak at 4pm today. I can be reached on my cell phone at (516) 551-5837.

Thank you for your time, I look forward to speaking with you.

Dr. Edelman

On Thu, Dec 3, 2020 at 11:04 AM Kotomski, Sophie <Sophie.Kotomski@ynhh.org> wrote:

> Hello Dr. Edeman,
> Thank you for your interest.  I was not able to open the CV document.  Can you resend in a docx or word file?
> Connecticut is a beautiful place to live and go to school.  May we schedule a 15 minute call to review your goals?  I can be available at your convenience.  Let me know when is best.

CONFIDENTIAL

Regards,

**Sophie E. Kotomski**
Physician Recruiter

**Administration**
99 Hawley Lane – 1st FL
Stratford, CT  06614

**Phone:** 203-502-6537
**Email:** Sophie.Kotomski@ynhh.org

YaleNewHaven**Health**
**Northeast Medical Group**

**From:** Sari Edelman [mailto:drsariedelman@gmail.com]
**Sent:** Wednesday, December 2, 2020 10:24 PM
**To:** Kotomski, Sophie <Sophie.Kotomski@YNHH.ORG>
**Subject:** Resume Rheumatology Position

**EXTERNAL EMAIL:** **Do NOT click links or open attachments unless you trust the sender AND know the content is safe.**

Dear Sophie,

I would like to introduce myself.  My name is Sari Edelman.  I have been practicing rheumatology for sixteen years, in New York. Presently I am employed by New York University Langone in an outpatient busy rheumatology practice.  I am looking to relocate and am very interested in the CT Region. My eldest daughter is a freshman at Yale University.

I attached my resume to this email.  I look forward to hearing from you.

Regards,


Sari Edelman, D.O.


This message originates from the Yale New Haven Health System. The information contained in this message may be privileged and confidential. If you are the intended recipient you must maintain this message in a secure and confidential manner. If you are not the intended recipient, please notify the sender immediately and destroy this message. Thank you.

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Kotomski, Sophie |
| **To:** | "Sari Edelman" |
| **Subject:** | RE: Yale New Haven Health | Northeast Medical Group Resume Rheumatology Position |
| **Date:** | Thursday, December 3, 2020 2:14:24 PM |
| **Attachments:** | image001.png |

Terrific.  I will call you today at 4:00 p.m.
Thank you.

**Sophie E. Kotomski**
Physician Recruiter

**Administration**

99 Hawley Lane – 1st FL
Stratford, CT  06614

**Phone:** 203-502-6537
**Email:** Sophie.Kotomski@ynhh.org

**YaleNewHaven Health**
**Northeast Medical Group**

**From:** Sari Edelman [mailto:drsariedelman@gmail.com]
**Sent:** Thursday, December 3, 2020 11:57 AM
**To:** Kotomski, Sophie <Sophie.Kotomski@YNHH.ORG>
**Subject:** Re: Yale New Haven Health | Northeast Medical Group Resume Rheumatology Position

> **EXTERNAL EMAIL: Do NOT click links or open attachments unless you trust the sender AND know the content is safe.**

Sophie,

Please see attached for my resume.  I am available to speak at 4pm today. I can be reached on my cell phone at (516) 551-5837.

Thank you for your time, I look forward to speaking with you.

Dr. Edelman

On Thu, Dec 3, 2020 at 11:04 AM Kotomski, Sophie <Sophie.Kotomski@ynhh.org> wrote:

> Hello Dr. Edeman,
> Thank you for your interest.  I was not able to open the CV document.  Can you resend in a docx or word file?
> Connecticut is a beautiful place to live and go to school.  May we schedule a 15 minute call to review your goals?  I can be available at your convenience.  Let me know when is best.

CONFIDENTIAL

Regards,

**Sophie E. Kotomski**
Physician Recruiter

**Administration**
99 Hawley Lane – 1st FL
Stratford, CT  06614

**Phone:** 203-502-6537
**Email:** Sophie.Kotomski@ynhh.org

**YaleNewHaven**Health
**Northeast Medical Group**

**From:** Sari Edelman [mailto:drsariedelman@gmail.com]
**Sent:** Wednesday, December 2, 2020 10:24 PM
**To:** Kotomski, Sophie <Sophie.Kotomski@YNHH.ORG>
**Subject:** Resume Rheumatology Position

> **EXTERNAL EMAIL: Do NOT click links or open attachments unless you trust the sender AND know the content is safe.**

Dear Sophie,

I would like to introduce myself.  My name is Sari Edelman.  I have been practicing rheumatology for sixteen years, in New York. Presently I am employed by New York University Langone in an outpatient busy rheumatology practice.  I am looking to relocate and am very interested in the CT Region. My eldest daughter is a freshman at Yale University.

I attached my resume to this email.  I look forward to hearing from you.

Regards,


Sari Edelman, D.O.


This message originates from the Yale New Haven Health System. The information contained in this message may be privileged and confidential. If you are the intended recipient you must maintain this message in a secure and confidential manner. If you are not the intended recipient, please notify the sender immediately and destroy this message. Thank you.

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Gomez, Max A |
| **To:** | Sari Edelman |
| **Subject:** | Re: [EXTERNAL] RE: FW: Additional Information Request |
| **Date:** | Friday, April 9, 2021 9:22:32 AM |

That works.  Call my cell at 347.642.1434

**From:** Sari Edelman <drsariedelman@gmail.com>
**Date:** Friday, April 9, 2021 at 9:19 AM
**To:** "Gomez, Max A" <Mgomez7@northwell.edu>
**Subject:** Re: [EXTERNAL] RE: FW: Additional Information Request

*External Email. Do not click links or open attachments unless you trust the sender and content. Report suspicious emails using Report Phishing button or forward email to phish@northwell.edu*

I can speak around 1:30 if that works for you

On Thu, Apr 8, 2021 at 12:56 PM Gomez, Max A <Mgomez7@northwell.edu> wrote:

> Hi Sari,
>
> Do you have a moment to speak tomorrow morning at 9 or 9:30?
>
> Best,
> Max
>
> **From:** Sari Edelman <drsariedelman@gmail.com>
> **Date:** Thursday, April 8, 2021 at 7:04 AM
> **To:** "Gomez, Max A" <Mgomez7@northwell.edu>
> **Cc:** "Hadzibabic, Nina" <NHadzibabic1@northwell.edu>
> **Subject:** Re: FW: [EXTERNAL] RE: FW: Additional Information Request
>
> *External Email. Do not click links or open attachments unless you trust the sender and content. Report suspicious emails using Report Phishing button or forward email to phish@northwell.edu*
>
> In the contract it states I own my patient base prior to joining NYU  Please let me know if you have interest as I have someone else I am speaking to as well
>
> On Tue, Apr 6, 2021 at 9:30 AM Gomez, Max A <Mgomez7@northwell.edu> wrote:
>> Dr. Edelman,
>>
>> Where in the attached does it detail your ability to sell patient data for your panel prior to 2014, so that I can point out legal team in the right direction?

CONFIDENTIAL

Thank you,
Max

---

**From:** Sari Edelman <drsariedelman@gmail.com>
**Date:** Friday, March 19, 2021 at 11:54 AM
**To:** "Gomez, Max A" <Mgomez7@northwell.edu>
**Cc:** "Hadzibabic, Nina" <NHadzibabic1@northwell.edu>
**Subject:** Re: [EXTERNAL] RE: FW: Additional Information Request

*External Email. Do not click links or open attachments unless you trust the sender and content. Report suspicious emails using Report Phishing button or forward email to phish@northwell.edu*

Max,

Please see my contract attached. As per our discussion, I would appreciate you escalating the timeline for a proposal so I can receive it within the upcoming week if possible.

Dr. Edelman

On Tue, Mar 16, 2021 at 3:48 PM Gomez, Max A <Mgomez7@northwell.edu> wrote:

> Great. Will call you then.
>
> ---
>
> **From:** Sari Edelman <drsariedelman@gmail.com>
> **Sent:** Tuesday, March 16, 2021 3:47:50 PM
> **To:** Gomez, Max A <Mgomez7@northwell.edu>
> **Subject:** Re: [EXTERNAL] RE: FW: Additional Information Request
>
> *External Email. Do not click links or open attachments unless you trust the sender and content. Report suspicious emails using Report Phishing button or forward email to phish@northwell.edu*
>
> That works for me  5165515837
>
> On Tue, Mar 16, 2021 at 3:47 PM Gomez, Max A <Mgomez7@northwell.edu> wrote:
>
>> Can you speak at 4:15?
>>
>> What number should I call you at?
>>
>> ---
>>
>> **From:** Sari Edelman <drsariedelman@gmail.com>
>> **Sent:** Tuesday, March 16, 2021 3:44:01 PM
>>
>> **To:** Gomez, Max A <Mgomez7@northwell.edu>
>> **Subject:** Re: [EXTERNAL] RE: FW: Additional Information Request

**CONFIDENTIAL**

*External Email. Do not click links or open attachments unless you trust the sender and content.*
*Report suspicious emails using Report Phishing button or forward email to phish@northwell.edu*

Hello.

