

Sari Dawn Edelman, DO

**❮ Pt Advice Request**                          ∧   ∨

Previous Messages                              ⌄

 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/22/2021 9:46 AM*

I consider myself very fortunate to be under Dr. Edelman's care. Not only has she taken great care of my health, she is lovely to speak with. I have multiple complex autoimmune disorders. I have been misdiagnosed in the past. Dr Edelman is the ONLY physician that was able to "think outside the box" to properly diagnose my medical condition and put a treatment plan in place. She is always thorough and speaks to my hematologist to discuss treatment options. Dr Edelman is truly a rare find!

                      Complete

Plaintiff's Exhibit 93



an email telling me to pick a new Dr. totally confused?

I'll call you.

Delivered

Ok

April 2021

Dear Patient,

I am writing to inform you that **Sari Edelman, MD**, will be leaving NYU Langone Health. Dr. Edelman's last day of seeing patients at **NYU Langone Ambulatory Care Lake Success** will be Friday May 28, 2021.
Continuity of care is very important to us. Listed below are some of our rheumatology providers who will be able to accommodate your medical needs going forward without interruption.

Lenore Brancato, MD
William Given, MD
Avram Goldberg, MD
Margaret Li, MD
Kavini Mehta, MD
Andrew Porges, MD

**NYU Langone Ambulatory Care Lake Success**
1999 Marcus Avenue, Suite 306
Lake Success, NY 11042

Pick Dr Margaret Li. Best of luck to you and your family in your future journey. Thank you for taking care of me 🌹🌹🌹🌹🌹🙏🙏🙏

iMessage

Plaintiff's Exhibit 93

P388

**Epic**

Sari Dawn Edelman, DO

< Pt Advice Request



Details

**FW: Referral Request**

Previous Messages

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 3:38 PM*

So sorry to hear you're leaving group. Would you recommend a replacement (there is no replacement for you!) so I can continue care with the practice? Best wishes to you in your future endeavors.

▮▮▮▮▮▮ o You
4/28/2021 3:36 PM

     Complete

Plaintiff's Exhibit 93



Sari Dawn Edelman, DO

**‹ Pt Advice Request** ⋀ ⋁

Details ⪢

**FW: Scheduling Question**

Previous Messages ⪢

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 3:38 PM*

Dear Dr. Edelman,
I received word u r leaving in May. your appointments are booked solid. My left knee was replaced on Nov 21 2020, but still have swelling and pain and thumbs/hands ache can't open a jar. Sad u r leaving. Any chance of a cancellation, I would be happy to fill it -- any time or day! call if any cancellations.
my best to u

🏳 ↩ **Complete**

Plaintiff's Exhibit 93

 Sari Dawn Edelman, DO 

**< Pt Advice Request** ∧ ∨

Details ≫

**FW: Scheduling Question**

Previous Messages ≪

----- Message -----
From: ███████████
Sent: 4/28/2021  3:35 PM EDT
To: 1999 Marcus Suite 306 Scheduling
Subject: Scheduling Question

Dear Dr. Edelman,
I received word u r leaving in May.  your appointments are booked solid. My left knee was replaced on Nov 21 2020, but still have swelling and pain and thumbs/hands ache can't open a jar.  Sad u r leaving.  Any chance of a cancellation, I would be happy to fill it -- any time or day! call if any cancellations.
my best to u.

 Complete

Plaintiff's Exhibit 93



**3:39**

*Epic*

Sari Dawn Edelman, DO

**‹ Pt Advice Request**

Details

**FW: Non-Urgent Medical Question**

Previous Messages

**💬 Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 3:33 PM*

Saw that you are leaving there. Would like to follow you if possible. If it is, pls text me at ▮▮▮▮▮▮▮▮  All the best either way!

▮▮▮▮▮▮▮ to You
4/28/2021 3:29 PM

This visit is not signed. The conversation may still be ongoing.

