

Sari Dawn Edelman, DO

**< Pt Advice Request**   

**FW: Non-Urgent Medical Question**

Previous Messages ⌄

 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:11 PM*

Hi Dr. Edelman, I just saw the note that you are leaving NYU. If you are going to another practice, I'd like to follow you. Let me know where you'll be so that I can transfer my records and make an appointment there. If it's better to communicate over the phone, my number is ███████████

Thanks!

███████

    Complete

Plaintiff's Exhibit 93

 Sari Dawn Edelman, DO 

**‹ Pt Advice Request** 

## FW: Non-Urgent Medical Question

Previous Messages                                    ⌄

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:11 PM*

Dear Sari,

I'm going to miss you so much.
I don't know where you're going, but if you plan to continue practicing and take CIGNA, let me know.

I'm still suffering from all of the unknown symptoms I have and I am very depressed...

                 **Complete**

Plaintiff's Exhibit 93





**Epic**　　Sari Dawn Edelman, DO

**‹ Pt Advice Request**　　∧　∨

Details　　⌄

**FW: Scheduling Question**

Previous Messages　　⌄

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:11 PM*

Hi Dr. Edelman,
How are you? I hope all is well. I hear you are leaving? Are your going to another office. Can I have a an appointment before you leave.

▓▓▓▓▓▓ o You
4/28/2021 2:10 PM

🏳 ↩　　　　　**Complete**

Plaintiff's Exhibit 93

**3:49**

**Epic**

Sari Dawn Edelman, DO



**‹ Pt Advice Request**          ⌃  ⌄

Details                                              ⌄

**FW: Visit Follow-Up Question**

Previous Messages                              ⌄

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on*
*4/28/2021 2:10 PM*

Received an email that you are leaving 5/28
, are you opening a private practice or
going to another facility ? Who would you
refer me to there ? I left 2 other doctors
and found you so anything you can do to
help me out would truly be appreciated
thanks .

to You

⚑  ↩                          **Complete**




Plaintiff's Exhibit 93

**Epic**

Sari Dawn Edelman, DO

**< Pt Advice Request**      ∧  ∨

Details ∨

**FW: Non-Urgent Medical Question**

Previous Messages ∨

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on
4/28/2021 2:10 PM*

I received a notice that you will be leaving
NYU Langone and your last day will be the
28th. Will you be moving to a new site not
affiliated with NYU Langone?

████████ to You
4/28/2021 2:06 PM

This visit is not signed. The conversation may still be

⚑  ↩                    **Complete**

Plaintiff's Exhibit 93



 Sari Dawn Edelman, DO 

**‹ Pt Advice Request**   ∧ ∨

## 💬 Patient Messages

*Debriel Price, LPN routed conversation to You on*
*4/28/2021 2:09 PM*

Hello Dr. Edelman,

I saw that you are leaving NYU, it was a pleasure working with you. In a time when I was being dismissed by so many others, you listened and that means so much. You are a talented doctor and good person. I spoke with another patient of yours and we both agree, you take the time to listen and you really care about your patients.

Best wishes on your new endeavor.

Sincerely,

     **Complete**

Plaintiff's Exhibit 93



Sari Dawn Edelman, DO 

**‹ Pt Advice Request** 

## FW: Scheduling Question

Previous Messages ⌄

🗨 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:09 PM*

Hi Dr Edelman,

Hope all is well with you.

I just received notification you are leaving NYU. I would like to continue being your patient, I do not want to see another rheumatologist. Can you please provide me your contact info so I can follow you.

⬛

🏳 ↩ **Complete**

Plaintiff's Exhibit 93

3:50

**Epic**

Sari Dawn Edelman, DO

**< Pt Advice Request**   ∧  ∨

Details  ≫

**FW: Scheduling Question**

Previous Messages  ≫

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:09 PM*

I just received notice you are leaving. I have appointment for May 12. Is that still on? I am so sorry you are leaving.

 to You

▮▮▮▮▮▮▮ PM

This visit is not signed. The conversation may still be ongoing.

    Complete

Plaintiff's Exhibit 93



3:51

**Epic**

Sari Dawn Edelman, DO

< Pt Advice Request

Details ⌄

**FW: Non-Urgent Medical Question**

Previous Messages ⌄

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:09 PM*

Hi Dr. Edelman i just received an email you're leaving practice. Is there anywhere you will be, my mom is very upset. Please let me know. Thank you

▬▬▬▬▬▬ o You
4/28/2021 2:02 PM

This visit is not signed. The conversation may still be

                     Complete

Plaintiff's Exhibit 93



3:51



Sari Dawn Edelman, DO

**‹ Pt Advice Request**     ∧  ∨

Image 1.JPEG  ›

Image 2.JPEG  ›

### RE: Non-Urgent Medical Question

Still feeling pretty much the same! No recent illness or vaccine. Just got notified that you are leaving NYU Langon. Are you going to a different practice. I would like to still have you as my doctor

Previous Messages   ⌄

### 🗨 Patient Messages

Still feeling pretty much the same! No recent illness or vaccine. Just got notified that you are leaving NYU Langon. Are you

⚑  ↩                          Complete

Plaintiff's Exhibit 93

3:52

**Epic**

Sari Dawn Edelman, DO

**‹ Pt Advice Request**                    ∧  ∨

Details                                          ⌄

**FW: Visit Follow-Up Question**

Previous Messages                                ⌄

💬 **Patient Messages**

*Tiffany Benjamin routed conversation to You; Joshua Mankes on 4/27/2021 8:36 AM*

I will only accept appointment if it is with Dr Edelman as indicated IN WRITING.

