

**From:** Rubin, Andrew
**Sent:** Friday, December 4, 2020 7:55 AM
**To:** Edward Abraham <eabraham@med.miami.edu>
**Subject:** Fw: DR EDELMAN RESUME

Good Morning Ed - I hope you are doing well - certainly has been a long 8 months.

One of our rheumatologists is moving to florida and leaving our group - she is very good so I wanted to pass along her CV in case you had any need - she is a community based doc - not academic but produces and has a very nice practice.

Andrew

**Andrew Rubin**

**Senior Vice President Clinical Affairs and Ambulatory Care**

**NYU Langone Health**

**Office -  1 (212) 263 - 2672**

---

**From:** Sari Edelman <drsariedelman@gmail.com>
**Sent:** Wednesday, December 2, 2020 10:27 PM

**To:** Rubin, Andrew
**Subject:** DR EDELMAN RESUME


# [EXTERNAL]

attached is my resume, thank you passing it along


-----------------------------------------------------------
This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is proprietary, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this email in error please notify the sender by return email and delete the original message. Please note, the recipient should check this email and any attachments for the presence of viruses. The organization accepts no liability for any damage caused by any virus transmitted by this email.
=================================