**EXHIBIT SS**

| | |
|---|---|
| **From:** | Swirnow, Joshua <Joshua.Swirnow@nyulangone.org> |
| **Sent:** | Wednesday, September 18, 2019 3:00 PM |
| **To:** | Kaplan, David (FGP-Ambulatory Operations) |
| **Cc:** | Crowe, Jonathan |
| **Subject:** | Re: schedule |

That is ridiculous. She is busy so we should look at it. We can definitely put someone in her office when she's not there but I would like to review her schedule and the space plan before we revisit

On Sep 18, 2019, at 11:48 AM, Kaplan, David (FGP-Ambulatory Operations) <David.Kaplan2@nyulangone.org> wrote:

> Joe received the request yesterday for Dr. Edelman to open up Fridays for her going forward. The request came from one of the managers (Enid) to Joe. Enid apparently told Dr. Edelman that this request would need to be approved by leadership, and Dr. Edelman should speak to Joe directly about this request. Dr. Edelman seemed to interpret this as a retaliatory act for not sharing her office, and put in the complaint to ELR.
>
> **From:** Swirnow, Joshua <Joshua.Swirnow@nyulangone.org>
> **Sent:** Wednesday, September 18, 2019 2:33 PM
> **To:** Kaplan, David (FGP-Ambulatory Operations) <David.Kaplan2@nyulangone.org>
> **Cc:** Crowe, Jonathan <Jonathan.Crowe@nyulangone.org>
> **Subject:** Re: schedule
>
> What was the hours request?
>
> On Sep 18, 2019, at 2:23 PM, Kaplan, David (FGP-Ambulatory Operations) <David.Kaplan2@nyulangone.org> wrote:
>
>> Thanks.
>> Also, just received a call from Kathleen Pacina from Labor Relations, apparently Dr. Edelman filed a complaint against Joe Antonik for being aggressive and retaliating for not allowing her to expand her hours. Just wanted you to be aware. This was all related to him asking her to share her office on days she isn't there. Totally ridiculous. Were we able to confirm if she had anything in her contract about the office? Really need Paul's help to speak to her.