# EXHIBIT DD

**REDACTED**

From: Antonik, Joseph <Joseph.Antonik@nyulangone.org>
Sent: Friday, November 06, 2020 4:19 PM
To: Porges, Andrew <Andrew.Porges@nyulangone.org>
Cc: Ruiz, Miriam <Miriam.Ruiz@nyulangone.org>; Fesolowich, Patricia <Patricia.Fesolowich@nyulangone.org>
Subject: RE: Edelman Issues

Here are notes I added to the summary

Dr. Edelman does not read her Outlook emails in a timely manner

Dr. Edelman does not close her encouinters in a timely manner

Dr. Edelman did not report to the office for several months during Covid,   from March 23 through  June 10, and returned intermittently until July 7.  She is still maintaining a shorter schedule to minimize her time in the office.

11.13.19 Dr. Edelman berrated Miriam regarding aftger Miriam asked her basic questions about her schedule

6.15.20  Patient complained that a video visit was conducted in an unprofessional manner, Edelman's daughter interrupted the visit twice.

9.8.20 Dr. Edelman created an innappropriate chart note directed at our Shields Pharmacy Liaison stating that she does not communicate through Outlook email,  and that missed messages may lead to liability.  This messaeg haad no place in a patient's chart.

9.9.20 Dr. Edelman was 90 minutes late to ther office, did not inform the manager in a timely manner – 6 patients were waiting, this is a frequent compliant from her patients that Dr. Edelman runs late.

9.15.20 Dr. Edelman complained that the MA did not review patient's medications, the MA did on the patient in questions. D.r Edelman frequently accuses staff of not dfoign work that was in fact done, creating unnecessary efforts and tension.

9.16.20 Pt. MRN 1444267 complained that Dr. Edelman frequently runs late, and switched to another provider

10.6.20  Dr. Edelman demands that her MA takes verbal orders, and does not follow up with placing the order in EPIC

1

10.19.20 Dr. Edelman complaiend to Miriam that during the Rheum Educational Conference, the physicians were discussing politics making her uncomfortable.  Witnesses to the conversation stated that there was nothing innappropriate being discussed, and this is an example of Dr. Edelman making an unfounded complaint against her colleagues.

10.20  Patient was seen in the office by a different provider an hour before her visit with Dr. Edelman; orders were entered by Rosemary Fine and had blood drawn, When the patient saw Dr. Edelman, the physician enetered duplicate blood orders; patient was upset because the patient received duplicate bloods. Had Dr. Edelman reviewed the chart, she woudlhave seen the results.

10.28.20 Dr. Edelman complained to Miriam that a visco order was never processed, whern in fact she never palced the order when she said she did.

10.28.20 During a Webex conference, Miriam asked Dr. Edelman to mute her phone, Dr. Edelman lashed out at Miriam tellling her to "dont touch me, don't come near me" this was heard by all attendees and staff on the floor.

---

**From:** Antonik, Joseph
**Sent:** Friday, November 6, 2020 2:20 PM
**To:** Porges, Andrew <Andrew.Porges@nyulangone.org>
**Cc:** Ruiz, Miriam <Miriam.Ruiz@nyulangone.org>; Fesolowich, Patricia <Patricia.Fesolowich@nyulangone.org>
**Subject:** Edelman Issues

Hi Andy/Trish/Miriam –

David requested all information on Edleman to be sent to him today. We need a clear, convincing summary with examples sent.

Here is what I have from my notes. Ideally we want recent examples of innappropriate behavior and communicates between Edelman, staff and patients.

Issues with Dr. Edelman:

Dr. Edelman is routinely abusive to staff. She has created a negative work environment  in suite 306

Dr. Edelman has a history of writing inappropriate notes in patient's charts

This note was placed in a patient's chart  on 9/8/20

2

**Sari Dawn Edelman, DO**
REDACTED
9:36 AM
Note

Error! Hyperlink reference not valid.

Did you send it in Epic? I do not have it on my desk, and it is not scanned in so likely I did not receive it.

I do not use NYU email for any patient related work. I will not open it, as it is not part of medical chart and therefore it violates OPC regulation as keeping information separate from legal chart. In past I had patient report complaint to OPC regarding billing, and it was found documentation done in NYU emails, and therefore not included in patient record. OPC considered this serious violation as patient has rights to their chart including billing and all ancillary services. By placing information in separate system not linked to patient chart it is essentially considered "hiding" information. Thank goodness I was not found culpable as I was not on any of the emails, and therefore it did not impact my medical licence. I did have to incur cost of private counsel though to prove this. However, the office team management who had used NYU email to correspond patient information this way was found responsible and there were communications with OPC and our office team at time. Since then only use NYU email for professional correspondence. Absolutely no patient communications.

The management involved in this matter is no longer with NYU.

If you send me information this way I would not have received it as I will not even open it. During pandemic we had use email NYU as unable scan into Epic faxes so forced to communicate this way and I informed patients that email not secure, and not part of chart during pandemic so there would be transparency. Now that office been open sometime have not used this method of patient receiving faxes/forms several months.

Please print form or fax to office so Miriam can print and place on my desk.

Dr. Edelman

Patient Complaint received on 6/15



3

From: Ruiz, Miriam <Miriam.Ruiz@nyulangone.org>
Sent: Wednesday, November 13, 2019 11:33 AM
To: Antonik, Joseph <Joseph.Antonik@nyulangone.org>; Lucca, Nicole <Nicole.Lucca@nyulangone.org>
Cc: Magen, Gloria <Gloria.Magen@nyulangone.org>
Subject: Conversation with Dr. Edelman

Hi Joe and Nicole

I just had a conversation with Dr. Edelman about her schedule here at Marcus Avenue.

1. I asked her what time would she would like to start here at Marcus she replied just move the patients over.
2. I can't get here early but I will honor the patients appointments.
3. I asked her if she had a preference of what time she would like to start?
4. She replied I am not giving you set hours I don't want patients to be put in by call center, this is just for Huntington patients.
5. I asked again, if a patient is unable to get here for 8:30 what do you want me to do.
6. She replied in a very loud, demeaning tone: YOU are NOT understanding me. I want the patients to just be moved over.
7. In January, I will TELL you what my hours will be.
8. I simply said ok, and she stormed out.

I find this to be very unprofessional, inappropriate and demeaning, I am here to fully support Dr. Edelman but not under these circumstances.

I appreciate your time.

Thank you

Miriam Ruiz


Joseph Antonik, MBA
Site Director, Ambulatory Operations
NYU Langone Faculty Group Practice
1999 Marcus Avenue, New Hyde Park, NY 11042
Ph: 516.467.8719|Cell: 516.238.8042



---------------------------------------------------------------
This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is proprietary, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this email in error please notify the sender by return email and delete the original message. Please note, the recipient should check this email and any attachments for the presence of viruses. The organization accepts no liability for any damage caused by any virus transmitted by this email.
====================================

4