**EXHIBIT FF**

# Ds' TRIAL EXHIBIT JJJ

| Patient MRN | Date | Comments |
|---|---|---|
| REDACTED | 8/24/2020 | Message routed 8/25/2020 |
| REDACTED | 8/31/2020 | Message routed 9/1/2020 |
| REDACTED | 8/12/2020 | message routed 8/12/2020 |

# Patient Message  Open



8/24/2020
NYU LANGONE LI RHEUMATOLOGY



**Sari Dawn Edelman, DO**
Medicine, Rheumatology

## Conversation: External Test Result          (Oldest Message First)

August 24, 2020

G REDACTED , H REDACTED   to Edelman, Sari Dawn, DO



Dear Dr. Edelman,                                    8:12 PM
Please call me on ( REDACTED ) REDACTED to share the
results of the Genomind lab test swab done
on June 29th. I also placed a renewal request
for my Xanax and Ambien.  The last refill was
7/29.  August 29 is a Saturday.
Thank you,
H REDACTED   G REDACTED


August 25, 2020


Tiffany Benjamin routed this conversation to Sari      8:06 AM
Dawn Edelman, DO



D001097

CONFIDENTIAL



# Telephone

9/1/2020
NYU LANGONE LI RHEUMATOLOGY 

 **Sari Dawn Edelman, DO**
Medicine, Rheumatology

## Conversation                                    (Oldest Message First)

Tiffany Benjamin

Note                                    9/1/20 9:11 AM

----- Message from J REDACTED D REDACTED M REDACTED sent at
8/31/2020  5:17 PM EDT -----
Regarding: FW: PAC - Sari Edelman DO - Schedule
an appointment
Contact: REDACTED
Please see below, thank you
----- Message -----
From: S REDACTED T REDACTED
Sent: 8/31/2020  5:11 PM EDT
To: Fgp Call Center, #
Subject: PAC - Sari Edelman DO - Schedule an
appointm#

Hello.

Patient of Dr. Edelman is requesting an emergency
appointment for Tues 9/1/20, leg swollen, please call
her at REDACTED - REDACTED - REDACTED to advise.

 REDACTED  contacted Tiffany        9/1/20 9:12 AM
Benjamin

Tiffany Benjamin routed this conversation to  9/1/20 9:12 AM
Sari Dawn Edelman, DO  ↑                              

## dditional Documentation
Encounter Info:   Billing Info, History, Allergies, Detailed Report

## ncounter Messages                    Expand All  Collapse All
No messages in this encounter

## harmacy Benefits
 ☆  REDACTEDREDACTEDREDACTED
REDACTED

**D001098**

Example 3



# Telephone



**Sari Dawn Edelman, DO**
Medicine, Rheumatology

## Conversation

(Oldest Message First)

Tiffany Benjamin



Note                                      8/12/20 12:31 PM

----- Message from P**REDACTED** W**REDACT** sent at 8/12/2020
11:34 AM EDT -----
Regarding: Dr Edelman
Please call Dr Kirke @ Mt Sinai **REDACTED** re this
patient. She is treating her for Left Carotid swelling.
Lab tests are positive for auto immune. She would
like to speak to you & also have you see the patient
as soon as possible



Tiffany Benjamin routed this conversation   8/12/20 12:31 PM
to Sari Dawn Edelman, DO

CONFIDENTIAL

| Dr. Sari Edelman Issues | |
|---|---|
| | Dr Edelman has the tendency of documenting information in a patients chart; re inter office issues; she chatizes the staff in these messages that become part of the patient medical records. |
| 11/13/2019 | Conversation that took place between Dr. Edelman and Miriam Ruiz please see example 11.13.2019 |
| 6/15/2020 | Patient had a video visit on 6/15/2020 MRN REDACTED made a complaint about how she felt the visit was unprofessional |
| 8/28/2020 | Dr. Edelman replies inappropriatley to reminders |
| 9/8/2020 | A medication was denied for MRN# REDACTED REDACTED, L REDACTED sent message on 9/23/2020 the medication was denied, and asked if the medication should appealed Dr. Edelman stated that she wanted to appeal; on 10/12/2020 R REDACTED sent appeal form that needed her signature; Dr. Edelman attacked the liasion and the situation |
| 9/8/2020 | Dr. Edelman expresses concerns about her messaging; this was escalated to be resolved |
| 9/9/2020 | Dr. Edelman notified me via text at 11:25 that she running an hour and half behind, she reqyested that the last hour of patients from 12-1 be rescheduled or moved down to 2pm; there are currently 6 patients in the waiting room at 11:41 am |
| | MRN REDACTED was very upset; she stated that this is a constant issue; she did r/s, I offered her another physician and she stated that she would try one more time. MRN REDACTED came in with the REDACTED; very upset because mom is elderly and difficult to get out of the house. She did reschedule does not want to switch. |
| 9/11/2020 | Dr. Edelman acknowledges that she sees messages at all levels; she can differentiate the different types of messages (See tab 9.11.2020) |
| 9/15/2020 | M REDACTED S REDACTED Complained that Dr. Edelman dropped her gloves on the floor and did not pick it up; he felt uncomfotable and felt it was unprofessional; she turned and told patient; she does not touch anything in the room |
| 9/15/2020 | D REDACTED D REDED add on test requested; unable to do; texted T REDACTED at 14:28; examples shown; Cymbalata was never 40mg in the system (see tab 9.15.2020) |
| 9/16/2020 | MRN REDACTED Patient had an appointment scheduled ar 1:15; patient arrived at 1:08 at 2:19pm the patient complained that she waits every time she comes to see the physician; the patient is tired and not feeling well; patient did not want to switch physician; she wants to speak to her PCP and see what the recommendation will be |
| | Patient decided to switch physicians, Dr. Andrew Porges will follow the patient;' patient also mentioned that she was cancelled several times; and just felt fustrated (see tab  9.16.2020) |

