UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DR. SARI EDELMAN,

                              Plaintiff,

   -against-

NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,

                              Defendants.
------------------------------------------------------------------X

**Case No.: 1:21-cv-502 (LJL) (GWG)**

**REPLY DECLARATION OF EMANUEL KATAEV, ESQ. IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR, ALTERNATIVELY, FOR <u>A NEW TRIAL</u>**

      Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.      I am admitted to practice before this Court and am a partner of Milman Labuda Law Group PLLC, attorneys for Plaintiff Dr. Sari Edelman in the above-referenced case.

      2.      As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office, and submit this declaration to provide exhibits relevant to Plaintiff's motion for judgment as a matter of law or, alternatively, for a new trial.

      3.      Annexed hereto as Exhibit A is Plaintiff's Exhibit 8.

      4.      Annexed hereto as Exhibit B is Plaintiff's Exhibit 9.

      5.      Annexed hereto as Exhibit C is Plaintiff's Exhibit 15.

      6.      Annexed hereto as Exhibit D is Plaintiff's Exhibit 24.

      7.      Annexed hereto as Exhibit E is Plaintiff's Exhibit 25.

8. Annexed hereto as Exhibit F is Plaintiff's Exhibit 26.

9. Annexed hereto as Exhibit G is Plaintiff's Exhibit 31.

10. Annexed hereto as Exhibit H is Plaintiff's Exhibit 32.

11. Annexed hereto as Exhibit I is Plaintiff's Exhibit 33.

12. Annexed hereto as Exhibit J is Plaintiff's Exhibit 34.

13. Annexed hereto as Exhibit K is Plaintiff's Exhibit 35.

14. Annexed hereto as Exhibit L is Plaintiff's Exhibit 36.

15. Annexed hereto as Exhibit M is Plaintiff's Exhibit 46.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 12, 2023.

_____/s/_____
EMANUEL KATAEV, ESQ.