# Sari D. Edelman, D.O.

## EMPLOYMENT

**Rheumatology Associates of New York/NRAD**
June, 2008-Present
- Practice Rheumatology in Private Care Setting

## EDUCATION

*Winthrop University Hospital*
Mineola, NY
July, 2006-June, 2008
- Rheumatology Fellowship
- Board Certified Rheumatology, 2008
July, 2003- June, 2006
- Internal Medicine Residency
- Board Certified Internal Medicine, 2007

*New York College of Osteopathic Medicine*
Old Westbury, NY
August, 1999- June, 2003
- Doctor of Osteopathic Medicine
- Honors, Dean's List

*New York University*
New York, NY
August, 1997-June, 1998
- Post Baccalaureate Premedical Education
- Honors

*Binghamton University*
Binghamton, NY
August, 1993-December, 1996
- BA Mathematics/Actuarial Science
- BA English/Creative Writing
- Magna Cum Laude

| | |
|---|---|
| HIGHLIGHTED PUBLICATIONS | Atheroprotective effects of methotrexate on reverse cholesterol transport proteins and foam cell transformation in human THP-1 monocyte/macrophages. Reiss AB, Carsons SE, Anwar K, Rao S, Edelman SD, Zhang H, Fernandez P, Cronstein BN, Chan ES. Arthritis Rheum. 2008 Dec;58(12):3675-83. <br><br> Effect of cyclooxygenase inhibition on cholesterol efflux proteins and atheromatous foam cell transformation in THP-1 human macrophages: a possible mechanism for increased cardiovascular risk. Chan ES, Zhang H, Fernandez P, Edelman SD, Pillinger MH, Ragolia L, Palaia T, Carsons S, Reiss AB. Arthritis Res Ther. 2007;9(1):R4. <br><br> Recent insights into the role of prostanoids in atherosclerotic vascular disease. Reiss AB, Edelman SD. Curr Vasc Pharmacol. 2006 Oct;4(4):395-408. Review. |
| SOCIETIES | American College of Rheumatology <br><br> American College of Physicians <br><br> American Board of Internal Medicine <br><br> American College of Osteopathic Medicine <br><br> Eastern Medical Research Foundation |
| REFERENCES | Furnished upon request. Complete list of publications upon request. |

FAX (516) 216-5284 · E-MAIL RHEUMASSOCIATESNY@GMAIL.COM

*1991 Marcus Avenue · Suite 104 · Lake Succes, New York · 11042 · Phone (516) 775-7200*

D000193