CONFIDENTIAL



**Steven B. Abramson, MD**
Senior Vice President and Vice Dean for
Education, Faculty and Academic Affairs
Frederick H. King Professor and Chair,
Department of Medicine

January 16, 2019

Avram Z. Goldberg, MD
Redacted

RE:   <u>Renewal of Employment Agreement</u>

Dear Dr. Goldberg:

It gives us great pleasure to offer you renewal of employment at NYU School of Medicine, an administrative division of New York University and a component of NYU Langone Health, an academic medical center comprised of the NYU School of Medicine and NYU Langone Hospitals **(collectively referred to as "NYU Langone Health").**

This renewal will be effective for a **three (3) year** term, commencing on **March 1, 2019 ("Effective Date")** and expiring on **February 28, 2022 ("Expiration Date").**

The terms of your employment remain the same as stated in your offer letter and employment agreement dated November 22, 2013, as amended on January 13, 2017 **("collectively, "Agreement")**, with the exception of your annual base compensation, which shall be as follows:

> Your Clinical – FGP Compensation shall be **Five Hundred and Ten Thousand Dollars ($510,000)** annually; your Administrative Leadership Compensation shall remain at **Twenty Five Thousand Dollars ($25,000)** annually, and your total annual base compensation shall be **Five Hundred and Thirty-Five Thousand Dollars ($535,000)**. Your compensation remains subject to your satisfactory performance of the expectations set forth in the Agreement.

Unless this agreement is explicitly renewed in writing, if you continue to provide services following the expiration of this agreement, you will become an employee at-will.

Your employment is based upon your continued satisfactory performance and achievement of productivity expectations. In addition, your employment continues to be subject to all policies and practices of the School of Medicine and New York University as stated in the New York University Faculty Handbook and other policy documents of the School of Medicine in effect at the time of signing and modified from time to time, as well as all applicable laws, rules and regulations.

NYU School of Medicine
550 First Ave HCC-15, New York, NY 10016   T 212-263-8003   F 212-263-3297   stevenb.abramson@nyumc.org

D000802

CONFIDENTIAL

Avram Z. Goldberg, MD  
January 16, 2019  
Page 2 of 2

CONFIDENTIAL

We are very pleased that you are continuing to be a member of the Faculty of the School of Medicine in the Department of Medicine.

Sincerely yours,

_____       4/1/19  
Jill P. Buyon, MD                              Date  
Director, Division of Rheumatology

_____       3/28/19  
Steven B. Abramson, MD                 Date  
Senior Vice President and Vice Dean for  
Education, Faculty and Academic Affairs  
Chair, Department of Medicine

_____       4/1/19  
Andrew W. Brotman, MD                Date  
Senior Vice President and Vice Dean  
for Clinical Affairs and Strategy  
Chief Clinical Officer

_____       4/12/19  
Avram Z. Goldberg, MD                 Date

D000803