**CONFIDENTIAL**



Steven B. Abramson, MD
Chairman, Department of Medicine
Senior Vice President & Vice Dean for
Education, Faculty & Academic Affairs

March 20, 2018

Andrew Porges, MD


RE:  **First Amendment to Employment Agreement**

Dear Dr. Porges:

This letter serves as the First Amendment to your Renewal of Employment agreement dated April 3, 2017 ("Renewal Agreement"), to modify the terms of your employment as set forth herein, specifically, to document your new administrative leadership role and increased compensation.

Accordingly, effective **April 1, 2018 ("Effective Date")** your Renewal Agreement is hereby amended as follows:

1. You will have administrative leadership responsibilities as **Medical Director, NYU Langone Ambulatory Care – Lake Success**.  This administrative appointment is for an initial **one (1)** year period following the Effective Date based on continued satisfactory performance, and continuing thereafter at the discretion of the Vice Dean and Senior Vice President for Clinical Affairs and Strategy.  If you cease to have administrative leadership responsibilities, the portion of your compensation associated with such responsibilities will cease.

2. As Medical Director, you will provide oversight for the clinical operations of NYU Langone Ambulatory Care – Lake Success.  You will be responsible for activities related to the delivery of medical care and clinical services such as cost management, utilization review, quality assurance, and medical protocol development.  Your specific responsibilities include but are not limited to:

    i. You will be responsible for the coordination and oversight of all medical care provided, and for the quality of services rendered;

    ii. Ensure proper functioning of day-to-day operations;

    iii. Provide clinical leadership and ensure high quality services for all patients, including ongoing quality assurance and performance improvement;

    iv. Lead recruitment efforts of new physicians and act as a liaison between NYU Langone Ambulatory Care – Lake Success and FGP administration;

550 First Avenue, HCC-15, New York, NY 10016 • tel 212.263.8003 • fax 212.263.3297 • stevenb.abramson@nyumc.org

D000873

Andrew Porges, MD  **CONFIDENTIAL**  Amendment
March 20, 2018

     v.    Provide knowledgeable and effective administrative leadership, in close collaboration with pertinent administrative managers.

3. You will receive additional compensation in the amount of **Twenty Five Thousand Dollars ($25,000)** annually for your responsibilities associated with this appointment.

4. Except as otherwise set forth herein, all other terms outlined in your Renewal Agreement remain in full force and effect.

With your signature, this First Amendment shall be effective as of April 1, 2018.

Sincerely yours,

_____       March 23, 2018
Jill P. Buyon, MD                                     Date
Director, Division of Rheumatology

_____       3/26/18
Steven B. Abramson, MD                      Date
Senior Vice President and Vice Dean for
Education, Faculty and Academic Affairs
Chair, Department of Medicine

_____       3/27/18
Andrew Brotman, MD                         Date
Senior Vice President and Vice Dean for
Clinical Affairs and Strategy and
Chief Clinical Officer

_____       3/28/18
Andrew Porges, MD                               Date