**Dr. Anang Modi**
**Board Certified Rheumatologist**
**Medical Director, Advantage Care Physicians Hempstead Office**

Redacted

## Current Position

- Board Certified Rheumatologist at Advantage Care Physicians (ACP)
- Medical Director Hempstead Medical Office, ACP
- Chief of Rheumatology for former QLIMG (Queens Long Island Medical Group)
- Vice President of Asian American Rheumatologists in North America (AARINA)

## Education

Rheumatology fellowship
Winthrop University Hospital
Mineola, NY 11501
7/01/04 - 6/30/06

Internal Medicine residency
Winthrop University Hospital
Mineola, NY 11501
7/1/2001 - 6/20/04

New York College of Osteopathic Medicine
Old Westbury, NY
8/1997 - 6/2001

New York Institute of Technology
Old Westbury, NY
Major: Seven year accelerated medical program (B.S./ D.O.)
9/1994 - 6/1997

## Licenses and Certifications

- Board Certified in Rheumatology
- Board Certified in Internal Medicine
- New York State Medical License
- BLS and ACLS certified

## Honors & Awards

- America's Best Doctors (2015, 2016)
- Who's Who List of Excellent Physicians