# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 9, 2023

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Lewis J. Liman, U.S.D.J.
500 Pearl Street, Courtroom 15C
New York, NY 10007-1312

Re: **Edelman v. NYU Langone Health System,** *et al.*
<u>Case No.: 1:21-cv-502 (LJL) (GWG)</u>
<u>MLLG File No.: 209-2020</u>_____

Dear Judge Liman:

This firm represents the Plaintiff, Dr. Sari Edelman (hereinafter "Plaintiff" or "Dr. Edelman"), in the above-referenced case. Plaintiff writes, with the consent of the Defendants, to request that Plaintiff's Exhibit 36 not be considered, in connection with Plaintiff's submissions (ECF Docket Entry 283-12), and that any reference to this exhibit be replaced with a reference to ECF Docket Entry 273-1 at 1266:25-1267:5. The reason for this is because Plaintiff's Exhibit 36 was not admitted as evidence at trial.

By consenting to Plaintiff's request, Defendants do not concede that the information cited by Plaintiff is relevant to the issues to be determined herein.

The parties thank this Court for its time and attention to this case.

Dated: Lake Success, New York
       November 9, 2023           Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

_____/s_____
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Plaintiff*
*Dr. Sari Edelman*

Hon. Lewis J. Liman, U.S.D.J.
November 9, 2023
P a g e | **2**

**VIA ECF**
Tarter Krinsky & Drogin LLP
Richard C. Schoenstein, Esq.
Richard L. Steer, Esq.
Ingrid J. Cardona, Esq.
1350 Broadway, 11th Floor
New York, NY 10018
rschoenstein@tarterkrinsky.com
rsteer@tarterkrinsky.com
icardona@tarterkrinsky.com

*Attorneys for Defendants*