November 17, 2023

**VIA ECF**
Hon. Lewis J. Liman
United States District Judge
United States District Court
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

    Re:    *Edelman v. NYU Langone Health System, et al.*
             Case No.: 1:21-cv-502 (LJL)
             **Request for Adjournment of Oral Argument**

Dear Judge Liman:

    The parties write jointly to respectfully request an adjournment of the in-person oral argument regarding the parties' post-trial motions scheduled by the Court for November 29, 2023, at 10:00 AM. The request is necessitated because Defendants' in-house counsel and counsel have pre-existing engagements involving several other parties mandating their participation.

    The parties propose the following dates for oral argument:

- 12/8-10, 12/12
- 12/14 (p.m.)
- 12/18-12/20
- 12/21 (p.m.)
- 12/26-12/29

    The parties thank this Court for its time and attention to this case.

Respectfully submitted,

| **MILMAN LABUDA LAW GROUP PLLC** | **TARTER KRINSKY & DROGIN LLP** |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| By:   */s/ Emanuel Kataev* | By:   */s/ Richard L. Steer* |
|     Joseph Martin Labuda |     Richard L. Steer |
|     Emanuel Kataev |     Richard C. Schoenstein |
|     3000 Marcus Avenue, Suite 3W8 |     Ingrid J. Cardona |
|     Lake Success, NY 11042 |     1350 Broadway, 11th Floor |
|     (516) 328-8899 |     New York, New York 10018 |
|     joe@mllaborlaw.com |     (212) 216-8000 |
|     emanuel@mllaborlaw.com |     rsteer@tarterkrinsky.com |
| |     rschoenstein@tarterkrinsky.com |
| |     icardona@tarterkrinsky.com |