

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Ingrid J. Cardona
Associate
(212) 216-8032
icardona@tarterkrinsky.com

December 7, 2023

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
United States District Court
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

    Re:    *Edelman v. NYU Langone Health System, et al.*
             **Case No.: 1:21-cv-502 (LJL)**
             **Request to Attend Oral Argument Remotely**

Dear Judge Liman:

    This firm represents Defendants in the above-referenced case. The parties have an oral argument scheduled for tomorrow before Your Honor regarding the parties' post-trial motions.

    Although the undersigned intends to appear in person tomorrow, I write to respectfully request the ability to have the option of attending oral argument remotely, if necessary. This request is necessitated because the undersigned is expected to go into labor anytime between now and the end of the month.

    I thank this Court for its time and consideration of this request.

                                     Respectfully submitted,

                                     **TARTER KRINSKY & DROGIN LLP**
                                     *Attorneys for Defendants*

                                     By:   */s/ Ingrid J. Cardona*