**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DR. SARI EDELMAN,

                Plaintiff,                              21 **CIVIL** 0502 (LJL)

      -against-                               **JUDGMENT**

NYU LANGONE HEALTH SYSTEM, NYU
LANGONE HOSPITALS, NYU LANGONE
MEDICAL CENTER, NYU LANGONE NASSAU
RHEUMATOLOGY, NYU SCHOOL OF MEDICINE,
NYU GROSSMAN SCHOOL OF MEDICINE, NYU
HOSPITALS CENTER, ANDREW T. RUBIN, DAVID
KAPLAN, JOSEPH ANTONIK, and JOSHUA
SWIRNOW,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated December 26, 2023, Plaintiff's motion for judgment as a matter of law or a new trial, Dkt. No. 271, is DENIED. Defendants' motion for judgment as a matter of law, Dkt. No. 267, is GRANTED. Judgment is entered in favor of Defendants, and the case is closed.

**Dated:** New York, New York

      December 26, 2023

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                             **BY:**

                                                      **Deputy Clerk**