UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DR. SARI EDELMAN,

                                      Plaintiff,

      -against-

NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,

                                      Defendants.
-----------------------------------------------------------------X

**Case No.: 1:21-cv-502 (LJL) (GWG)**

**NOTICE OF APPEAL**

      Notice is hereby respectfully given that Dr. Sari Edelman, the Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from: (i) the Opinion and Order of the Hon. Lewis J. Liman, U.S.D.J. ("Judge Liman") dated December 26, 2023 in its entirety; (ii) the judgment entered on the 26th day of December, 2023; (iii) the jury's verdict entered on the 19th day of July, 2023 concerning the Equal Pay Act claims, the discrimination claims, and the retaliation claims against Defendants Andrew Rubin and Joshua Swirnow; (iv) this Court's prior judgment as a matter of law dated July 18, 2023 in its entirety; (v) every objection Plaintiff made and Judge Liman overruled concerning the jury instructions; (vi) Judge Liman's decision dated June 28, 2023 denying Plaintiff's motions *in limine*; (vii) Judge Liman's decision dated June 30, 2023 granting Defendants' motions *in limine*; in addition to (viii) every Order of the Court both during and prior to the jury trial, including – without limitation – the Hon. Lorna G. Schofield, U.S.D.J.'s Order granting summary judgment in favor of Defendants.

Dated: Lake Success, New York
       January 24, 2024                     Respectfully submitted,

                                         **MILMAN LABUDA LAW GROUP PLLC**

                                         _____/s_____
                                         Joseph M. Labuda, Esq.
                                         Emanuel Kataev, Esq.
                                         3000 Marcus Avenue, Suite 3W8
                                         Lake Success, NY 11042-1073
                                         (516) 328-8899 (office)
                                         (516) 328-0082 (facsimile)
                                         joe@mllaborlaw.com
                                         emanuel@mllaborlaw.com

                                         *Attorneys for Plaintiff*
                                         *Dr. Sari Edelman*

**VIA ECF**

Tarter Krinsky & Drogin LLP
Richard C. Schoenstein, Esq.
Richard L. Steer, Esq.
Ingrid J. Cardona, Esq.
1350 Broadway, 11th Floor
New York, NY 10018
rschoenstein@tarterkrinsky.com
rsteer@tarterkrinsky.com
icardona@tarterkrinsky.com

*Attorneys for Defendants*