## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Edelman v. NYU Langone Health System**    Docket No.: **24-251 (2024)**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Richard Lane Steer**

Firm: **Tarter Krinsky & Drogin LLP**

Address: **1350 Broadway, 11th Floor, New York, New York 10018**

Telephone: **212-216-8000**     Fax: **212-216-8001**

E-mail: **rsteer@tarterkrinsky.com**

Appearance for: **NYU Langone Health, et al/Defendants-Appellees**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Richard C. Schoenstein/Tarter Krinsky & Drogin LLP** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **2024-02-06**   OR

☐ I applied for admission on _____ .

Signature of Counsel: *Richard Lane Steer*

Type or Print Name: **Richard Lane Steer**