# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

May 1, 2025

**VIA ECF & Mail**

District Judge Lewis Liman
500 Pearl Street
New York, NY 10007

    Re:    **Edelman v. NYU Langone Health System, 24-251, (2d Cir.)**

Dear Judge Liman:

    We write to inform the Court that Emmanuel Kataev has left the law firm Milman Labuda Law Group PLLC, counsel for Edelman v. NYU Langone Health System, 24-251, (2d Cir.). Accordingly, pursuant to Local Rule 1.4, we respectfully request the entry of an order terminating their appearance in this matter and to remove Mr. Kateav, Other attorneys from the firm will continue to handle this case.

    Thank you for your attention to this matter.

                                                    Respectfully submitted,

                                                    s/
                                                  Joseph M. Labuda, Esq.

cc: Counsel of Record