

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard L. Steer
Partner
(212) 216-8070
rsteer@tarterkrinsky.com

July 17, 2025

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

    Re:    *Edelman v. NYU Langone Health System, et al.*
            Case No.: 1:21-cv-502 (LJL)
            **Request to Reschedule Case Management Conference**

Dear Judge Liman:

    We represent Defendants in the above-referenced action. Pursuant to Rule 1(D) of Your Honor's Individual Practices in Civil Cases, Defendants write to respectfully request an adjournment of the in-person Case Management Conference scheduled before Your Honor on July 24, 2025, at 10:00 AM (the "Conference"). Defendants respectfully request that the Conference be rescheduled because Defendants' lead trial counsel, Richard C. Schoenstein, is actually engaged in a jury trial that began today and is scheduled to end on July 30, 2025. Defendants respectfully request that the Conference be adjourned to a date convenient for the Court and counsel that is after July 30, 2025. Plaintiff's counsel is unavailable August 4, 2025, through and including August 8, 2025, and Defendants' counsel is unavailable August 16, 2025, through and including September 1, 2025.

    This is Defendants' first request to adjourn the Conference, and Plaintiff's counsel consents to this request.

    We thank the Court for its time and attention to this case.

            Respectfully submitted,

            **TARTER KRINSKY & DROGIN LLP**
            *Attorneys for Defendants*

            By:   */s/ Richard L. Steer*
                    Richard L. Steer
                    Richard C. Schoenstein
                    Ingrid J. Cardona
                    1350 Broadway, 11th Floor

Hon. Lewis J. Liman, U.S.D.J.
July 17, 2025
Page 2 of 2

          New York, New York 10018
          (212) 216-8000
          rsteer@tarterkrinsky.com
          rschoenstein@tarterkrinsky.com
          icardona@tarterkrinsky.com

cc:      Plaintiff's counsel via ECF