UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DR. SARI EDELMAN,

                                          Case No.: 1:21-cv-502 (LGS) (GWG)

                    Plaintiff,

     -against-

NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,

                    Defendants.
------------------------------------------------------------------X

## NOTICE OF APPEARANCE OF JAMIE S. FELSEN, ESQ. FOR PLAINTIFF

    PLEASE TAKE NOTICE that Jamie S. Felsen, Esq. hereby appears as counsel for Plaintiff Sari Edelman. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: Lake Success, New York
         August 6, 2025

                                      MILMAN LABUDA LAW GROUP PLLC

                                      /s Jamie S. Felsen, Esq.
                                      Jamie S. Felsen, Esq
                                      3000 Marcus Avenue, Suite 3W8
                                      Lake Success, NY 11042-1073
                                      (516) 328-8899 (office)
                                      (516) 328-0082 (facsimile)
                                      jamie@mllaborlaw.com