```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
SARI EDELMAN,                                                     :
                                                                  :
                        Plaintiff,                                :
                                                                  :            21-cv-502 (LJL)
        -v-                                                       :
                                                                  :                ORDER
NYU LANGONE HEALTH SYSTEM, et al,                                 :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

As set forth during the conference on August 12, 2025, Defendants' renewed motion under Rule 59 and for remittitur shall be due by August 26, 2025. Plaintiff's opposition, and any cross-motion for entry of judgment, is due September 9, 2025. Defendants may reply in support of the motion under Rule 59 and for remittitur and in opposition to the cross-motion for entry of judgment by September 16, 2025. Plaintiff's reply in support of the cross-motion is due by September 23, 2025.

Trial is scheduled in this matter for October 20, 2025 at 9 a.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007. Proposed Joint Pretrial Order, requests to charge, and voir dire, as well as any motions in limine, will be filed by October 3, 2025. Any responses will be due October 10, 2025.

A final pretrial conference is set for October 15, 2025 at 2 p.m. in the same courtroom.

SO ORDERED.

Dated: August 12, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge