UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. SARI EDELMAN,<br><br>Plaintiff,<br><br>– against –<br><br>NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,<br><br>Defendants. | Case No. 1:21-cv-502 (LJL)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that Defendants NYU Langone Health System, NYU Langone Hospitals, and NYU Grossman School of Medicine, a Division of New York University, f/k/a "NYU Hospitals Center" s/h/a "NYU Langone Medical Center," "NYU Langone Nassau Rheumatology," "NYU School of Medicine," "NYU Grossman School of Medicine," and "NYU Hospitals Center" (collectively, "NYU"); and Andrew T. Rubin, David Kaplan, Joseph Antonik, and Joshua Swirnow (collectively, together with NYU, "Defendants"), upon the annexed Defendants' Memorandum of Law in Support of Defendants' Renewed Motion to Alter or Amend the Judgment Pursuant to Fed. R. Civ. P. 59(e), the Supplemental Declaration of Richard L. Steer in Support of Defendants' Motion to Alter or Amend the Judgment Pursuant to Fed. R. Civ. P. 59(e), and the exhibits annexed thereto, and upon all the pleadings and prior proceedings had herein (including the previous filings submitted as part of Defendants' Rule 59(e) motion (ECF Doc. Nos. 267-270)), shall move this Court, before the Honorable Lewis J. Liman, at the courthouse located at 500 Pearl Street, Courtroom 15C, New York, New York 10007, at a place and time to be determined by the Court, for an order, pursuant to Federal Rule of Civil Procedure

59(e), to vacate the award of front pay or, alternatively, granting remittitur and limiting the front pay award to the amount of $137,400 that Plaintiff sought in the Joint Final Pretrial filings, and for such other and further relief that this Court deems just. Defendants respectfully request oral argument.

Dated: New York, New York
August 26, 2025

                        **TARTER KRINSKY & DROGIN LLP**
                        *Attorneys for Defendants*

By: */s/ Richard L. Steer*
     Richard L. Steer
     Richard C. Schoenstein
     Ingrid J. Cardona
     1350 Broadway, 11th Floor
     New York, New York 10018
     (212) 216-8000
     rsteer@tarterkrinsky.com
     rschoenstein@tarterkrinsky.com
     icardona@tarterkrinsky.com