UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. SARI EDELMAN,<br><br>Plaintiff,<br><br>– against –<br><br>NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,<br><br>Defendants. | Case No. 1:21-cv-502 (LJL)<br><br>**SUPPLEMENTAL DECLARATION OF RICHARD L. STEER IN SUPPORT OF DEFENDANTS' MOTION TO ALTER OR AMEND THE JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)** |

**RICHARD L. STEER**, under penalties of perjury, hereby declares pursuant to 28 U.S.C. § 1746:

1. I am a Partner at the law firm of Tarter Krinsky & Drogin LLP, attorneys for Defendants NYU Langone Health System, NYU Langone Hospitals, and NYU Grossman School of Medicine, a Division of New York University, f/k/a "NYU Hospitals Center" s/h/a "NYU Langone Medical Center," "NYU Langone Nassau Rheumatology," "NYU School of Medicine," "NYU Grossman School of Medicine," and "NYU Hospitals Center", and Andrew T. Rubin, David Kaplan, Joseph Antonik, and Joshua Swirnow.

2. I submit this supplemental declaration in support of Defendants' Motion to Alter or Amend the Judgment Pursuant to Fed. R. Civ. P. 59(e). A true and correct copy of my original declaration with exhibits is available at ECF Doc. No. 269.

3. I am fully familiar with the matters set forth herein.

4. A true and correct copy of the Court's December 26, 2023, Opinion and Order is available at ECF Doc. No. 292 and attached hereto as Exhibit A.

002528\5\180094631.v1

5.      A true and correct copy of the Second Circuit's June 18, 2025, Decision is attached hereto as Exhibit B.

6.      A true and correct copy of the Second Circuit's June 18, 2025, Mandate is attached hereto as Exhibit C.

7.      A true and correct copy of a portion of the Parties' Supplemental Joint Appendix containing Defendants' Memorandum of Law in Support of Defendants' Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b) and to Alter or Amend the Judgment Pursuant to Fed. R. Civ. P. 59(e) (SJA-779 – SJA-804) is attached hereto as Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 26, 2025.

                                                    */s/ Richard L. Steer*
                                                    Richard L. Steer