# **<u>EXHIBIT C</u>**

**MANDATE**

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand twenty-five.

Before:    John M. Walker, Jr.,
              Beth Robinson,
              Sarah A. L. Merriam,
                  *Circuit Judges*.

_____

Dr. Sari Edelman,

       Plaintiff - Appellant,

  v.

NYU Langone Health System; NYU Langone Hospitals; NYU Langone Medical Center; NYU Langone Nassau Rheumatology; NYU School of Medicine; NYU Grossman School of Medicine; NYU Hospitals Center; Andrew T. Rubin; David Kaplan; Joseph Antonik; Joshua Swirnow,

       Defendants - Appellees.

**JUDGMENT**

Docket No. 24-251

_____

      The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is AFFIRMED in part and VACATED in part, and the case is REMANDED for further proceedings consistent with this Court's opinion.

                                            For the Court:
                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 07/10/2025**