# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

August 26, 2025

Author: Joseph M. Labuda - Member
Direct E-Mail Address: joe@mllaborlaw.com

<u>Via ECF</u>
Hon. Lewis J. Liman, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

> **Re: Edelman v. NYU Langone Health System, et al.**
> **Case No.: 1:21-cv-502 (LJL)**
> **<u>MLLG File No. 209-20</u>**

Dear Judge Liman:

     Our firm represents Plaintiff, Dr. Sari Edelman in the above-captioned matter. Plaintiff respectfully requests an adjournment of the trial scheduled for October 20, 2025 due to Plaintiff's counsel's unexpected calendar conflict for that date. I have conferred with Defendants' counsel who consents to this request, and we are all available to commence the trial on November 10, 2025, which is the first available date for the parties and witnesses, subject to the Court's availability.

     Respectfully submitted,

*Joseph M. Labuda*

Joseph M. Labuda

cc: All counsel of record (via ECF)

---

**REQUEST GRANTED.** The Jury Trial previously set for October 20, 2025 is rescheduled to November 17, 2025 at 9:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. All other previously set pretrial deadlines, including the date for the final pretrial conference, will remain as set.

8/29/2025

SO ORDERED.

/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge