

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard L. Steer
Partner
(212) 216-8070
rsteer@tarterkrinsky.com

September 4, 2025

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

    Re:    *Edelman v. NYU Langone Health System, et al.*
            Case No.: 1:21-cv-502 (LJL)
            <u>Request for Extension of Time to file Trial Submissions</u>

Dear Judge Liman:

    We represent Defendants in the above-referenced action and write on behalf of all parties' counsel.

    Pursuant to Rule 1(D) of Your Honor's Individual Practices in Civil Cases, we write jointly to respectfully request an extension of the parties' deadlines to file proposed Joint Pretrial Order, request to charge, voir dire, and any motions *in limine* from October 3, 2025, to and including October 17, 2025, and to extend the deadline to respond to any motions *in limine* from October 10, 2025, to and including October 24, 2024. The parties also request an adjournment of the final pretrial conference scheduled for October 15, 2025, at 2pm, to a date after October 24, 2025, that is convenient for the Court and the parties.

    This is the parties' first request for an extension of these deadlines and for an adjournment of the pretrial conference. In light of the adjournment of the trial from October 20 to November 17, as well as the size of the trial transcript and appellate record, the parties respectfully submit that additional time is necessary to properly complete the pretrial submissions, thereby necessitating an adjournment of the pretrial conference.

    We thank the Court for its time and consideration.

                               Respectfully submitted,

                               **TARTER KRINSKY & DROGIN LLP**
                               *Attorneys for Defendants*

                   By:   */s/ Richard L. Steer*
                               Richard L. Steer
                               Richard C. Schoenstein

Hon. Lewis J. Liman, U.S.D.J.
September 4, 2025
Page 2 of 2

                                        Ingrid J. Cardona
                                        1350 Broadway, 11th Floor
                                        New York, New York 10018
                                        (212) 216-8000
                                        rsteer@tarterkrinsky.com
                                        rschoenstein@tarterkrinsky.com
                                        icardona@tarterkrinsky.com

002528\5\180100757.v1