UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DR. SARI EDELMAN,

                          Plaintiff,

      -against-

NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,

                          Defendants.
-----------------------------------------------------------------X

Case No.: 1:21-cv-502 (LJL) (GWG)

NOTICE OF MOTION

      **PLEASE TAKE NOTICE** that upon Plaintiff's Memorandum of Law in Opposition to Defendants' Renewed Motion to Alter or Amend the Judgment Pursuant to Fed. R. Civ. P. 59(e) and in Support of Plaintiff's Cross-Motion for Entry of Judgment Under Fed. R. Civ. P. 54, the Declaration of Jamie S. Felsen, Esq., its accompanying exhibits, and all the papers heretofore submitted in this action, Plaintiff, Dr. Sari Edelman, shall move this Court before the Honorable Lewis J. Liman, U.S.D.J., at the United States District Court, 500 Pearl Street, Courtroom 15C, New York, New York 10007 on a date to be set by the Court, for an Order under Fed. R. Civ. Proc. 54 entering judgment in favor of Plaintiff in the amount of $700,000 plus costs and reasonable attorneys' fees incurred by Plaintiff's counsel in this action. Plaintiff respectfully requests oral argument.

Dated: Lake Success, New York
September 9, 2025

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

_____/s/_____
Joseph M. Labuda, Esq.
Jamie S. Felsen, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
joe@mllaborlaw.com
jamie@mllaborlaw.com

*Attorneys for Plaintiff Dr. Sari Edelman*

cc:   Defendants (via ECF).