UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DR. SARI EDELMAN,

                                Plaintiff,

    -against-

NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,

                                Defendants.
------------------------------------------------------------------X

Case No.: 1:21-cv-502 ((LJL)) (GWG)

DECLARATION OF JAMIE S. FELSEN, ESQ.

       Jamie S. Felsen, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.     I am admitted to practice before this Court and I am a member of Milman Labuda Law Group PLLC, attorneys for Plaintiff Dr. Sari Edelman in the above-referenced case.

      2.     As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office, and submit this declaration to provide exhibits referred to in Plaintiff's Memorandum of Law in Opposition to Defendants' Renewed Motion to Alter or Amend the Judgment Pursuant to FED. R. CIV. P. 59(e) and in Support of Plaintiff's Cross-Motion for Entry of Judgment Under Fed. R. Civ. P. 54.

      3.     Annexed hereto as Exhibit 1 are relevant portions of the trial transcript.

      4.     Annexed hereto as Exhibit 2 is Plaintiff's trial exhibit 8.

      5.     Annexed hereto as Exhibit 3 is Plaintiff's trial exhibit 9.

      6.     Annexed hereto as Exhibit 4 is Plaintiff's trial exhibit 88.

2

      I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2025.

/s/ Jamie S. Felsen