```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

Edelman,

                Plaintiff,

     -v-

NYU Langone Health System, et al.,

                Defendants.

-----------------------------------------------------------------------X

21-cv-00502 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

     Pending before the Court is Defendants' renewed motion pursuant to Federal Rule of Civil Procedure 59(e) for a new trial. Plaintiff argues that the mandate from the Court of Appeals for the Second Circuit prohibits the Court from considering the motion.

     The parties are invited to brief the questions whether the Court was obliged by Federal Rule of Civil Procedure 50(c) to rule on the motion for a new trial in the alternative when it granted Defendants' Rule 50 motion for judgment as a matter of law and whether, the Court having not done so and Defendants not having raised the issue either in the form of a motion to the District Court or on appeal, Defendants should be deemed to have abandoned the issue. *See Arenson v. S. Univ. L. Ctr.*, 43 F.3d 194 (5th Cir.), *decision clarified on reh'g*, 53 F.3d 80 (5th Cir. 1995).

     The parties' briefs must be no longer than 10 pages, double spaced and are due by October 14, 2025. The Court also will entertain a request for a brief oral argument on the question so long as such request is made no later than October 10, 2025, and includes dates and times on which the parties are available.

     SO ORDERED.

Dated: October 8, 2025
       New York, New York

                                                      LEWIS J. LIMAN
                                                      United States District Judge