# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 08 2025
```

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of October, two thousand twenty-five.

Before:    John M. Walker, Jr.,
              Beth Robinson,
              Sarah A. L. Merriam,
                  *Circuit Judges.*

---

Dr. Sari Edelman,

    Plaintiff - Appellant,

v.

NYU Langone Health System; NYU Langone Hospitals; NYU Langone Medical Center; NYU Langone Nassau Rheumatology; NYU School of Medicine; NYU Grossman School of Medicine; NYU Hospitals Center; Andrew T. Rubin; David Kaplan; Joseph Antonik; Joshua Swirnow,

    Defendants - Appellees.

**STATEMENT OF COSTS**

Docket No. 24-251

---

    IT IS HEREBY ORDERED that costs are taxed in the amount of $3009.60 in favor of the Appellant.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[Signature: Catherine O'Hagan Wolfe]*
*[Seal: United States Court of Appeals, Second Circuit]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 10/07/2025