UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SARI EDELMAN,

                        Plaintiff,

  -against-

NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,

                        Defendants.
------------------------------------------------------------------X

Case No.: 1:21-cv-502 (LJL)

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Colleen O'Neil, Esq. hereby appears as counsel for Plaintiff. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: Lake Success, New York
        October 9, 2025

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

    /s/
_____
Colleen O'Neil, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
colleen@mllaborlaw.com

*Counsel for Plaintiff*
*Dr. Sari Edelman*