# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

October 9, 2025

Author: Jamie S. Felsen - Member
Direct E-Mail Address: jamiefelsen@mllaborlaw.com

<u>Via ECF</u>
Hon. Lewis J. Liman, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

> **MEMO ENDORSEMENT.**
> The Court will hear oral argument on the pending motion on October 21, 2025 at 4:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 10/14/2025
>
> SO ORDERED.
>
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

    **Re: Edelman v. NYU Langone Health System, et al.**
    **Case No.: 1:21-cv-502 (LJL)**
    <u>**MLLG File No. 209-20**</u>

Dear Judge Liman:

    Our firm represents Plaintiff, Dr. Sari Edelman, in the above-captioned matter. In connection with the Court's October 8, 2025 Order, the parties jointly request oral argument on the additional issues for which the Court requested briefing. The parties are available anytime on October 21, 2025 or in the afternoon on October 23, 2025.

    While lead trial counsel for Defendants, Richard C. Schoenstein, will argue the motion in person, Defendants' counsel respectfully requests the Court's permission for co-counsel Richard L. Steer to participate by telephone due to his out-of-state residence. Defendants kindly request that dial-in information be provided.

                                     Respectfully submitted,

                                     <u>/s/ Jamie S. Felsen</u>

cc: All counsel of record (via ECF)