

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard L. Steer
Partner
(212) 216-8070
rsteer@tarterkrinsky.com

October 15, 2025

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

  Re: ***Edelman v. NYU Langone Health System, et al.***
     **Case No.: 1:21-cv-502 (LJL)**
     **Request for Extension of Time to file Motions *in Limine***

Dear Judge Liman:

  We represent Defendants in the above-referenced action and write jointly with Plaintiff's counsel.

  Pursuant to Rule 1(D) of Your Honor's Individual Practices in Civil Cases, the parties respectfully request an extension of the deadline to file motions *in limine* from October 17, 2025, to and including October 22, 2025, and to extend the deadline to file oppositions from October 24, 2025, to and including October 27, 2024.

  This is the parties' second request for an extension of these deadlines. The prior request was an extension to file all trial submissions on October 17, 2025, and it was granted. The parties make this request because the deadline to submit the final Joint Pretrial Order is this Friday, October 17, 2025, and counsel require additional time to review the materials each side intends to use at trial in order to determine whether certain contemplated motions *in limine* are warranted.

  We thank the Court for its time and consideration.

            Respectfully submitted,

            **TARTER KRINSKY & DROGIN LLP**
            *Attorneys for Defendants*

          By: */s/ Richard L. Steer*
            Richard L. Steer