UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. SARI EDELMAN,<br><br>                    Plaintiff,<br><br>– against –<br><br>NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,<br><br>                    Defendants. | Case No. 1:21-cv-502 (LJL)<br><br>**APPEARANCE OF COUNSEL** |

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Defendants NYU Langone Health System, NYU Langone Hospitals, and NYU Grossman School of Medicine, a Division of New York University f/k/a "NYU Hospitals Center" s/h/a "NYU Langone Medical Center," "NYU Langone Nassau Rheumatology," "NYU School of Medicine," "NYU Grossman School of Medicine," and "NYU Hospitals Center," Andrew T. Rubin, David Kaplan, Joseph Antonik, and Joshua Swirnow, and respectfully request that copies of all papers be served upon the undersigned at the address set forth below.

Date:   New York, New York
        October 17, 2025

                              **TARTER KRINSKY & DROGIN LLP**
                              *Attorneys for Defendants*


                              By:      */s/ William F. Schmedlin*
                                       William F. Schmedlin
                                       1350 Broadway, 11th Floor
                                       New York, New York 10018
                                       (212) 216-8000
                                       wschmedlin@tarterkrinsky.com