| Witness Name | Plaintiff's Page and Line Designation | Defendant's Counter-Designations | Defendant's Objections |
|---|---|---|---|
| Miriam Ruiz - Trial | 804:13-16 | | |
| | 805:05:00 | | |
| | 805:5-821:16 | 805:5-9 | 816:18-22 (Judge sustained the objection) |
| | 821:21-823:24 | 805:12-16 | 821:10-20 (Judge sustained the objection) |
| | 824:5-825:2 | 807:1-7 | 823:25-824:4 (Judge sustained the objection)<br><br>824:23-25 (object on the grounds of relevance (FRE 401, 402), prejudice outweighs the probative value (FRE 401-403), confusing or misleading (FRE 403), speculation (FRE 602). |
| | 825:11-828:16 | 808:8-19 | |
| | 829:5-830:9 | 810:10-25; 811:2 | |
| | 859:4-866:9 | 811:8-10 | |
| | | 812:10-12 | |
| | | 813:8-25 | |
| | | 814:25; 815:1-7 | |
| | | 815:17-24 | |
| | | 816:6-13 | |
| | | 819:16-24 | |
| | | 821:21-24 | |
| | | 822:6-8 | |
| | | 823:1-3 | |
| | | 823:7-21 | |
| | | 825:11-22 | |
| | | 825:25; 826:1-19 | |
| | | 827:3-5 | |
| | | 830:15-22 | |
| | | 831:1-22 | |
| | | 832:5-8 | |
| | | 832:10-24 | |
| | | 832:25-833:1-24 | |
| | | 834:4-8 | |
| | | 834:11-22 | |
| | | 835:4-12 | |
| | | 835:23-836:1-5 | |
| | | 836:18-25 | |
| | | 837:1-2 | |
| | | 837:16-20 | |
| | | 838:15-23 | |
| | | 839:2-7, 10-25 | |
| | | 840:1-14 | |
| | | 840:17-25 | |
| | | 841:1-12; 15-25 | |
| | | 842:1-25 | |
| | | 843:1-23 | |
| | | 843:24-844:1-25 | |
| | | 845:1-25 | |
| | | 846:1-24 | |
| | | 847:3-11 | |
| | | 847:17-25 | |
| | | 848:1-4 | |
| | | 849:4-19 | |
| | | 850:5-15,18 | |
| | | 851:14-16 | |
| | | 852:8-15 | |
| | | 853:4-25 | |
| | | 854:1-9 | |
| | | 857:4-9,12-19,22-25 | |
| | | 858:1-2 | |
| | | 860:7-13 | |
| | | 865:6-23 | |

| Witness Name | Plaintiff's Page and Line Designation | Defendant's Counter-Designations | Defendant's Objections |
|---|---|---|---|
| Miriam Ruiz - Deposition | 29:23-30:4 | | |
| | 41:11-19 | | |
| | 50:14-16 | | |
| | 52:5-24 | | |
| | 64:14-65:17 | | |
| | 82:22-84:4 | | lack of foundation (FRE 901); grounds of relevance (FRE 401, 402), prejudice outweighs the probative value (FRE 401-403), confusing or misleading (FRE 403), Character Evidence (FRE 404(1)) |
| | 104:20-105:6 | | |
| | 130:24-131:6 | | |
| | 131:8-132:11 | | 131:22-24 leading<br>132:7-9, 11 leading, confusing or misleading (FRE 403) |
| | 136:2-137:10 | | 137:7-10 lack of foundation (FRE 901); grounds of relevance (FRE 401, 402), prejudice outweighs the probative value (FRE 401-403), confusing or misleading (FRE 403), objection as to form |
| | 195:9-203:11 | | 196:6-8, 11-12 no personal knowledge and call for speculation (FRE 602) ;<br><br>197:8-11 lack of foundation (FRE 901); assumes a fact not in evidence ;<br><br>197:23-198:2 grounds of relevance (FRE 401, 402), prejudice outweighs the probative value (FRE 401-403);<br><br>198:7-12 no personal knowledge and call for speculation (FRE 602) ;<br><br>198:21-22 assumes a fact not in evidence, prejudice outweighs the probative value (FRE 401-403);<br><br>199:16-18 no personal knowledge and call for speculation (FRE 602) ;<br><br>200:8-10: prejudice outweighs the probative value (FRE 401-403); misleading;<br><br>200:16-20: no personal knowledge and call for speculation (FRE 602) ;<br><br>202:15-16: no personal knowledge and call for speculation (FRE 602) ;<br><br>202:22-25: argumentative (FRE 403) |