| Witness Name | Defendant's Page and Line Designation | Plaintiff's Counter-Designations | Plaintiff's Objections |
|---|---|---|---|
| Miriam Ruiz - Deposition | 7:20-25 | | |
| | 29:23-25 | | |
| | 30:2-9 | | |
| | 30:22-24 | | |
| | 32:3-4 | | |
| | 32:9-14 | | |
| | 32:16-24 | | |
| | 33:24-34:2 | | |
| | 34:10-16 | | |
| | 34:21-25 | | |
| | 35:2 | | |
| | 35:6-8 | | |
| | 39:15-17, 19-23,25 | | |
| | 41:11-13 | | |
| | 41:17-19 | | |
| | 42:19-20, 22-25; 43:2-3 | | |
| | 43:17-18 | | |
| | 44:17-22 | | |
| | 48:3-12 | | |
| | 49:2-8 | | |
| | 49:21-24 | | |
| | 49:25-50:2-7 | | |
| | 54:2-5 | | |
| | 54:18-24 | | |
| | 55:2-8 | | |
| | 58:7-16 | | |
| | 66:4-5, 7-12 | | |
| | 68:10-13 | | |
| | 69:11-23 | | |
| | 70:3-12 | | |
| | 76:9-12 | | |
| | 79:21-24; 80:2; 80:6-10 | | |
| | 89:15-16, 18-20, 22-25 | | |
| | 90:2-12 | | |
| | 90: 20-25; 91:2, 4-9 | | |
| | 91:10-14 | | |
| | 92:20-23, 25- 93:2 | | |
| | 93:3-5 | | |
| | 95:3-8 | | |
| | 95:9-10, 12-15 | | |
| | 97:9-14 | | |
| | 98:12-16, 22-24 | | |
| | 105:12-17 | | |
| | 105:23-25; 106:2-3 | | |

|  | | | |
|--|--|--|--|
|  | 108:17-25 |  |  |
|  | 109:2-4 |  |  |
|  | 111:22-25; 112:2-12 |  |  |
|  | 112:13-15 |  |  |
|  | 115:21-25; 116:2-4 |  |  |
|  | 120:8-18 |  |  |
|  | 121:4-23 |  |  |
|  | 123:19-20,22 |  |  |
|  | 124:11-14 |  |  |
|  | 125:2-14 |  |  |
|  | 126:25; 127:2-4, 6-8 |  |  |
|  | 127:17-25 |  |  |
|  | 128:2-13 |  |  |
|  | 129:12-25 |  |  |
|  | 130:24-25; 131:2-6 |  |  |
|  | 132:16-17, 19-21 |  |  |
|  | 132:22-25 |  |  |
|  | 133:23-25 |  |  |
|  | 134:3-8 |  |  |
|  | 136:19-21 |  |  |
|  | 137:17-25, 138:2-6 |  |  |
|  | 138:11-16, 24 |  |  |
|  | 145:24-25; 146:2, 4-6 |  |  |
|  | 148:2-8 |  |  |
|  | 149: 13-15, 20-22 |  |  |
|  | 150:11-25 |  |  |
|  | 151:2-4; 5-7 |  |  |
|  | 152:7-9 |  |  |
|  | 152:14-16 |  |  |
|  | 152:17-20 |  |  |
|  | 152:21-25; |  |  |
|  | 153:2-6 |  |  |
|  | 155:19-21,23 |  |  |
|  | 156:2-9 |  |  |
|  | 156:10-16 |  |  |
|  | 161:11-12, 14 |  |  |
|  | 161:15-25 |  |  |
|  | 162:2-11 |  |  |
|  | 163:2-4 |  |  |
|  | 163:6-7 |  |  |
|  | 163:14-19 |  |  |
|  | 164:3-9 |  |  |
|  | 164:12-24 |  |  |
|  | 165:12-16 |  |  |
|  | 165:17, 19 |  |  |
|  | 168:8 |  |  |

|  | 169:5-6 |  |  |
|---|---|---|---|
|  | 169:8 |  |  |
|  | 169:14-18 |  |  |
|  | 169:19-21 |  |  |
|  | 169:23-24 |  |  |
|  | 177:2-18 |  |  |
|  | 180:9-11 |  |  |
|  | 180:13-19 |  |  |
|  | 186:25 |  |  |
|  | 187:2-8 |  |  |
|  | 188:5-7, 17-25 |  |  |
|  | 188:8-10 |  |  |
|  | 188:12-13 |  |  |
|  | 188:14-16 |  |  |
|  | 188:20-24 |  |  |
|  | 189:5-8 |  |  |
|  | 190:22-24 |  |  |
|  | 190:25; |  |  |
|  | 191:2-3 |  |  |
|  | 191:13-24 |  |  |
|  | 192:12-15 |  |  |
|  | 192:16-18 |  |  |
|  | 192:19-20, 22-25 |  |  |
|  | 193:2-3 |  |  |
|  | 193:25 |  |  |
|  | 194:2-6 |  |  |
|  | 194:18-21 |  |  |
|  | 194:23-25; |  |  |
|  | 195:2-8 |  |  |
|  | 195:24-25 |  |  |
|  | 196:3-8, 10-25 |  |  |
|  | 197:2-7 |  |  |
|  | 198:18-23 |  |  |
|  | 198:25:00 |  |  |
|  | 199:2-3 |  |  |
|  | 203:4-7 |  |  |
|  | 203:8-11 |  |  |
|  | 203:14-19 |  |  |
|  | 203:20-22 |  |  |
|  | 203:23-25; 204:2 |  |  |

| Witness Name | Defendant's Page and Line Designation | Plaintiff's Counter-Designations | Plaintiff's Objections |
|---|---|---|---|
| Miriam Ruiz - Trial | 804:13-16 | | |
| | 805:5-9 | | |
| | 805:12-16 | | |
| | 807:1-7 | | |
| | 808:8-19 | | |
| | 810:10-25; 811:2 | | |
| | 811:8-10 | | |
| | 812:10-12 | | |
| | 813:8-25 | | |
| | 814:25; 815:1-7 | | |
| | 815:17-24 | | |
| | 816:6-13 | | |
| | 819:16-24 | | |
| | 821:21-24 | | |
| | 822:6-8 | | |
| | 823:1-3 | | |
| | 823:7-21 | | |
| | 825:11-22 | | |
| | 825:25; 826:1-19 | | |
| | 827:3-5 | | |
| | 830:15-834:8 | | |
| | 834:11-834:22 | | |
| | 834:25-835:12 | | |
| | 835:15-18 | | |
| | 835:22-836:5 | | |
| | 836:18-837:2 | | |
| | 837:10-12,16-20 | | |
| | 837:21-22 | | |
| | 838:3-839:7 | | |
| | 839:10-840:15 | | |
| | 840:17-841:12 | | |
| | 841:15-846:24 | | |
| | 847:3-848:1 | | |
| | 849:4-849:21 | | |
| | 849:25-850:1 | | |
| | 850:5-850:15 | | |
| | 850:18-851:18 | | |
| | 851:21-851:25 | | |
| | 852:7-852:23 | | |
| | 853:3-854:14 | | |
| | 854:20-25 | | |
| | 856:8-9 | | |
| | 857:4-9 | | |
| | 857:12-19 | | |
| | 857:22-858:2 | | |
| | 858:24-25 | | |
| | 860:7-13 | | |
| | 865:6-23 | | |