UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DR. SARI EDELMAN,

                                    Plaintiff,

      -against-

NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,

                                    Defendants.
------------------------------------------------------------------X

Case No.: 1:21-cv-502 (LJL) (GWG)

<u>NOTICE OF MOTION</u>

      **PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support, the Declaration of Jamie S. Felsen, Esq., its accompanying exhibits, and all the papers heretofore submitted in this action, Plaintiff shall move this Court before the Honorable Lewis J. Liman, U.S.D.J., at the United States District Court, 500 Pearl Street, Courtroom 1106, New York, NY 10007-1312 on a date to be set by the Court, for an Order permitting Plaintiff to testify regarding her emotional distress—including the impact of the move to Florida on her as a mother of a special needs child who struggled with the transition—provided her testimony excludes details about diagnosis, regression, or costs, or, in the alternative, bifurcating trials for liability and damages.

      **PLEASE TAKE FURTHER NOTICE,** that answering papers must be served and filed on or before October 27, 2025 pursuant to this Court's Order dated October 15, 2025.

      **PLEASE TAKE FURTHER NOTICE**, that oral argument is requested.

Dated: Lake Success, New York
      October 22, 2025

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

_____/s/_____
Jamie S. Felsen, Esq.
Joseph M. Labuda, Esq.
Colleen O'Neil, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
joe@mllaborlaw.com
jamiefelsen@mllaborlaw.com
colleen@mllaborlaw.com

*Attorneys for Plaintiff*
*Dr. Sari Edelman*

cc:    Defendants (via ECF)