UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DR. SARI EDELMAN,

                              Plaintiff,

    -against-

NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,

                              Defendants.
-----------------------------------------------------------------X

Case No.: 1:21-cv-502 (LJL) (GWG)

DECLARATION OF JAMIE S. FELSEN, ESQ.

       Jamie S. Felsen, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1.     I am admitted to practice before this Court and I am a member of Milman Labuda Law Group PLLC, attorneys for Plaintiff Dr. Sari Edelman in the above-referenced case.

       2.     As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office, and submit this declaration to provide exhibits referred to in Plaintiff's Motion In Limine Concerning Emotional Distress Damages.

       3.     Annexed hereto as Exhibit 1 are relevant portions of the transcript from the oral argument on June 27, 2023 related to motions in limine in the first trial in this action.

       4.     Annexed hereto as Exhibit 2 is this Court's June 30, 2023 Memorandum & Order concerning motions in limine in the first trial in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 22, 2025

/s/ Jamie S. Felsen

2