UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. SARI EDELMAN,

              Plaintiff,

– against –

DAVID KAPLAN,

              Defendant.

Case No. 1:21-cv-502 (LJL)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that defendant David Kaplan, upon the annexed Defendant's Motions *in Limine*, the Declaration of Richard L. Steer, Esq. dated October 22, 2025, the exhibit annexed thereto, and upon all the pleadings and prior proceedings had herein, shall move this Court, before the Honorable Lewis J. Liman, at the courthouse located at 500 Pearl Street, Courtroom 15C, New York, New York 10007, at a place and time to be determined by the Court, for an order, granting Defendant's motions *in limine* to exclude arguments regarding damages, exclude expert testimony, exclude medical conditions of Plaintiff's children, exclude patient correspondence, exclude mentioning of previous judgment, and limit the retaliation claims to participation in non-renewal of Edelman's contract, together with such other and further relief as the Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that any opposition papers are to be filed on or before October 27, 2025.

Dated: New York, New York
        October 22, 2025

                                    **TARTER KRINSKY & DROGIN LLP**
                                    *Attorneys for Defendant*

                                    By: */s/ Richard L. Steer*
                                         Richard L. Steer
                                         Richard C. Schoenstein
                                         William Schmedlin

2

                                                    Ingrid J. Cardona
                                                    1350 Broadway, 11th Floor
                                                    New York, New York 10018
                                                    (212) 216-8000
                                                    rsteer@tarterkrinsky.com
                                                    rschoenstein@tarterkrinsky.com
                                                    wschmedlin@tarterkrinsky.com
                                                    icardona@tarterkrinsky.com

002528\5\180189793.v1