UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. SARI EDELMAN,

    Plaintiff,

– against –

DAVID KAPLAN,

    Defendant.

Case No. 1:21-cv-502 (LJL)

**DECLARATION OF RICHARD L. STEER IN SUPPORT OF DEFENDANT DAVID KAPLAN'S MOTIONS *IN LIMINE***

**RICHARD L. STEER**, under penalties of perjury, hereby declares pursuant to 28 U.S.C. § 1746:

1. I am a Partner at the law firm of Tarter Krinsky & Drogin LLP, attorneys for Defendant David Kaplan.

2. I am fully familiar with the matters set forth herein.

3. A true and correct copy of Plaintiff's Second Amended Rule 26 Disclosures are annexed at Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2025.

                                            */s/ Richard L. Steer*
                                              Richard L. Steer