# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

October 9, 2025

Author: Jamie S. Felsen - Member
Direct E-Mail Address: jamiefelsen@mllaborlaw.com

<u>Via ECF</u>
Hon. Lewis J. Liman, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

    **Re: Edelman v. NYU Langone Health System, et al.**
    **Case No.: 1:21-cv-502 (LJL)**
    **MLLG File No. 209-20**

Dear Judge Liman:

    Our firm represents Plaintiff, Dr. Sari Edelman, in the above-captioned matter.

    The parties jointly respectfully request a brief extension of time from October 27, 2025 to October 31, 2025 to submit opposition to the motions in limine that were filed yesterday.

    The parties previously requested an extension of time to file the motions in limine by October 22, 2025 and opposition to be filed by October 27, 2025, which request the Court granted.

    Last night, Defendants filed six (6) motions in limine which seek to exclude critical evidence, including, *inter alia*, Plaintiff from seeking any damages at trial. Plaintiff requires additional time to oppose these motions which address critical issues.

    The parties also jointly request that the Court adjourn the final pre-trial conference that is scheduled for October 30, 2025 until November 4, 5, 6, or 7.

                               Respectfully submitted,

                               <u>/s/ Jamie S. Felsen</u>

cc: All counsel of record (via ECF)