UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DR. SARI EDELMAN,

                        Plaintiff,

  -against-

NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,

                        Defendants.
------------------------------------------------------------------X

Case No.: 1:21-cv-502 (LJL) (GWG)

**DECLARATION OF JAMIE S. FELSEN, ESQ. IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NOS. 1-6**

Jamie S. Felsen, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and I am a member of Milman Labuda Law Group PLLC, attorneys for Plaintiff Dr. Sari Edelman in the above-referenced case.

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office, and submit this declaration to provide exhibits referred to in Plaintiff's Opposition to Defendant David Kaplan's Motions In Limine.

4. A true and correct copy of Plaintiff's proposed Exhibit 29 is annexed at Exhibit A.

5. A true and correct copy of Kaplan's Proposed Draft Jury Instructions is annexed at Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 31, 2025.

/s/ Jamie S. Felsen
Jamie S. Felsen, Esq.
**MILMAN LABUDA LAW GROUP, PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
(516) 328-8899 (office)
(516) 328-0082 (facsimile)

*Counsel for Plaintiff*
