# EXHIBIT A

# P'S PROPOSED EXHIBIT 29

12:44
◀ Search

**Epic**

Sari Dawn Edelman, DO

**‹ Pt Advice Request**    ∧  ∨

46y F

☎

⊗

## FW: Visit Follow-Up Question

Previous Messages    ⊗

## 📨 Patient Messages

*Patricia Fesolowich, RN routed conversation to You on 4/22/2021 9:46 AM*

I consider myself very fortunate to be under Dr. Edelman's care. Not only has she taken great care of my health, she is lovely to speak with. I have multiple complex autoimmune disorders. I have been misdiagnosed in the past. Dr Edelman is the ONLY physician that was able to"think outside the box" to properly diagnose my medical condition and put a treatment plan in place. She is always thorough and speaks to my hematologist to discuss treatment options. Dr Edelman is truly a rare find!

to You
4/22/2021 9:19 AM

This visit is not signed. The conversation may still be ongoing.

      Complete



an email telling me to pick a new Dr. totally confused?

I'll call you.

Delivered

Ok

April 2021

Dear Patient,

I am writing to inform you that **Sari Edelman, MD**, will be leaving NYU Langone Health. Dr. Edelman's last day of seeing patients at **NYU Langone Ambulatory Care Lake Success** will be Friday May 28, 2021.
Continuity of care is very important to us. Listed below are some of our rheumatology providers who will be able to accommodate your medical needs going forward without interruption.

Lenore Brancato, MD
William Given, MD
Avram Goldberg, MD
Margaret Li, MD
Kavini Mehta, MD
Andrew Porges, MD

**NYU Langone Ambulatory Care Lake Success**
1999 Marcus Avenue, Suite 306
Lake Success, NY 11042

Pick Dr Margaret Li. Best of luck to you and your family in your future journey. Thank you for taking care of me 🌹🌹🌹🌹🌹🙏🙏🙏🙏

iMessage



**Epic**

Sari Dawn Edelman, DO

‹ Pt Advice Request                    ∧    ∨

65y F

## FW: Referral Request
4/28/2021 3:38 PM
Responsible: Edelman, Sari Dawn, DO

📞 �_____

Details                                    ⌄

**FW: Referral Request**

Previous Messages                          ⌄

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on*
*4/28/2021 3:38 PM*

So sorry to hear you're leaving group.
Would you recommend a replacement
(there is no replacement for you!) so I can
continue care with the practice? Best
wishes to you in your future endeavors.

▬▬▬▬▬▬▬▬
4/28/2021 3:36 PM

This visit is not signed. The conversation may still be
ongoing.

🚩  ↩                              Complete

*Epic*

Sari Dawn Edelman, DO

< Pt Advice Request   ∧ ∨

66y F

### FW: Scheduling Question

4/28/2021 3:38 PM

Responsible: Edelman, Sari Dawn, DO

📞 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Details ⩔

### FW: Scheduling Question

Previous Messages ⩔

💬 Patient Messages

*Debriel Price, LPN routed conversation to You on 4/28/2021 3:38 PM*

Dear Dr. Edelman,
I received word u r leaving in May. your appointments are booked solid. My left knee was replaced on Nov 21 2020, but still have swelling and pain and thumbs/hands ache can't open a jar. Sad u r leaving. Any chance of a cancellation, I would be happy to fill it -- any time or day! call if any cancellations.
my best to u.
cell phone #: ▇▇▇▇▇▇    wk: ▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
very truly yours,
▇▇▇▇▇▇▇▇
P.S. say hi to Tiffany for me.

▇▇▇▇▇▇ You

🏳  ↩              Complete

CONFIDENTIAL

**Epic**

Sari Dawn Edelman, DO

‹ Pt Advice Request        ∧   ∨

66y F

## FW: Scheduling Question

4/28/2021 3:38 PM

Responsible: Edelman, Sari Dawn, DO

📞

Details                     ≫

### FW: Scheduling Question

Previous Messages            ∧

----- Message -----
From
Sent: 4/28/2021   3:35 PM EDT
To: 1999 Marcus Suite 306 Scheduling
Subject: Scheduling Question

Dear Dr. Edelman,
I received word u r leaving in May. your appointments are
booked solid. My left knee was replaced on Nov 21 2020,
but still have swelling and pain and thumbs/hands ache
can't open a jar. Sad u r leaving. Any chance of a
cancellation, I would be happy to fill it -- any time or day!
call if any cancellations.
my best to u.

Very truly yours,

P.S. say hi to Tiffany for me.

🏳 ↩                     **Complete**

**Epic**

Sari Dawn Edelman, DO

‹ Pt Advice Request                    ∧  ∨

---

████████████
       57y F

---

## FW: Non-Urgent Medical Question
4/28/2021 3:33 PM
Responsible: Edelman, Sari Dawn, DO
☎ ████████████

Details                                  ⏬

---

### FW: Non-Urgent Medical Question

Previous Messages                        ⏬

---

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on
4/28/2021 3:33 PM*



Saw that you are leaving there. Would like
to follow you if possible. If it is, pls text me
at ████████████ All the best either way!

████████████

4/28/2021 3:29 PM

This visit is not signed. The conversation may still be
ongoing.

---

🏳                     Complete



*Epic*

Sari Dawn Edelman, DO

**‹ Pt Advice Request**                    ∧   ∨

74y F

### FW: Non-Urgent Medical Question

4/28/2021 3:33 PM

Responsible: Edelman, Sari Dawn, DO

📞 ▮▮▮▮▮▮▮▮▮▮▮▮

Details                                              ⌄

**FW: Non-Urgent Medical Question**

Previous Messages                                    ⌄

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on*
*4/28/2021 3:33 PM*

Sad to hear you are leaving NYU Langone
so soon after I set up a doctor-patient
relationship with you.
Are you affiliating with a different group?
thank you
Regards,
▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮  You
4/28/2021 3:29 PM

This visit is not signed. The conversation may still be
ongoing.

⚑  ↩                               **Complete**



**Epic**   Sari Dawn Edelman, DO

**< Pt Advice Request**   ∧ ∨

77y M

## FW: Visit Follow-Up Question
4/28/2021 3:32 PM
Responsible: Edelman, Sari Dawn, DO

📞

Details   ≫

**FW: Visit Follow-Up Question**

Previous Messages   ≫

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 3:32 PM*

Wow, leaving, all the best. I was scheduled to get an x-ray based upon our last meeting. Due to Covid I avoided doing it. Now that I have both shots I am ready. Is it still in the system and can I get the x-ray done and sent to you, or do you need to enter a new referral. Recall, I believe an x-ray of both hands.

ou
4/28/2021 3:21 PM

This visit is not signed. The conversation may still be ongoing.

