# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 3, 2025

Author: Joseph M. Labuda - Member
Direct E-Mail Address: joe@mllaborlaw.com

<u>Via ECF</u>
Hon. Lewis J. Liman, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

    **Re: Edelman v. NYU Langone Health System, et al.**
    **Case No.: 1:21-cv-502 (LJL)**
    **MLLG File No. 209-20**

Dear Judge Liman:

    Our firm represents Plaintiff, Dr. Sari Edelman, in the above-captioned matter.

    Based on this Court's Order dated October 31, 2025 (ECF Docket Entry 348), Plaintiff respectfully seeks leave to amend the Joint Pre-Trial Order ("JPTO") to include documents related to the compensation of other doctors in Dr. Edelman's department for purposes of back pay and front pay damages.

    When we conferred with Defendants' counsel in preparing the JPTO, we agreed to not include Equal Pay Act related documents because the claims related to Dr. Edelman's claim that she was paid less than male doctors were dismissed. However, in light of the Court's October 31, 2025 Opinion and Order on Defendants' motion for a new trial concluding that an award of front pay may be speculative absent additional evidence regarding salary rates, information concerning the compensation received by other doctors in Dr. Edelman's department at NYU is relevant to the jury's determination regarding the compensation that Dr. Edelman would have received had she remained employed by NYU.

    Defendants will suffer no prejudice as this information, which is already in Defendants' possession, was utilized in the first trial.

    Accordingly, Plaintiff respectfully requests leave to amend the JPTO to add the following exhibits which are annexed as Exhibit A:

- Dr. Goldberg's initial employment agreement dated November 22, 2013; First Amendment to Dr. Goldberg's employment agreement dated January 13, 2017; Dr. Goldberg's renewed employment agreement dated January 16, 2019;
- Dr. Porges' initial employment agreement dated August 11, 2014; Dr. Porges' Renewal of employment agreement dated April 3, 2017; Dr. Porges' first

amendment to employment agreement dated March 20, 2018; Dr. Porges' renewal and amendment of employment agreement dated December 8, 2020; and

- Dr. Modi's initial employment agreement dated February 10, 2017; Dr. Modi's renewal of employment agreement dated July 24, 2020.

Respectfully submitted,

/s/ Joseph M. Labuda

cc: All counsel of record (via ECF)