```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
: 
SARI EDELMAN, :
:
:
Plaintiff, :  21-cv-502 (LJL)
:
-v- :  ORDER OF REFERENCE
:
NYU LANGONE HEALTH SYSTEM, et al., :
:
Defendants. :
:
------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

    This action is referred to the assigned Magistrate Judge for the following purpose:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

    The parties are directed to contact the chambers of Magistrate Judge Gabriel W. Gorenstein.

SO ORDERED.

Dated: November 4, 2025
       New York, New York

                                          LEWIS J. LIMAN
                                        United States District Judge