# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 4, 2025

Author: Joseph M. Labuda - Member
Direct E-Mail Address: joe@mllaborlaw.com

### MEMORANDUM ENDORSED

<u>Via ECF</u>
Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

    **Re: Edelman v. NYU Langone Health System, et al.**
      **Case No.: 1:21-cv-502 (LJL)**
      <u>**MLLG File No. 209-20**</u>

Dear Judge Gorenstein:

    Our firm represents Plaintiff, Dr. Sari Edelman, in the above-captioned matter.

    Plaintiff respectfully requests permission to appear at the November 12, 2025 settlement conference remotely. The reason for this request is that Plaintiff resides in Florida. She is scheduled to fly up to New York for the trial scheduled for the week of November 17, 2025. In order to fly up for the settlement conference, she would have to secure additional child care for November 11-13 which will be difficult at this juncture. Moreover, Dr. Edelman would likely have to miss work on November 11 and possibly November 13 (in addition to November 12) in addition to the week of November 17 for the trial.

                                    Respectfully submitted,

                                      <u>/s/ Joseph M. Labuda</u>

cc: All counsel of record (via ECF)

---

Application terminated as moot. Please read the entirety of Docket # 355. No application to the Court is required provided the conditions for a remote appearance by a party are met and are attested to in the acknowledgment form.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 4, 2025