# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 4, 2025

Author: Joseph M. Labuda - Member
Direct E-Mail Address: joe@mllaborlaw.com

<u>Via ECF</u>
Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

    **Re: Edelman v. NYU Langone Health System, et al.**
       **Case No.: 1:21-cv-502 (LJL)**
       <u>**MLLG File No. 209-20**</u>

Dear Judge Gorenstein:

    Our firm represents Plaintiff, Dr. Sari Edelman, in the above-captioned matter.

    Plaintiff is making efforts to travel to New York the morning of the settlement conference on November 12, 2025, but she needs to return to Florida the same evening to see patients the following day. Plaintiff respectfully requests that the settlement conference start at 12:30 pm, if the court is available, instead of 2:30 pm.

                          Respectfully submitted,

                           <u>/s/ Joseph M. Labuda</u>

cc: All counsel of record (via ECF)