**MILMAN LABUDA LAW GROUP PLLC**
3000 MARCUS AVENUE SUITE 3W8
LAKE SUCCESS, NEW YORK 11042

———

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 4, 2025

Author: Joseph M. Labuda - Member
Direct E-Mail Address: joe@mllaborlaw.com

MEMORANDUM ENDORSED

<u>Via ECF</u>
Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

    **Re: Edelman v. NYU Langone Health System, et al.**
      <u>Case No.: 1:21-cv-502 (LJL)</u>
      <u>MLLG File No. 209-20</u>

Dear Judge Gorenstein:

    Our firm represents Plaintiff, Dr. Sari Edelman, in the above-captioned matter.

    Plaintiff is making efforts to travel to New York the morning of the settlement conference on November 12, 2025, but she needs to return to Florida the same evening to see patients the following day. Plaintiff respectfully requests that the settlement conference start at 12:30 pm, if the court is available, instead of 2:30 pm.

                                     Respectfully submitted,
                                     <u>/s/ Joseph M. Labuda</u>

First, as reflected in Docket #355, any application with respect to the settlement conference must disclose the position of the other side. Second, the Court is concerned that if there is a flight delay or traffic issues, the plaintiff may be prevented from appearing in person for a conference scheduled at 12:30 p.m. and may not be in a position to comfortably participate by telephone either.

If plaintiff is willing to fly in the night before, the Court is available to hold the conference at 9:00 or 9:30 a.m. if that is of any help. If she is not willing to fly in the night before and it is recognized that 2:30 p.m. is the more realistic start time, another option is to have a firm end time for the conference (agreed to by the other side) to ensure that defendant makes her evening flight.

Yet another option is to hold the conference through a video platform with all attorneys, parties, and the Court participating by video.

The plaintiff should discuss these options with the other side and make a new application that states both sides' position. The Court is prepared to accept the parties' joint preference as to any of the options, including the proposal made in this letter if that is what both sides want.

So Ordered.

         *[signature]*
    GABRIEL W. GORENSTEIN
    United States Magistrate Judge

November 5, 2025