# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 7, 2025

Author: Joseph M. Labuda - Member
Direct E-Mail Address: joe@mllaborlaw.com

<u>Via ECF</u>
Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

    **Re: Edelman v. NYU Langone Health System, et al.**
       **Case No.: 1:21-cv-502 (LJL)**
       <u>**MLLG File No. 209-20**</u>

Dear Judge Gorenstein:

    Our firm represents Plaintiff, Dr. Sari Edelman, in the above-referenced matter.

    We have conferred with Defendant and both parties and counsel are available for a remote settlement conference starting at 9:30 am on November 12, 2025.

                              Respectfully submitted,

                              <u>/s/ Joseph M. Labuda</u>

cc: All counsel of record (via ECF)