# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 8, 2025

Author: Joseph M. Labuda - Member
Direct E-Mail Address: joe@mllaborlaw.com

> REQUEST GRANTED.
> The Jury Trial previously set for November 17, 2025 is rescheduled to January 26, 2026 at 9:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 11/10/2025   SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

Via ECF
Hon. Lewis J. Liman, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

   **Re: Edelman v. NYU Langone Health System, et al.**
   **Case No.: 1:21-cv-502 (LJL)**
   **MLLG File No. 209-20**

Dear Judge Liman:

   The parties jointly request an adjournment of the trial scheduled to commence on November 17, 2025. The reason for this request is that the parties have had productive conversations regarding settlement and it would be a more productive use of the parties' resources to utilize the time over the next week towards achieving a settlement rather than preparing for trial. In addition, counsel for the parties believes that it would be a waste of judicial resources at this time to try this matter and are cognizant of the value of the Court's time and the jury's time. The parties are hopeful that a resolution will be reached with Judge Gorenstein's assistance at the settlement conference on November 12 that would prevent the need for a trial.

                                       Respectfully submitted,

                                       /s/ Joseph M. Labuda

cc: All counsel of record (via ECF)