

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard C. Schoenstein
Partner
(212) 216-1120
rschoenstein@tarterkrinsky.com

November 12, 2025

**VIA ECF**
Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

SO ORDERED.

/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

November 13, 2025

Re: *Edelman v. NYU Langone Health System, et al.*
    Case No.: 1:21-cv-502 (LJL)
    **Status Letter**

Dear Judge Liman:

    We represent Defendants in the above-referenced action and write to advise the Court that the parties have reached a settlement as to all substantive claims in the case, which was entered on the record in a conference with Magistrate Judge Gorenstein this afternoon. The parties are in the process of preparing and executing appropriate documentation and will be filing formal documentation in due course. The issue of attorney's fees has not been finally resolved and could potentially require additional proceedings, but we are attempting to work that out as well.

    Considering the settlement, we request that Defendant David Kaplan's time to file a response to Plaintiff's letter regarding collateral estoppel, which was due today before midnight, be adjourned *sine die*. The Court need not decide that issue or any other pre-trial matters at this time.

    We provided a draft of this letter to counsel for Plaintiff, who consented to our sending it.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants*

By: */s/ Richard C. Schoenstein*
    Richard C. Schoenstein