# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

January 6, 2026

Author: Joseph M. Labuda - Member
Direct E-Mail Address: joe@mllaborlaw.com

<u>Via ECF</u>
Hon. Lewis J. Liman, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

      **Re: Edelman v. NYU Langone Health System, et al.**
      **Case No.: 1:21-cv-502 (LJL)**
      **MLLG File No. 209-20**

Dear Judge Liman:

      Our firm represents Plaintiff Dr. Sari Edelman in the above-captioned matter. Plaintiff respectfully requests an adjournment sine die of the trial scheduled for January 26, 2026. The parties are finalizing execution of the settlement agreement which both parties expect to occur this week which will alleviate the need for the trial. I have conferred with Defendants' counsel who consents to this request.

                                        Respectfully submitted,

                                        *Joseph M. Labuda*
                                        Joseph M. Labuda

cc: All counsel of record (via ECF)