# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

January 21, 2026

Author: Joseph M. Labuda - Member
Direct E-Mail Address: joe@mllaborlaw.com

<u>Via ECF</u>
Hon. Lewis J. Liman, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

  **Re: Edelman v. NYU Langone Health System, et al.**
  **Case No.: 1:21-cv-502 (LJL)**
  <u>**MLLG File No. 209-20**</u>

Dear Judge Liman:

  Our firm represents plaintiff, Dr. Sari Edelman, in the above-captioned matter. The parties have settled this matter and have executed a settlement agreement. Enclosed is a proposed judgment that the parties request that the Court enter. The parties are in the process of attempting to resolve plaintiff's statutory attorneys' fees and costs. In the event they are unable to resolve same, the parties have agreed that plaintiff will file a motion within thirty (30) days of entry of judgment.

            Respectfully submitted,

            /s/ *Joseph M. Labuda*
            Joseph M. Labuda

Enclosure

cc: All counsel of record (via ECF)

<u>**CONFIDENTIAL**</u>

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DR. SARI EDELMAN, <br><br> Plaintiff, <br><br> – against – <br><br> NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW, <br><br> Defendants. | Case No. 1:21-cv-502 (LJL) <br><br> **[PROPOSED] JUDGMENT** |

It is hereby **ORDERED, ADJUDGED AND DECREED:** that Judgment is entered in favor of Plaintiff Dr. Sari Edelman and against Defendants NYU Langone Health System, NYU Langone Hospitals (f/k/a "NYU Hospitals Center"), NYU Grossman School of Medicine, a division of New York University (f/k/a "NYU School of Medicine,"), and "NYU Langone Nassau Rheumatology," (all collectively referred to herein as "NYULH Corporate Defendants")[2] and Joseph Antonik (collectively with NYU, "Defendants") in the total amount of Seven Hundred Twenty Thousand Dollars and Zero Cents ($720,000.00) (the "Judgment Amount"), exclusive of attorney's fees and costs.

[*Intentionally left blank; see next page*.]

---

[2]   NYU Langone Medical Center, and NYU Langone Nassau Rheumatology are included in the caption but are not legal entities amenable to suit.

**CONFIDENTIAL**

      Pursuant to the Confidential Agreement, this judgment shall not be enforceable until after the thirtieth (30) day following its entry. Any motion for attorney's fees and costs shall be made to this Court within thirty (30) days following entry of judgment.

**DATED:**   New York, New York

          _____ \_\_\_\_\_, 2025

                                          _____

                                                      **U.S.D.J.**