# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

February 19, 2026

Author: Joseph M. Labuda - Member
Direct E-Mail Address: joe@mllaborlaw.com

<u>Via ECF</u>
Hon. Lewis J. Liman, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

  **Re: Edelman v. NYU Langone Health System, et al.**
  **Case No.: 1:21-cv-502 (LJL)**
  **MLLG File No. 209-20**

Dear Judge Liman:

  Our firm represents Plaintiff Dr. Sari Edelman in the above-captioned matter. We are pleased to report that the parties have resolved the attorneys' fees and costs in principle and believe we should be able to finalize the terms within the next week or two. Accordingly, Plaintiff respectfully requests an extension until March 9 to file the motion for attorneys' fees with the expectation that we will inform the Court that we have resolved the matter and no longer need to make the motion. I have conferred with Defendants' counsel who consents to this request.

            Respectfully submitted,

            *Joseph M. Labuda*
            Joseph M. Labuda

cc: All counsel of record (via ECF)