<u>**CONFIDENTIAL**</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. SARI EDELMAN,<br><br>Plaintiff,<br><br>– against –<br><br>NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,<br><br>Defendants. | Case No. 1:21-cv-502 (LJL)<br><br>**SATISFACTION OF JUDGMENT** |

   **WHEREAS**, this Court entered a Judgment in the above-captioned action pursuant to a Judgment on January 22, 2026 (Dkt. No. 374), in favor of Dr. Sari Edelman ("Plaintiff") and against Defendants NYU Langone Health System, NYU Langone Hospitals (f/k/a "NYU Hospitals Center"), NYU Grossman School of Medicine, a division of New York University (f/k/a "NYU School of Medicine,"), and "NYU Langone Nassau Rheumatology," (all collectively referred to herein as "NYULH Corporate Defendants")[3] and Joseph Antonik (collectively with NYU, "Defendants") in the total sum of Seven Hundred Twenty Thousand Dollars and Zero Cents ($720,000.00), exclusive of attorneys' fees and costs, as set forth in the Judgment (Dkt. No. 374); and

   **WHEREAS**, Defendants have paid the judgment amount reflected above in full, and it is certified that there are no outstanding executions with any Sheriff or Marshall or outstanding unpaid interests on the judgment;

   **NOW THEREFORE**, full and complete satisfaction of the Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and complete satisfaction of the Judgment on the docket.

Dated: New York, New York
       March 4, 2026

Respectfully submitted,<br>**MILMAN LABUDA LAW GROUP PLLC**<br>*Attorneys for Plaintiff*

---

[3]   NYU Langone Medical Center, and NYU Langone Nassau Rheumatology are included in the caption but are not legal entities amenable to suit.

**CONFIDENTIAL**

By: _____
Joseph M. Labuda, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
(516) 303-1380
joe@millaborlaw.com

STATE OF NEW YORK       )
                        ) SS.:
COUNTY OF ~~NEW YORK~~ Nassau )

On this 4th day of March 2026, before me personally came Joseph M. Labuda, Esq., to me known and known to be a member of the firm of Milman Labuda Law Group PLLC, attorneys for Plaintiff in the above-captioned action, and to be the same person described in and who executed the within Satisfaction of Judgment and acknowledged to me that he executed the same.

_____
Notary Public

PARBATIE SINGH
Notary Public, State of New York
No. 01SI6062253
Qualified in Queens County
Commission Expires August 6, 20__