# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

† Also admitted in New Jersey

**Author: Joseph M. Labuda – Member** †
**Direct E-Mail Address: joe@mllaborlaw.com**
**Direct Dial: (516) 303-1380**

March 9, 2026

Hon. Lewis J. Liman, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

**Re:** **Edelman v. NYU Langone Health System, et al.**
**Case No.: 1:21-cv-502 (LJL)**
**MLLG File No. 209-20**

Dear Judge Liman:

     We represent the plaintiff in the above reference matter. I am pleased to inform the Court that the parties have resolved the issue of attorneys' fees and costs in this matter. As such, we are hereby advising the Court that Plaintiff will not be filing any motion for attorneys' fees and costs.

     We anticipate filing a Stipulation and Order of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of this action on or around April 6, 2026, once the resolution of the attorneys' fees and costs has been fully completed.

                                      Respectfully submitted,

                                        *Joseph M. Labuda*
                                        Joseph M. Labuda