__CONFIDENTIAL__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DR. SARI EDELMAN,<br><br>Plaintiff,<br><br>– against –<br><br>NYU LANGONE HEALTH SYSTEM, NYU LANGONE HOSPITALS, NYU LANGONE MEDICAL CENTER, NYU LANGONE NASSAU RHEUMATOLOGY, NYU SCHOOL OF MEDICINE, NYU GROSSMAN SCHOOL OF MEDICINE, NYU HOSPITALS CENTER, ANDREW T. RUBIN, DAVID KAPLAN, JOSEPH ANTONIK, and JOSHUA SWIRNOW,<br><br>Defendants. | Case No. 1:21-cv-502 (LJL)<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

        **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsels that the above-captioned action is voluntarily dismissed, with prejudice against the Defendants NYU Langone Health System, NYU Langone Hospitals (f/k/a "NYU Hospitals Center"), NYU Grossman School of Medicine, a division of New York University (f/k/a "NYU School of Medicine,"), and "NYU Langone Nassau Rheumatology," (all collectively referred to herein as "NYULH Corporate Defendants")[4], and Andrew T. Rubin, David Kaplan, Joseph Antonik, and Joshua Swirnow (collectively with NYU, "Defendants") pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

        **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be signed in counterparts by facsimile or electronic signature, with such facsimile or electronic signature having the same effect as an original signature for purposes of this Stipulation.

**SO STIPULATED:**

Dated: December January 15 , 2025             Dated: January 15 , 2026


**MILMAN LABUDA LAW GROUP PLLC**          **TARTER KRINSKY & DROGIN LLP**
*Attorneys for Plaintiff*                                        *Attorney for Defendants*

By:_____          By:_____
     Joseph M. Labuda                                     Richard L. Steer
     Jamie Scott Felsen                                    Richard C. Schoenstein

---
4        NYU Langone Medical Center, and NYU Langone Nassau Rheumatology are included in the caption but  are not legal entities amenable to suit.

002528\5\180279807.v9

**CONFIDENTIAL**

Colleen O'Neil
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
(516) 303-1380
joe@millaborlaw.com
jamiefelsen@mllaborlaw.com
colleen@mllaborlaw.com

Ingrid J. Cardona
1350 Broadway, Floor
New York, NY 10018
(212) 216-8000
rsteer@tarterkrinsky.com
rschoenstein@tarterkrinsky.com
icardona@tarterkrinsky.com

**SO ORDERED**:

Dated: ~~December ___, 2025~~

    March 20, 2026

_____
LEWIS J. LIMAN
United States District Judge

002528\5\180279807.v9