I am available now if you want to call me

Sari

On Tue, Mar 16, 2021 at 9:01 AM Gomez, Max A <Mgomez7@northwell.edu> wrote:

> Dr. Edelman,
>
> Do you have a moment to speak today?  We shared your contract pages with our legal
> team and have some questions regarding the RC.
>
> Best,
> Max
>
> ---
>
> **From:** Sari Edelman <drsariedelman@gmail.com>
> **Sent:** Monday, March 15, 2021 5:58 PM
> **To:** Gomez, Max A
> **Cc:** Hadzibabic, Nina
>
> **Subject:** Re: [EXTERNAL] RE: FW: Additional Information Request
>
> *External Email. Do not click links or open attachments unless you trust the sender and content.*
> *Report suspicious emails using Report Phishing button or forward email to phish@northwell.edu*
>
> Max
>
> I wanted to follow up with  you as I am narrowing my decision down to where I am
> going to relocate my practice too.  Please advise when you feel I will hear from you next.
>
> Dr. Sari Edelman
>
> On Fri, Mar 12, 2021 at 2:53 PM Gomez, Max A <Mgomez7@northwell.edu> wrote:
>
>> Dr Edelman,
>>
>> Disregard my last email I found them in my junk folder
>>
>> Apologies,

OK so our legal department ASAP

---

**From:** Gomez, Max A <Mgomez7@northwell.edu>
**Sent:** Friday, March 12, 2021 2:51:25 PM
**To:** Sari Edelman <drsariedelman@gmail.com>
**Cc:** Hadzibabic, Nina <NHadzibabic1@northwell.edu>

**Subject:** Re: [EXTERNAL] RE: FW: Additional Information Request

Dr. Edelman,

Can you resend the pages? They didn't come through in your previous email.

I'm hoping we can bring this to a close very soon

Max

---

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Friday, March 12, 2021 1:23:52 PM
**To:** Gomez, Max A <Mgomez7@northwell.edu>
**Subject:** Re: [EXTERNAL] RE: FW: Additional Information Request

*External Email. Do not click links or open attachments unless you trust the sender and content. Report suspicious emails using Report Phishing button or forward email to phish@northwell.edu*

Hello

I sent over copy contract pages. It's out order though. I am hoping you can provide a proposal soon. I am considering opportunities which have presented out of state and would like to be able to make determination in the near future.

Dr. Edelman

On Wed, Jan 20, 2021 at 1:58 PM Gomez, Max A <Mgomez7@northwell.edu> wrote:

Dr. Edelman,

I wanted to touch base with you to not only thank you for providing the data that you have up to this point, but also to inform you that we are making excellent progress toward a draft Business Plan and will be reaching out to you in the next week or two to schedule a collective review of that plan.

**CONFIDENTIAL**

We did notice in the data that you sent us that you work at both the Marcus Ave location and in Huntington.  Is this correct?  As a corollary, do you have any preferences on your work location should we collectively agree to move forward with an employment offer?

Kind regards,
Max

On 1/6/21, 3:22 PM, "drsariedelman@gmail.com" <drsariedelman@gmail.com> wrote:

   External Email.  Do not click links or open attachments unless you trust the sender and content.  Report suspicious emails using Report Phishing button or forward email to phish@northwell.edu

   --- Originally sent by nhadzibabic1@northwell.edu on Jan 6, 2021 3:10 PM ---
   I requested the information be sent over before the holiday. I will follow up with both Insurance carriers. Thank you for letting me know.

   Hope enjoyed holidays and best wishes for new year.

   Regards,
   Sari Edelman

        This
         message was sent securely using

        Zix
        ®

**CONFIDENTIAL**

Good Afternoon Dr. Edelman,

Happy New Year to you and yours!

Just wanted to send a friendly reminder regarding
the risk paperwork attached (and noted below). Our team is working
on analyzing the data you provided. We will be in touch in the near
future with next steps in the due diligence process.

Looking forward to further collaboration.

Best,

Nina Hadzibabic

Senior Project Manager

New Business Development

600 Community
Drive, Suite 302

Manhasset, NY 11030

CONFIDENTIAL

Cell: (516) 563-0399

Email:

nhadzibabic1@northwell.edu

Northwell Health

Visit us at  Northwell.edu

Support our COVID-19
 Emergency Fund:

give.northwell.edu

Plaintiff's Exhibit 88

CONFIDENTIAL

From: Hadzibabic, Nina

Sent: Tuesday, December 22, 2020 4:42 PM

To: Sari Edelman <drsariedelman@gmail.com>

Cc: O'Connell, William (Business Dev) <WOConnel@northwell.edu>; Gomez, Max A <Mgomez7@northwell.edu>

Subject: Additional Information Request

Sensitivity: Confidential

Good Afternoon Dr. Edelman,

Thank you for sending us all of the information you provided so far. Our team is working on reviewing the information and advancing through the due diligence process.

Our risk team has asked that you please fill out the attached document release form, so that they can gather appropriate documents from your malpractice carriers, on your behalf, to complete the risk assessment.

Please let me know if you have any questions regarding this request.

**CONFIDENTIAL**

Thank you & Happy Holidays!

Best,

Nina Hadzibabic

Senior Project Manager

New Business Development

600 Community
Drive, Suite 302

Manhasset, NY 11030

Cell: (516) 563-0399

Email:

nhadzibabic1@northwell.edu

**CONFIDENTIAL**

Northwell Health

Visit us at  Northwell.edu

Support our COVID-19
Emergency Fund:

give.northwell.edu

This message was secured by

Zix

®

.

Plaintiff's Exhibit 88

**P70**

CONFIDENTIAL

| | |
|---|---|
| **From:** | Gomez, Max A |
| **To:** | Sari Edelman |
| **Cc:** | Hadzibabic, Nina |
| **Subject:** | Infusion Volume per Week |
| **Date:** | Monday, February 22, 2021 12:07:12 PM |

Hello Dr. Edelman,

I hope all is well.

As a last step in our process we are looking to confirm we have sufficient capacity to accommodate the projected infusion volume from your practice.  Can you let us know what your average weekly infusion volume is at both your current Marcus Ave and Huntington Practice Locations?

Kind regards,
Max

The information contained in this electronic e-mail transmission and any attachments are intended only for the use of the individual or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, copying or disclosure of this communication and any attachment is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone and electronic mail, and delete the original communication and any attachment from any computer, server or other electronic recording or storage device or medium. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client, physician-patient or other privilege.

**P74**

CONFIDENTIAL

| | |
|---|---|
| **From:** | Kendra Thompson |
| **To:** | Sari Edelman |
| **Subject:** | Re: Reminder: Merritt Hawkins Physician Candidate Questionnaire |
| **Date:** | Wednesday, February 17, 2021 9:01:36 AM |

Thank you - So glad to hear that! I hope you didn't experience any of that bad weather Florida was expected to get this past weekend.

Would you take a couple of minutes to fill out this questionnaire?  click here. This is a Merritt Hawkins form and I just need it for my records & compliance.

Did you happen to get a scanned image or take a picture of the signed signature page? I'll need that to pull the position down from our website.

Thank you & stay safe.

Kendra

Sent via the Samsung Galaxy Note20 Ultra 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Wednesday, February 17, 2021 5:49:01 AM
**To:** Kendra Thompson <Kendra.Thompson@merritthawkins.com>
**Subject:** Re: Reminder: Merritt Hawkins Physician Candidate Questionnaire

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Kendra

We are all done contracts are signed!!  We are just working out a start date

thanks again for all your help

On Tue, Feb 16, 2021 at 7:24 PM Kendra Thompson via Checkster <info@checkster.com> wrote:

> Dear Dr. Edelman,
>
> Thank you for choosing Merritt Hawkins to assist you in identifying potential practice opportunities.
>
> The next step would be for you to please complete our standard Physician Candidate Questionnaire. We use Checkster to facilitate this process.
>
> Please note: It is important this questionnaire be completed prior to your interview being scheduled. Please submit this to us as quickly as possible.
>
> You will receive a second email asking you to complete a Reference Check. The Reference

**CONFIDENTIAL**

Check is separate from the Physician Candidate Questionnaire. It may be completed now, or after the interview, if for privacy reasons you do not wish to disclose to your references that you are searching for a new position. Note that the sooner you complete both the Physician Candidate Questionnaire and the Reference Check, the sooner we can place you.

To access your Physician Candidate Questionnaire click here.

Please send any information regarding malpractice, litigation, applicable insurance documents, appearances before licensing agencies, or complaints of any nature to Dawn.McElfresh@merritthawkins.com

Thank you,

Kendra Thompson


If you are not interested in participating in this questionnaire, please click here to be removed from this process and to notify the individual.

Plaintiff's Exhibit 88

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Kendra Thompson |
| **To:** | Sari Edelman |
| **Subject:** | Automatic reply: Reminder: Merritt Hawkins Physician Candidate Questionnaire |
| **Date:** | Wednesday, February 17, 2021 6:49:23 AM |

Due to inclement weather and power outages in North Texas on Tuesday, February 16th, I will have limited availability and sluggish response times to email communication. I will periodically check my emails but for any urgent matters please call my personal cell or text the SMS number listed below. I hope you're staying safe and warm!

Thank you,

Kendra Thompson
469-524-1509 (voice)
940-441-2553 (sms)

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Kendra Thompson via Checkster |
| **To:** | Sari Edelman |
| **Subject:** | Merritt Hawkins Physician Candidate Questionnaire |
| **Date:** | Saturday, February 13, 2021 2:31:19 PM |

Dear Dr. Edelman,

Thank you for choosing Merritt Hawkins to assist you in identifying potential practice opportunities.

The next step would be for you to please complete our standard Physician Candidate Questionnaire. We use Checkster to facilitate this process.

Please note: It is important this questionnaire be completed prior to your interview being scheduled. Please submit this to us as quickly as possible.