Complete

Plaintiff's Exhibit 93



P392

Sari Dawn Edelman, DO

**< Pt Advice Request**

Details ⌄

## FW: Non-Urgent Medical Question

Previous Messages ⌄

📨 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 3:33 PM*

Sad to hear you are leaving NYU Langone so soon after I set up a doctor-patient relationship with you.
Are you affiliating with a different group?
thank you
Regards

You



3:39

Sari Dawn Edelman, DO 

**‹ Pt Advice Request**   ∧  ∨

Details  ⌄

**FW: Visit Follow-Up Question**

Previous Messages  ⌄

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 3:32 PM*

Wow, leaving, all the best. I was scheduled to get an x-ray based upon our last meeting. Due to Covid I avoided doing it. Now that I have both shots I am ready. Is it still in the system and can I get the x-ray done and sent to you, or do you need to enter a new referral. Recall, I believe an x-ray of both hands.

    Complete

Plaintiff's Exhibit 93

 Sari Dawn Edelman, DO 

< Pt Advice Request                    ∧  ∨

---

 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 3:22 PM*

Hi Dr Edelman

So sorry to hear you are leaving, however I wish you all the best in your new endeavors. If you don't mind me asking, will you be practicing someplace else. I would be more than willing to follow you if so. You have been so wonderful and I have been so blessed to have you as my doctor. You are such a compassionate and awesome doctor.
So please let me know if you will be practicing someplace else, I certainly would follow you. If not would you be able then to refer me to a new doctor. So hoping that I would be able to continue with you someplace else.

All the best

---

                     Complete

Plaintiff's Exhibit 93



Sari Dawn Edelman, DO

**‹ Pt Advice Request**   ∧ ∨

Details                                  ⌄

**FW: Test Results Question**

Previous Messages                        ⌄

 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on*
*4/28/2021 3:13 PM*

> My next visit with Dr Edelman is scheduled
> for May 21. I've completed the latest testing
> one week ago. Is it possible to discuss
> these results with me before my May 21st
> visit?

 o You
4/28/2021 3:13 PM

⚐                         **Complete**

Plaintiff's Exhibit 93

 

Sari Dawn Edelman, DO

**‹ Pt Advice Request**   

Previous Messages                          ⌄

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 3:13 PM*

I've been trying to see you for a year. First i made apt. and they told me it was telemed apt. I waited 3 months and then found out they actually scheduled an in person apt. So I missed it. THEN I rescheduled a telemed apt. But they told me the wrong time. So again, missed my apt. Now I tried to make ANOTHER apt and they said ur leaving and can not get me in. I need meds. And I want to know where ull be practicing after you leave. Is there any way you can get me in before u leave?? Thank you

                     **Complete**

Plaintiff's Exhibit 93

CONFIDENTIAL



Sari Dawn Edelman, DO



**‹ Pt Advice Request**     ∧  ∨



Details    ≫

## FW: Non-Urgent Medical Question

Previous Messages    ≫

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 3:12 PM*

> Hi!
> I just saw the message that you are leaving NYU. Where are you going? When?
> Hope all is well,
> Beth

████████  to You
4/28/2021 3:05 PM

     **Complete**

Plaintiff's Exhibit 93

3:41



*Epic*

Sari Dawn Edelman, DO

**< Pt Advice Request**

Details ⌄

## FW: Scheduling Question

Previous Messages ⌄

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 3:01 PM*

Hi Dr. Edelman,

I read the notice about how you are leaving NYU and wanted to see if you were heading to a new health facility near by to see if I could continue seeing you as a rheumatologist.

⬛⬛⬛⬛⬛ to You

⌅   ↩                                    **Complete**




Plaintiff's Exhibit 93



3:41



Sari Dawn Edelman, DO

**❮ Pt Advice Request**   ∧ ∨

Details   ⌄



**FW: Test Results Question**

Previous Messages   ⌄

 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 3:00 PM*

Hello,

I was wondering if you'd be able to get back to me about my test results or anything else you'd like to recommend before you leave the practice. Would so be able to still be your patient at your new location? Thank you.

   Complete

Plaintiff's Exhibit 93



**Epic**

Sari Dawn Edelman, DO

**‹ Pt Advice Request**  ∧ ∨

Details ⌄

**FW: Visit Follow-Up Question**

Previous Messages ⌄

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 3:00 PM*

Dr. Edelman, where are you going? I'd like to continue seeing you. Alternatively, who would you recommend for me in your current department?