▮▮▮▮▮▮ o You
4/27/2021 8:23 AM

This visit is not signed. The conversation may still be ongoing.

                 **Complete**

Plaintiff's Exhibit 93



**‹ Pt Advice Request**

Details ⌄

## FW: Non-Urgent Medical Question

Previous Messages ⌄

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 11:14 AM*

Hi Dr. Edelman. I just heard that you will not be there anymore effective end of May. Is that information correct? Will you be practicing elsewhere?

▇▇▇▇▇▇ You
4/28/2021 10:59 AM

This visit is not signed. The conversation may still be

        **Complete**

Plaintiff's Exhibit 93



Sari Dawn Edelman, DO

**‹ Pt Advice Request**                    ⌄  ⌄

Details                                          ⌄⌄

## FW: Visit Follow-Up Question

Previous Messages                                ⌄⌄

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 3:41 PM*

> I just got a message that you are leaving NYU Langone. I am very upset at this news as I feel like you are one of the only doctors that actually listen to me, and follow through on things. Are you going anywhere local, so that I may continue to have you as my doctor? I hope so...its hard to find a good doctor it seems, especially when it comes to rheumatology. If I can't follow you, can you recommend another rheumatologist? Please let me know.

████████████ to You
4/28/2021 3:41 PM

This visit is not signed. The conversation may still be ongoing.

🏳  ↩                          **Complete**

Plaintiff's Exhibit 93

3:56



**Epic**

Sari Dawn Edelman, DO

**‹ Pt Advice Request**   ∧ ∨

---

Details ⌄

---

**FW: Scheduling Question**

Previous Messages ⌄

---

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 3:50 PM*

Dr Edelman Sorry your leaving I will be able to have a video appt before you go. But can you set my CT scan up for abdominal and Pelvis for before we have our video chat. I get the scans at 611 Northern blvd. Can you please set this up. THANKS

▮▮▮▮▮ to You
4/28/2021 3:46 PM

    **Complete**

3:56

**Epic**

Sari Dawn Edelman, DO

< Pt Advice Request   ∧   ∨



Details   ≫

## FW: Referral Request

Previous Messages   ≫

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 3:50 PM*

Hi Dr. Edelman,

I am so saddened to hear you are leaving! You literally saved my life and I hope that I am able to continue with you wherever you are going. I hope you are able to respond to my email.

⬛⬛⬛⬛ to You

🏳️     **Complete**

Plaintiff's Exhibit 93

P439

 Sari Dawn Edelman, DO 

**‹ Pt Advice Request**   ∧ ∨

Previous Messages   »

 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 4:55 PM*

Hi Dr Edelman
I'm sorry to hear you are leaving this practice. My next follow up is not until July so I will not see you since you will no longer be with NYU by then. As far as my medical check ups, since I have been a patient of yours since 2012, I would like to continue to have you as my doctor if possible. If you will be continuing to practice as a rheumatologist can you send me your new location?
If not good luck to you. I wish you all the best!!

    **Complete**

Plaintiff's Exhibit 93

 Sari Dawn Edelman, DO 

**‹ Pt Advice Request**                    ∧  ∨

### FW: Visit Follow-Up Question

Previous Messages                          ≫

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 4:54 PM*

Hi Dr Edelman

Sorry I misread the date of when you are leaving, so that is why I sent first message. Just had second dose of vaccine yesterday so my head is a bit fatigued. I look forward to seeing you at my next appointment on May 4.

Thanks

⚑  ↩                          **Complete**

Plaintiff's Exhibit 93

6:16

**Epic**

Sari Dawn Edelman, DO

‹ Pt Advice Request   ∧   ∨



Details   ⌄

## FW: Non-Urgent Medical Question

Previous Messages   ⌄

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 4:53 PM*

Hello, I just read the message that you are leaving Langone. Can I ask where you will be practicing? I haven't seen you since the pandemic from hell started but I did plan to come back to you.

Complete

Plaintiff's Exhibit 93

6:16



Sari Dawn Edelman, DO 

❮ Pt Advice Request          ∧  ∨

### RE: Test Results Question

Dear Dr. Edelman,

Thank you for your care and support for the past years!
Best of luck on your new journey!

Stay well!
Best,

### 💬 Patient Messages

Dear Dr. Edelman,

Thank you for your care and support for the
past years! Best of luck on your new
journey!