CONFIDENTIAL

| | |
|---|---|
| 9/16/2020 | MRN# REDACTED patient was scheduled for a follow up; physician decided to do a synvisc one injection; there was no request in the chart; we started the process; but no synvisc one on hand; (not the preferred drug of NYU) offered gel one she was upset |
| | stated it was not her liking; she sent tiffany to orthopedics after I explained we did not have it she said to tiffany you don't have to let miriam know; I provided her with the gel one and the forms to fill out since patient will have a 20% coinsurance  (See tab 9.16.2020 tab2) |
| 9/16/2020 | T REDACTED L REDACTED sent a staff message upset about the interaction between her and Dr. Edelman, there are numerous messages going back and forth |
| 9/18/2020 | MCIT ticket placed; Dr. Edelman claims that she is not seeing messages, when support reports are run she is viewing the messages; IT will trouble shoot Incident  #3993555 and Incident# 3992025 |
| 9/21/2020 | This is so wrong this patient sent a message 12 days ago requesting a change in therapy Tiffany sent her the message  6 days later Dr Edelman she sends a message to Tiffany to enter the medication and pend it back to her and today 6 days later Tiffany routes it to me This is completely ridiculous and  it is taking  2 weeks at least for a patient to get her medication, at the end of it Dr. Edelman had already sent in the prescription; she does not review what was previously done. |
| 9/30/2020 | Dr. Edelman was being informed that a Visco was not approved for a patient; she was very rude in her response see example 9/30/2020 |
| 10/6/2020 | Went over workflow with Dr. Edelman; no response |
| 10/6/2020 | Patient MRN# REDACTED was seen in the office; patient had lab work done as per the patient; When the patient called back to inquire about the results; there were no results to give; after an investigation it was concluded that Dr. Edelman gave Tiffnay verbal orders and never put the orders into Epic |
| 10/7/2020 | Had a Rheum Educational conference; Dr. Edelman complained that her fellow peers were discussing political issues and that was very uncomforatbable with the conversation; witnesses were present were no direct comments were made in any offensive or derogatory; this conversation was taking place prior to the conference started she had texted me to  moderate the conversation |
| 10/19/2020 | Dr. Edelman states that no message was received; after running the audit it shows she had completed the message; however when this is explained to her; she still does not take accountability for her actions (see tab |
| 10/20/2020 | Patient was seen in the office by a different provider an hour before her visit with Dr. Edelman; orders were entered by R REDACTED F REDACTED and had blood drawn, When the patient saw Dr. Edelman, the physician enetered duplicate blood orders; patient was upset because the patient received duplicate bloods |
| 10/27/2020 | I was checking this patient out; she did not make a comment in the wrap up note to indicate when she wants to follow up; I sent her a message via epic jabber; her response is listed in 10.27.2020; this is a constant issue that affects all staff members and the flow of patients |
| 10/23/2020 | Patient was having a study done; orders enetered wrong; numerous messages were sent to the provider; with no response; please see tab 10.23.2020 assistance was offered however she did not follow up |
| 10/26/2020 | Dr. Edelman expresses concerns about workflow, I acknowleged her request to meet and discuss; she never replied back |

CONFIDENTIAL

| | |
|---|---|
| 10/28/2020 | No visco order; complained that its been over a month; original note just signed today 5 min before the patient was in the room |
| 10/28/2020 | Rheumatologist had a meetig with the cardiology team; Dr. Edelman did not attend in person; she called in via web ex, during the meeting there was background noise that was coming through interupting the meeting. I went to Dr. Edelman's office to ensure that her phone was on mute; she was not there; as i was coming out of her office she was just arriving on site; I stated to her that her phone was not on mute: she responded very ubruptly "of course it is!" i said to her can i please see, they can hear everything that your doing, she yelled at mem in the hallway; dont touch me; get away from me, other staff members came out to see what the chos was, I simply raised my hands and wmalked away, I was on the phone the entire time with Nicole. I also asked Dr. A. Porges if he had heard the converation and he said he heard yelling |

D001102

CONFIDENTIAL

From: Ruiz, Miriam <Miriam.Ruiz@nyulangone.org>
Sent: Wednesday, November 13, 2019 11:33 AM
To: Antonik, Joseph <Joseph.Antonik@nyulangone.org>; Lucca, Nicole <Nicole.Lucca@nyulangone.org>
Cc: Magen, Gloria <Gloria.Magen@nyulangone.org>
Subject: Conversation with Dr. Edelman

Hi Joe and Nicole

I just had a conversation with Dr. Edelman about her schedule here at Marcus Avenue.

1. I asked her what time would she would like to start here at Marcus she replied just move the patients over.
2. I can't get here early but I will honor the patients appointments.
3. I asked her if she had a preference of what time she would like to start?
4. She replied I am not giving you set hours I don't want patients to be put in by call center, this is just for Huntington patients.
5. I asked again, if a patient is unable to get here for 8:30 what do you want me to do.
6. She replied in a very loud, demeaning tone: YOU are NOT understanding me. I want the patients to just be moved over.
7. In January, I will TELL you what my hours will be.
8. I simply said ok, and she stormed out.

I find this to be very unprofessional, inappropriate and demeaning, I am here to fully support Dr. Edelman but not under these circumstances.

I appreciate your time.

Thank you

Miriam Ruiz

D001103

PtVisit Info    Meds/Problems    Vitals/Labs    Of(Closi None   Help   Results Not Significant

## Previous Visit

| Date & Time | Department | Encounter # |
|---|---|---|
| 6/15/2020  3:30 PM | NYU LANGONE LI RHEUMATOLOGY | REDACTED |

## Message

Hello Dr. Edelman,

    I was very disappointed in the way you conducted our video visit this afternoon. It was very unprofessional as there was no privacy on your end with the door behind you opened. After you excused yourself for I assume your daughter, who was waving her mask in front of the camera, another or the same daughter came into the room and sat on your chair and was waving at me. You did apologize but I expect my doctors if they have to work from home to conduct their visits professionally as HIPPA requires!!