    Complete



*Epic*    Sari Dawn Edelman, DO

**< Pt Advice Request**    ∧ ∨

▇▇▇▇▇▇▇▇▇ y F

## FW: Referral Request

Previous Messages    ⌄

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on*
*4/28/2021 3:22 PM*

Hi Dr Edelman

So sorry to hear you are leaving, however I
wish you all the best in your new
endeavors. If you don't mind me asking, will
you be practicing someplace else. I would
be more than willing to follow you if so. You
have been so wonderful and I have been so
blessed to have you as my doctor. You are
such a compassionate and awesome
doctor.
So please let me know if you will be
practicing someplace else, I certainly would
follow you. If not would you be able then to
refer me to a new doctor. So hoping that I
would be able to continue with you
someplace else.

All the best

▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇ You
4/28/2021 3:16 PM

This visit is not signed. The conversation may still be

🏳    ↩    Complete



**Epic**   Sari Dawn Edelman, DO

**‹ Pt Advice Request**            ∧ ∨

7 ly M

### FW: Test Results Question
4/28/2021 3:13 PM
Responsible: Edelman, Sari Dawn, DO

📞 ▇▇▇▇▇▇

Details                                      ⌄

**FW: Test Results Question**

Previous Messages                            ⌄

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 3:13 PM*

My next visit with Dr Edelman is scheduled for May 21. I've completed the latest testing one week ago. Is it possible to discuss these results with me before my May 21st visit?

▇▇▇▇▇ o You
4/28/2021 3:13 PM

This visit is not signed. The conversation may still be ongoing.

🚩  ↩                        **Complete**

CONFIDENTIAL



**Epic**

Sari Dawn Edelman, DO

**< Pt Advice Request**  ∧  ∨

50y F

Details ⌄

**FW: Visit Follow-Up Question**

Previous Messages ⌄

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 3:13 PM*

I've been trying to see you for a year. First i made apt. and they told me it was telemed apt. I waited 3 months and then found out they actually scheduled an in person apt. So I missed it. THEN I rescheduled a telemed apt. But they told me the wrong time. So again, missed my apt. Now I tried to make ANOTHER apt and they said ur leaving and can not get me in. I need meds. And I want to know where ull be practicing after you leave. Is there any way you can get me in before u leave??
Thank you
Wendy pepe

You
4/28/2021 3:02 PM

This visit is not signed. The conversation may still be ongoing.

    Complete



*Epic*

Sari Dawn Edelman, DO

**< Pt Advice Request**　　∧　∨

by P

### FW: Non-Urgent Medical Question

4/28/2021 3:12 PM

Responsible: Edelman, Sari Dawn, DO

📞

Details　　≫

---

**FW: Non-Urgent Medical Question**

Previous Messages　　≫

---

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 3:12 PM*

Hi!
I just saw the message that you are leaving
NYU. Where are you going? When?
Hope all is well,

You
4/28/2021 3:05 PM

This visit is not signed. The conversation may still be ongoing.

🏳 ↩　　　　　　　　　Complete

CONFIDENTIAL



*Epic*    Sari Dawn Edelman, DO

**< Pt Advice Request**    ∧  ∨

27y F

### FW: Scheduling Question
4/28/2021 3:01 PM
Responsible: Edelman, Sari Dawn, DO

📞 ▮▮▮▮▮▮▮▮▮▮▮

Details    ≫

**FW: Scheduling Question**

Previous Messages    ≫

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 3:01 PM*

Hi Dr. Edelman,

I read the notice about how you are leaving NYU and wanted to see if you were heading to a new health facility near by to see if I could continue seeing you as a rheumatologist.

▮▮▮▮▮▮▮▮▮▮▮
4/28/2021 3:00 PM

This visit is not signed. The conversation may still be ongoing.

🏳       **Complete**



**Epic**

Sari Dawn Edelman, DO

‹ Pt Advice Request        ∧  ∨

38y M

## FW: Test Results Question

4/28/2021 3:00 PM

Responsible: Edelman, Sari Dawn, DO

📞 ▅▅▅▅▅▅▅▅▅

Details                          ⌄

### FW: Test Results Question

Previous Messages                ⌄

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 3:00 PM*

Hello,

I was wondering if you'd be able to get back to me about my test results or anything else you'd like to recommend before you leave the practice. Would so be able to still be your patient at your new location? Thank you.

▅▅▅▅▅▅▅▅▅ ou
4/28/2021 2:53 PM

This visit is not signed. The conversation may still be ongoing.

                     Complete



**Epic**

Sari Dawn Edelman, DO

**< Pt Advice Request**    ∧ ∨

───────────────

y F

### FW: Visit Follow-Up Question

4/28/2021 3:00 PM

Responsible: Edelman, Sari Dawn, DO

☎ ▬▬▬▬▬▬

Details                                          ≫

───────────────

**FW: Visit Follow-Up Question**

Previous Messages                              ≫

───────────────

🗨 **Patient Messages**

*Debriel Price, LPN routed conversation to You on*
*4/28/2021 3:00 PM*

> Dr. Edelman, where are you going? I'd like
> to continue seeing you. Alternatively, who
> would you recommend for me in your
> current department?

▬▬▬▬▬  You
4/28/2021 2:51 PM

This visit is not signed. The conversation may still be
ongoing.

⚑  ↩                          **Complete**

*Epic*

Sari Dawn Edelman, DO

**< Pt Advice Request** ∧ ∨

███████ 63y F

---

### FW: Visit Follow-Up Question

4/28/2021 3:00 PM

Responsible: Edelman, Sari Dawn, DO

📞 ████████████

Details ⌄

---

**FW: Visit Follow-Up Question**

Previous Messages ⌄

---

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 3:00 PM*

Hi Dr. Edelman, just received an email that you are leaving! Last day to see patients is end of May, looked for appointments for me and ███ and nothing is available before that date. Can we possibly get appointments with you?! Can we go to where you are going to? Don't want to lose you as our doctor!! Thank you ████████

████████ o You
4/28/2021 2:56 PM

This visit is not signed. The conversation may still be ongoing.