You will receive a second email asking you to complete a Reference Check. The Reference Check is separate from the Physician Candidate Questionnaire. It may be completed now, or after the interview, if for privacy reasons you do not wish to disclose to your references that you are searching for a new position. Note that the sooner you complete both the Physician Candidate Questionnaire and the Reference Check, the sooner we can place you.

To access your Physician Candidate Questionnaire click here.

Please send any information regarding malpractice, litigation, applicable insurance documents, appearances before licensing agencies, or complaints of any nature to Dawn.McElfresh@merritthawkins.com

Thank you,

Kendra Thompson


If you are not interested in participating in this questionnaire, please click here to be removed from this process and to notify the individual.

CONFIDENTIAL

| | |
|---|---|
| **From:** | Gomez, Max A |
| **To:** | Sari Edelman |
| **Subject:** | Automatic reply: [EXTERNAL] RE: FW: Additional Information Request |
| **Date:** | Monday, February 1, 2021 7:20:50 PM |

I will be out of the office Monday 2/1 returning Monday 2/8.  I will be checking emails periodically.  Thank you, Max

The information contained in this electronic e-mail transmission and any attachments are intended only for the use of the individual or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, copying or disclosure of this communication and any attachment is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone and electronic mail, and delete the original communication and any attachment from any computer, server or other electronic recording or storage device or medium. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client, physician-patient or other privilege.

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Kendra Thompson |
| **To:** | Sari Edelman |
| **Subject:** | Checkpoint re: Clearwater interview |

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Kotomski, Sophie |
| **To:** | "Sari Edelman" |
| **Subject:** | Recall: On Site: Yale New Haven Health \| Northeast Medical Group - Next Steps |
| **Date:** | Thursday, December 24, 2020 11:33:08 AM |

Kotomski, Sophie would like to recall the message, "On Site: Yale New Haven Health | Northeast Medical Group - Next Steps".

This message originates from the Yale New Haven Health System. The information contained in this message may be privileged and confidential. If you are the intended recipient you must maintain this message in a secure and confidential manner. If you are not the intended recipient, please notify the sender immediately and destroy this message. Thank you.

CONFIDENTIAL

| | |
|---|---|
| **From:** | Kotomski, Sophie |
| **To:** | Sari Edelman |
| **Subject:** | Automatic reply: On Site: Yale New Haven Health | Northeast Medical Group - Next Steps |
| **Date:** | Thursday, December 24, 2020 7:19:53 AM |

I will be out with limited access to email; returning on Monday, December 28th. If you  need immediate assitance, please contact Tyrita.Stewart@ynhh.org
Merry Christmas!

This message originates from the Yale New Haven Health System. The information contained in this message may be privileged and confidential. If you are the intended recipient you must maintain this message in a secure and confidential manner. If you are not the intended recipient, please notify the sender immediately and destroy this message. Thank you.

CONFIDENTIAL

| | |
|---|---|
| **From:** | Danyel Adkins |
| **To:** | Sari Edelman |
| **Subject:** | Re: Sarasota Arthritis Center Website and information |
| **Date:** | Monday, December 21, 2020 7:33:36 AM |

Thanks. I will send an invite in about an hour.

Sent from my iPhone

On Dec 21, 2020, at 7:32 AM, Sari Edelman <drsariedelman@gmail.com> wrote:

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Yes that works

On Mon, Dec 21, 2020 at 7:31 AM Danyel Adkins <danyel.adkins@merritthawkins.com> wrote:
> Dr Cindy Johnston said 5:30pm would work best for her today. Would you be free for a video call at that time?
>
> Danyel
>
> Sent from my iPhone

On Dec 19, 2020, at 1:18 PM, Sari Edelman <drsariedelman@gmail.com> wrote:

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Please let me know about monday at 4:30 for now

thanks

if all goes well we are planning to come down Thursday Jan 14

On Sat, Dec 19, 2020 at 11:34 AM Danyel Adkins <danyel.adkins@merritthawkins.com> wrote:
> Bryant mentioned that Pensacola was too far so I didn't confirm that interview but I can still reach out to them. Would you like to still speak with Baptist? I'm waiting to hear back from Dr Cindy Johnston at Sarasota for a Monday interview.
>
> Sent from my iPhone

**CONFIDENTIAL**

On Dec 19, 2020, at 11:24 AM, Sari Edelman
<drsariedelman@gmail.com> wrote:

**WARNING:** This email came from outside of our trusted
email system. **DO NOT CLICK** links or attachments if you
find the email suspicious.

Sorry I missed your call yesterday. The meeting
went well.  I wanted to clarify meeting for Monday.
Am I meeting with another physician partner from
the Sarasota office? Or am I meeting with someone
from Baptist?  Or both? If both timing seems too
close as one was for 4 pm and other 4:30.

Thank you,
Dr. Edelman

On Fri, Dec 18, 2020 at 4:01 PM Danyel Adkins
<danyel.adkins@merritthawkins.com> wrote:

Dr. Edelman,

Here is the website to the practice in Sarasota:

https://www.arthritiscenters.net/

https://www.arthritiscenters.net/physicians

- They work a 4 day work week – Monday –
  Thursday.  Off every Friday.
- There are 10 physicians and they are going
  to add 2 physicians due to growth.
- They have not had any turnover with their
  physicians.
- They are a fair group and they practice
  100% Rheumatology
- They have 4 locations and infusion centers
  at each of their locations.
- Their practice is primarily outpatient with
  minimal call.  They support one hospital
  with 1:7 call.  The week you support the

CONFIDENTIAL

hospital you may receive 0-4 consults in that
week, so very light.


Thanks,



**Danyel Adkins**
AMN Leadership Solutions

Merritt Hawkins

Managing Consultant


<image003.png>


Direct: 770-481-1167

Cell:    404-569-4772



LeadershipSolutions.AMNHealthcare.com

MerrittHawkins.com


**Merritt Hawkins**

100 Mansell Court East, Suite 500

Roswell, GA 30076



As the global healthcare community responds to
the COVID-19 pandemic, we want to ensure our
candidates that their health and well-being is our
top priority. We are partnering with our clients to
provide candidates with alternative interview and
travel options, in most situations, including the
option to interview virtually via video conference.


If you have questions or need additional support

**CONFIDENTIAL**

from Merritt Hawkins, our team remains ready to
serve you.
https://www1.amnhealthcare.com/e/123142/coronavirus-
update-/ds6mbj/586707829?
h=o6RLYKjPFSNFPz_qEVp1ZBQqK25eGzI6P649cc9-
SUA

**CONFIDENTIAL**

**From:** Mclean, Robert
**To:** "Sari Edelman"
**Subject:** RE: Drs. Sari Edelman and Rob Mclean Meet re: Rheumatolgy, Greenwich
**Date:** Thursday, December 17, 2020 7:03:30 PM

My dinner prep with family running a bit late. Can we push a little later like 8:30?
Robert

Cell: 203-605-3365

**From:** Sari Edelman [mailto:drsanedelman@gmail.com]
**Sent:** Thursday, December 17, 2020 4:53 PM
**To:** Kotomski, Sophie <Sophie.Kotomski@YNHH.ORG>
**Cc:** Mclean, Robert <Robert.McLean@YNHH.ORG>
**Subject:** Re: Drs. Sari Edelman and Rob Mclean Meet re: Rheumatolgy, Greenwich

EXTERNAL EMAIL: Do NOT click links or open attachments unless you trust the sender AND know the content is safe.

Confirmed!

On Tue, Dec 15, 2020 at 8:45 AM Kotomski, Sophie <Sophie.Kotomski@ynhh.org> wrote:

Sophie Kotomski is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://secure-
web.cisco.com/1r_OYfI6lTbFT9VEXXtdiOzNtzhHWtXoir3v6V8oINhHHB70YBkP_9s6sv90oP3wkR_NKlhG4nfw1sEvSNxGwKtiyhu2t2t89PFuLwwrVAkAaESMWptuhM3mBH47kJKoucsUaoZhoMmhHgrdUm_asnU9VkuKHIk1ZYgxEAUC6eU2GUsKqgFUtfhxAsCT1aIM1IXMyeWTcLJKEM_fV51nd9t9GsGngxMh8VXUzEA57NQQJwEqgUzFu4qgzt3yUrjg6idioWnkzH6bqdcrq1Es6dapnfsGMPBU94HrQ4H3aep4nzHhUGuSrDWNvIDYgSUF1H3teO8di813BRXBMnwwbHirFcSbXlicplp_iMvtZEnFdsniQFTta_Gob7_iCs5O5aGC2z2vOw7mtnork3A%2F%2Funhh.zoom.us%2Fi%2F9241596121B%3Fpwd%3DM9kx1ofkzckamr6KTHjZc0UFWWFZJ2D9

Meeting ID: 924 1596 1218
Passcode: 527995
One tap mobile
+13017158592,,9241596121B#,,,,,,0#,,527995# US (Washington D.C)
+13126266799,,9241596121B#,,,,,,0#,,527995# US (Chicago)

Dial by your location
       +1 301 715 8592 US (Washington D.C)
       +1 312 626 6799 US (Chicago)
       +1 929 205 6099 US (New York)
       +1 253 215 8782 US (Tacoma)
       +1 346 248 7799 US (Houston)
       +1 669 900 6833 US (San Jose)
Meeting ID: 924 1596 1218
Passcode: 527995
Find your local number: https://secure-web.cisco.com/1hS-MFG0BuzFukaPu-2RTaGoawsrrih6OCMMiGcAMcg67KogBySC2OT7ztQstvcAhKcnsPGhkhC7tCxbfAz_Avj5YTHcgvwZFGvjk-T-EOSgWB0Gsi9COZzGstYue-AgaHFHXfD3_sKt3A2nYJ6cZwyss0Rtirh-36ZG0snu_rU6nf0HWib-2BVGnjwGSTKziU-7BWOdso3ty0KNZnmKFyKl_ysOuDwpatWXvX_XwetTUiGFavHvfJZ4aqni-HbTuQXwmJxvX7DuD_OCxmDcuc5ZF77tGCt7Tt0j8BRK8TymkiUcpoB0GkTLvkVO-tbSQu_IOM1_o7n8ZT16pHtjpUinPQsVtlh2ViKNfv6AMMHH1EHsKmcWfVyobAqeB2aRm1Z2V7Qfp4hB4Z9w7mtnork3A%2F%2Funhh.zoom.us%2Fj%2F9241596121B

Join by SIP
9241596121B@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
69.174.57.160 (Canada)
207.226.132.110 (Japan)
Meeting ID: 924 1596 1218
Passcode: 527995

This message originates from the Yale New Haven Health System. The information contained in this message may be privileged and confidential. If you are the intended recipient you must maintain this message in a secure and confidential manner. If you are not the intended recipient, please notify the sender immediately and destroy this message. Thank you.