████████ to You
4/28/2021 2:51 PM

This visit is not signed. The conversation may still be

⚑ ↩  **Complete**

Plaintiff's Exhibit 93



Sari Dawn Edelman, DO

**‹ Pt Advice Request**    ∧  ∨

Details    ⌄

## FW: Visit Follow-Up Question

Previous Messages    ⌄

### 💬 Patient Messages

*Debriel Price, LPN routed conversation to You on 4/28/2021 3:00 PM*

Hi Dr. Edelman, just received an email that you are leaving! Last day to see patients is end of May, looked for appointments for me and Eric and nothing is available before that date. Can we possibly get appointments with you?! Can we go to where you are going to? Don't want to lose you as our doctor!! Thank you ▇▇▇▇

Complete

Plaintiff's Exhibit 93



Sari Dawn Edelman, DO 

**‹ Pt Advice Request**    ∧  ∨

## FW: Referral Request

Previous Messages    ⌄

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 2:58 PM*

Good Afternoon,

I am so sorry to hear you will no longer be practicing at NYU. I know you must be getting flooded with emails. Will you be practicing elsewhere or privately? I would love to remain as your patient if given the option.

Wishing you all the best,

     **Complete**

Plaintiff's Exhibit 93



Sari Dawn Edelman, DO

‹ Pt Advice Request

Details ⌄

**FW: Scheduling Question**

Previous Messages ⌄

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 2:57 PM*

> Hu doc, thanks for answering my question. I'm sorry to see the nessage that you're leaving the NYU. Are you going to be attending anywhere else or joining any other group? I'd love to follow you to another location if is not too far. Please let me know.

to You

         Complete

Plaintiff's Exhibit 93



Plaintiff's Exhibit 93



**Epic**                    Sari Dawn Edelman, DO

❮ Pt Advice Request                    ⋀  ⋁

Details                                    ⌄

**FW: Visit Follow-Up Question**

Previous Messages                          ⌄

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on*
*4/28/2021 2:41 PM*

Dr Sorry to hear that you are leaving NYU
pantone at the end of May. Do you have a
recommendation for another doctor. Also if
you are setting up another office please let
me know. If not good luck to you and your
family. I really appreciated how you have
help me. ▮▮▮

▮▮▮▮▮▮▮ to You

🏳                     **Complete**

Plaintiff's Exhibit 93



**Epic**   Sari Dawn Edelman, DO

**‹ Pt Advice Request**   ∧   ∨

Details   ⌄

## FW: Non-Urgent Medical Question

Previous Messages   ⌄

### 💬 Patient Messages

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:38 PM*

Hello Dr. Edelman,
I just received news that you will be leaving NYU. This does concern me however, I am reaching out to you for some clarity. Will you be practicing elsewhere? I would like to follow you if that is possible. Please feel free to reach out to me on my cellphone ▓▓▓▓▓▓ hank you.

    Complete

Plaintiff's Exhibit 93



**3:44**

Sari Dawn Edelman, DO

**‹ Pt Advice Request**   ∧ ∨

Details ⌄

**FW: Scheduling Question**

Previous Messages ⌄

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:37 PM*

Dear Dr. Edleman,

I heard you are leaving. Is there anyway I can get in before you do?

Thank you

  Complete

Plaintiff's Exhibit 93

 Sari Dawn Edelman, DO 

**‹ Pt Advice Request**   ∧ ∨

Previous Messages   »

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:37 PM*

Hi Dr. Edelman:
So ironic that I received a message today as I was going to set up a tele health call with you. I saw that you were leaving NYU. I am so sad to hear that because you truly are a gem and have been so helpful and so caring and helped me understand the issues that come with this my auto immune issues. I will call your office tomorrow to set up our call.

Sincerely,

⬛

    **Complete**

Plaintiff's Exhibit 93

**3:44**

*Epic*

Sari Dawn Edelman, DO

**‹ Pt Advice Request**

Details ⌄

## FW: Visit Follow-Up Question

Previous Messages ⌄

### 💬 Patient Messages

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:37 PM*

> I'm so sorry to hear that you are leaving NYU
> Are you going somewhere else
> I would follow you to someplace else

▮▮▮▮▮▮ o You
4/28/2021 2:32 PM

This visit is not signed. The conversation may still be

Complete

Plaintiff's Exhibit 93

3:45

Sari Dawn Edelman, DO

**Epic**

**‹ Pt Advice Request**          ∧  ∨



Details                                              »

## FW: Non-Urgent Medical Question

Previous Messages                            »

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:37 PM*

Dr . Edelman,

I just received notice that you will be leaving the practice. Could you please let me know where you will be headed so I can continue my care with you?