                               Complete

Plaintiff's Exhibit 93

6:17



**Epic**   Sari Dawn Edelman, DO

**‹ Pt Advice Request**   ∧ ∨



Details ⌄

**FW: Non-Urgent Medical Question**

Previous Messages ⌄

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 4:51 PM*

I'm sorry to here that you're leaving. Thank you for helping me navigate through a rough time. You and your family stay safe and stay well.

to You
4/28/2021 4:27 PM

🏳     Complete

6:17



**Epic**

Sari Dawn Edelman, DO

**‹ Pt Advice Request**

Details ⌄

**FW: Visit Follow-Up Question**

Previous Messages ⌄

**Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 4:51 PM*

Hi how are you doing? I was just info your leaving so sorry to hear, hope all is ok. I would like to follow you, please.
Be safe,
Thank you for all you have done for us.

████████ to You
4/28/2021 4:31 PM

 

Complete

Plaintiff's Exhibit 93

 

Sari Dawn Edelman, DO

**‹ Pt Advice Request**          

### RE: Medication Question

I am working with billing.  I am so upset to hear you are leaving.  Its hard to find a doctor that you can relate to. Now I have to go through this again.  I was happy to be your patient.  Hope your leaving is for a good reason. Good luck and thank you for all your help with my treatment.

### 💬 Patient Messages

I am working with billing. I am so upset to hear you are leaving. Its hard to find a doctor that you can relate to. Now I have to go through this again. I was happy to be your patient. Hope your leaving is for a good reason. Good luck and thank you for all your help with my treatment.

to You

4/28/2021 4:25 PM

                Complete

Plaintiff's Exhibit 93

Sari Dawn Edelman, DO

**‹ Pt Advice Request**

Details ⌄

**FW: Referral Request**

Previous Messages ⌄

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 4:25 PM*

Will I be able to see you in a different office or are you leaving NY?

to You
4/28/2021 4:14 PM

This visit is not signed. The conversation may still be ongoing.

**Complete**

Plaintiff's Exhibit 93

CONFIDENTIAL



Sari Dawn Edelman, DO 

**‹ Pt Advice Request**    

Details ⌄

**FW: Scheduling Question**

Previous Messages ⌄

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 4:24 PM*

Hello,

I understand that Dr. Edelman is leaving the practice. Is she going to another provider. If so, can I have her new contact information?

Thanks you,

Plaintiff's Exhibit 93

 Sari Dawn Edelman, DO 

**❮ Pt Advice Request**    ∧    ∨

Previous Messages    

🗨 **Patient Messages**

Hi Dr.Edelman ,
I am so sad to see you go . I will
probably not see you before you leave . I
wish you and your family the best and
thank you for all of your support and help
throughout the years ! You have been an
amazing doctor !
I changed my appointment to Dr Mehta is
that the doctor you would recommend ? Or
is there someone else I should see ?
Thank You !

▐ o You

4/29/2021 9:40 AM

Def take the injection

     **Complete**

Plaintiff's Exhibit 93

P449



10:46
◂ Search



Sari Dawn Edelman, DO



**❮ Pt Advice Request**            ∧  ∨

## FW: Visit Follow-Up Question

Previous Messages                    ≫

 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/29/2021 8:16 AM*

Dear Dr. Edelman,

I was advised that you will be leaving NYU.
It was disappointing to hear. Are you going
to practice somewhere else? I would like to
continue being your patient.
If not, can you recommend who I should
see at NYU.

Regards,

                     Complete

Plaintiff's Exhibit 93



Sari Dawn Edelman, DO



**‹ Pt Advice Request**    ∧  ∨

**FW: Scheduling Question**

Previous Messages    ⌄

 **Patient Messages**

*Debriel Price, LPN routed conversation to You on
4/29/2021 8:23 AM*

I am very sad to hear that you are leaving!
What a loss you will be for this practice.

Although I am sure you are very busy now, I
wonder if you can see me before you leave
as my next appointment with you was
scheduled for June 8. If not, I understand. I
had also planned to have my blood tests
tomorrow at Sunrise Labs, but I wonder if I
should now postpone the tests.

Your recommendations for my care going
forward would also be much appreciated!

o You
4/29/2021 1:00 AM

⚑  ↩    **Complete**

Plaintiff's Exhibit 93

P451

1:37

Maybe: ████████

**New contact information**
██████████ dd to Contacts

Ok. Great. I'll send it in

Thank you!

Fri, Apr 2, 12:27 PM

Hi Dr. Edelman. Sorry to bother you. I called my pharmacy and they said nothing was called in for me?

Fri, Apr 2, 1:48 PM

I sent in now

Delivered

Thanks again!

Today 1:36 PM

Hi Dr. Edelman. It's ████████ I'm hoping you're well.  I got a notification yesterday that you are leaving the practice and I'd love to stay with you if you're going somewhere else I'm new to the PTA rice so I have no loyalty to them. Please let me know. Stay well and regards!

iMessage



Plaintiff's Exhibit 93