I hope if our next visits have to be done this way that there will be no interruptions and complete privacy! Thank you.

M REDACTED F REDACTED
REDACTED REDACTED

✉ **Message**   **CONFIDENTIAL**                        Received: 2 months ago

Sari Dawn Edelman, DO ➡ Miriam Ruiz
I am aware, and appreciate the reminder and of course threat of my loss of priveleges!

## Previous Messages                                                    ⌃

----- Message -----
From: Miriam Ruiz
Sent: 8/27/2020   2:11 PM EDT
To: Sari Dawn Edelman, DO

Hi Dr. Edelman,

Please note that your annual compliance training must be completed by 8/31/20. Failure to complete these modules may result in a suspension of privileges.  Please complete them by due date
These can be accessed by logging into FOCUS through the NYU portal.

SDF205 Assigned ORG-01 - Annual Regulatory Training - 2020 (Clinical) Not Evaluated Edelman Sari 1055125
SDF205 Assigned ORG-02 - Emergency Management and Workplace Safety - 2020 Not Evaluated Edelman Sari 1055125
SDF205 Assigned ORG-03 - Annual Compliance Training - 2020 Not Evaluated Edelman Sari 1055125

Any questions, let me know

Joseph Antonik, MBA
Site Director, Ambulatory Operations
NYU Langone Faculty Group Practice
1999 Marcus Avenue, New Hyde Park, NY 11042
Ph: 516.467.8719|Cell: 516.238.8042

CONFIDENTIAL

30-Oct-20

R[REDACTED] A[REDACTED]
to Sari Dawn Edelman, DO • Me • 1999 Marcus Ave Rheumatology Liaison
RA
9:11 AM
Note
**Error! Hyperlink reference not valid.**

Good Morning Dr. Edelman,

There was an appeal form that I emailed to you back on 10/12 that needs your signature. Please advise if you received it.

Thank you,
R[REDACTED]

**Sari Dawn Edelman, DO**
to R[REDACTED] A[REDACTED]

9:36 AM
Note
**Error! Hyperlink reference not valid.**

Did you send it in Epic?  I do not have it on my desk, and it is not scanned in so likely I did not receive it.

I do not use NYU email for any patient related work.  I will not open it, as it is not part of medical chart and therefore it violates OPC regulation as keeping information separate from legal chart.  In past I had patient report complaint to OPC regarding billing, and it was found documentation done in NYU emails, and therefore not included in patient record. OPC considered this serious violation as patient has rights to their chart including billing and all ancillary services.  By placing information in separate system not linked to patient chart it is essentially considered "hiding" information.  Thank goodness I was not found culpable as I was not on any of the emails, and therefore it did not impact my medical licence. I did have to incur cost of private counsel though to prove this.  However, the office team management who had used  NYU email to correspond patient information this way was found responsible and there were communications with OPC and our office team at time. Since then only use NYU email for professional correspondence.  Absolutely no patient communications.

The management involved in this matter is no longer with NYU.

D001106

CONFIDENTIAL

If you send me information this way I would not have received it as I will not even open it.  During pandemic we had use email NYU as unable scan into Epic faxes so forced to communicate this way and I informed patients that email not secure, and not part of chart during pandemic so there would be transparency. Now that office been open sometime have not used this method of patient receiving faxes/forms several months.

Please print form or fax to office so Miriam can print and place on my desk.

Dr. Edelman

D001107

CONFIDENTIAL

Received: 2 months ago

Sari Dawn Edelman, DO ➡ Miriam Ruiz

FYI, I have been giving you patient MR now for months to rectify this. I feel like someone trying deliberately set me up for major patient care error. I am ready call HR as well to protect myself if someone trying to harass me. Serious concern and seems not addressing actual issue.

You can monitor my inbox all you want. Not going see anything because messages not there!

I am literally going crazy here that I am not getting Tiffany's stuff, and instead of removing her from sending me things you are assigning her more tasks to send me. It makes no sense and dangerous. Now won't even see my scans. At least was getting this from Fran.

## Previous Messages                                                                                    ⌃

----- Message -----
From: Miriam Ruiz
Sent: 9/1/2020   1:21 PM EDT
To: Joseph Antonik, Andrew Rubin, *
Subject: RE: Patient Care Compromise Needs Immediate *

Good Morning Dr. Edelman,

Thank you for bringing up your concerns about the workflow that is currently in place. I have had conversations with Tiffany, about her routing her messages to you. She is currently routing all Patient calls and Staff Messages, via a telephone encounter. All Patient Advise requests are being sent directly to you. All medical questions that are being sent are being created as a telephone encounter and sent to you and Trish. All refill medications that are coming in are being pended and sent over to you.

I watched Tiffany create these messages and send them over to you, to ensure that she was sending the messages the proper way. We confirmed this by going back to the patients chart and seeing that the telephone encounter is in the chart and see that this was in your in basket, which I am attached to.

Tiffany has been provided a scanner at her workstation, she will be scanning all of your results into your patients charts. Anything that is not signed off will be scanned and routed to you.

Tiffany will come to your office in the mornings to retrieve any outgoing items from the top part of your outbox, located on the shelf.

For the remainder of the week, Trish and myself will be handling all messages so please route them to the both of us. We will monitor your baskets and keep a close eye on all messages.

For any Patient Advice requests that you are sending back to the patient, please loop in Trish and I, if any follow up requests are needed.

✉ **Patient Care Compromise Needs Immediate Attention**          Received: 2

Sari Dawn Edelman, DO �map Miriam Ruiz; Joseph Antonik; Andrew Rubin
Please be aware that I have been communicating with Miriam Ruiz on major patient care commur
in Epic. It seems my direct medical assistant Tiffany Davis messages in Epic do not appear in my r
This has been occurring for months. I have provided multiple reports to my direct manager durir
event. At this point in time, there has not been any adverse patient outcome, but is is matter of tir
messaging going without review by physician is unsafe practice management. It also adversely afl
satisfaction.