🏳 ↩

**Complete**



**Epic**

Sari Dawn Edelman, DO

**< Pt Advice Request**            ∧    ∨

██ ████████
        44y F

4/28/2021 2:58 PM

Responsible: Edelman, Sari Dawn, DO

☎ ████████

Details                                               ≫

**FW: Referral Request**

Previous Messages                                    ≫

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on
4/28/2021 2:58 PM*

Good Afternoon,

I am so sorry to hear you will no longer be
practicing at NYU. I know you must be
getting flooded with emails. Will you be
practicing elsewhere or privately? I would
love to remain as your patient if given the
option.

Wishing you all the best,

████████

████████ o You
4/28/2021 2:55 PM

This visit is not signed. The conversation may still be
ongoing.

⚐    ↩                                    Complete



**Epic**

Sari Dawn Edelman, DO

**‹ Pt Advice Request**   ∧ ∨

45y F

## FW: Scheduling Question
4/28/2021 2:57 PM
Responsible: Edelman, Sari Dawn, DO
📞

Details   ≫

**FW: Scheduling Question**

Previous Messages   ≫

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 2:57 PM*

Hu doc, thanks for answering my question. I'm sorry to see the nessage that you're leaving the NYU. Are you going to be attending anywhere else or joining any other group? I'd love to follow you to another location if is not too far. Please let me know.

to You
4/28/2021 2:52 PM

This visit is not signed. The conversation may still be ongoing.

🚩 ↩   Complete



**Epic**

Sari Dawn Edelman, DO

< Pt Advice Request                    ∧  ∨

▮▮▮▮▮▮▮▮▮▮ 70y F

### FW: Non-Urgent Medical Question

4/28/2021 2:45 PM

Responsible: Edelman, Sari Dawn, DO

☎ ▮▮▮▮▮▮▮▮

Details                                       ⪡

**FW: Non-Urgent Medical Question**

Previous Messages                             ⪡

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 2:45 PM*

Where will you be going? ▮▮▮▮▮
▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮
4/28/2021 2:11 PM

This visit is not signed. The conversation may still be ongoing.

⚑  ↩                          Complete

P405



**Epic**

Sari Dawn Edelman, DO

**‹ Pt Advice Request**　∧ ∨

72y M

### FW: Visit Follow-Up Question

4/28/2021 2:41 PM

Responsible: Edelman, Sari Dawn, DO

📞 ▮▮▮▮▮▮▮▮

Details　⌄

**FW: Visit Follow-Up Question**

Previous Messages　⌄

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 2:41 PM*

Dr Sorry to hear that you are leaving NYU pantone at the end of May. Do you have a recommendation for another doctor. Also if you are setting up another office please let me know. If not good luck to you and your family. I really appreciated how you have help me ▮▮▮▮

▮▮▮▮▮▮ o You
4/28/2021 2:39 PM

This visit is not signed. The conversation may still be ongoing.

 　Complete

3:44

**Epic**

Sari Dawn Edelman, DO

< Pt Advice Request

## FW: Non-Urgent Medical Question

4/28/2021 2:38 PM

Responsible: Edelman, Sari Dawn, DO

Details

**FW: Non-Urgent Medical Question**

Previous Messages

### 🗨 Patient Messages

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:38 PM*

Hello Dr. Edelman,
I just received news that you will be leaving NYU. This does concern me however, I am reaching out to you for some clarity. Will you be practicing elsewhere? I would like to follow you if that is possible. Please feel free to reach out to me on my cellphone ████████ thank you.

███████ You
4/28/2021 2:24 PM

This visit is not signed. The conversation may still be ongoing.

                     Complete

**Epic**

Sari Dawn Edelman, DO

**‹ Pt Advice Request**    ∧  ∨

43y F

## FW: Scheduling Question

4/28/2021 2:37 PM

Responsible: Edelman, Sari Dawn, DO

📞 ▃▃▃▃▃▃▃▃▃▃

Details    ⌄

### FW: Scheduling Question

Previous Messages    ⌄

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:37 PM*



Dear Dr. Edleman,

I heard you are leaving. Is there anyway I can get in before you do?

Thank you

▃▃▃▃▃▃ to You
4/28/2021 2:32 PM

This visit is not signed. The conversation may still be ongoing.

     **Complete**

*Epic*

Sari Dawn Edelman, DO

< Pt Advice Request    ∧  ∨

57y F

Details    ⌄

**FW: Scheduling Question**

Previous Messages    ⌄

📢 **Patient Messages**

*Debriel Price, LPN routed conversation to You on*
*4/28/2021 2:37 PM*

Hi Dr. Edelman:
So ironic that I received a message today as I was going to set up a tele health call with you. I saw that you were leaving NYU. I am so sad to hear that because you truly are a gem and have been so helpful and so caring and helped me understand the issues that come with this my auto immune issues. I will call your office tomorrow to set up our call.

Sincerely,

4/28/2021 2:28 PM

This visit is not signed. The conversation may still be ongoing.

 

Complete



Epic

Sari Dawn Edelman, DO

< Pt Advice Request    ∧  ∨

7 ly F

## FW: Visit Follow-Up Question
4/28/2021 2:37 PM
Responsible: Edelman, Sari Dawn, DO

Details    ≫

### FW: Visit Follow-Up Question

Previous Messages    ≫

### 💬 Patient Messages

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:37 PM*

I'm so sorry to hear that you are leaving NYU
Are you going somewhere else
I would follow you to someplace else

You
4/28/2021 2:32 PM

This visit is not signed. The conversation may still be ongoing.

     Complete



**Epic**

Sari Dawn Edelman, DO

< Pt Advice Request                                    ∧   ∨

█████████████████████ M
   ██████ 1y F

### FW: Non-Urgent Medical Question

4/28/2021 2:37 PM

Responsible: Edelman, Sari Dawn, DO

📞 ███████████████

Details                                                    ≫

---

**FW: Non-Urgent Medical Question**

Previous Messages                                          ≫

---

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on*
*4/28/2021 2:37 PM*

Dr . Edelman,

I just received notice that you will be
leaving the practice. Could you please let
me know where you will be headed so I can
continue my care with you?

Best,

███████████████

███████████████

4/28/2021 2:29 PM

This visit is not signed. The conversation may still be
ongoing.