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Kotomski, Sophie |
| **To:** | Mclean, Robert; "Sari Edelman" |
| **Subject:** | Canceled: Drs. Sari Edelman and Rob Mclean Meet re: Rheumatology, Greenwich Yale New Haven Health \| Northeast Medical Group |
| **Importance:** | High |

Sophie Kotomski is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://ynhh.zoom.us/j/92415961218?pwd=Mi9kek1oNzVXam9ETHU1cWJPWWFPZz09

Meeting ID: 924 1596 1218
Passcode: 527995
One tap mobile
+13017158592,,92415961218#,,,,,,0#,,527995# US (Washington D.C)
+13126266799,,92415961218#,,,,,,0#,,527995# US (Chicago)

Dial by your location
        +1 301 715 8592 US (Washington D.C)
        +1 312 626 6799 US (Chicago)
        +1 929 205 6099 US (New York)
        +1 253 215 8782 US (Tacoma)
        +1 346 248 7799 US (Houston)
        +1 669 900 6833 US (San Jose)
Meeting ID: 924 1596 1218
Passcode: 527995
Find your local number: https://ynhh.zoom.us/u/acGs397QRH

Join by SIP
92415961218@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
69.174.57.160 (Canada)
207.226.132.110 (Japan)
Meeting ID: 924 1596 1218
Passcode: 527995

This message originates from the Yale New Haven Health System. The information contained in this message may be privileged and confidential. If you are the intended recipient you must maintain this message in a secure and confidential manner. If you are not the intended recipient, please notify the sender immediately and destroy this message. Thank you.

**P88**

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Marci Tromberg |
| **To:** | Sari Edelman |
| **Subject:** | re[4]: re FL RHEUM options |
| **Date:** | Friday, December 11, 2020 12:07:34 PM |

OK I will call you when I get confirmation from Palm Beach client being active still, they had 2 pending....
Marci

---------------------- Original Message ----------------------
**From:** Sari Edelman <drsariedelman@gmail.com>
**To:** Marci Tromberg <marci@1888mdsearch.com>
**Cc:**
**Date:** Fri, 11 Dec 2020 11:49:27 -0500
**Subject:** Re: re[2]: re FL RHEUM options

We are not looking in jacksonville

On Fri, Dec 11, 2020 at 11:48 AM Marci Tromberg <marci@1888mdsearch.com> wrote:
> Hi,
> I am waiting to hear back from Palm Beach.
> Do you want to speak further about Jacksonville at this point?
> Marci

---------------------- Original Message ----------------------
**From:** Sari Edelman <drsariedelman@gmail.com>
**To:** Marci Tromberg <marci@1888mdsearch.com>
**Cc:**
**Date:** Tue, 8 Dec 2020 20:56:04 -0500
**Subject:** Re: re FL RHEUM options

Please call me on this on number in CV. It's private cell.

On Tue, Dec 8, 2020 at 11:32 AM Marci Tromberg <marci@1888mdsearch.com> wrote:
> FLRHEUM572
> Florida
> Rheumatologist
> North FL area client looking to hire an additional Rheumatologist
> Current practice has 1 Rheumatologists, 1 PA and 1 ARNP. The practice is
> well established for over 30 years!
>
> Looking for hard working, business savvy physician. Lead physician
> thinking of retiring in 3-5 years and would like to find someone who would
> be interested in running the practice down the road! Extremely busy
> practice and very established mid-levels!
>
> 1 year to partnership track with buy-in (calculated based on practice
> value)
> Employed position
> Benefits package covers Health insurance, malpractice, 3 weeks vacation
> plus days for CME, Dues,

**CONFIDENTIAL**

Facility is a state of the art facility designed to provide comprehensive patient care, from diagnostic to continuing care. Per client, "We provide diagnostic tests such as x-rays, blood tests, bone mass density measurements, and nerve conduction studies as well as physical and occupational therapy on site." They have IV infusion center, MRI,

Lead physician and experienced staff make every effort to make appropriate diagnosis and provide the best treatment.Practice affiliated with AARA, one of highest producing members

The office is conveniently located across from a major Medical Center and has ample parking with access for the handicapped.

- **********************************

-

FLRHEUM710

Palm Beach County RHEUM search

- Well established and reputable practice with experienced staff
- Family environment
- Infusion room, x-ray room, bone density testing on site
- Hours M-Th 8:30-5, Fri 7:30-2
- 5 days CME
- Competitive salary
- PTO/Vacation, 401K
- Opportunity for partnership
- Part of American Arthritis And Rheumatology Association
- More details will be available if interested, make sure I have your updated CV and phone #!

Thank you,

Marci Tromberg
**1888MDSEARCH, Inc.**
direct line: 954 346 5142
e-mail: marci@1888mdsearch.com
Parkland, FL  33076
www.1888mdsearch.com

Plaintiff's Exhibit 88

CONFIDENTIAL

| | |
|---|---|
| **From:** | Marci Tromberg |
| **To:** | Sari Edelman |
| **Subject:** | re[4]: re FL RHEUM options |
| **Date:** | Friday, December 11, 2020 12:07:34 PM |

OK I will call you when I get confirmation from Palm Beach client being active still, they had 2 pending....
Marci

---------------------- Original Message ----------------------
**From:** Sari Edelman <drsariedelman@gmail.com>
**To:** Marci Tromberg <marci@1888mdsearch.com>
**Cc:**
**Date:** Fri, 11 Dec 2020 11:49:27 -0500
**Subject:** Re: re[2]: re FL RHEUM options

We are not looking in jacksonville

On Fri, Dec 11, 2020 at 11:48 AM Marci Tromberg <marci@1888mdsearch.com> wrote:
Hi,
I am waiting to hear back from Palm Beach.
Do you want to speak further about Jacksonville at this point?
Marci

---------------------- Original Message ----------------------
**From:** Sari Edelman <drsariedelman@gmail.com>
**To:** Marci Tromberg <marci@1888mdsearch.com>
**Cc:**
**Date:** Tue, 8 Dec 2020 20:56:04 -0500
**Subject:** Re: re FL RHEUM options

Please call me on this on number in CV. It's private cell.

On Tue, Dec 8, 2020 at 11:32 AM Marci Tromberg <marci@1888mdsearch.com> wrote:
FLRHEUM572
Florida
Rheumatologist
North FL area client looking to hire an additional Rheumatologist
Current practice has 1 Rheumatologists, 1 PA and 1 ARNP. The practice is well established for over 30 years!

Looking for hard working, business savvy physician. Lead physician thinking of retiring in 3-5 years and would like to find someone who would be interested in running the practice down the road! Extremely busy practice and very established mid-levels!

1 year to partnership track with buy-in (calculated based on practice value)
Employed position
Benefits package covers Health insurance, malpractice, 3 weeks vacation plus days for CME, Dues,

Plaintiff's Exhibit 88

CONFIDENTIAL

Facility is a state of the art facility designed to provide comprehensive patient care, from diagnostic to continuing care. Per client, "We provide diagnostic tests such as x-rays, blood tests, bone mass density measurements, and nerve conduction studies as well as physical and occupational therapy on site." They have IV infusion center, MRI, Lead physician and experienced staff make every effort to make appropriate diagnosis and provide the best treatment.Practice affiliated with AARA, one of highest producing members

The office is conveniently located across from a major Medical Center and has ample parking with access for the handicapped.

- *********************************

-

FLRHEUM710

Palm Beach County RHEUM search

- Well established and reputable practice with experienced staff
- Family environment
- Infusion room, x-ray room, bone density testing on site
- Hours M-Th 8:30-5, Fri 7:30-2
- 5 days CME
- Competitive salary
- PTO/Vacation, 401K
- Opportunity for partnership
- Part of American Arthritis And Rheumatology Association
- More details will be available if interested, make sure I have your updated CV and phone #!

Thank you,

Marci Tromberg
**1888MDSEARCH, Inc.**
direct line: 954 346 5142
e-mail: marci@1888mdsearch.com
Parkland, FL  33076
www.1888mdsearch.com

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Patrice Boston |
| **To:** | drsariedelman@gmail.com |
| **Subject:** | Re: Seeking Rheumatology Position |
| **Date:** | Thursday, December 10, 2020 8:31:47 PM |

Hi Dr. Edelman,

Thank you for your response.  I, unfortunately, do not have any opportunities in my market that fit your search criteria.  However, I will make my colleagues aware of your search.  We own over 90 hospitals within the United States and if my colleagues have an opening they will contact you directly.