Best,



                  **Complete**

Plaintiff's Exhibit 93



**Epic**

Sari Dawn Edelman, DO

**‹ Pt Advice Request**              ⌃  ⌄

Details                                              ⌄⌄

**FW: Visit Follow-Up Question**

Previous Messages                                    ⌄⌄

**💬 Patient Messages**

*Debriel Price, LPN routed conversation to You on*
*4/28/2021 2:36 PM*

Dr. Edelman,

Please tell me where you are going? I do
not want to lose you as my doctor.

Please call me or respond to this email .

Thanks,

                     **Complete**

Plaintiff's Exhibit 93



Sari Dawn Edelman, DO 

**❮ Pt Advice Request**

Details

## RE: Medication Question

I seem to be doing a little better, though still feel a bit off with chills and such, assuming humira is working its way into my system and thats normal.

I just received the email about your departure from NYU. I am beyond devastated. You've been such an amazing, caring and compassionate Dr. to me, and have helped me through so much - I am at a loss for words. I hope that you are OK and that I will still be able to see you for our appointment on the 19th.

All my best,

Previous Messages

Complete

Plaintiff's Exhibit 93

 Sari Dawn Edelman, DO 

‹ Pt Advice Request   ∧   ∨

Previous Messages   ⌄

 **Patient Messages**

*Debriel Price, LPN routed conversation to You on
4/28/2021 2:22 PM*

Hi Dr. Edelman,

I just received a message from NYU that
you will be leaving. Is this true? I'm so sad
to hear this news if it is. Will you be taking
appointments elsewhere? I would like to
continue to be your patient.

My next appointment with you is the end of
June. I plan to call the office and hope that
I can get in by end of May.

Sincerely

    Complete

Plaintiff's Exhibit 93

3:46

*Epic*

Sari Dawn Edelman, DO

**‹ Pt Advice Request**            ∧   ∨



Details                                                ≫

**FW: Non-Urgent Medical Question**

Previous Messages                             ≫

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on*
*4/28/2021 2:22 PM*

Hi so sad to hear you are leaving. R to
going to a different office?

 to You
4/28/2021 2:18 PM

This visit is not signed. The conversation may still be
ongoing.

⚑                      Complete



Sari Dawn Edelman, DO

**‹ Pt Advice Request**                                    ∧   ∨

Details                                                          ≫

## FW: Visit Follow-Up Question

Previous Messages                                         ≫

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on*
*4/28/2021 2:18 PM*

Hi Dr. Adam this is Linda Hall. You are one
of my favorite doctors I am so sad that
you're leaving the practice and I hope that
you and the family are OK .

And most important is your well-being. I
will be able to see you in May before you go
-I'm so glad.
Best

                        **Complete**

Plaintiff's Exhibit 93

P416

**Epic**     Sari Dawn Edelman, DO

**‹ Pt Advice Request**     ⌄ ⌄



Details     ⌄

## FW: Visit Follow-Up Question

Previous Messages     ⌄

### 💬 Patient Messages

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:18 PM*

I just received a message that you are leaving the practice. Can you please tell me where you're going because I have been very pleased with you and want to stay with you.
Sincerely, ▮▮▮▮▮▮

▮▮▮▮▮▮ to You
4/28/2021 2:15 PM

      **Complete**

Plaintiff's Exhibit 93



Sari Dawn Edelman, DO 

**‹ Pt Advice Request**                    ∧   ∨

Previous Messages                          ≫

 **Patient Messages**

Hi dr the Edelman I just made an
appointment for July but I just got an email
you are leaving NYU Langone.

Will you still be practicing?? I would like to
follow you since you have been seeing me
for the last 15 years!!!!

▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇ to You
4/28/2021 2:18 PM

‼️ *Patricia Fesolowich, RN routed conversation to Tiffany*
*Benjamin on 4/1/2021 11:33 AM*

                 **Complete**

Plaintiff's Exhibit 93