I have been awaiting a response on reason for this from Miriam and she did report she has been
it. At this point in time I do not feel comfortable with the situation. I feel it would be best for Tiffa
not be responsible for sending me messages in Epic.

Of note, I do receive messaging from the phone room on a consistent basis and from all other tea
in the office. I am not sure why the messages Tiffany forwards to me do not appear in my box, bt
point in time it is not safe practice and I am requesting until situation is resolved that she is not p
be a point of contact for messaging patient care issues to me in Epic. Please inform the call cente
room as to whom you feel can be assigned to address my calls until the matter the rectified.

I appreciate you prompt attention to this matter. I sincerely hope this is not system wide IT issue.

Sari Edelman, D.O.

**CONFIDENTIAL**



✉ ↑ **Message**                                                              Received 4 days ago  ⌃

Sari Dawn Edelman, DO ➡ Miriam Ruiz

**Previous Messages**                                                                        ⌄

**Routed Note**

Author: **Sari Dawn Edelman, DO**      Service: **—**                Author Type: **Physician**
Filed: **9/14/2020  8:41 AM**           Encounter Date: **9/11/2020**   Status: **Signed**
Editor: **Sari Dawn Edelman, DO (Physician)**

I send all messages to Tiffany and Trish as this has been my team.  When
Ebony here she was on list as well, then Trish asked me remove her to
prevent confusion work flow when no date of her returning. If someone is
out or not actively working with me that day then please have them make       ☐ Hover for details
sure assigned covering MA or yourself if you are covering Trish, has
access to inbox to monitor messaging so things picked up timely.              ☐ Hover for details 🔧

When you review charts please understand that communication during active visit and follow up care
is documented differently than straight staff messaging and telephone encounters. If I am seeing
patient as visit message may be attached to chart as forward functions with information, or if
reviewing labs will be sent as forward on results note.  If looking messaging alone with these things so
whomever taking over messages needs to aware of this.

📷 **Telemedicine**                                                                   9/11/2020

Sari Dawn Edelman, DO - NYU LANGONE LI RHEUMATOLOGY                             Visit Summary
Diagnoses                                                                              ⌃
**Raynaud's Disease Without Gangrene (Primary)**
Livedo reticularis; Dyspnea on exertion; Sicca, unspecified type; Polyarthritis
Orders Signed This Visit  (38)                                              View All Results ⌄
Orders Pended This Visit
None

📄 **Progress Notes**

Sari Dawn Edelman, DO at 9/11/2020 10:22 AM

D001110

**CONFIDENTIAL**

## This Order Has Been Discontinued

| Order Status | Reason | By | On |
|---|---|---|---|
| Discontinued | None | Sari Dawn Edelman, DO | 9/15/20 1424 |

## Additional Dispense Information

### Outpatient Medication Detail

DAW

DULoxetine (CYMBALTA) 60 mg capsule (Discontinued)   No

## Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| DULoxetine (CYMBALTA) 60 mg capsule (Discontinued) | 30 capsule | 2 | 8/28/2020 | 9/15/2020 | No |

Sig - Route: Take 1 capsule by mouth daily. - Oral
Sent to pharmacy as: DULoxetine 60 mg capsule,delayed release (CYMBALTA)
Class: Normal
Date/Time Signed: 8/26/2020 15:56
E-Prescribing Status: **Receipt confirmed by pharmacy (8/28/2020 3:56 PM EDT)**
E-Cancel Status: **Request approved by pharmacy (9/15/2020 2:24 PM EDT)**
E-Cancel Status Note: **RX last filled 08-30-2020, future fills canceled.**

## Order History

Outpatient

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 06/28/20 1052 | Pend | Patricia Fesolowich, RN | |
| 06/28/20 1556 | Sign | Sari Dawn Edelman, DO | Reorder from Order 421519003 |
| 09/15/20 1332 | Taking Flag Checked | Tiffany Benjamin | |
| 09/15/20 1424 | Discontinue | Sari Dawn Edelman, DO | |

D001111



**12:32**

Dr. Sari >

Yesterday 14:28

Check if devise on neurontin. It's still on list but should be taken off. Also dose Cymbalta incorrect    14:28

I don't think list updated    14:28

I went through all of her meds and dosages    14:28

Rechecking with REDACTED now. Cymbalta 30 TID as in the chart. GABA is still being taken 100mg TID    14:31

You changed Cymbalta to 30 TID as she was on 60MG daily    14:31

Delivered

I just did that. Had 40 system still.    14:32

She said that now? ... I asked said off so want be sure    14:32

Please log off REDACTED chart    14:49

D001112

CONFIDENTIAL



D001113

**CONFIDENTIAL**



☏ QuickActions ▾   ✓ Done   📋 Chart   📞 Telephone Call   📨 Letter ▾   🗓 Appts          More ▾  📨  📨  📨

←   📄 Message   📄 More Info   📄 Pt/Visit Info   📄 Meds/Problems   📄 Vitals/Labs   📄 My Last Note   📄 Help   More ▾

REDACTED

F REDACTED  C REDACTED ↗
Confidential Patient: None
Female, REDACTED, REDACTED
Weight: REDACTED
Preferred Phone: REDACTED
Home Phone: REDACTED
Mobile Phone: REDACTED
Work Phone: REDACTED
PCP: Bella Sandler, MD
Allergies: No Known Allergies

Active FYIs: General
MRN: REDACTED
MyChart: Active
PCP: Bella Sandler, MD
Coverage: REDACTED .

NEXT APPT
📅 With Rheumatology
    10/05/2020 at 10:15 AM

Next Appt: None
Last Visit With Me: None

✉ **Visco Supplements**                    Received: Today

T REDACTED  L REDACTED  ➡ Miriam Ruiz

I have received several messages regarding visco supplements. I have
called her insurance several times and have received the same answer.
Apparently the patient and Dr. Edelman have no faith in my abilities. I
have done due diligence and keep being challenged. This is not the only
instance were the provider feels she can do better than I. I defer to you.