⚑   ↩                                          Complete

CONFIDENTIAL



**Epic**

Sari Dawn Edelman, DO

< Pt Advice Request

█████ 61y F

### FW: Visit Follow-Up Question
4/28/2021 2:36 PM
Responsible: Edelman, Sari Dawn, DO

📞 ████████████████

Details ⌄

---

**FW: Visit Follow-Up Question**

Previous Messages ⌄

---

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:36 PM*

> Dr. Edelman,
>
> Please tell me where you are going? I do not want to lose you as my doctor.
>
> Please call me or respond to this email .
>
> Thanks,
>
> ████████

████████ ou
4/28/2021 2:28 PM

This visit is not signed. The conversation may still be ongoing.

🏳 ↩        Complete



**Epic**

Sari Dawn Edelman, DO

**‹ Pt Advice Request**    ∧ ∨

▇▇▇▇▇▇▇▇▇▇
41y F

### RE: Medication Question
4/28/2021 2:23 PM

☏    ▇▇▇▇▇▇▇elman, Sari Dawn, DO

Details    ≫

---

**RE: Medication Question**

I seem to be doing a little better, though still feel a bit off with chills and such, assuming humira is working its way into my system and thats normal.

I just received the email about your departure from NYU. I am beyond devastated. You've been such an amazing, caring and compassionate Dr. to me, and have helped me through so much - I am at a loss for words. I hope that you are OK and that I will still be able to see you for our appointment on the 19th.

All my best,

▇▇▇▇▇

Previous Messages    ≫

---

 **Patient Messages**

I seem to be doing a little better, though still feel a bit off with chills and such, assuming humira is working its way into my system and thats normal.

     **Complete**

CONFIDENTIAL



**Epic**   Sari Dawn Edelman, DO

**< Pt Advice Request**   ∧ ∨

52y F

Details ⩔

**FW: Scheduling Question**

Previous Messages ⩔

**💬 Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:22 PM*

Hi Dr. Edelman,

I just received a message from NYU that you will be leaving. Is this true? I'm so sad to hear this news if it is. Will you be taking appointments elsewhere? I would like to continue to be your patient.

My next appointment with you is the end of June. I plan to call the office and hope that I can get in by end of May.

Sincerely

ou
4/28/2021 2:19 PM

This visit is not signed. The conversation may still be ongoing.

    Complete

P414



*Epic*

Sari Dawn Edelman, DO

**< Pt Advice Request**                    ∧   ∨

### FW: Non-Urgent Medical Question

4/28/2021 2:22 PM

Responsible: Edelman, Sari Dawn, DO

📞

Details                                      ⯗

**FW: Non-Urgent Medical Question**

Previous Messages                            ⯗

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:22 PM*

Hi so sad to hear you are leaving. R to going to a different office?

You

4/28/2021 2:18 PM

This visit is not signed. The conversation may still be ongoing.

🏳  ↩                                    Complete



**Epic**

Sari Dawn Edelman, DO

**‹ Pt Advice Request**      ∧  ∨

█████████████ 1y F

### FW: Visit Follow-Up Question
4/28/2021 2:18 PM
Responsible: Edelman, Sari Dawn, DO
📞 ████████████

Details      ≫

---

**FW: Visit Follow-Up Question**

Previous Messages      ≫

---

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on*
*4/28/2021 2:18 PM*

Hi Dr. Adam this is ███████. You are one of my favorite doctors I am so sad that you're leaving the practice and I hope that you and the family are OK .

And most important is your well-being. I will be able to see you in May before you go -I'm so glad.
Best
████████

████████ o You
4/28/2021 2:11 PM

This visit is not signed. The conversation may still be ongoing.

🏳  ↩      **Complete**





**Epic**

Sari Dawn Edelman, DO

**< Pt Advice Request**    ∧  ∨

...by F

### FW: Visit Follow-Up Question

4/28/2021 2:18 PM

Responsible: Edelman, Sari Dawn, DO

Details    ⌄

### FW: Visit Follow-Up Question

Previous Messages    ⌄

### 📭 Patient Messages

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:18 PM*

I just received a message that you are leaving the practice. Can you please tell me where you're going because I have been very pleased with you and want to stay with you.
Sincerely

to You

4/28/2021 2:15 PM

This visit is not signed. The conversation may still be ongoing.

🏳  ↩                Complete



Epic

Sari Dawn Edelman, DO

**‹ Pt Advice Request**    ∧  ∨

36y F

will you still be practicing?? I would like to follow you since you have been seeing me for the last 15 years!!!!

Previous Messages    ≫

📨 **Patient Messages**

Hi dr the Edelman I just made an appointment for July but I just got an email you are leaving NYU Langone.

Will you still be practicing?? I would like to follow you since you have been seeing me for the last 15 years!!!!

4/28/2021 2:18 PM

‼️ *Patricia Fesolowich, RN routed conversation to Tiffany Benjamin on 4/1/2021 11:33 AM*

Priority: High *Routing comment*

Please fax over labs from last visit to both doctors below. TY

You to Patricia Fesolowich, RN; Tiffany Benjamin
3/31/2021 5:31 PM

     Complete



**Epic**

Sari Dawn Edelman, DO

**‹ Pt Advice Request**    ∧  ∨

46y F

## FW: Visit Follow-Up Question

4/28/2021 2:18 PM

Responsible: Edelman, Sari Dawn, DO

📞 ▮▮▮▮▮▮▮▮

Details    ⌄

---

**FW: Visit Follow-Up Question**

Previous Messages    ⌄

---

📨 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:18 PM*

I just received an email that you're leaving!! I wish you the best but you will be missed! I wanted to know if I can see you for my follow up before you leave. I've been on my meds for 4 weeks already. You had wanted to repeat blood tests. Please let me know.

▮▮▮▮▮▮  You
4/28/2021 2:15 PM

This visit is not signed. The conversation may still be ongoing.

🚩  ↩

**Complete**



**Epic**

Sari Dawn Edelman, DO

**< Pt Advice Request**

51y F

### FW: Visit Follow-Up Question

4/28/2021 2:18 PM

Responsible: Edelman, Sari Dawn, DO

Details

**FW: Visit Follow-Up Question**

Previous Messages

**Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:18 PM*

Dear Dr.Edelman,
Please advise if you will be practicing at another office. If so please have my records forwarded to the new office.

You
4/28/2021 2:13 PM

This visit is not signed. The conversation may still be ongoing.