We wish you the best in your professional endeavors.

**Patrice Boston** | Physician Recruitment Coordinator |Medical Staff Development Department| www.chsmedcareers.com | Community Health Systems|4000 Meridian Blvd. | Franklin, TN  37067 | Tel: 615.465.7229 ❓❓❓❓|
patrice_boston@chs.net

On Mon, Dec 7, 2020 at 8:26 AM Todd Hewett <todd_hewett@chs.net> wrote:

> Todd Hewett – Regional Director – Medical Staff Development – Community Health Systems - 4000 Meridian
> Boulevard Franklin, TN 37067
>
>
>
>
> ---------- Forwarded message ---------
> From: **Sari Edelman** <drsariedelman@gmail.com>
> Date: Sun, Dec 6, 2020 at 5:48 PM
> Subject: [EXTERNAL] Seeking Rheumatology Position
> To: <lori_graham@chs.net>
> Cc: <Todd_Hewett@chs.net>
>
>
> Hi,
>
> My name is Sari Edelman. I plan to relocate to the area in the next 3-6 months.  I am seeking a position as a rheumatologist.  Presently I am employed by NYU Langone in New York, am board certified in IM and rheumatology.  I have been practicing for sixteen years and am looking for a change of pace for my family.
>
> I attached my CV for you.  Please feel free to contact me at 516-551-5837 ❓or at

**P93**

**CONFIDENTIAL**

drsariedelman@gmail.com.


Regards,

Sari Edelman, D.O.

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Patrice Boston |
| **To:** | drsariedelman@gmail.com |
| **Subject:** | Re: Seeking Rheumatology Position |
| **Date:** | Thursday, December 10, 2020 8:31:47 PM |

Hi Dr. Edelman,

Thank you for your response.  I, unfortunately, do not have any opportunities in my market that fit your search criteria.  However, I will make my colleagues aware of your search.  We own over 90 hospitals within the United States and if my colleagues have an opening they will contact you directly.

We wish you the best in your professional endeavors.

**Patrice Boston** | Physician Recruitment Coordinator |Medical Staff Development Department| www.chsmedcareers.com | Community Health Systems|4000 Meridian Blvd. | Franklin, TN  37067 | Tel: 615.465.7229 ☐ ☐ ☐ ☐ | patrice_boston@chs.net

On Mon, Dec 7, 2020 at 8:26 AM Todd Hewett <todd_hewett@chs.net> wrote:

Todd Hewett – Regional Director – Medical Staff Development – Community Health Systems - 4000 Meridian Boulevard Franklin, TN 37067

---------- Forwarded message ---------
From: **Sari Edelman** <drsariedelman@gmail.com>
Date: Sun, Dec 6, 2020 at 5:48 PM
Subject: [EXTERNAL] Seeking Rheumatology Position
To: <lori_graham@chs.net>
Cc: <Todd_Hewett@chs.net>

Hi,

My name is Sari Edelman. I plan to relocate to the area in the next 3-6 months.  I am seeking a position as a rheumatologist.  Presently I am employed by NYU Langone in New York, am board certified in IM and rheumatology.  I have been practicing for sixteen years and am looking for a change of pace for my family.

I attached my CV for you.  Please feel free to contact me at 516-551-5837 ☐ or at

**CONFIDENTIAL**

drsariedelman@gmail.com.


Regards,

Sari Edelman, D.O.

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Mary Jo Walsh-Watson |
| **To:** | Sari Edelman |
| **Subject:** | Re: Mountaineer"s School of Autism |
| **Date:** | Thursday, December 10, 2020 12:32:13 PM |

Hello Sari,

As a nurse for over 20 years....I respect patient care too much. Please do not reschedule patients.  I am happy to accommodate our call/tour tomorrow at 1:30. Please let me know if you would like to do this via zoom or facetime.

Mary Jo Walsh-Watson, B.S.N., R.N.
Founder/Principal
Mountaineer's School of Autism, Inc.
Mountaineer's Academy, Inc.
Mountaineer's Therapeutic Center, Inc.
561-932-3938
www.msainc.org

*"Stepping out of survival and into success"*

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Thursday, December 10, 2020 7:36 AM
**To:** Mary Jo Walsh-Watson <maryjo@msainc.org>
**Subject:** Re: Mountaineer's School of Autism

Good morning,

The afternoon works better for me tomorrow,  at or after 1:30.  If you feel it is best to see the morning I can adjust my patient hours for next week.

Thank you
Sari Edelman

On Wed, Dec 9, 2020 at 9:54 PM Mary Jo Walsh-Watson <maryjo@msainc.org> wrote:
Good evening Sari.  Friday is good for me as well.  Please let me know what time is better.
We can try for maybe 10:30 am and as I walk around you can see the classes in action or
later in the day when it is less children.  Just let me know.  ☺

Mary Jo Walsh-Watson, B.S.N., R.N.
Founder/Principal
Mountaineer's School of Autism, Inc.
Mountaineer's Academy, Inc.
Mountaineer's Therapeutic Center, Inc.
561-932-3938 (Cell)
561-530-3532 (Office)
www.msainc.org

**CONFIDENTIAL**

"Stepping out of survival and into success"

CONFIDENTIALITY NOTICE: This message and any attachments are for the sole use of
the intended recipient (s) and may contain confidential and privileged information that is
exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is
prohibited. If you have received this message in error please contact the sender by phone or
electronic message and then destroy all copies of the original message.

---

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Wednesday, December 9, 2020 9:21:39 AM
**To:** Mary Jo Walsh-Watson <maryjo@msainc.org>
**Subject:** Re: Mountaineer's School of Autism

Hello

Thank you for getting back to me so quickly. Friday afternoons work best for me after 1.  I
would love virtual tour and learn more about the program.

Sari Edelman

On Mon, Dec 7, 2020 at 1:15 PM Mary Jo Walsh-Watson <maryjo@msainc.org> wrote:
> Hello, thank you for your interest in Mountaineers. We would be happy to schedule a
> virtual tour and we may discuss your possible move to Florida and the educational and
> therapeutic options you have available. Please let me know what day and time works best
> for you.
>
> Warmly,
>
> Mary Jo Walsh-Watson, B.S.N., R.N.
> Founder/Principal
> Mountaineer's School of Autism, Inc.
> Mountaineer's Academy, Inc.
> Mountaineer's Therapeutic Center, Inc.
> 561-932-3938
> www.msainc.org
>
> "*Stepping out of survival and into success*"

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Mary Jo Walsh-Watson |
| **To:** | Sari Edelman |
| **Subject:** | Re: Mountaineer"s School of Autism |
| **Date:** | Thursday, December 10, 2020 12:32:13 PM |

Hello Sari,

As a nurse for over 20 years....I respect patient care too much. Please do not reschedule patients.  I am happy to accommodate our call/tour tomorrow at 1:30. Please let me know if you would like to do this via zoom or facetime.

Mary Jo Walsh-Watson, B.S.N., R.N.
Founder/Principal
Mountaineer's School of Autism, Inc.
Mountaineer's Academy, Inc.
Mountaineer's Therapeutic Center, Inc.
561-932-3938
www.msainc.org

"*Stepping out of survival and into success*"

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Thursday, December 10, 2020 7:36 AM
**To:** Mary Jo Walsh-Watson <maryjo@msainc.org>
**Subject:** Re: Mountaineer's School of Autism

Good morning,

The afternoon works better for me tomorrow,  at or after 1:30.  If you feel it is best to see the morning I can adjust my patient hours for next week.

Thank you
Sari Edelman

On Wed, Dec 9, 2020 at 9:54 PM Mary Jo Walsh-Watson <maryjo@msainc.org> wrote:
> Good evening Sari.  Friday is good for me as well.  Please let me know what time is better.
> We can try for maybe 10:30 am and as I walk around you can see the classes in action or
> later in the day when it is less children.  Just let me know.  ☺
>
> Mary Jo Walsh-Watson, B.S.N., R.N.
> Founder/Principal
> Mountaineer's School of Autism, Inc.
> Mountaineer's Academy, Inc.
> Mountaineer's Therapeutic Center, Inc.
> 561-932-3938 (Cell)
> 561-530-3532 (Office)
> www.msainc.org

CONFIDENTIAL

"Stepping out of survival and into success"

CONFIDENTIALITY NOTICE: This message and any attachments are for the sole use of the intended recipient (s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error please contact the sender by phone or electronic message and then destroy all copies of the original message.

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Wednesday, December 9, 2020 9:21:39 AM
**To:** Mary Jo Walsh-Watson <maryjo@msainc.org>
**Subject:** Re: Mountaineer's School of Autism

Hello

Thank you for getting back to me so quickly. Friday afternoons work best for me after 1.  I would love virtual tour and learn more about the program.

Sari Edelman

On Mon, Dec 7, 2020 at 1:15 PM Mary Jo Walsh-Watson <maryjo@msainc.org> wrote:
Hello, thank you for your interest in Mountaineers. We would be happy to schedule a virtual tour and we may discuss your possible move to Florida and the educational and therapeutic options you have available. Please let me know what day and time works best for you.