Thank you in advance.

T REDACTED

D001114

**CONFIDENTIAL**

Sari Dawn Edelman, DO

Note                              9/14/20 8:50 AM          

I spoke with F[REDACTED] length Friday.  She has done
investigation herself and will pass info to me today in
detailed letter. I will then try get approval.

## Additional Documentation

Encounter Info:    Billing Info, History, Allergies, Detailed Report

## Encounter Messages                    Expand All  Collapse All

D001115

CONFIDENTIAL

| Phone number: | | Result: | TXT SENT |
|---|---|---|---|
| Comm. type: | **External Vendor** | Call type: | Outgoing |
| Contact: | C▉REDACTED▉ B▉REDACTED▉ H▉REDACTED▉ | Reason: | Appointment Confirmation |

| User: | CADENCE, BATCH PROCESSING | Date/time: | 9/11/20 1:25 PM |
|---|---|---|---|
| Comment: | | Outcome: | |
| Context: | **Appointment Automatic Notices** | | |
| Phone number: | | Result: | TXT SENT |
| Comm. type: | **External Vendor** | Call type: | Outgoing |
| Contact: | C▉REDACTED▉ B▉REDACTED▉ H▉REDACTED▉ | Reason: | Appointment Confirmation |

| User: | CADENCE, BATCH PROCESSING | Date/time: | 9/11/20 1:25 PM |
|---|---|---|---|
| Comment: | | Outcome: | |
| Context: | **Appointment Automatic Notices** | | |
| Phone number: | | Result: | TXT SENT |
| Comm. type: | **External Vendor** | Call type: | Outgoing |
| Contact: | C▉REDACTED▉ B▉REDACTED▉ H▉REDACTED▉ | Reason: | Appointment Confirmation |

## Event Tracking Log

| Event Name | User | Date & Time | Comments |
|---|---|---|---|
| Appointment Scheduled | J▉REDACTED▉, C▉REDACTED▉ | 8/28/20 4:01 PM | |
| Department check-in started | R▉REDACTED▉, M▉REDACTED▉ | 9/16/20 1:07 PM | |
| Department check-in complete | R▉REDACTED▉ M▉REDACTED▉ | 9/16/20 1:08 PM | |
| ES COLOR YELLOW | R▉REDACTED▉, M▉REDACTED▉ | 9/16/20 1:08 PM | |

## Visit Due

| Copay due: | 0.00 | Copay paid: | 0.00 |
|---|---|---|---|
| Prepay due: | 0.00 | Prepay paid: | 0.00 |
| Comment: | | | |

D001116



REDACTED
REDACTED
REDACTED
REDACTED ☑ ☾

P REDACTED M REDACTED
Confidential Patient: None
Female, REDACTED REDACTED
Weight: REDACTED
Preferred Phone: REDACTED
Home Phone: REDACTED
Mobile Phone: REDACTED
Work Phone: REDACTE
PCP: Lisa Joan Lehnert, DO
Allergies: No Known Allergies

Active FYIs: None
MRN: REDACTED
MyChart: Active
PCP: Lisa Joan Lehnert, DO
Coverage: REDACTED .

Next Appt: None
Last Visit With Me: None

---

✉ Message                                    Received: Yesterday

Sari Dawn Edelman, DO ➡ Miriam Ruiz
Caller: Unspecified (2 days ago, 3:13 PM)

Previous Messages                                              ⌄

---

📞 Patient Calls

Sari Dawn Edelman, DO ➡ You                     17 hours ago (3:50 PM)



Any reply IT? Been over week?

Stress again this is compliance issue as impacts patient care. Needs to
be rectified as patient safety is being compromised and we are all aware
of it. I have legal responsibility to report it as do you and Joe if not
rectified as can lead to patient adverse event. While we are trying
mitigate this by temporary fix, it remains to be rectified.

*Documentation*

Sari Dawn Edelman, DO ➡ You; Tiffany Benjamin     17 hours ago (3:35 PM)



Tiffany, I would like you not send to me at all, just route to Trish or Miriam
and they will continue send to me. Issue is liability. If you route to me
and somehow not rerouted back by Trish or Miriam, and I don't get it, it
appears, as if I received it when did not. It is best for now for you not to
route me messages unless not patient related in staff message or it is
lab result note. I believe I do get messages when comes in as lab result
note from you. Telephone messages and any forwarded messages do
not get received.

*Documentation*

You ➡ Tiffany Benjamin; Sari Dawn Edelman, DO      22 hours ago (10:56 AM)

D001117

CONFIDENTIAL

QuickActions ▾ ✓ Done | MyCht Enc ▾ Reply to Patient Chart Take ▾ ✓ Complete QuickNote More ▾

Message Conversation Pt/Visit Info Meds/Problems Vitals/Labs My Last Note Help More

REDACTED
REDACTED
REDACTED

L REDACTED O REDACTED

Confidential Patient: None
Female, REDACTED REDACTED
Weight: REDACTED REDAC
REDACTED REDACTED
Home Phone: REDACTED
Mobile Phone: REDACTED
Work Phone: REDACTE
PCP: Santo Basileo, MD
Allergies: No Known Allergies

Active FYIs: None
MRN: REDACTED
MyChart: Active
PCP: Santo Basileo, MD
Coverage: REDACTED

NEXT APPT
With Rheumatology (Sari Dawn Edelman, DO)
01/25/2021 at 9:00 AM

Next Appt: None
Last Visit With Me: None

## Previous Visit

| Date & Time | Department | Encounter # |
|---|---|---|
| 9/21/2020 10:25 AM | NYU LANGONE LI RHEUMATOLOGY | REDACTED |

## Message

----- Message -----
From: Sari Dawn Edelman, DO
Sent: 10/27/2020 5:19 PM EST
To: Tiffany Benjamin
Subject: FW: Medication Question

----- Message -----
From: Tiffany Benjamin
Sent: 10/22/2020 8:03 AM EDT
To: Sari Dawn Edelman, DO
Subject: FW: Medication Question

----- Message -----
From: L REDACTED
Sent: 10/21/2020 11:28 PM EDT
To: 1999 Marcus Suite 306 Clinical
Subject: Medication Question
good evening doctor I want to try Salagen (pilocarpine) for my dry mouth the cevimeline is not working. can you please send the prepscrition to the same pharmacy. thank you so much.