Complete



*Epic*    Sari Dawn Edelman, DO

**< Pt Advice Request**    ∧  ∨

53y F

## FW: Test Results Question

Previous Messages    ≫

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:17 PM*

Hi Dr. Edelman,
Just received word you're leaving NYU at the end of May. Will you still be practicing elsewhere?
One question about my test results...
It looks like I don't have antiphospholipid antibodies? Yay!! I thought my bloodwork looked pretty good. The ANA is still 1:1280. Is it at all possible I was just born with antibodies in me? I was supposed to have a follow up with you in 6 months... please let me know where you'll be. Thanks! Also, just so you know, I had left a urine specimen the day of my appointment, so not sure where it disappeared...
Kind regards,

to You
4/28/2021 2:15 PM

This visit is not signed. The conversation may still be ongoing.

      **Complete**



**Epic**

Sari Dawn Edelman, DO

**< Pt Advice Request**        ∧  ∨

32y F

**FW: Non-Urgent Medical Question**

4/28/2021 2:11 PM

Responsible: Edelman, Sari Dawn, DO

☎

Details                                    ≫

**FW: Non-Urgent Medical Question**

Previous Messages                          ≫

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:11 PM*

Hi Dr. Edelman, I just saw the note that you are leaving NYU. If you are going to another practice, I'd like to follow you. Let me know where you'll be so that I can transfer my records and make an appointment there. If it's better to communicate over the phone, my number is

Thanks!

to You
4/28/2021 2:08 PM

This visit is not signed. The conversation may still be ongoing.

🏳 ↩                          **Complete**



Epic

Sari Dawn Edelman, DO

**‹ Pt Advice Request**    ⌃  ⌄

32y M

~~FW: Non-Urgent Medical Question~~

4/28/2021 2:11 PM
Responsible: Edelman, Sari Dawn, DO

📞

Details    ≫

---

## FW: Non-Urgent Medical Question

Previous Messages    ≫

---

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:11 PM*

Dear Sari,

I'm going to miss you so much.
I don't know where you're going, but if you
plan to continue practicing and take
CIGNA, let me know.

I'm still suffering from all of the unknown
symptoms I have and I am very
depressed...

o You
4/28/2021 2:10 PM

This visit is not signed. The conversation may still be
ongoing.

     Complete



**3:48**

*Epic*

Sari Dawn Edelman, DO

**‹ Pt Advice Request**                    ∧   ∨

62y F

## FW: Visit Follow-Up Question

4/28/2021 2:11 PM

Responsible: Edelman, Sari Dawn, DO

📞 ▇▇▇▇▇▇▇▇▇

Details                                    ≫

**FW: Visit Follow-Up Question**

Previous Messages                          ≫

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on
4/28/2021 2:11 PM*

Where are you going?

▇▇▇▇▇▇▇▇ u

4/28/2021 2:10 PM

This visit is not signed. The conversation may still be
ongoing.

🚩 ↩                                    Complete



3:48

Epic

Sari Dawn Edelman, DO

**< Pt Advice Request**    ∧ ∨

53y F

## FW: Scheduling Question
4/28/2021 2:11 PM
Responsible: Edelman, Sari Dawn, DO

Details    ⋙

### FW: Scheduling Question

Previous Messages    ⋙

### 💬 Patient Messages

*Debriel Price, LPN routed conversation to You on*
*4/28/2021 2:11 PM*

Hi Dr. Edelman,
How are you? I hope all is well. I hear you
are leaving? Are your going to another
office. Can I have a an appointment before
you leave.

You
4/28/2021 2:10 PM

This visit is not signed. The conversation may still be
ongoing.

⚑ ↰                        Complete



**Epic**

Sari Dawn Edelman, DO

**‹ Pt Advice Request** ∧ ∨

35y F

## FW: Visit Follow-Up Question
4/28/2021 2:10 PM
Responsible: Edelman, Sari Dawn, DO

📞 ▇▇▇▇▇▇▇▇▇

Details        »

---

**FW: Visit Follow-Up Question**

Previous Messages        »

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:10 PM*

> Received an email that you are leaving 5/28
> , are you opening a private practice or
> going to another facility ? Who would you
> refer me to there ? I left 2 other doctors
> and found you so anything you can do to
> help me out would truly be appreciated
> thanks .

▇▇▇▇▇▇▇▇ to You
4/28/2021 2:06 PM

This visit is not signed. The conversation may still be ongoing.

 

Complete

P426



Epic

Sari Dawn Edelman, DO

**‹ Pt Advice Request**    ∧  ∨

█████████████████
    0y F

## FW: Non-Urgent Medical Question

4/28/2021 2:10 PM

█████████████, Sari Dawn, DO

📞 ████████████████

Details    »

---

### FW: Non-Urgent Medical Question

Previous Messages    »

---

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:10 PM*

I received a notice that you will be leaving NYU Langone and your last day will be the 28th. Will you be moving to a new site not affiliated with NYU Langone?

████████████  to You
4/28/2021 2:06 PM

This visit is not signed. The conversation may still be ongoing.

     Complete

CONFIDENTIAL

**Epic**

Sari Dawn Edelman, DO

**< Pt Advice Request**   ∧  ∨

████████████
▓56y F

## FW: Non-Urgent Medical Question
4/28/2021 2:10 PM
Responsible: Edelman, Sari Dawn, DO

📞 ██████████████

Details                                      ⋙

---

**FW: Non-Urgent Medical Question**

Previous Messages                            ⋙

---

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on*
*4/28/2021 2:10 PM*

Oh no !!!! I just saw the message that you
are leaving!!! Can you please tell me where
you are going ???

████████████

█████████ You
4/28/2021 2:08 PM



This visit is not signed. The conversation may still be
ongoing.

🚩  ↩                        **Complete**



**‹ Pt Advice Request**   ∧  ∨

█████ 35y F

## FW: Non-Urgent Medical Question

Previous Messages   ⌄

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:09 PM*

Hello Dr. Edelman,

I saw that you are leaving NYU, it was a pleasure working with you. In a time when I was being dismissed by so many others, you listened and that means so much. You are a talented doctor and good person. I spoke with another patient of yours and we both agree, you take the time to listen and you really care about your patients.

Best wishes on your new endeavor.

Sincerely,

█████████

█████████████ ou
4/28/2021 2:07 PM

This visit is not signed. The conversation may still be ongoing.