Warmly,

Mary Jo Walsh-Watson, B.S.N., R.N.
Founder/Principal
Mountaineer's School of Autism, Inc.
Mountaineer's Academy, Inc.
Mountaineer's Therapeutic Center, Inc.
561-932-3938
www.msainc.org

"*Stepping out of survival and into success*"

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Marci Tromberg |
| **To:** | Sari Edelman |
| **Subject:** | re[2]: Do you have a direct line? |
| **Date:** | Wednesday, December 9, 2020 1:01:58 PM |

Hi...
I wasn't able to call after 4:30 ....
I am waiting to hear back from the Palm Beach client...
In the meantime, would you be open to Jacksonville? Seems to be a goldmine with succession planning underway.

Let me know. I can send you those details.
Marci

> 516-551-5837 <


----------------------- **Original Message** -----------------------

**From:** Sari Edelman <drsariedelman@gmail.com>
**To:** Marci Tromberg <marci@1888mdsearch.com>
**Cc:**
**Date:** Tue, 8 Dec 2020 12:14:49 -0500
**Subject:** <u>Re: Do you have a direct line?</u>

516-551-5837  after 4:30

On Tue, Dec 8, 2020 at 12:14 PM Marci Tromberg <marci@1888mdsearch.com> wrote:

Hi,
I tried the # I was given for you but it's a work line... do you have a cell phone or home line I can reach you on?
Best time to call?
Sent you some of my FL write ups for options.


Thank you,

Marci Tromberg
**1888MDSEARCH, Inc.**
direct line: 954 346 5142
e-mail: marci@1888mdsearch.com
Parkland, FL  33076
www.1888mdsearch.com

Plaintiff's Exhibit 88

**P101**

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Marci Tromberg |
| **To:** | Sari Edelman |
| **Subject:** | re[2]: Do you have a direct line? |
| **Date:** | Wednesday, December 9, 2020 1:01:58 PM |

Hi...
I wasn't able to call after 4:30 ....
I am waiting to hear back from the Palm Beach client...
In the meantime, would you be open to Jacksonville? Seems to be a goldmine with succession planning underway.

Let me know. I can send you those details.
Marci

> 516-551-5837 <

---------------------- **Original Message** ----------------------

**From:** Sari Edelman <drsariedelman@gmail.com>
**To:** Marci Tromberg <marci@1888mdsearch.com>
**Cc:**
**Date:** Tue, 8 Dec 2020 12:14:49 -0500
**Subject:** Re: Do you have a direct line?

516-551-5837  after 4:30

On Tue, Dec 8, 2020 at 12:14 PM Marci Tromberg <marci@1888mdsearch.com> wrote:

Hi,
I tried the # I was given for you but it's a work line... do you have a cell phone or home line I can reach you on?
Best time to call?
Sent you some of my FL write ups for options.

Thank you,

Marci Tromberg
**1888MDSEARCH, Inc.**
direct line: 954 346 5142
e-mail: marci@1888mdsearch.com
Parkland, FL  33076
www.1888mdsearch.com

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Craig Deligdish |
| **To:** | "Sari Edelman" |
| **Subject:** | RE: OMNI Healthcare Inc. |
| **Date:** | Tuesday, December 8, 2020 5:35:49 PM |

Great

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Tuesday, December 8, 2020 5:35 PM
**To:** Craig Deligdish <deligdishc@omnihealthcare.com>
**Subject:** Re: OMNI Healthcare Inc.

Dr. Deligdish

Thank you so much for your time. It was very helpful speaking with you as well. I will look everything over and get back to you soon with questions.

I would like to touch base at the end of the week.

Dr. Edelman

On Tue, Dec 8, 2020 at 5:26 PM Craig Deligdish <deligdishc@omnihealthcare.com> wrote:

> Dr. Edelman:
>
> It was a pleasure speaking with you.  Please see attached.
>
> Craig Deligdish, MD
> Associate Professor of Medicine
> University of Central Florida College of Medicine
> Medical Director
> Parrish Cancer Center-A Member of the Mayo Clinic Network
> President
> OMNI Healthcare
> 1344 South Apollo Blvd.
> Melbourne, FL 32901
> www.omnihealthcare.com
> Tel: 321-727-3495
> Cell: 321-223-3196

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Craig Deligdish |
| **To:** | "Sari Edelman" |
| **Subject:** | RE: OMNI Healthcare Inc. |
| **Date:** | Tuesday, December 8, 2020 5:35:49 PM |

Great

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Tuesday, December 8, 2020 5:35 PM
**To:** Craig Deligdish <deligdishc@omnihealthcare.com>
**Subject:** Re: OMNI Healthcare Inc.

Dr. Deligdish

Thank you so much for your time. It was very helpful speaking with you as well. I will look everything over and get back to you soon with questions.

I would like to touch base at the end of the week.

Dr. Edelman

On Tue, Dec 8, 2020 at 5:26 PM Craig Deligdish <deligdishc@omnihealthcare.com> wrote:

> Dr. Edelman:
>
> It was a pleasure speaking with you.  Please see attached.
>
> Craig Deligdish, MD
> Associate Professor of Medicine
> University of Central Florida College of Medicine
> Medical Director
> Parrish Cancer Center-A Member of the Mayo Clinic Network
> President
> OMNI Healthcare
> 1344 South Apollo Blvd.
> Melbourne, FL 32901
> www.omnihealthcare.com
> Tel: 321-727-3495
> Cell: 321-223-3196

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Calvin Stanford Jr. |
| **To:** | Sari Edelman; Kendra Thompson |
| **Subject:** | Merritt Hawkins Call |

Date: Thursday, December 10th
Time: 5:00pmET/4:00pmCT
Physician: Dr. Sari Edelman
Recruiter: Kendra Thompson
Physician Liaison: CJ Stafnord

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Kotomski, Sophie |
| **To:** | Bernstein, Lana; "Sari Edelman" |
| **Subject:** | Drs. Lana Bernstein and Sari Edelman Meet re: Rheumatology Greenwich |

Sophie Kotomski is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://ynhh.zoom.us/j/93060160686?pwd=aS83QjFQeStzNkY2K25WZUh6MXBtUT09

Meeting ID: 930 6016 0686
Passcode: 805204
One tap mobile
+13017158592,,93060160686#,,,,,,0#,,805204# US (Washington D.C)
+13126266799,,93060160686#,,,,,,0#,,805204# US (Chicago)

Dial by your location
        +1 301 715 8592 US (Washington D.C)
        +1 312 626 6799 US (Chicago)
        +1 929 205 6099 US (New York)
        +1 253 215 8782 US (Tacoma)
        +1 346 248 7799 US (Houston)
        +1 669 900 6833 US (San Jose)
Meeting ID: 930 6016 0686
Passcode: 805204
Find your local number: https://ynhh.zoom.us/u/auDV7GOIk

Join by SIP
93060160686@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
69.174.57.160 (Canada)
207.226.132.110 (Japan)
Meeting ID: 930 6016 0686
Passcode: 805204

This message originates from the Yale New Haven Health System. The information contained in this message may be privileged and confidential. If you are the intended recipient you must maintain this message in a secure and confidential manner. If you are not the intended recipient, please notify the sender immediately and destroy this message. Thank you.

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Kotomski, Sophie |
| **To:** | Bernstein, Lana; "Sari Edelman" |
| **Subject:** | Drs. Lana Bernstein and Sari Edelman Meet re: Rheumatology Greenwich |

Sophie Kotomski is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://ynhh.zoom.us/j/93060160686?pwd=aS83QjFQeStzNkY2K25WZUh6MXBtUT09

Meeting ID: 930 6016 0686
Passcode: 805204
One tap mobile
+13017158592,,93060160686#,,,,,,0#,,805204# US (Washington D.C)
+13126266799,,93060160686#,,,,,,0#,,805204# US (Chicago)

Dial by your location
        +1 301 715 8592 US (Washington D.C)
        +1 312 626 6799 US (Chicago)
        +1 929 205 6099 US (New York)
        +1 253 215 8782 US (Tacoma)
        +1 346 248 7799 US (Houston)
        +1 669 900 6833 US (San Jose)
Meeting ID: 930 6016 0686
Passcode: 805204
Find your local number: https://ynhh.zoom.us/u/auDV7GOIk

Join by SIP
93060160686@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
69.174.57.160 (Canada)
207.226.132.110 (Japan)
Meeting ID: 930 6016 0686
Passcode: 805204

This message originates from the Yale New Haven Health System. The information contained in this message may be privileged and confidential. If you are the intended recipient you must maintain this message in a secure and confidential manner. If you are not the intended recipient, please notify the sender immediately and destroy this message. Thank you.

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | DocCafe.com |
| **To:** | sari edelman |
| **Subject:** | DocCafe.com - The nitty gritty |
| **Date:** | Friday, December 4, 2020 1:00:46 AM |



**sari,**

**You've had a few days to check out DocCafe.com, so let's get down to the nitty gritty.**

**Who are we?**

*First things first. We ( DocCafe.com ) are not recruiting or hiring for DocCafe.com. Sorry!*

We are a job board that connects candidates (that's you!) to recruiters and employers who are hiring. As a candidate, you can search thousands of job opportunities to find the one that's right for you!

Don't want to spend hours searching? Let employers come to you! By making your profile visible, employers will be able to find you in search results and job match systems. And contact you (privately via your account) with great job opportunities!

Contact information for companies that are manually vetted with a fine-tooth comb to use our site is readily available to all registered candidates on company pages.

**Account details:**

Here is the login information you provided during registration. Please save this email in a safe location for future reference.