## Encounter Notes

No notes found.

## Medication Question

**Tiffany Benjamin** routed conversation to You — 47 minutes ago (9:01 AM)

**Sari Dawn Edelman, DO** → Tiffany Benjamin — 6 days ago

Please enter script for pilocarpine 5 mg tid prn, one month, one refill. TY

*Documentation*

**Tiffany Benjamin** routed conversation to Sari Dawn Edelman, DO — 11 days ago

O REDACTI REDA REDACTED REDACTED → Edelman, Sari Dawn, DO — 12 days ago

good evening doctor I want to try Salagen (pilocarpine) for my dry mouth the cevimeline is not working. can you please send the prepscrition to the same pharmacy. thank you so much.



**CONFIDENTIAL**



Conversation with Sari Dawn Edelman, DO, Tiffany Benjamin



REDACTED

Q REDACTED  A REDACTED

10256250

REDACTED

Purnima Popli, MD

Hi

This patient is scheduled for an injection visit today, she is not a buy and bill this would have to come from the pharmacy or patient would have to pay out of pocket

Tue 8:50 AM



Sari Dawn Edelman, DO

Please read messages. Keep her appointment

Tue 8:59 AM

appointment is not cancelled; just informing that injection is not an option; patient would have to pay out of pocket or wait for pharmacy you can see the patient today

Tue 9:00 AM



Sari Dawn Edelman, DO

Read messages. This conversation is irrelevant

Tue 9:02 AM

 

D001119



Sari Dawn Edelman, DO
Medicine, Rheumatology
Conversation: Test Results Question
{Oldest Message First}
        20-Oct-20
REDACTED, REDACTED
to Edelman, Sari Dawn, DO

11:13 AM
Hi, I saw my obgyn and mfm dr today, they wanted to know if the results of the lab work has come back? Please send to their office // email my mfm dr at REDACTED

Thank you,
REDACTED REDACTED

TB
3:04 PM
Tiffany Benjamin routed this conversation to Sari Dawn Edelman, DO
        21-Oct-20
Sari Dawn Edelman, DO
to REDACTED REDACTED

5:17 PM
Are you referring to January 2020 labs?  Or was there another set done after this?

Last read by E REDACTED M REDACTED at 3:30 PM on 10/28/2020.
REDACTED, REDACTED
to Edelman, Sari Dawn, DO

5:18 PM
No, the bloods that were done 2 weeks ago in your office.
        25-Oct-20
REDACTED REDACTED
to Edelman, Sari Dawn, DO

4:17 PM
Hi, I'm following up on these test results from 10/6?

My obgyn was looking for the results. Thanks.
        27-Oct-20
Sari Dawn Edelman, DO
to Patricia Fesolowich, RN

7:39 AM
No results this date on chart. Been few weeks since done and ob needs them as well. Ty
Sari Dawn Edelman, DO
to Patricia Fesolowich, RN • Tiffany Benjamin • Ma

5:13 PM
Note

MISSING LABS!  Patient here two weeks ago.  I see no orders labs, but patient stating we did labwork. I am thinking may have sent out to Exagen. That would be only way could have sent labs without order in system.

D001120

CONFIDENTIAL

Tiffany please check and let me
know.  The tubes definitely taken per
patient. Not sure who MA was that
day.


29-Oct-20
Me
to Sari Dawn Edelman,
DO • Patricia
Fesolowich, RN
MR
12:08 PM
Dr. Edelman, I see that the patient was
here on 10/6/2020 for a visit, I do not
see any orders for any blood test that
were ordered.

Did you give the patient
a requisition to go out
for blood work?

Thank you
Sari Dawn
Edelman, DO
to Me

6:11 PM
Note


I did not send her out.  She stated labs done in our office. You can call her to verify this, perhaps I misunderstood her message.  I know on occasion, RARE occasion (like once or twice
month maybe), if we run late and need free up room, may tell Tiffany to do "lupus panel" or APL panel etc just so she can draw tube and open room if I can't enter order right away.
However, she always sends me message to enter order by end day or text as she cannot send out tubes without requisition printed. If I forgot enter it, then next day she would have tubes

D001121

CONFIDENTIAL

in fridge and remind me if no orders entered. I cannot find either message requesting orders in system or text on my phone.  I am thinking that if we did send out to Exagen. I requested tiffany call over yesterday.  I have not heard back from her.

Patient is pregnant, and these tests done to be sent
to her high risk doctor as well.  If for some reason
we lost tubes, or never sent out, we need let her
know ASAP and have redone.

Thank you

    30-Oct-20
Me
to Sari Dawn Edelman,
DO • Patricia
Fesolowich, RN
MR
 9:15 AM
Hi Dr.
Edelman,

I spoke with Tiffany, she does recall drawing the bloods and holding them over in the fridge. She did forget to remind you to enter the orders for the patient. I spoke to E[REDACTED] and she is aware of the mishap on our end, I offered her to come in today for a draw but she has transportation issues. She is willing to go to a Quest Lab tomorrow and have this done, would you please enter the orders so I can fax it over to Quest. Thank you
    2-Nov-20
Me
to Sari Dawn
Edelman, DO
MR
 3:09 PM
Dr. Edelman

D001122

CONFIDENTIAL

E[REDACTED] is going on Tuesday to
Quest, they do not take walk ins
and she scheduled the
appointment.