🏳             **Complete**



*Epic*

Sari Dawn Edelman, DO

‹ Pt Advice Request ∧ ∨

49y F

4/28/2021 2:09 PM
Responsible: Edelman, Sari Dawn, DO

📞 ▇▇▇▇▇▇

Details ≫

## FW: Scheduling Question

Previous Messages ≫

💬 Patient Messages

*Debriel Price, LPN routed conversation to You on 4/28/2021 2:09 PM*

Hi Dr Edelman,

Hope all is well with you.

I just received notification you are leaving NYU. I would like to continue being your patient, I do not want to see another rheumatologist. Can you please provide me your contact info so I can follow you.

▇▇▇▇▇▇

▇▇▇▇▇▇ o You
4/28/2021 2:08 PM

This visit is not signed. The conversation may still be ongoing.

         Complete

CONFIDENTIAL



*Epic*

Sari Dawn Edelman, DO

< Pt Advice Request

67y F

## FW: Scheduling Question

4/28/2021 2:09 PM

Responsible: Edelman, Sari Dawn, DO

📞 ▇▇▇▇▇▇▇▇▇▇▇▇

Details                                          ≫

### FW: Scheduling Question

Previous Messages                               ≫

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on
4/28/2021 2:09 PM*

I just received notice you are leaving. I have
appointment for May 12. Is that still on? I
am so sorry you are leaving.

▇▇▇▇▇▇▇▇▇▇ u
4/28/2021 2:03 PM

This visit is not signed. The conversation may still be
ongoing.

🏳 ↩                                  Complete



*Epic*

Sari Dawn Edelman, DO

**‹ Pt Advice Request**    ∧ ∨

▉▉▉▉▉ 41y F

## FW: Non-Urgent Medical Question
4/28/2021 2:09 PM
Responsible: Edelman, Sari Dawn, DO

☎ ▉▉▉▉▉

Details    »

**FW: Non-Urgent Medical Question**

Previous Messages    »

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on*
*4/28/2021 2:09 PM*

Hi Dr. Edelman i just received an email
you're leaving practice. Is there anywhere
you will be, my mom is very upset. Please
let me know. Thank you

▉▉▉▉ o You
4/28/2021 2:02 PM

This visit is not signed. The conversation may still be
ongoing.

     Complete

3:51

## Epic

Sari Dawn Edelman, DO

**‹ Pt Advice Request**          ∧  ∨

58y F

### RE: Non-Urgent Medical Question
4/28/2021 2:06 PM

Responsible: Edelman, Sari Dawn, DO

📞 ▓▓▓▓▓▓▓

Details                                    ≫

### RE: Non-Urgent Medical Question

Can you call me??

▓▓▓▓▓▓▓

Previous Messages                          ≫

🗨 **Patient Messages**

Can you call me??

▓▓▓▓▓▓  You

4/28/2021 2:06 PM

**Routing comment**

Look out cancellation her tomorrow, if avaialbe call her come in.

▓▓▓▓▓▓▓▓▓

4/6/2021 4:33 PM

🏳  ↩                          **Complete**

**Epic**

Sari Dawn Edelman, DO

< Pt Advice Request                      ∧  ∨

25y M

Details                                    ⩠

**Attachments**                            ⩘

        Image 1.JPEG                       >

        Image 2.JPEG                       >

**RE: Non-Urgent Medical Question**

Still feeling pretty much the same! No recent illness or
vaccine. Just got notified that you are leaving NYU
Langon. Are you going to a different practice. I would like
to still have you as my doctor

Previous Messages                         ⩠

💬 **Patient Messages**

Still feeling pretty much the same! No
recent illness or vaccine. Just got notified
that you are leaving NYU Langon. Are you
going to a different practice. I would like to
still have you as my doctor

                          b You
4/28/2021 2:04 PM

        Hello

⚑  ↩                          Complete

3:52

**Epic**

Sari Dawn Edelman, DO

< Pt Advice Request    ∧  ∨

54y F

### FW: Visit Follow-Up Question
4/27/2021 8:36 AM
Responsible: Edelman, Sari Dawn, DO

📞

Details    ⌄

**FW: Visit Follow-Up Question**

Previous Messages    ⌄

💬 **Patient Messages**

*Tiffany Benjamin routed conversation to You; Joshua Mankes on 4/27/2021 8:36 AM*

I will only accept appointment if it is with Dr Edelman as indicated IN WRITING.

You
4/27/2021 8:23 AM

This visit is not signed. The conversation may still be ongoing.

     Complete



**Epic**

Sari Dawn Edelman, DO

**‹ Pt Advice Request**        ∧   ∨

▇▇▇▇▇▇ 52y F

## FW: Non-Urgent Medical Question
4/28/2021 11:14 AM
Responsible: Edelman, Sari Dawn, DO

📞 ▇▇▇▇▇▇▇▇

Details                                    ⤵

**FW: Non-Urgent Medical Question**

Previous Messages                          ⤵

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 11:14 AM*

Hi Dr. Edelman. I just heard that you will not be there anymore effective end of May. Is that information correct? Will you be practicing elsewhere?

▇▇▇▇▇▇ You
4/28/2021 10:59 AM

This visit is not signed. The conversation may still be ongoing.

🏳 ↩                              Complete

 Sari Dawn Edelman, DO

**‹ Pt Advice Request**    ∧  ∨

████  ████
   5ly F

## FW: Visit Follow-Up Question
4/28/2021 3:41 PM
Responsible: Edelman, Sari Dawn, DO
📞 ████

Details                                              ≫

---

### FW: Visit Follow-Up Question

Previous Messages                                    ≫

---

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on
4/28/2021 3:41 PM*

> I just got a message that you are leaving
> NYU Langone. I am very upset at this news
> as I feel like you are one of the only doctors
> that actually listen to me, and follow
> through on things. Are you going anywhere
> local, so that I may continue to have you as
> my doctor? I hope so...its hard to find a
> good doctor it seems, especially when it
> comes to rheumatology. If I can't follow
> you, can you recommend another
> rheumatologist? Please let me know.

████  to You
4/28/2021 3:41 PM

**This visit is not signed. The conversation may still be
ongoing.**

                      **Complete**



**FW: Scheduling Question**

4/28/2021 3:50 PM

Responsible: Edelman, Sari Dawn, DO

Details ⋁

**FW: Scheduling Question**

Previous Messages ⋁

📥 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 3:50 PM*

Dr Edelman Sorry your leaving I will be able to have a video appt before you go. But can you set my CT scan up for abdominal and Pelvis for before we have our video chat. I get the scans at 611 Northern blvd. Can you please set this up. THANKS

You
4/28/2021 3:46 PM

This visit is not signed. The conversation may still be ongoing.