**URL:** https://www.doccafe.com/login

**Email:** drsariedelman@gmail.com

**Here's how you can benefit from all the DocCafe.com features, and stand out to employers:**

- Upload a current CV

- Complete your personal profile

- Search current job openings

- Save job alerts tailored to your needs

**CONFIDENTIAL**

- Apply to jobs!

### So now that you have an account, what's next?

Fill out your profile as completely as possible. Our most successful candidates who get snatched up by the best employers (and find their dream jobs!) have a complete profile and upload a CV. Plus, a CV lets you apply quickly to jobs!

### Ready to get started?

Upload CV          View Jobs

### Want more information?

Questions? Contact us 24/7 at contact@doccafe.com or visit our Frequently Asked Questions page.
Your satisfaction is our priority. If you are not completely satisfied with your job search experience, let us know.

### Thank you,

The DocCafe.com staff

support@doccafe.com

(574) 453-3131

**DocCafe.com, LLC**
**R5435 Star Dust Lane, Ringle, WI 54471**
**contact@doccafe.com  |  5744533131**

Plaintiff's Exhibit 88

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | DocCafe.com |
| **To:** | sari edelman |
| **Subject:** | DocCafe.com - The nitty gritty |
| **Date:** | Friday, December 4, 2020 1:00:46 AM |



**sari,**

**You've had a few days to check out DocCafe.com, so let's get down to the nitty gritty.**

### Who are we?

*First things first. We ( DocCafe.com ) are not recruiting or hiring for DocCafe.com. Sorry!*

We are a job board that connects candidates (that's you!) to recruiters and employers who are hiring. As a candidate, you can search thousands of job opportunities to find the one that's right for you!

Don't want to spend hours searching? Let employers come to you! By making your profile visible, employers will be able to find you in search results and job match systems. And contact you (privately via your account) with great job opportunities!

Contact information for companies that are manually vetted with a fine-tooth comb to use our site is readily available to all registered candidates on company pages.

### Account details:

Here is the login information you provided during registration. Please save this email in a safe location for future reference.

**URL:** https://www.doccafe.com/login

**Email:** drsariedelman@gmail.com

### Here's how you can benefit from all the DocCafe.com features, and stand out to employers:

- Upload a current CV

- Complete your personal profile

- Search current job openings

- Save job alerts tailored to your needs

CONFIDENTIAL

- Apply to jobs!

**So now that you have an account, what's next?**

Fill out your profile as completely as possible. Our most successful candidates who get snatched up by the best employers (and find their dream jobs!) have a complete profile and upload a CV. Plus, a CV lets you apply quickly to jobs!

**Ready to get started?**

Upload CV          View Jobs

**Want more information?**

Questions? Contact us 24/7 at contact@doccafe.com or visit our Frequently Asked Questions page.
Your satisfaction is our priority. If you are not completely satisfied with your job search experience, let us know.

**Thank you,**

The DocCafe.com staff

support@doccafe.com

(574) 453-3131

**DocCafe.com, LLC**
**R5435 Star Dust Lane, Ringle, WI 54471**
contact@doccafe.com  |  5744533131

Plaintiff's Exhibit 88

**P111**

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Sikon, Nicholas H. |
| **To:** | drsariedelman@gmail.com |
| **Cc:** | Mercado, Eileen |
| **Subject:** | Follow Up |
| **Date:** | Thursday, December 3, 2020 6:21:32 PM |

Sari,

It was a pleasure speaking with you tonight. If you have any questions regarding what we discussed or wish to schedule a consultation, please let me know. I'm copying in my Assistant, Eileen Mercado, who can assist with scheduling.

Best,

Nick

**Outten & Golden LLP**



**Nicholas H. Sikon | Partner**
685 Third Ave 25th Floor | New York, NY 10017
T 212-245-1000 | F 646-952-9103
nsikon@outtengolden.com | Bio

   

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

*Please consider the environment before printing this e-mail.*

CONFIDENTIAL

| | |
|---|---|
| **From:** | Sikon, Nicholas H. |
| **To:** | drsariedelman@gmail.com |
| **Cc:** | Mercado, Eileen |
| **Subject:** | Follow Up |
| **Date:** | Thursday, December 3, 2020 6:21:32 PM |

Sari,

It was a pleasure speaking with you tonight. If you have any questions regarding what we discussed or wish to schedule a consultation, please let me know. I'm copying in my Assistant, Eileen Mercado, who can assist with scheduling.

Best,

Nick

Outten & Golden LLP



**Nicholas H. Sikon | Partner**
685 Third Ave 25th Floor | New York, NY 10017
T 212-245-1000 | F 646-952-9103
nsikon@outtengolden.com | Bio

  

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

*Please consider the environment before printing this e-mail.*

Plaintiff's Exhibit 88

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Max Stedman |
| **To:** | drsariedelman@gmail.com |
| **Subject:** | Rheumatology ( RHEUM ) - Multi-Specialty Group - Louisiana |
| **Date:** | Thursday, December 3, 2020 6:00:09 PM |

If you're having trouble viewing this email, you may see it online.

Share this: 🔲 🔲 🔲 🔲

Dr. Edelman,

I would like to speak with you regarding the job outlined below.  Let me know if you are interested in talking about the specifics.

**COMPENSATION AND BENEFITS Rheumatology ( RHEUM )**

- Base Salary + Uncapped Collections
- Sign on, Relocation, PTO & CME Offered
- Health, Dental, Vision, 401K & Life Insurance offered
- Retirement with match and Stock Options Available

**RESPONSIBILITIES AND FACILITY DETAILS Rheumatology ( RHEUM )**

- General Rheumatology Practice with draw area of 300,000+
- Scribes added as patient volume increases
- Beautiful, state-of-the-art Specialty building with fully staffed clinics in the heart of downtown
- Specialties Welcome

**QUALIFICATIONS AND SKILLS Rheumatology ( RHEUM )**

- Board Certified or Eligible with intent to certify
- We can sponsor J1 & H1B visas

**COMMUNITY Rheumatology ( RHEUM )**

- Metro Population of 200,000+
- Public & Private Schools Available plus a Local Division 1 University
- Local Domestic Airport
- Safe and Diverse Community

**REFERENCE NUMBER: 151022**

**ABOUT DELTA PHYSICIAN PLACEMENT**

Delta Physician Placement (DPP), the permanent staffing division of The Delta Companies, identifies qualified Physicians, Advanced Practitioners, Allied Health, and Therapist on behalf of healthcare facilities nationwide. A single point of contact assists you with coordinating communication with the hiring manager, negotiating contractual details, and coordinating any necessary travel. The company has been recognized with several Best of Staffing® Awards. Visit www.deltaplacement.com for more information.

If you're interested in the above opportunity CLICK HERE to apply directly to this job or reply to this email.

Max Stedman
(214) 442-4009

Plaintiff's Exhibit 88

**CONFIDENTIAL**

mstedman@deltaplacement.com
Delta Physician Placement

Not interested in this opportunity? CLICK HERE to view more.

www.deltaplacement.com

3100 Olympus Blvd, Suite 500 | Dallas, TX 75019 United States

This email was sent to **drsariedelman@gmail.com**. To ensure that you continue receiving our emails, please add us to your address book or safe list.

**manage** your preferences | **opt out** using **TrueRemove**®.

Got this as a forward? **Sign up** to receive our future emails.

CONFIDENTIAL

| | |
|---|---|
| **From:** | Max Stedman |
| **To:** | drsariedelman@gmail.com |
| **Subject:** | Rheumatology ( RHEUM ) - Multi-Specialty Group - Louisiana |
| **Date:** | Thursday, December 3, 2020 6:00:09 PM |

If you're having trouble viewing this email, you may see it online.

Share this:  ☐ ☐ ☐ ☐

Dr. Edelman,

I would like to speak with you regarding the job outlined below.  Let me know if you are interested in talking about the specifics.

**COMPENSATION AND BENEFITS Rheumatology ( RHEUM )**

- Base Salary + Uncapped Collections
- Sign on, Relocation, PTO & CME Offered
- Health, Dental, Vision, 401K & Life Insurance offered
- Retirement with match and Stock Options Available

**RESPONSIBILITIES AND FACILITY DETAILS Rheumatology ( RHEUM )**

- General Rheumatology Practice with draw area of 300,000+
- Scribes added as patient volume increases
- Beautiful, state-of-the-art Specialty building with fully staffed clinics in the heart of downtown
- Specialties Welcome

**QUALIFICATIONS AND SKILLS Rheumatology ( RHEUM )**

- Board Certified or Eligible with intent to certify
- We can sponsor J1 & H1B visas

**COMMUNITY Rheumatology ( RHEUM )**

- Metro Population of 200,000+
- Public & Private Schools Available plus a Local Division 1 University
- Local Domestic Airport
- Safe and Diverse Community

**REFERENCE NUMBER: 151022**

**ABOUT DELTA PHYSICIAN PLACEMENT**

Delta Physician Placement (DPP), the permanent staffing division of The Delta Companies, identifies qualified Physicians, Advanced Practitioners, Allied Health, and Therapist on behalf of healthcare facilities nationwide. A single point of contact assists you with coordinating communication with the hiring manager, negotiating contractual details, and coordinating any necessary travel. The company has been recognized with several Best of Staffing® Awards. Visit www.deltaplacement.com for more information.

If you're interested in the above opportunity CLICK HERE to apply directly to this job or reply to this email.