Thank you
    5-Nov-20
Sari Dawn
Edelman, DO
to M[REDACTED]ED
E[REDACTED]

 11:02 AM
Hi

Labs are resulted in MyChart.  Everything looks okay.  Sjogren's antibody called the SSA remains elevated and similar titers to previous.  You are more anemic- low red cells, which is likely
due to the pregnancy.  Please just review this with your gynecologist to ensure that you are getting enough iron.  The other mild findings of low protein also feels related to the pregnancy.
The calcium level appears to be low, however when recalculated due to the low protein it is within normal ranges.  The autoimmune clotting antibodies are negative.


Dr. Edelman



Last read by E[REDACTED] M[REDACTED] at 11:29 AM on 11/5/2020.
Sari Dawn Edelman, DO
to Patricia Fesolowich, RN

 11:03 AM
Note


Please send over the results of recent labs from 11 3 to her gynecologist.  It is the maternal-fetal medicine office. Email is m[REDACTED]

M[REDACTED], E[REDACTED]
to Edelman, Sari Dawn, DO

11:09 AM
Thank you, can you please make sure my gyno gets the results? You can email to her at M.[REDACTEDREDACTEDREDACTED]

Thank you, see you in a few weeks.
Sari Dawn Edelman, DO
to M[REDACTED], E[REDACTED]

1:12 PM
Of course, I already requested be sent over this morning to her.

Last read by E[REDACTED] M[REDACTED] at 1:18 PM on 11/5/2020.
Patricia Fesolowich, RN
to M[REDACTED], E[REDACTED]
PF
2:28 PM
E[REDACTED],
Please tell me your GYN name and if you have it the fax # as we can't send results through email
Trish

Last read by E[REDACTED] M[REDACTED] at 2:28 PM on 11/5/2020.
M[REDACTED], E[REDACTED]
to Fesolowich, Patricia, RN

2:32 PM
Hi, my obgyns name is G[REDAC] G[REDACTED], Bayside, NY [REDACTED] not sure of the fax#.

You can put it to his attention or Dr M[REDACTED] S[REDACTED]-L[REDACTED] as shes in the same office and is my high risk dr.



Message | Conversation | Pt/Visit Info | Meds/Problems | Vitals/Labs | My Last Note | Help | 1 Results Not Significant | More

REDACTED

L REDACTED RE. W REDACTED

Confidential Patient: None

Female, REDACTED REDACTED

Weight: REDACTED

Preferred Phone: REDACTED

Home Phone: REDACTED

Mobile Phone: 9 REDACTED

Work Phone: REDACTED

PCP: Lisa Berger, MD

Allergies: **Bee Sting Kit, Latex, Codeine, Biaxin [Clarithromycin], Keflex [Cephalexin], Morphine**

Active FYIs: None

MRN: REDACTED

MyChart: Active

PCP: Lisa Berger, MD

Coverage: REDACTED

NEXT APPT

With Pulmonology
10/15/2020 at 9:00 AM

Next Appt: None

Last Visit With Me: None

## Encounter Notes

No notes found.

## Visit Follow-Up Question

**You** ⇒ Sari Dawn Edelman, DO; Tiffany Benjamin; Patricia Fesolowich, RN — Yesterday (10:36 AM)

Hi Dr. Edelman,

Entering the orders as an external helps facilitate the workflow. If you know where the patient is going this becomes very helpful in tracking the labs down if they have not interfaced into the system. We eliminate phone calls to various labs and even the patient.

External automatically initiates a phone call to the patient so we can easily track the labs down for you. A recommendation would be to ask the patient what lab they choose to go to and selecting this in the drop down as a lab collect so that the outside lab can see the orders when patients arrive. If the patient is unsure, please enter external either way and we will investigate with the patient and mail out the labs.This avoids printing and mailing the requisitions which can delay in patient care.

This workflow works well with all the Rheum doctors on the floor, especially with the Telemed visits.

Please let me know your thoughts, we are all here to support you.

Thank you,

Miriam Ruiz

*Message text*

**Sari Dawn Edelman, DO** ⇒ You; Patricia Fesolowich, RN; Tiffany Benjamin — 4 days ago

I enter lab patient tells me going to so requisition matches when I can. I only put external if not sure which lab plan to go to. I always put lab collect when going to outside lab. Only leave clinic if coming to office to get it. Tiffany why does this matter?

*Documentation*

**Tiffany Benjamin** ⇒ You; Sari Dawn Edelman, DO — 4 days ago

As per Miriam's message from 9/15/2020. The labs were mailed out. I'm re-mailing them now. Please enter labs as external location for patient's that need lab scripts mailed to their home.

*Documentation*

REDACTED ⇒ Edelman, Sari Dawn, DO — 4 days ago

October 6, 2020

Sari Dawn Edelman, DO   to Me   ⬆

Note                                                        3:21 PM   

This is my workflow.  I enter external when patients tell me
do not know which lab going to, so we have to mail
requisition to them and then track down results. Sometimes
they just do not know until after call insurance or research
labs local to them.  If want can create form letter to go out
with external labs requistion informing patients to notify us
of date of service and lab so we have information faster.
Not sure if this actually save time or not as someone still
have follow up that results received regardless.

If know lab I enter it orders this way.

October 12, 2020

Sari Dawn Edelman, DO   to   REDACTED

Ok, that has been my workflow, so no change        2:39 PM   

Last read by Leslie ▪ REDACTED at 3:04 PM on 10/12/2020.

D001126

CONFIDENTIAL

REDACTED

E RED Y REDACTE -G RED

Confidential Patient: None
Female, REDACTED REDACTED
Weight: REDACTED
Preferred Phone: REDACTED
Home Phone: REDACTED
Mobile Phone: REDACTED
Work Phone: REDACT
PCP: Sophia Streete Smalls, MD
Allergies: Seasonal Allergies [Environmental]

Active FYIs: None
MRN: REDACTED
MyChart: Active
PCP: Sophia Streete Smalls, MD
Primary Cvg: Progressive/Progr...