     Complete

*Epic*    Sari Dawn Edelman, DO

**‹ Pt Advice Request**    ∧  ∨

45y F

## FW: Referral Request

4/28/2021 3:50 PM

Responsible: Edelman, Sari Dawn, DO

📞 ▇▇▇▇▇▇▇▇▇▇▇

Details    ≫

**FW: Referral Request**

Previous Messages    ≫

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/28/2021 3:50 PM*

Hi Dr. Edelman,

I am so saddened to hear you are leaving! You literally saved my life and I hope that I am able to continue with you wherever you are going. I hope you are able to respond to my email.

▇▇▇▇▇▇▇ o You
4/28/2021 3:46 PM

This visit is not signed. The conversation may still be ongoing.

🏳  ↩    **Complete**



*Epic*

Sari Dawn Edelman, DO

**< Pt Advice Request**    ∧  ∨

53y F

Details    ≫

**FW: Non-Urgent Medical Question**

Previous Messages    ≫

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 4:55 PM*

Hi Dr Edelman
I'm sorry to hear you are leaving this practice. My next follow up is not until July so I will not see you since you will no longer be with NYU by then. As far as my medical check ups, since I have been a patient of yours since 2012, I would like to continue to have you as my doctor if possible. If you will be continuing to practice as a rheumatologist can you send me your new location?
If not good luck to you. I wish you all the best!!

ou
4/28/2021 4:04 PM

This visit is not signed. The conversation may still be ongoing.

🏳  ↩    Complete



**Epic**

Sari Dawn Edelman, DO

< Pt Advice Request        ∧ ∨

56y F

4/28/2021 4:54 PM
Responsible: Edelman, Sari Dawn, DO

📞

Details                                        ≫

## FW: Visit Follow-Up Question

Previous Messages                              ≫

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on*
*4/28/2021 4:54 PM*

Hi Dr Edelman

Sorry I misread the date of when you are
leaving, so that is why I sent first message.
Just had second dose of vaccine yesterday
so my head is a bit fatigued. I look forward
to seeing you at my next appointment on
May 4.

Thanks

to You
4/28/2021 4:19 PM

This visit is not signed. The conversation may still be
ongoing.

                     Complete



**Epic**

Sari Dawn Edelman, DO

**< Pt Advice Request**   ∧  ∨

68y F

### FW: Non-Urgent Medical Question
4/28/2021 4:53 PM
Responsible: Edelman, Sari Dawn, DO

📞 ▓▓▓▓▓▓▓▓

Details   ⌄

**FW: Non-Urgent Medical Question**

Previous Messages   ⌄

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 4:53 PM*

Hello, I just read the message that you are leaving Langone. Can I ask where you will be practicing? I haven't seen you since the pandemic from hell started but I did plan to come back to you.

▓▓▓▓▓▓▓

▓▓▓▓ o You
4/28/2021 4:28 PM

This visit is not signed. The conversation may still be ongoing.

                     Complete

CONFIDENTIAL

**Epic**

Sari Dawn Edelman, DO

‹ Pt Advice Request                        ⋀  ⋁

37y F

Responsible: Edelman, Sari Dawn, DO

📞

Details                                              ⋙

### RE: Test Results Question

Dear Dr. Edelman,

Thank you for your care and support for the past years!
Best of luck on your new journey!

Stay well!
Best,

💬 **Patient Messages**



Dear Dr. Edelman,

Thank you for your care and support for the past years! Best of luck on your new journey!

Stay well!

▸ You
4/28/2021 4:52 PM

⚑   ↩                          Complete



**Epic**

Sari Dawn Edelman, DO

**‹ Pt Advice Request**    ∧ ∨

## FW: Non-Urgent Medical Question

4/28/2021 4:51 PM

Responsible: Edelman, Sari Dawn, DO

Details      ≫

**FW: Non-Urgent Medical Question**

Previous Messages      ≫

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 4:51 PM*

I'm sorry to here that you're leaving. Thank you for helping me navigate through a rough time. You and your family stay safe and stay well.

ou

4/28/2021 4:27 PM

This visit is not signed. The conversation may still be ongoing.



Complete

*Epic*    Sari Dawn Edelman, DO

**‹ Pt Advice Request**    ∧  ∨

sly F

### FW: Visit Follow-Up Question

4/28/2021 4:51 PM

Responsible: Edelman, Sari Dawn, DO

📞 ▇▇▇▇▇▇▇▇▇▇

Details    »

---

**FW: Visit Follow-Up Question**

---

Previous Messages    »

---

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 4:51 PM*

Hi how are you doing? I was just info your leaving so sorry to hear, hope all is ok. I would like to follow you, please.
Be safe,
Thank you for all you have done for us.

▇▇▇▇▇▇ o You
4/28/2021 4:31 PM

This visit is not signed. The conversation may still be ongoing.

🏳️ ↩️    **Complete**

**Epic** 

Sari Dawn Edelman, DO

‹ Pt Advice Request

 78y F

Details

---

### RE: Medication Question

I am working with billing. I am so upset to hear you are leaving. Its hard to find a doctor that you can relate to. Now I have to go through this again. I was happy to be your patient. Hope your leaving is for a good reason. Good luck and thank you for all your help with my treatment.

---

### 💬 Patient Messages

I am working with billing. I am so upset to hear you are leaving. Its hard to find a doctor that you can relate to. Now I have to go through this again. I was happy to be your patient. Hope your leaving is for a good reason. Good luck and thank you for all your help with my treatment.

You
4/28/2021 4:25 PM

Was this sorted out yet? If still outstanding bill I can have forwarded to office manager Dr. Josh Mankes to work with billing. NYU has patient assistance programs for financial hardship so we may be able to help.

Dr. Edelman

           Complete

**Epic**

Sari Dawn Edelman, DO

‹ Pt Advice Request    ∧ ∨

▮▮▮ 70y M

### FW: Referral Request
4/28/2021 4:25 PM
Responsible: Edelman, Sari Dawn, DO

📞 ▮▮▮▮▮▮▮▮▮

Details    ≫

**FW: Referral Request**

Previous Messages    ≫

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 4:25 PM*

> Will I be able to see you in a different office or are you leaving NY?

▮▮▮▮▮▮▮▮ ou
4/28/2021 4:14 PM

This visit is not signed. The conversation may still be ongoing.