Max Stedman
(214) 442-4009

**CONFIDENTIAL**

mstedman@deltaplacement.com
Delta Physician Placement

Not interested in this opportunity? CLICK HERE to view more.

www.deltaplacement.com

3100 Olympus Blvd, Suite 500 | Dallas, TX 75019 United States

This email was sent to **drsariedelman@gmail.com**. To ensure that you continue receiving our emails, please add us to your address book or safe list.

**manage** your preferences | **opt out** using **TrueRemove**®.

Got this as a forward? **Sign up** to receive our future emails.

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Enterprise Medical Recruiting |
| **To:** | drsariedelman@gmail.com |
| **Subject:** | Thank you for your application |
| **Date:** | Thursday, December 3, 2020 3:52:46 PM |

Thank you for contacting Enterprise Medical Recruiting regarding your job search! Please provide us with the following information and Penny Meyer will contact you with positions which meet your needs.

1. What is your geographical preference (states and/or cities)?
2. What is your timeframe for your change in jobs?

If you prefer to discuss your search via phone please call us at (636) 449-4100 or respond to this email with a good time and number for us to reach you.

If I can be of any further assistance please let me know.

Paul Smallwood
Executive Vice President and Managing Partner
(o) 636-449-4100
(c) 314-707-0919
psmallwood@enterprisemed.com



**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Enterprise Medical Recruiting |
| **To:** | drsariedelman@gmail.com |
| **Subject:** | Thank you for your application |
| **Date:** | Thursday, December 3, 2020 3:52:46 PM |

Thank you for contacting Enterprise Medical Recruiting regarding your job search! Please provide us with the following information and Penny Meyer will contact you with positions which meet your needs.

1. What is your geographical preference (states and/or cities)?
2. What is your timeframe for your change in jobs?

If you prefer to discuss your search via phone please call us at (636) 449-4100 or respond to this email with a good time and number for us to reach you.

If I can be of any further assistance please let me know.

Paul Smallwood
Executive Vice President and Managing Partner
(o) 636-449-4100
(c) 314-707-0919
psmallwood@enterprisemed.com



**CONFIDENTIAL**

| | |
|---|---|
| **From:** | David Wolfe |
| **To:** | sari edelman |
| **Subject:** | DocCafe.com - Openings for you |
| **Date:** | Thursday, December 3, 2020 3:27:30 PM |

Dr. edelman,
I saw your resume.  We have 700 medical centers nationally that we place MDs in…..we do perm placements for MDs.

- What locations are you open to being long term? (be specific)
- When do you want to start full time?
- What are your top 2-3 strengths as a provider?
- How many years have you practiced as an MD in total?

Call me anytime -843-574-8234- or respond to this email.
Thanks!
Katie


Thank you,
Katie Patterson
National Director of Recruitment
NOW Healthcare Recruiting

If you do not wish to receive further communications like this, please click here:
https://www.doccafe.com/candidate/unsubscribe/confirmation to unsubscribe.

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | David Wolfe |
| **To:** | sari edelman |
| **Subject:** | DocCafe.com - Openings for you |
| **Date:** | Thursday, December 3, 2020 3:27:30 PM |

Dr. edelman,

I saw your resume.  We have 700 medical centers nationally that we place MDs in…..we do perm placements for MDs.

- What locations are you open to being long term? (be specific)
- When do you want to start full time?
- What are your top 2-3 strengths as a provider?
- How many years have you practiced as an MD in total?

Call me anytime -843-574-8234- or respond to this email.
Thanks!
Katie

Thank you,
Katie Patterson
National Director of Recruitment
NOW Healthcare Recruiting

If you do not wish to receive further communications like this, please click here:
https://www.doccafe.com/candidate/unsubscribe/confirmation to unsubscribe.

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Dan Morton |
| **To:** | sari edelman |
| **Subject:** | DocCafe.com - Outpatient Rheumatology in Minnesota - Create your own Schedule |
| **Date:** | Thursday, December 3, 2020 3:27:19 PM |

Hi Dr. edelman,

We connected briefly a few months ago about a Rheumatology opening in Minnesota and I wanted to circle back to see if you might still be in the job market?  As a reminder, basic details on the position are below.

- 3 or 4-day work week; can work full or part-time
- Outpatient only; no call
- Join 1 other physician and advanced practitioner
- Beautiful area that is a summer tourist destination

Thanks so much, I look forward to hearing from you.

Dan Morton, Search Consultant
Cell/Text: 469-909-6694
Dmorton@jacksonphysiciansearch.com

OP Rheumatology Position in Minnesota Lake Country | 3 or 4 day week | No Call
https://www.doccafe.com/job/physician/rheumatology/3841547/op-rheumatology-position-in-minnesota-lake-country-3-or-4-day-week-no-call

If you do not wish to receive further communications like this, please click here:
https://www.doccafe.com/candidate/unsubscribe/confirmation to unsubscribe.

Plaintiff's Exhibit 88

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Dan Morton |
| **To:** | sari edelman |
| **Subject:** | DocCafe.com - Outpatient Rheumatology in Minnesota - Create your own Schedule |
| **Date:** | Thursday, December 3, 2020 3:27:19 PM |

Hi Dr. edelman,

We connected briefly a few months ago about a Rheumatology opening in Minnesota and I wanted to circle back to see if you might still be in the job market?  As a reminder, basic details on the position are below.

- 3 or 4-day work week; can work full or part-time
- Outpatient only; no call
- Join 1 other physician and advanced practitioner
- Beautiful area that is a summer tourist destination

Thanks so much, I look forward to hearing from you.

Dan Morton, Search Consultant
Cell/Text: 469-909-6694
Dmorton@jacksonphysiciansearch.com

OP Rheumatology Position in Minnesota Lake Country | 3 or 4 day week | No Call
https://www.doccafe.com/job/physician/rheumatology/3841547/op-rheumatology-position-in-minnesota-lake-country-3-or-4-day-week-no-call

If you do not wish to receive further communications like this, please click here:
https://www.doccafe.com/candidate/unsubscribe/confirmation to unsubscribe.

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | support@directshifts.com |
| **To:** | drsariedelman@gmail.com |
| **Subject:** | Your application at DirectShifts |
| **Date:** | Thursday, December 3, 2020 7:37:24 AM |





Hi Dr. Sari D. Edelman,

Thank you for your interest in **The Hirsh Center**! We wanted to confirm that we have received your application for **Rheumatologist Job in Delray Beach, FL** at **Delray Beach, FL**.

We will keep you posted about updates to your application. You can view your application by clicking on the button below.

**View Application**

### Why DirectShifts?

- Detailed, transparent job listings.
- Directly connect to active employers.
- Unbeatable salaries for locums, part-time, and permanent roles.
- Easy online applications and credentialing - no faxes.
- Free licensing, malpractice coverage, career help for hires.

### About Us

Our team of physicians and entrepreneurs makes clinician job searches easier!

DirectShifts connects you directly to hospitals and healthcare employers.

Use our platform to skip external staffing agencies and other middlemen.

  

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | support@directshifts.com |
| **To:** | drsariedelman@gmail.com |
| **Subject:** | Your application at DirectShifts |
| **Date:** | Thursday, December 3, 2020 7:37:24 AM |





Hi Dr. Sari D. Edelman,

Thank you for your interest in **The Hirsh Center**! We wanted to confirm that we have received your application for **Rheumatologist Job in Delray Beach, FL** at **Delray Beach, FL**.

We will keep you posted about updates to your application. You can view your application by clicking on the button below.

**View Application**

### Why DirectShifts?

- Detailed, transparent job listings.
- Directly connect to active employers.
- Unbeatable salaries for locums, part-time, and permanent roles.
- Easy online applications and credentialing - no faxes.
- Free licensing, malpractice coverage, career help for hires.

### About Us

Our team of physicians and entrepreneurs makes clinician job searches easier!

DirectShifts connects you directly to hospitals and healthcare employers.

Use our platform to skip external staffing agencies and other middlemen.

  

CONFIDENTIAL

| | |
|---|---|
| **From:** | DocCafe.com |
| **To:** | sari edelman |
| **Subject:** | Your application has been submitted! |
| **Date:** | Wednesday, December 2, 2020 11:02:10 PM |

DocCafe

Your application has been submitted!

Hello sari!

Nicely done! Application from your profile on DocCafe.com has been submitted for the following jobs:

- Rheumatologist Job in Delray Beach, FL

Here are your application details:
Resume: Sari Edelman Resume.pdf
Cover Letter: None

Message:
Hello Sathish Anantharaj,

I recently viewed a job opportunity posted by your company on DocCafe.com. I would like to learn more about the available position listed below, and to discuss my experience and credentials with you at your convenience.

Job Title: Rheumatologist Job in Delray Beach, FL
Specialty: Rheumatology
Located In: 33446, Delray Beach, Florida, United States
Link: https://www.doccafe.com/job/physician/rheumatology/4452801/rheumatologist-job-in-delray-beach-fl

Please feel welcome to view my online profile:
https://www.doccafe.com/company/candidate/699557

Thank you in advance.

Thanks,
sari edelman
job-seeker-729639cjqy15@email.doccafe.com

| SEARCH FOR MORE JOBS |
|---|

If the employer is interested in, they will reach out to you via your private email through your account, and you will receive a notification. To view all of your messages and job applications, please log in to your

**P126**

**CONFIDENTIAL**

account.

| VIEW JOB APPLICATIONS |
|---|

Best of luck!

Thank you,
The DocCafe.com staff
support@doccafe.com
(574) 453-3131

**DocCafe.com, LLC**
**R5435 Star Dust Lane, Ringle, WI 54471**
**contact@doccafe.com  |  5744533131**