NEXT APPT
With Rheumatology
12/09/2020 at 9:45 AM

Next Appt: None
Last Visit With Me: None

**Message** Received: 4 days ago

Sari Dawn Edelman, DO ➡ Miriam Ruiz
Caller: Unspecified (4 days ago, 4:22 PM)

Previous Messages

**Patient Calls**

**Sari Dawn Edelman, DO** ➡ You — 4 days ago

I opened it at 3:51 inadvertently when went into chart and addressed issue, then done it. It was not in my inbox. I went back to my inbox to see, and not there.

*Documentation*

**You** ➡ Sari Dawn Edelman, DO — 4 days ago

MR

Hi

You must have accidentally done the message at 3:51 and not realize it. The encounter is still open of Tiffany end, otherwise you would not have been able to done the message.

Thanks
*Message text*

**Sari Dawn Edelman, DO** routed conversation to You; Tiffany Benjamin; Patricia Fesolowich, RN — 4 days ago

**Sari Dawn Edelman, DO** — 4 days ago

This message from Tiffany not in my box. Issue not been resolved with IT. Please make sure continuing to forward messages to Trish and Miriam so I see them. I only saw this message as had hard copy of her VECTRA on my desk and opened chart to review last note, and saw message from today.

*Documentation*

**Recent Patient Communication**



CONFIDENTIAL

| 10/20/2020 Tue | 12:15 PM | Comp | FOLLOW UP [1002] | EDELMAN, SARI DAWN [860087] | RHEUM LI [10785001] | Rheumatology | NO REFERRAL REQ//patient has an appointment at 11am with Dr.Donnelly same | <NONE> | | | ⊘ |
| 10/20/2020 Tue | 11:00 AM | Comp | FOLLOW UP REDACTED | F REDACTED, R REDACTED | NS HEM ONC REDACTED | Hematology and Oncology | NO REFERRAL REQ//FERRITIN CHECK | REDACTED | | | ⊘ |

D001128

CONFIDENTIAL



**REDACTED**

Confidential Patient: None
Female, REDACTED, REDACTED
Weight: REDACTED
Preferred Phone: REDACT
Home Phone: REDACTED
Mobile Phone: REDACT
Work Phone: REDACT
PCP: Ihor Magun, MD
Allergies: Morphine

Active FYIs: None
MRN: REDACTED
MyChart: Active
PCP: Ihor Magun, MD
Coverage: REDACTED

NEXT APPT
With Rheumatology
11/24/2020 at 8:45 AM

Next Appt: None
Last Visit With Me: None

✉ ↑ Message                                           Received: 5 days ago

Sari Dawn Edelman, DO ➡ Miriam Ruiz
Caller: Unspecified (5 days ago,  8:45 AM)

Previous Messages                                               ⌄

📇 Patient Calls

↑ You ➡ Sari Dawn Edelman, DO                          2 days ago

Hi,                                                            MR

I cant enter the orders, but when you enter in Haiku the next time let me know who its for so I
can trace and follow it.

Thanks
Message text

↑ You ➡ Sari Dawn Edelman, DO                          5 days ago

Sent you an email with tips on how to enter, if you entered the order the same way and still       MR
had an issue I will send in a ticket.
Please let me know. Thank you
Message text

↑ Sari Dawn Edelman, DO ➡ You                          5 days ago

Order entered on main computer now and patient advised to call schedule for
today. Advised Denise if any issue with order now to call back right away and can
fax over paper order if needed.

Miriam: Please enter IT ticket to look at Haiku order specific for "dopper lower
extremity" as when entered on app comes up as "upper extremity".  Attempted
several times enter and same error.  Requested Tiffany call radiology and have the
radiologist correct it on their end given IT issue yesterday.  Radiology can change
orders with co-sign request. Not sure events transpired but in any case not
completed, and just informed this morning that patient study not completed.

CONFIDENTIAL

## ✉ Patient messaging                                    Received: 1 week ago

Sari Dawn Edelman, DO ➡ Miriam Ruiz

Dear Miriam,

Patients using the portal to message acute issues, and messages not being screened so things sitting in there few days.  Also issue that patient emails also not forwarded to me directly, so by time gets my box been day or two, sometimes more before I even see it.  In past Trish and Ebony screened these messages, and would triage with call to determine who needed more immediate visit or even hospitalization.

Also duplicate messaging coming in making it more difficult to get through box timely and address things properly.  Basic messaging which in past handled by staff and never even routed to me us being sent in duplicate... things like script going to wrong pharmacy, or needing cancel and change visit or just refill requests.  If I open 10 messages day on refill requests that is thirty minutes at least of my time having to enter meds, find correct pharmacy etc, which is 2-3 patient visits.

This becoming safety issue having 50-60 patient emails day and not having time to sort all out. I am opening email until midnight, on weekends.. I am using time in afternoon  could be seeing patients in office in follow up just to keep up messaging.

I would like set up meeting with you to try sort out work flow again so conducive to allowing more time patient care issues.

Thank you

Dr Edelman

D001130

**CONFIDENTIAL**



Conversation with Sari Dawn Edelman, DO

REDACTED

C REDACTED M REDACTED M REDACTED
REDACTED

REDACTED
Harvey Weber, MD

when does the patient need to be seen again
Tue 12:24 PM

Sari Dawn Edelman, DO
Six weeks
Tue 12:25 PM

thank you
Tue 12:27 PM

Sari Dawn Edelman, DO
please try not use this program for non urgent issues, I can always email to call with follow up date or you can guess and then change it if needed. it disrupts care of patient seeing. this secure chat intended for doctor to doctor and urgent communications
Tue 12:53 PM

it is inteneded for interoffice messaging about patient care

but i will refrain using it with you. have a great day
Tue 1:01 PM

Sari Dawn Edelman, DO
It kicks me out of chart. Please don't use it unless urgent.
Tue 1:01 PM