🏳 ↩    Complete

*Epic*

Sari Dawn Edelman, DO

**< Pt Advice Request**     ∧   ∨

64y F

## FW: Scheduling Question

4/28/2021 4:24 PM

Responsible: Edelman, Sari Dawn, DO

📞

Details     ≫

**FW: Scheduling Question**

Previous Messages     ≫

💬 **Patient Messages**

*Patricia Fesolowich, RN routed conversation to You on 4/28/2021 4:24 PM*

Hello,

I understand that Dr. Edelman is leaving the practice. Is she going to another provider. If so, can I have her new contact information?

Thanks you

4/28/2021 4:07 PM

This visit is not signed. The conversation may still be ongoing.

🚩 ↩     Complete



**Epic**    Sari Dawn Edelman, DO

**‹ Pt Advice Request**    ∧ ∨

  37y F

I changed my appointment to Dr Mehta is that the doctor you would recommend ? Or is there someone else I should see ?
Thank You !

Previous Messages   ≫

💬 **Patient Messages**

Hi Dr.Edelman ,
I am so sad to see you go . I will probably not see you before you leave . I wish you and your family the best and thank you for all of your support and help throughout the years ! You have been an amazing doctor !
I changed my appointment to Dr Mehta is that the doctor you would recommend ? Or is there someone else I should see ?
Thank You !

ou
4/29/2021 9:40 AM

Def take the injection

4/23/2021 11:18 PM

*Tiffany Benjamin routed conversation to You on 4/19/2021 11:32 AM*

Hi Dr Edelman .

🏳 ↶    **Complete**

**Epic**

Sari Dawn Edelman, DO

**‹ Pt Advice Request**        ∧  ∨

▮▮▮▮▮▮▮▮▮ 62y F

Responsible: Edelman, Sari Dawn, DO

📞 ▮▮▮▮▮▮▮▮

Details                                    ⌄

## FW: Visit Follow-Up Question

Previous Messages                          ⌄

💬 **Patient Messages**

*Debriel Price, LPN routed conversation to You on 4/29/2021 8:16 AM*

Dear Dr. Edelman,

I was advised that you will be leaving NYU. It was disappointing to hear. Are you going to practice somewhere else? I would like to continue being your patient.
If not, can you recommend who I should see at NYU.

Regards,

▮▮▮▮▮▮▮

▮▮▮▮▮▮ You
4/28/2021 10:00 PM

This visit is not signed. The conversation may still be ongoing.

🏳 ↩                              **Complete**

10:46
◄ Search

**Epic**

Sari Dawn Edelman, DO

**‹ Pt Advice Request**   ⋀  ⋁

y F

4/29/2021 8:23 AM

Responsible: Edelman, Sari Dawn, DO

📞

Details   ⋙

## FW: Scheduling Question

Previous Messages   ⋙

### 🔚 Patient Messages

*Debriel Price, LPN routed conversation to You on 4/29/2021 8:23 AM*

I am very sad to hear that you are leaving! What a loss you will be for this practice.

Although I am sure you are very busy now, I wonder if you can see me before you leave as my next appointment with you was scheduled for June 8. If not, I understand. I had also planned to have my blood tests tomorrow at Sunrise Labs, but I wonder if I should now postpone the tests.

Your recommendations for my care going forward would also be much appreciated!

o You
4/29/2021 1:00 AM

  

Complete



**New contact information**
Alicia Cosentino Add to Contacts

Ok. Great. I'll send it in

Thank you!

Fri, Apr 2, 12:27 PM

Hi Dr. Edelman. Sorry to bother you.
I called my pharmacy and they said
nothing was called in for me?

Fri, Apr 2, 1:48 PM

I sent in now

Delivered

Thanks again!

Today 1:36 PM

Hi Dr. Edelman. It's ▮▮▮▮▮▮▮
I'm hoping you're well. I got a
notification yesterday that you are
leaving the practice and I'd love to
stay with you if you're going
somewhere else I'm new to the PTA
rice so I have no loyalty to them.
Please let me know. Stay well and
regards!



iMessage

 61    Hope this finds you well    ∧    ∨

# Hope this finds you well

## [EXTERNAL]

Dear Dr. Edelman,

I received the email from NYU that you are leaving the practice at the end of May and am very upset by this news.

I would like to continue care with you since we have established a great doctor/patient course of treatment and medications that have been keeping my condition stable and pretty well under control.

I have my regularly scheduled 4 month follow up appt with you next week but I am hoping that after you leave you will contact me with your new information so that I can continue to be under your treatment in the new location.

My cell number is ████████████ nd this is the email address I can be reached at.

Thanks,



            



Text Message
Today 12:19 PM

Hi Dr E - ███████████ saw that today is your last day at NYU.  Sorry and congratulations! Are you going to be practicing somewhere else or taking time off?  Thank you for the many years of care and advice. Also, if you are taking a break, is there someone in Rheum  office you would recommend?  Thanks again - I will miss you.  ██████



CONFIDENTIAL



will still be coming in on May 6 ?
Also will you be moving to a
different practice ?

I unfortunately will not be there. My
last day is tomorrow

Omg ! I hope everything is ok with
you ! I would love to follow you
where ever you go

I'm moving out of state. I know
seems sudden but nyu decided not
to keep me on. I've been job seeking
and best opportunity out if ny. I am
going miss you. The situation is so
upsetting and I wish things different.
I recommend Winthrop rheum group

Delivered

Ugh I'm devastated and will miss
you terribly... they are very foolish to
not keep you on . I understand out
of state seems to be better for
everyone unfortunately 😌 I am glad
to hear that there isn't any health
issues w you or your family causing
the move though ! I wish you all the
best and can't thank you enough for
taking such good care of me
through a tough time in my life xoxo



**New contact information**
Alicia Cosentino Add to Contacts 

offer in Florida and am now here. I am heartbroken over this... I built my practice over two decades. My patients are my ❤️. Unfortunately nyu priorities deviated vastly from my own. I would recommend going northwell rheum or Winthrop rheum.

I'm so sorry that you're not here. I really appreciated the time you spent with me. I didn't love the practice but did love you! I wish you and your family the best of luck in your relocation and good health and happiness in Florida!!!! You will be missed!!!!
Thank you for responding!!!! 🤗

Of course. Thank you for your well wishes. I like dr rosenblum and dr belilos at Winthrop and dr labarca at northwell.

Delivered



I will try to get an appointment tomorrow. Thank you and best wishes!!!!!!